| Policy Number 2441886561 |  |

ENDORSEMENT

UNITED STATES FIRE INSURANCE COMPANY

Named Insured COPART INC.
Agent Name MARSH GLOBAL BROK/SF

Effective Date: 10-01-2005
12:01 A.M., Standard Time
Agent No. 80835

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**FUNGUS, WET ROT, DRY ROT AND BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

**PRIMARY COVERAGE FORM**

A. The following exclusion is added and is therefore **not** a Covered Cause of Loss:

"Fungus", Wet Rot, Dry Rot and Bacteria

Presence, growth, proliferation, spread or any activity of "fungus, wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply when "fungus", wet or dry rot or bacteria results from fire or lightning.

B. The following DEFINITION is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any microtoxins, spores, scents or by-products produced or released by fungi.

All other terms and conditions of this Policy remain unchanged.
(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date).
Effective
Of                        , this endorsement forms part of Policy Number
Issued to:
Endorsement No:

Authorized Representative

M 600.0.1 192 08 05

COPART0018

IL 09 56 11 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM; COVERAGE FOR CERTAIN FIRE LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

A. The following definitions are added with respect to the provisions of this endorsement:

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

   a. The act resulted in aggregate losses in excess of $5 million; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002.

B. The following exclusion is added:

   **EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

   We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:**

   1. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

   2. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

   3. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident.

IL 09 56 11 02                    © ISO Properties, Inc., 2002                    Page 1 of 2

COPART0019

With respect to this Item B.3., the immediately preceding paragraph describes the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part or Standard Property Policy.

### C. Exception Covering Certain Fire Losses

If a "certified act of terrorism" or an "other act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

### D. Application Of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Standard Property Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

POLICY NUMBER: 2441886561

INTERLINE
IL 04 15 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| ALL | 001 | P9 |

**Describe any "P-9":**
P-9
ALARM SYSTEM

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

A. The following is added to the:

Commercial Property Conditions
General Conditions in the
  Farm Property – Other Farm
  Provisions Form – Additional Coverages,
  Conditions, Definitions
General Conditions in the Mobile Agricultural
  Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
  Form

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **"P-1"** Automatic Sprinkler System, including related supervisory services.

   Automatic Sprinkler System means:

   a. Any automatic fire protective or extinguishing system, including connected:

      (1) Sprinklers and discharge nozzles;

      (2) Ducts, pipes, valves and fittings;

      (3) Tanks, their component parts and supports; and

      (4) Pumps and private fire protection mains.

   b. When supplied from an automatic fire protective system:

      (1) Non-automatic fire protective systems; and

      (2) Hydrants, standpipes and outlets.

   **"P-2"** Automatic Fire Alarm, protecting the entire building, that is:

   a. Connected to a central station; or

   b. Reporting to a public or private fire alarm station.

   **"P-3"** Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   **"P-4"** Service Contract with a privately owned fire department providing fire protection service to the described premises.

   **"P-9"** The protective system described in the Schedule.

COPART0021

IL 04 15 04 98   Copyright, Insurance Services Office, Inc., 1997   Page 1 of 2   ☐

B. The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM – FARM PROPERTY
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

2. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

COPART0022

IL 01 04 02 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

A. When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

B. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by fire:

   We do not provide coverage to the insured ("insured") who, whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

   1. This Coverage Part;
   2. The Covered Property;
   3. That Insured's ("insured's") interest in the Covered Property; or
   4. A claim under this Coverage Part or Coverage Form.

C. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by a Covered Cause of Loss other than fire:

   This Coverage Part is void if any insured ("insured"), whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

   1. This Coverage Part;
   2. The Covered Property;
   3. An insured's ("insured's") interest in the Covered Property; or
   4. A claim under this Coverage Part or Coverage Form.

D. Except as provided in E., the **Appraisal** Condition is replaced by the following:

   If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written request for an appraisal of the loss ("loss"). If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   1. Pay its chosen appraiser; and
   2. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

E. The **Appraisal** Condition in:

   1. Business Income (And Extra Expense) Coverage Form **CP 00 30**; and
   2. Business Income (Without Extra Expense) Coverage Form **CP 00 32**;

COPART0023

IL 01 04 02 04      © ISO Properties, Inc., 2003      Page 1 of 2

is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

COPART0024

IL 01 03 07 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES - ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

COPART0025

IL 01 03 07 02 © ISO Properties, Inc., 2001 Page 1 of 1 □

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:
    a. Someone insured by this insurance;
    b. A business firm:
        (1) Owned or controlled by you; or
        (2) That owns or controls you; or
    c. Your tenant.

This will not restrict your insurance.

COPART0027




Policy Number 244-18865612                                    Effective 10-01-05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**POLICY LIMIT OF INSURANCE**

This endorsement modifies insurance provided under the following:

   BOILER AND MACHINERY COVERAGE PART
   COMMERCIAL CRIME COVERAGE PART
   COMMERCIAL INLAND MARINE COVERAGE PART
   COMMERCIAL PROPERTY COVERAGE PART

The following is an addition to the LIMITS OF INSURANCE section.

**POLICY LIMIT OF INSURANCE**

$2,500,000 Per Occurrence (Primary)

**Sub-limits:**
Earthquake - $1,000,000 per occurrence/annual aggregate
EQSL - $1,000,000 per occurrence/annual aggregate
Flood - $1,000,000 per occurrence/annual aggregate
Boiler & Machinery - $1,000,000

The maximum limit of insurance that we will pay under this policy for any one occurrence as a result of covered loss or damage, regardless of the number of locations, coverages, causes of loss or coverage parts insured, shall not exceed the limit shown above.

Further, any Sublimits of Insurance in this policy or other specified limits of insurance contained in the forms, endorsements and extensions attached to this policy are per occurrence, unless otherwise indicated, and are part of and not in addition to this Policy Limit of Insurance.

FM 600.0.1168 06 01

COPART0028

Policy Number
2441886561



ENDORSEMENT
UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.
Agent Name  MARSH GLOBAL BROK/SF

Effective Date: 10-01-05
12:01 A.M., Standard Time
Agent No. 80835

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMERCIAL PROPERTY COVERAGE - ENDT B**

Coverage refer to form FM 600.0.960 (04 94)

Total Insurable Values (TIV)

Property Damage $419,204,352
Business Interruption/Extra Expense $ 5,267,959
-----------------
Total $424,472,311

Peril:

All risks of direct physical loss or damage including Earthquake, EQSL and Flood

Policy Limit:

$2,500,000 per occurrence and in the annual aggregate as respects Earthquake, EQSL and Flood.

Sub-limits:

As per Sub-limits of Insurance FM 206.0.5 11 99 attached.

Deductible(s)

AOP: $100,000 per occurrence 24- ADV Time Element
Earthquake: 5%, Minimum $100,000
Flood: 5%, Minimum $100,000
Wind/Hail 5%, Minimum $100,000

All other terms and conditions of this Policy remain unchanged.
(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date).
Effective                  , this endorsement forms part of Policy Number
Of
Issued to:
Endorsement No:

Authorized Representative

M 206.0.5 (1199)

COPART0029

Policy Number
2441886561



ENDORSEMENT

UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.

Agent Name  MARSH GLOBAL BROK/SF

Effective Date: 10-01-05
12:01 A.M., Standard Time
Agent No. 80835

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

ENDORSEMENT – C

SUB-LIMITS OF INSURANCE

| | |
|---|---|
| Extra Expense | $Inc. in BI |
| Owned Stock Held for Sale | $1,000,000 |
| Leasehold Interest | $ 250,000 |
| Premises Services | $ 100,000 |
| Dependent Property-Unscheduled Locs | $ 250,000 |
| Additional Expense Soft Cost | $ 100,000 |
| Debris Removal | $1,000,000 |
| Pollutant Cleanup and Removal | $ 10,000 |
| Property in Transit-Combined Property damage and Time Element | $ 500,000 |
| Property at Exhibition | $ 50,000 |
| Consequential Loss | $ 250,000 |
| Accounts Receivable | $ 100,000 |
| Valuable Papers | $ 100,000 |
| Inventory of Appraisal Expense | $ 15,000 |
| Architect and Engineering Fees | $ 50,000 |
| Ordinance or Law | $1,000,000 |
| Radioactive contamination-combined PD & TE | $ 50,000 |
| Expediting Expense | $ 25,000 |
| Errors or omissions | $ 100,000 |
| Earthquake Sprinkler Leakage | $1,000,000 |
| Loss to objects-not to exceed-Boiler and Machinery | $1,000,000 |
| Ammonia Contamination | $ 25,000 |
| Water Damage | $ 25,000 |
| Earthquake per occurrence /annual aggregate | $1,000,000 |
| Flood per occurrence/annual aggregate | $1,000,000 |
| Personal property of officers & employees (not to exceed $1,000 per person) | $ 25,000 |
| Miscellaneous Unreported Locations | $ 50,000 |
| Inventory-Off Site | $ 500,000 |

All other terms and conditions of this Policy remain unchanged.
(The Information below is required to be completed only when this endorsement is issued subsequent to the policy effective date).
Effective                          , this endorsement forms part of Policy Number
Of
Issued to:
Endorsement No:

Authorized Representative

FM 206.0.5 (1199)

Policy Number
2441886561



## ENDORSEMENT
### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.
Agent Name  MARSH GLOBAL BROK/SF

Effective Date: 10-01-05
12:01 A.M., Standard Time
Agent No.  80835

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

ENDORSEMENT D

VALUATION:

IT IS HEREBY AGREED AND UNDERSTOOD THAT THE VALUATION ON STOCK IS AMENDED AS FOLLOWS:

STOCK (MOTOR VEHICLES HELD FOR SALE OR RESALE BY THE INSURED) - THE LESSOR OF:

1. ACV
2. ACV COST TO REPAIR.
3. APPRAISAL VALUE ACCORDING TO THE COPART "PROQUOTE" SYSTEM.

All other terms and conditions of this Policy remain unchanged.
(The Information below is required to be completed only when this endorsement is issued subsequent to the policy effective date).
Effective _____, this endorsement forms part of Policy Number _____
Of
Issued to:
Endorsement No:

Authorized Representative

VI 206.0.5 (1199)

COPART0031



THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.

Named Insured* COPART INC.  
Company* UNITED STATES FIRE INSURANCE COMPANY  
Producer* MARSH GLOBAL BROK/SF  

Policy No. 2441886561  
Endorsement No.  
Effective Date 10-01-2005  

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

## EARTHQUAKE ENDORSEMENT

This endorsement modifies insurance provided under the following Coverage Form(s):
SPECIAL FORM - CP 10 30

**LIMITS OF INSURANCE:**

a. $1,000,000   Any one occurrence.
b. $1,000,000   Any single policy year.

**DEDUCTIBLE:**
5%

**SPECIAL EARTHQUAKE ENDORSEMENT PROVISIONS, IF ANY:**
$100,000 MINIMUM

1. **COVERAGE**

   Earthquake is included as a Covered Cause of Loss.

   All earthquake shocks that occur within 168-hour period will constitute a single earthquake occurrence. The expiration of this policy will not reduce the 168 hour period.

2. **LIMITS OF INSURANCE**

   a. The most we will pay for "loss" in any one occurrence cause by or resulting from earthquake at any one location is the lesser of:

      (1) The Limit of Insurance for any one location shown above; or

      (2) The Limit of Insurance shown in the coverage Form Declarations for that location at which the "loss" occurred.

   b. The most we will pay for the sum of all such "loss" occurrences arising out of earthquake during each separate 12 month period of this policy is the Limit of Insurance shown above for any single policy year.

3. **DEDUCTIBLE**

   We will not pay for "loss" caused by or resulting from earthquake in any one occurrence until the amount of the adjusted "loss" exceeds the Deductible shown above. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance for earthquake shown above.

All other terms and conditions remain unchanged.

FM 300.0.842 0801

COPART0033

POLICY NUMBER: 2441886561

COMMERCIAL PROPERTY
CP 03 21 06 95

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

SCHEDULE*

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1, 2 or 5) |
|---|---|---|
| ALL | 001 | 5%   $100,000 Minimum |

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

WINDSTORM OR HAIL DEDUCTIBLE CLAUSE

A. All Policies

1. A Deductible is calculated separately for, and applies separately to:
   a. Each building, if two or more buildings sustain loss or damage;
   b. The building and to personal property in that building, if both sustain loss or damage;
   c. Personal property at each building, if personal property at two or more buildings sustains loss or damage;
   d. Personal property in the open.

2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition – Need for Adequate Insurance or Additional Condition – Need for Full Reports.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

COPART0034

CP 03 21 06 95            Copyright, ISO Commercial Risk Services, Inc., 1995            Page 1 of 3