Jess B. Millikan (CSB#095540)
Samuel H. Ruby (CSB#191091)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com

*Attorneys for Defendants*
Crum & Forster Indemnity Company
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART INC., | C 07 2684 |
| Plaintiff, | **DECLARATION OF CARLTON C. CLARKE IN SUPPORT OF NOTICE OF REMOVAL** |
| vs. | |
| CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, | |
| Defendants. | |

I, Carlton C. Clarke, declare under penalty of perjury under the laws of the State of California and of the United States that if called as a witness in this action, I would testify as follows:

1.  I am employed by United States Fire Insurance Company as a Claims Specialist. I was assigned to handle (and have handled) the claims of Copart, Inc. under a United States Fire Insurance Company policy for losses in Florida arising out of Hurricane Wilma, including losses relating to a location described as Yard 105. As the Claims Specialist assigned to the claims, I have personal knowledge of them.

– 1 –

CLARKE DECLARATION IN SUPPORT OF NOTICE OF REMOVAL

2. In the course of the claim, I received from Copart (through an independent adjuster I retained) invoices, totaling in excess of $112,783.99, for electrical repairs, demolition, and extra expense associated with the alleged damage to the building(s) at Yard 105.

Executed this 21 day of May, 2007 in Morristown, New Jersey.

*[Signature]*

6080522

Kathleen Schmitt
Notary Public of New Jersey
My Commission Expires:
February 4, 2012

– 2 –

CLARKE DECLARATION IN SUPPORT OF NOTICE OF REMOVAL