Jess B. Millikan (CSB#095540)
Samuel H. Ruby (CSB#191091)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com

*Attorneys for Defendants*
Crum & Forster Indemnity Company
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. | C 07 2684 <br><br> **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br> **(L.R. 3-16, FRCP 7.1)** |

**TO THE HONORABLE JUDGES AND CLERK OF THE COURT**:

Pursuant to FRCP 7.1 and L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

– 1 –

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  United States Fire Insurance Company (Delaware) and Crum & Forster Indemnity
2  Company (Delaware) are wholly owned by Crum & Forster Holding Inc. (Delaware), which is
3  wholly owned by Crum & Forster Holdings Corp. (Delaware), which is wholly owned by
4  Fairfax Inc. (Wyoming). 48.10% of Fairfax Inc. is owned by FFHL Group Ltd. (Canada) and
5  51.90% is owned by FFHL S.a.r.l. (Luxembourg). FFHL S.a.r.l. is wholly owned by FFHL
6  Group Ltd. FFHL Group Ltd. is wholly owned by Fairfax Financial Holdings Limited
7  (Canada).
8  Fairfax Financial Holdings Limited (Canada) is the only publicly traded company.

10  DATED: May 21, 2007

12  BULLIVANT HOUSER BAILEY PC

13  By  *[signature]*
14  Samuel H. Ruby

15  Attorneys for Defendants Crum & Forster
    Indemnity Company and United States Fire
16  Insurance Company

17  6080624.1