1  Jess B. Millikan (CSB#095540)
   Samuel H. Ruby (CSB#191091)
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   jess.millikan@bullivant.com
5  samuel.ruby@bullivant.com

6  *Attorneys for Defendants*
   Crum & Forster Indemnity Company
7  United States Fire Insurance Company

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  COPART INC.,                              Case No.: C 07-02684 EMC

14           Plaintiff,                       **STIPULATION TO EXTENSION OF
                                              TIME TO RESPOND TO COMPLAINT**
15      vs.

16  CRUM & FORSTER INDEMNITY
    COMPANY, UNITED STATES FIRE
17  INSURANCE COMPANY, and DOES 1-10,

18           Defendants.

— 1 —
STIPULATION TO EXTENSION OF TIME

1  Pursuant to L.R. 6.1(a), the parties hereby stipulate that defendants Crum & Forster
2  Indemnity Company and the United States Fire Insurance Company shall have an additional 15
3  days to respond to Copart Inc.'s complaint. The new response deadline is June 13, 2007. This
4  extension does not affect any deadlines or appearances that have been set by the Court.
5  DATED: May __, 2007

PILLSBURY & LEVINSON, LLP

By _____
Vedica Puri

Attorneys for Plaintiff
COPART INC.

DATED: May __, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Samuel H. Ruby

Attorneys for Defendants
CRUM & FORSTER INDEMNITY COMPANY
and UNITED STATES FIRE INSURANCE
COMPANY

6080866.1

Pursuant to L.R. 6.1(a), the parties hereby stipulate that defendants Crum & Forster Indemnity Company and the United States Fire Insurance Company shall have an additional 15 days to respond to Copart Inc.'s complaint. The new response deadline is June 13, 2007. This extension does not affect any deadlines or appearances that have been set by the Court.

DATED: May __, 2007

PILLSBURY & LEVINSON, LLP

By _____
Vedica Puri

Attorneys for Plaintiff
COPART INC.

DATED: May 30, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Samuel H. Ruby

Attorneys for Defendants
CRUM & FORSTER INDEMNITY COMPANY
and UNITED STATES FIRE INSURANCE
COMPANY

6080866.1

—2—
STIPULATION TO EXTENSION OF TIME