1  Jess B. Millikan (CSB#095540)
   Samuel H. Ruby (CSB#191091)
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   jess.millikan@bullivant.com
5  samuel.ruby@bullivant.com

6  *Attorneys for Defendants*
   Crum & Forster Indemnity Company
7  United States Fire Insurance Company

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 COPART INC.,                          Case No.: C 07-02684 EMC

14              Plaintiff,               **STIPULATION TO EXTENSION OF
                                         TIME TO RESPOND TO COMPLAINT ;**
15      vs.                              **ORDER**

16 CRUM & FORSTER INDEMNITY
   COMPANY, UNITED STATES FIRE
17 INSURANCE COMPANY, and DOES 1-10,

18              Defendants.

– 1 –
STIPULATION TO EXTENSION OF TIME

1    Pursuant to L.R. 6.1(a), the parties hereby stipulate that defendants Crum & Forster
2  Indemnity Company and the United States Fire Insurance Company shall have an additional 15
3  days to respond to Copart Inc.'s complaint. The new response deadline is June 13, 2007. This
4  extension does not affect any deadlines or appearances that have been set by the Court.
5  DATED: May 24, 2007

6                                        PILLSBURY & LEVINSON, LLP

7
8                                        By _____
                                            Vedica Puri
9
10                                       Attorneys for Plaintiff
                                         COPART INC.

11  DATED: May __, 2007

12                                       BULLIVANT HOUSER BAILEY PC

13
14                                       By _____
                                            Samuel H. Ruby
15

16                                       Attorneys for Defendants
                                         CRUM & FORSTER INDEMNITY COMPANY
17                                       and UNITED STATES FIRE INSURANCE
                                         COMPANY
18
     6080866.1
19

20

21

22

23

24

25

26

27

28

─────────────────────────────── -2- ───────────────────────────────
STIPULATION TO EXTENSION OF TIME

Pursuant to L.R. 6.1(a), the parties hereby stipulate that defendants Crum & Forster Indemnity Company and the United States Fire Insurance Company shall have an additional 15 days to respond to Copart Inc.'s complaint. The new response deadline is June 13, 2007. This extension does not affect any deadlines or appearances that have been set by the Court.

DATED: May __, 2007

PILLSBURY & LEVINSON, LLP

By _____
Vedica Puri

Attorneys for Plaintiff
COPART INC.

DATED: May 30, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Samuel H. Ruby

Attorneys for Defendants
CRUM & FORSTER INDEMNITY COMPANY
and UNITED STATES FIRE INSURANCE
COMPANY

6080866.1

IT IS SO ORDERED:

Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*

-2-
STIPULATION TO EXTENSION OF TIME