1  Jess B. Millikan (CSB#095540)
   Samuel H. Ruby (CSB#191091)
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   jess.millikan@bullivant.com
5  samuel.ruby@bullivant.com

6  *Attorneys for Defendants*
   Crum & Forster Indemnity Company
7  United States Fire Insurance Company

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  COPART INC.,                       Case No.: C 07-02684 EMC

13              Plaintiff,             **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**
14       vs.                           **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT**
15  CRUM & FORSTER INDEMNITY           **JUDGE**
    COMPANY, et al.,
16
                Defendants.
17

18       The undersigned parties respectfully decline to consent to the assignment of this case to

19  a United States Magistrate Judge for trial and disposition and hereby request the reassignment of

20  this case to a United States District Judge.

21  DATED: June 8, 2007

22                                      BULLIVANT HOUSER BAILEY PC

23
                                        By  /s/ Samuel H. Ruby
24                                          Samuel H. Ruby

25                                      Attorneys for Defendants
                                        CRUM & FORSTER INDEMNITY COMPANY
26                                      and UNITED STATES FIRE INSURANCE
                                        COMPANY
27

28  6081528.1



– 1 –

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE