**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                          415.522.2000

### June 12, 2007

**CASE NUMBER:  CV 07-02684 EMC**
**CASE TITLE:  COPART INC-v-CRUM AND FORSTER INDEMNITY CO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/12/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                                 Entered in Computer 06/12/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA