Jess B. Millikan (CSB#095540)
Samuel H. Ruby (CSB#191091)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com

*Attorneys for Defendants*
Crum & Forster Indemnity Company
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. | Case No.: C 07-02684 CW <br><br> **[PROPOSED]** <br><br> **ORDER UPON STIPULATION DISMISSING DEFENDANT CRUM & FORSTER INDEMNITY COMPANY WITHOUT PREJUDICE** |

## STIPULATIONS

A.  **By Defendants**

Defendants Crum & Forster Indemnity Company and United States Fire Insurance Company stipulate to the following matters:

1.  Plaintiff's complaint is an action upon a contract of insurance, No. 2441886561, with the policy period of October 1, 2005 to October 1, 2006.

2.  The policy was issued by United States Fire Insurance Company.

3.  United States Fire Insurance Company, a Delaware corporation, is the obligor and the only obligor on the policy.

– 1 –
ORDER UPON STIPULATION DISMISSING CRUM & FORSTER

4. Without conceding that plaintiff is entitled to the relief requested in the complaint or any other relief, United States Fire Insurance Company stipulates that it is a proper defendant and the only proper defendant to the plaintiff's action on the policy.

WHEREFORE, defendants request that Crum & Forster Indemnity Company be dismissed.

DATED: June 12, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Samuel H. Ruby

Attorneys for Defendants
CRUM & FORSTER INDEMNITY COMPANY
UNITED STATES FIRE INSURANCE COMPANY

**B.      By Plaintiff**

Based upon the foregoing stipulations by defendants, plaintiff stipulates to an order dismissing Crum & Forster Indemnity Company, without prejudice.

DATED: June __, 2007

PILLSBURY & LEVINSON, LLP

By _____
Vedica Puri

Attorneys for Plaintiff
COPART INC.

**ORDER**

Based upon the foregoing stipulations of the parties, the Court hereby ORDERS that defendant Crum & Forster Indemnity Company is dismissed, without prejudice.

Dated: _____       _____
                               United States District Court

6081174.1

4. Without conceding that plaintiff is entitled to the relief requested in the complaint or any other relief, United States Fire Insurance Company stipulates that it is a proper defendant and the only proper defendant to the plaintiff's action on the policy.

WHEREFORE, defendants request that Crum & Forster Indemnity Company be dismissed.

DATED: June __, 2007

                            BULLIVANT HOUSER BAILEY PC

                            By _____
                                Samuel H. Ruby

                            Attorneys for Defendants
                            CRUM & FORSTER INDEMNITY COMPANY
                            UNITED STATES FIRE INSURANCE COMPANY

**B.** **By Plaintiff**

Based upon the foregoing stipulations by defendants, plaintiff stipulates to an order dismissing Crum & Forster Indemnity Company, without prejudice.

DATED: June __, 2007

                            PILLSBURY & LEVINSON, LLP

                            By _____
                                Vedica Puri

                            Attorneys for Plaintiff
                            COPART INC.

## ORDER

Based upon the foregoing stipulations of the parties, the Court hereby ORDERS that defendant Crum & Forster Indemnity Company is dismissed, without prejudice.

Dated: _____  _____
                                                   United States District Court

6081174.1