1   Jess B. Millikan (CSB#095540)
    Samuel H. Ruby (CSB#191091)
2   BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
3   San Francisco, California  94108
    Telephone: 415.352.2700
4   Facsimile: 415.352.2701
    jess.millikan@bullivant.com
5   samuel.ruby@bullivant.com

6   *Attorneys for Defendants*
    Crum & Forster Indemnity Company
7   United States Fire Insurance Company

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

13  COPART INC.,                          Case No.: C 07 2684 EMC

14              Plaintiff,                **PROOF OF SERVICE OF CASE
                                          MANAGEMENT SCHEDULING ORDER
                vs.                       FOR REASSIGNED CIVIL CASE**
15

16  CRUM & FORSTER INDEMNITY
    COMPANY, UNITED STATES FIRE
17  INSURANCE COMPANY, and DOES 1-10,

18              Defendants.

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                         PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108.  I am over the age of 18 and not a party to this action.  On June 14, 2007, I served the document(s) entitled:

- **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

upon the following party(ies):

| | |
|---|---|
| Philip L. Pillsbury<br>Vedica Puri<br>PILLSBURY & LEVINSON, LLP<br>600 Montgomery St., 31st Flr.<br>San Francisco, CA  94111<br>Tel:  (415) 433-8000<br>Fax:  (415) 433-4816<br>Attorneys for Plaintiff<br>COPART INC. | |

(X)    <u>BY MAIL</u> (CCP § 1013(a)):  I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service.  I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid.  I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business.  Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

( )    <u>BY FACSIMILE TRANSMISSION</u> (CCP § 1013(e), CRC 2008(e)):  I transmitted the document(s) by facsimile transmission by placing it(them) in a facsimile machine (telephone number 415-352-2701) and transmitting it(them) to the facsimile machine telephone number(s) listed above.  A transmission report was properly issued by the transmitting facsimile machine.  Each transmission was reported as complete and without error.  A true and correct copy of the transmission report is attached hereto.

( )    <u>BY OVERNIGHT DELIVERY</u> (CCP § 1013(c)):  I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery.  I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid.  I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business.  Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

( )    <u>BY PERSONAL SERVICE UPON AN ATTORNEY</u> (CCP § 1011(a)):  I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above.  I delivered each of said envelope(s) by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was

– 2 –

1     present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

2

3 ( )   <u>BY HAND</u>  Pursuant to Code of Civil Procedure § 1011, I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date. A proof of service by hand executed by the courier shall be filed/lodged with the court under separate cover.

4

5 ( )   <u>BY PERSONAL SERVICE UPON A PARTY</u>  (CCP § 1011(b)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

6

7

8     I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2007, at San Francisco, California.

9

10                                       Wai Ling Wong

11

12

13

14 6080522

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 3 –

PROOF OF SERVICE