1  Jess B. Millikan (CSB#095540)
   Samuel H. Ruby (CSB#191091)
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   jess.millikan@bullivant.com
5  samuel.ruby@bullivant.com

6  *Attorneys for Defendants*
   Crum & Forster Indemnity Company
7  United States Fire Insurance Company

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13 COPART INC.,                              Case No.: C 07-02684 CW

14              Plaintiff,

15     vs.                                    **ORDER UPON STIPULATION
                                              DISMISSING DEFENDANT CRUM &
16 CRUM & FORSTER INDEMNITY                   FORSTER INDEMNITY COMPANY
   COMPANY, UNITED STATES FIRE               WITHOUT PREJUDICE**
17 INSURANCE COMPANY, and DOES 1-10,

18              Defendants.

19

20                       **STIPULATIONS**

21     **A.     By Defendants**

22     Defendants Crum & Forster Indemnity Company and United States Fire Insurance

23 Company stipulate to the following matters:

24     1.     Plaintiff's complaint is an action upon a contract of insurance, No. 2441886561,

25 with the policy period of October 1, 2005 to October 1, 2006.

26     2.     The policy was issued by United States Fire Insurance Company.

27     3.     United States Fire Insurance Company, a Delaware corporation, is the obligor

28 and the only obligor on the policy.

– 1 –

ORDER UPON STIPULATION DISMISSING CRUM & FORSTER

1    4.    Without conceding that plaintiff is entitled to the relief requested in the

2  complaint or any other relief, United States Fire Insurance Company stipulates that it is a proper

3  defendant and the only proper defendant to the plaintiff's action on the policy.

4        WHEREFORE, defendants request that Crum & Forster Indemnity Company be

5  dismissed.

6  DATED:  June __, 2007

7                                          BULLIVANT HOUSER BAILEY PC

8

9                                          By _____
                                             Samuel H. Ruby
10

11                                         Attorneys for Defendants
                                           CRUM & FORSTER INDEMNITY COMPANY
                                           UNITED STATES FIRE INSURANCE COMPANY
12

13   **B.    By Plaintiff**

14        Based upon the foregoing stipulations by defendants, plaintiff stipulates to an order

15  dismissing Crum & Forster Indemnity Company, without prejudice.

16  DATED:  June __, 2007

17                                         PILLSBURY & LEVINSON, LLP

18

19                                         By _____
                                             Vedica Puri
20
                                           Attorneys for Plaintiff
21                                         COPART INC.

22                                         **ORDER**

23        Based upon the foregoing stipulations of the parties, the Court hereby ORDERS that

24  defendant Crum & Forster Indemnity Company is dismissed, without prejudice.

25                  6/15/07

26    Dated: _____    _____

27                                         United States District Court

28  6081174.1

– 2 –

ORDER UPON STIPULATION DISMISSING CRUM & FORSTER