1  Philip L. Pillsbury, Jr. (SBN 72261)
   Vedica Puri (SBN 176252)
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
4  Telephone: (415) 433-8000
   Facsimile: (415) 433-4816
5  ppillsbury@pillsburylevinson.com
6  vpuri@pillsburylevinson.com

7
   Attorneys for Plaintiff
8  COPART INC.

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORN

11                  OAKLAND DIVISION

12  COPART INC.,                        )  Case No.  C 07 2684 CW
                                        )
13           Plaintiff,                 )  **E-FILING**
                                        )
14      vs.                             )  **STIPULATION TO EXTENSION OF**
                                        )  **TIME TO RESPOND TO**
15  CRUM & FORSTER INDEMNITY            )  **COUNTERCLAIM**
    COMPANY, UNITED STATES FIRE         )
16  INSURANCE COMPANY, and DOES 1-10,   )
17  Inclusive,                          )
                                        )
18           Defendants.                )
                                        )
19  AND RELATED CROSS-ACTION            )
                                        )
20                                      )

21

22

23

24

25

26

27

28

-1-

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1

2        Pursuant to L.R. 6.1(a), the parties hereby stipulate that plaintiff Copart Inc. shall have

3   an additional three weeks to respond to United States Fire Insurance Company's Counterclaim.

4   The new response deadline is July 24, 2007.  This extension does not affect any deadlines or

5   appearances that have been set by the Court.

6   Dated: 6/26/07                          PILLSBURY & LEVINSON, LLP

7

8                                           By: _____

9                                              Vedica Puri
                                               Attorneys for Plaintiff
10                                             COPART INC.

11

12  Dated: 6/27/07                          BULLIVANT HOUSE BAILEY PC

13

14                                          By: _____
                                               Samuel H. Ruby
15                                             Attorneys for Defendants
                                               CRUM & FORSTER INDEMNITY
16                                             COMPANY and UNITED STATES FIRE
                                               INSURANCE COMPANY
17

18  IT IS SO ORDERED.

19    Dated:

20                        By: _____
                             Claudia Wilken
21                           JUDGE OF THE UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-2-