1  Philip L. Pillsbury, Jr. (SBN 72261)
2  Vedica Puri (SBN 176252)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
4  San Francisco, CA 94111
   Telephone:  (415) 433-8000
5  Facsimile:   (415) 433-4816
   ppillsbury@pillsburylevinson.com
6  vpuri@pillsburylevinson.com

7  Attorneys for Plaintiff
8  COPART INC.

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORN
11                    OAKLAND DIVISION

| | |
|---|---|
| COPART INC., | Case No.  C 07 2684 CW |
| Plaintiff, | **E-FILING** |
| vs. | **ORDER GRANTING STIPULATION TO EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |
| CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

Pursuant to L.R. 6.1(a), the parties hereby stipulate that plaintiff Copart Inc. shall have an additional three weeks to respond to United States Fire Insurance Company's Counterclaim. The new response deadline is July 24, 2007. This extension does not affect any deadlines or appearances that have been set by the Court.

Dated:                                     PILLSBURY & LEVINSON, LLP

By: _____
Vedica Puri
Attorneys for Plaintiff
COPART INC.

Dated:                                     BULLIVANT HOUSE BAILEY PC

By: _____
Samuel H. Ruby
Attorneys for Defendants
CRUM & FORSTER INDEMNITY COMPANY and UNITED STATES FIRE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: 7/2/07

By: *[signature: Claudia Wilken]*
Claudia Wilken
JUDGE OF THE UNITED STATES DISTRICT COURT

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM
Case No. C 07 2684 CW