1  Philip L. Pillsbury, Jr. (SBN 72261)
2  Vedica Puri (SBN 176252)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
4  San Francisco, CA 94111
   Telephone: (415) 433-8000
5  Facsimile:  (415) 433-4816
   ppillsbury@pillsburylevinson.com
6  vpuri@pillsburylevinson.com

7  Attorneys for Plaintiff
8  COPART INC.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12  COPART INC.,                          ) Case No. C 07 2684 CW
                                          )
13               Plaintiff,               ) **E-FILING**
                                          )
14       vs.                              )
                                          ) **STIPULATION TO EXTENSION OF**
15                                        ) **TIME TO RESPOND TO**
    CRUM & FORSTER INDEMNITY              ) **COUNTERCLAIM**
16  COMPANY, UNITED STATES FIRE           )
    INSURANCE COMPANY, and DOES 1-10,     )
17  Inclusive,                            )
                                          )
18               Defendants.              )
                                          )
19  AND RELATED CROSS-ACTION              )
20                                        )

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM
Case No. C 07 2684 CW

Pursuant to L.R. 6.1(a), the parties hereby stipulate that plaintiff Copart Inc. shall have an additional week to respond to United States Fire Insurance Company's Counterclaim. The new response deadline is August 3, 2007. This extension does not affect any deadlines or appearances that have been set by the Court.

Dated:                                    PILLSBURY & LEVINSON, LLP

                                          By: /s/ Vedica Puri
                                              Vedica Puri
                                              Attorneys for Plaintiff
                                              COPART INC.

Dated:                                    BULLIVANT HOUSER BAILEY PC

                                          By: /s/ Jess B. Millikan
                                              Jess B. Millikan
                                              Attorneys for Defendants
                                              CRUM & FORSTER INDEMNITY
                                              COMPANY and UNITED STATES FIRE
                                              INSURANCE COMPANY

IT IS SO ORDERED.

Dated:
                  By: _____
                      Claudia Wilken
                      JUDGE OF THE UNITED STATES DISTRICT COURT

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM
Case No. C 07 2684 CW