1  Philip L. Pillsbury, Jr. (SBN 72261)
2  Vedica Puri (SBN 176252)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
4  San Francisco, CA 94111
   Telephone: (415) 433-8000
5  Facsimile: (415) 433-4816
   ppillsbury@pillsburylevinson.com
6  vpuri@pillsburylevinson.com

7  Attorneys for Plaintiff
8  COPART INC.

9          UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11             OAKLAND DIVISION

12 COPART INC.,                          ) Case No. C 07 2684 CW
                                         )
13           Plaintiff,                  ) **E-FILING**
                                         )
14      vs.                              ) **STIPULATION TO EXTENSION OF**
                                         ) **TIME TO RESPOND TO**
15                                       ) **COUNTERCLAIM**
   CRUM & FORSTER INDEMNITY              )
16 COMPANY, UNITED STATES FIRE          )
   INSURANCE COMPANY, and DOES 1-10,    )
17 Inclusive,                           )
                                         )
18           Defendants.                 )
                                         )
19 AND RELATED CROSS-ACTION              )
                                         )
20

21

22

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1

2          Pursuant to L.R. 6.1(a), the parties hereby stipulate that plaintiff Copart Inc. shall have

3    an additional week to respond to United States Fire Insurance Company's Counterclaim.  The

4    new response deadline is August 3, 2007.  This extension does not affect any deadlines or

5    appearances that have been set by the Court.

6
     Dated:                                      PILLSBURY & LEVINSON, LLP
7

8                                          By:   /s/ Vedica Puri
9                                                Vedica Puri
                                                 Attorneys for Plaintiff
10                                               COPART INC.

11
     Dated:                                      BULLIVANT HOUSER BAILEY PC
12

13                                         By:   /s/ Jess B. Millikan
14                                               Jess B. Millikan
                                                 Attorneys for Defendants
15                                               CRUM & FORSTER INDEMNITY
                                                 COMPANY and UNITED STATES FIRE
16                                               INSURANCE COMPANY

17
     IT IS SO ORDERED.
18
     Dated: 7/24/07
19
                           By:
20                               Claudia Wilken
                                 JUDGE OF THE UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM
Case No.  C 07 2684 CW

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111