**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Copart Inc.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Crum & Forster Indemnity Company,<br><br>        Defendant(s). | 07-02684 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02684 CW                                                                -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 20, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-02684 CW                          -2-

PROOF OF SERVICE

Case Name:     Copart Inc. v. Crum & Forster Indemnity Company

Case Number:   07-02684 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 20, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Philip Landsdale Pillsbury Jr.
>   Pillsbury & Levinson LLP
>   The Transamerica Pyramid
>   600 Montgomery Street
>   31st Floor
>   San Francisco, CA 94111
>   PPillsbury@pillsburylevinson.com
>
>   Vedica Puri
>   Pillsbury & Levinson, LLP
>   The Transamerica Pyramid
>   600 Montgomery Street
>   31st Floor
>   San Francisco, CA 94111
>   vpuri@pillsburylevinson.com
>
>   Jess Borden Millikan
>   Bullivant Houser Bailey PC
>   601 California Street
>   Suite 1800
>   San Francisco, CA 94108-2823

jess.millikan@bullivant.com

Samuel Harold Ruby
Bullivant Houser Bailey
601 California Street
Suite 1800
San Francisco, CA 94108-2823
samuel.ruby@bullivant.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2007 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:   Timothy J. Smagacz
>
> */s/ Timothy Smagacz*
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov