1  Philip L. Pillsbury, Jr. (SBN 72261)
   Vedica Puri (SBN 176252)
2  Eric K. Larson (SBN 142791)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone:  (415) 433-8000
   Facsimile:   (415) 433-4816
6  ppillsbury@pillsburylevinson.com
   vpuri@pillsburylevinson.com
7  rlarson@pillsburylevinson.com
8
   Attorneys for Plaintiff
9  COPART INC.

10             UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12                    OAKLAND DIVISION

13 COPART INC.,                          ) Case No.  C 07 2684 CW
14         Plaintiff,                    )
                                         ) **E-FILING**
15     vs.                               )
                                         ) **PLAINTIFF COPART, INC.'S**
16 CRUM & FORSTER INDEMNITY              ) **CERTIFICATION OF INTERESTED**
17 COMPANY, UNITED STATES FIRE           ) **ENTITIES OR PARTIES**
   INSURANCE COMPANY, and DOES 1-10,     )
18 Inclusive,                            ) [Local Rule 3-16]
19         Defendants.                   )
20 UNITED STATES FIRE INSURANCE          )
21 COMPANY,                              )
22         Counterclaimant,              )
23     vs.                               )
24                                       )
25 COPART, INC.,                         )
26         Counterdefendant.             )
27                                       )
28                                       )

-1-
COPART, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES
Case No. C 07 2684 CW

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4  Dated: August 27, 2007                    PILLSBURY & LEVINSON, LLP
                                              By:
5

6                                             /s/ Vedica Puri
                                              Philip L. Pillsbury, Jr.
7                                             Vedica Puri
                                              Eric K. Larson
8                                             Attorneys for Plaintiff and Counterdefendant
                                              COPART INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

COPART, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES
Case No. C 07 2684 CW

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111