1  Jess B. Millikan (CSB#095540)
   Samuel H. Ruby (CSB#191091)
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   jess.millikan@bullivant.com
5  samuel.ruby@bullivant.com

6  *Attorneys for Defendant*
   United States Fire Insurance Company
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 | COPART INC.,                           | Case No.: C 07 02684 CW
   |                                         |
14 |              Plaintiff,                 | **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO DOCUMENT REQUESTS AND FURTHER PRODUCTION OF DOCUMENTS**
15 |   vs.                                   |
   |                                         |
16 | CRUM & FORSTER INDEMNITY                |
   | COMPANY,[1] UNITED STATES FIRE          |
17 | INSURANCE COMPANY, and DOES 1-10,       | Date:     TO BE SET
   |                                         | Time:
18 |              Defendants.                | Courtroom:
   |                                         |
19 | AND RELATED COUNTERCLAIMS.              |

20

21

22

23

24

25

26

27

28
   _____
   [1] Dismissed by Order Upon Stipulation (6/15/07).

   6089445.1                     – 1 –
                       NOTICE OF MOTION AND MOTION TO COMPEL

1    TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

2    PLEASE TAKE NOTICE THAT ON _____, 2007 at _____ a.m./pm or as soon thereafter as the matter may be heard in the above-referenced Court located at _____, defendant U.S. Fire Insurance Company will move this Court for an order compelling plaintiff Copart Inc. to furnish further responses to U.S. Fire's Document Requests and to further produce documents.

This motion is made on the grounds that the documents requested are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to produce the requested documents is without any justification.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the attached Declaration of Samuel H. Ruby, the attached Statement of Discovery Requests and Responses In Dispute and the complete files and records in this action.

DATED: November 28, 2007

                           BULLIVANT HOUSER BAILEY PC


                           By       */s/ Samuel H. Ruby*
                                Samuel H. Ruby

                           Attorneys for Defendant United States Fire Insurance Company