1  Jess B. Millikan (CSB#095540)
   Samuel H. Ruby (CSB#191091)
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   jess.millikan@bullivant.com
5  samuel.ruby@bullivant.com

6  *Attorneys for Defendant*
   United States Fire Insurance Company
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11 | COPART INC.,                          | Case No.: C 07 02684 CW
12 |           Plaintiff,                  | **[PROPOSED]**
13 |    vs.                                | **ORDER GRANTING MOTION TO COMPEL FURTHER RESPONSES TO DOCUMENT REQUESTS AND FURTHER PRODUCTION OF DOCUMENTS**
14 | CRUM & FORSTER INDEMNITY COMPANY,[1] UNITED STATES FIRE
15 | INSURANCE COMPANY, and DOES 1-10,
16 |           Defendants.                 | Date:    TO BE SET
                                             Time:
17 |                                       | Courtroom:
18 | AND RELATED COUNTERCLAIMS.

23     This matter having come on for hearing on _____, 2008, at ____ a.m./p.m., in

24 Department ___ of this Court, upon defendant United States Fire Insurance Company's motion

25 for an order directing plaintiff Copart Inc. to (1) immediately respond fully to requests for

26 production Nos. 7, 8, 15, 18, 19, 20, 21, 22, and 23, (2) produce the remaining documents

---

[1] Dismissed by Order Upon Stipulation (6/15/07).

6089866.1                           – 1 –
               [PROPOSED] ORDER GRANTING MOTION TO COMPEL

1  responsive to requests for production Nos. 7, 8, 15, 18, 19, 20, 21, 22, and 23, and (3)
2  immediately provide responses to the questions raised by U.S. Fire regarding Copart's
3  previously prepared privilege log, the Court having reviewed the pleadings and papers
4  submitted in support of and in opposition to said motion, and the arguments of counsel, and
5  good cause appearing therefor, it is hereby ORDERED that the motion is GRANTED. Copart's
6  objections to Requests for Production Nos. 7, 8, 15, 18, 19, 20, 21, 22, and 23 are overruled.
7  Copart shall amend its responses to Request for Production Nos. 7, 8, 15, 18, 19, 20, 21, 22, and
8  23 and provide to U.S. Fire all documents responsive to such requests no later than noon on
9  _____, \_\_\_, 2008. Copart shall also justify its claim of privilege for the
10 disputed entries on its privilege log or produce the documents requested.
11 IT IS SO ORDERED.
12
13 DATED: _____ \_\_, 2007
14
15
16                                        By _____
17                                           United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28