IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COPART INC.,

       Plaintiff,

   v.

CRUM & FORSTER INDEMNITY COMPANY, et al.,

       Defendants.
                                              /

No. C 07-02684 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Defendant United States Fire Insurance Company's Motion to Compel Further Responses to Document Requests and Further Production of Documents and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 11/29/07

                                            CLAUDIA WILKEN
                                            United States District Judge

cc: Wings; Assigned M/J w/mo.