1  Philip L. Pillsbury, Jr. (SBN 72261)
   Vedica Puri (SBN 176252)
2  Eric K. Larson (SBN 142791)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
4  San Francisco, CA 94111
   Telephone:  (415) 433-8000
5  Facsimile:  (415) 433-4816
   ppillsbury@pillsburylevinson.com
6  vpuri@pillsburylevinson.com
   rlarson@pillsburylevinson.com
7

8  Attorneys for Plaintiff
   COPART INC.
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13 COPART INC.,                    )  Case No.  C 07 2684 CW
                                   )
14          Plaintiff,             )  **E-FILING**
                                   )
15    vs.                          )  **STIPULATION AND [PROPOSED]**
                                   )  **ORDER RE EXTENSION OF TIME TO**
16 CRUM & FORSTER INDEMNITY        )  **COMPLETE MEDIATION**
   COMPANY, UNITED STATES FIRE     )
17 INSURANCE COMPANY, and DOES 1-10,)
   Inclusive,                      )
18                                 )
                                   )
19          Defendants.            )
                                   )
20 AND RELATED CROSS-ACTION        )  Action Filed:  March 20, 2007
                                   )  Trial Date:    TBA
21                                 )

22          Plaintiff Copart, Inc. and Defendant United States Fire Insurance Company, by and

23 through their respective attorneys of record stipulate as follows:

24          1.      The parties agreed to private mediation as their alternative dispute procedure.

25          2.      By the Court's Case Management Order, the parties are required to complete

26 the mediation by December 4, 2007.

27          3.      Due to the upcoming holiday season and various schedules, the parties need a

28 few more weeks to complete the mediation and have agreed to schedule a mediation to occur

-1-

1    by no later than January 31, 2008 before the Hon. Robert L. Dossee (Ret.) at JAMS in San

2    Francisco.

3        4.    The parties stipulate that the deadline for completion of the mediation in the

4    Case Management Order be extended to January 31, 2008.

5

6    Dated:  *11/30/07*                                PILLSBURY & LEVINSON, LLP

7

8                                          By:  _____
                                                Vedica Puri

9                                                Attorneys for Plaintiff
                                                COPART INC.

10

11   Dated:  *11/30/07*                              BULLIVANT HOUSER BAILEY PC

12

13                                          By:  _____
                                                Samuel Ruby

14                                               Attorneys for Defendants
                                                CRUM & FORSTER INDEMNITY

15                                               COMPANY and UNITED STATES FIRE
                                                INSURANCE COMPANY

16

17       GOOD CAUSE APPEARING, IT IS SO ORDEED.

18

19   Dated _____
                                                _____
                                                Hon. Claudia Wilken
20                                              U.S. District Court Judge

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO COMPLETE MEDIATION
Case No. C 07 2684 CW

*PILLSBURY & LEVINSON, LLP*
*The Transamerica Pyramid*
*600 Montgomery Street, 31st Floor · San Francisco, CA 94111*