1  Philip L. Pillsbury, Jr. (SBN 72261)
2  Vedica Puri (SBN 176252)
   Eric K. Larson (SBN 142791)
3  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
6  ppillsbury@pillsburylevinson.com
7  vpuri@pillsburylevinson.com
   rlarson@pillsburylevinson.com
8
   Attorneys for Plaintiff
9  COPART INC.

10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                                OAKLAND DIVISION

13  COPART INC.,                              ) Case No. C 07 2684 CW
                                              )
14              Plaintiff,                    ) **E-FILING**
                                              )
15        vs.                                 )
                                              ) **STIPULATION AND ORDER RE**
16                                            ) **EXTENSION OF TIME TO**
    CRUM & FORSTER INDEMNITY                  ) **COMPLETE MEDIATION**
17  COMPANY, UNITED STATES FIRE               )
    INSURANCE COMPANY, and DOES 1-10,         )
18  Inclusive,                                )
                                              )
19                                            )
                Defendants.                   )
20  _____  ) Action Filed: March 20, 2007
    AND RELATED CROSS-ACTION                  ) Trial Date:   TBA
21                                            )

22        Plaintiff Copart, Inc. and Defendant United States Fire Insurance Company, by and
23  through their respective attorneys of record stipulate as follows:
24        1.    The parties agreed to private mediation as their alternative dispute procedure.
25        2.    By the Court's Case Management Order, the parties are required to complete
26  the mediation by December 4, 2007.
27        3.    Due to the upcoming holiday season and various schedules, the parties need a
28  few more weeks to complete the mediation and have agreed to schedule a mediation to occur

-1-
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO COMPLETE MEDIATION
Case No. C 07 2684 CW

by no later than January 31, 2008 before the Hon. Robert L. Dossee (Ret.) at JAMS in San Francisco.

    4.    The parties stipulate that the deadline for completion of the mediation in the Case Management Order be extended to January 31, 2008.

Dated: 11/30/07

PILLSBURY & LEVINSON, LLP

By: /s/ Vedica Puri
Vedica Puri
Attorneys for Plaintiff
COPART INC.

Dated: 11/30/07

BULLIVANT HOUSER BAILEY PC

By: /s/ Samuel H. Ruby
Samuel Ruby
Attorneys for Defendants
CRUM & FORSTER INDEMNITY COMPANY and UNITED STATES FIRE INSURANCE COMPANY

GOOD CAUSE APPEARING, IT IS SO ORDEED.

Dated 12/5/07

Hon. Claudia Wilken
U.S. District Court Judge

-2-
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO COMPLETE MEDIATION
Case No. C 07 2684 CW