# EXHIBIT C

# Bullivant|Houser|Bailey PC

Attorneys at Law

JUDITH A. WHITEHOUSE
Direct Dial: (415) 352-2724
E-mail: judith.whitehouse@bullivant.com

December 5, 2007

*Via Facsimile*

Eric K. Larson
Pillsbury & Levinson, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Fl.
San Francisco, CA  94111

    Re:   *Copart Inc. v. Crum & Forster Indem. Co., et al.*
           N.D. Cal. No. C07-02684 EMC
           Our File No. 10450/69

Dear Mr. Larson:

    I write in response to your letter dated November 30, 2007 to Sam Ruby regarding USFIC's motion to compel further discovery responses and documents. Sam is out of the office and I am responding in his absence.

    USFIC's motion to compel was filed to enforce the production of documents promised in Copart's responses to discovery, which such documents have yet to be delivered, as well as to enforce production of documents USFIC is entitled to obtain in order to substantiate its claims and defenses.

    To support its motion, USFIC is required to explain to the court what demands have been made, what responses/documents have been provided and why there is a dispute. Mr. Ruby's declaration provided the court with the first two elements. It is my understanding that your letter of November 15 did not change the previously provided responses, nor did it include any offer to amend any of the previously provided responses. Since it did not change the disputed responses in any way, it was not included in USFIC's motion.

    However, your letter of November 15 letter did include a statement that you would be back to us the week of Ms. Puri's return with answers to "most, if not all" of the concerns raised in connection with the privilege log. I do not believe we have received any answers whatsoever to date. Please let me know if such answers have been provided. I am happy to review them in Sam's absence.

Eric K. Larson
December 5, 2007
Page 2

    We look forward to receiving your responses to the unanswered questions regarding the privilege log, production of the promised documents and to further responses to the disputed document requests.

                                      Very truly yours,

                                      Judith A. Whitehouse

JAW:jaw