# EXHIBIT E

From: Rick Larson <rlarson@pillsburylevinson.com>
Subject: **Copart v. USFIC**
Date: December 20, 2007 10:25:47 AM PST
To: judith.whitehouse@bullivant.com, Samuel Ruby <samuel.ruby@bullivant.com>
Cc: Vedica Puri <vpuri@pillsburylevinson.com>

Dear Ms. Whitehouse and Mr. Ruby:

Following up on my letter of yesterday, please let me know as soon as possible if you will agree to take your motion to compel off calendar. Alternatively, I suggest you agree to continue it for 2 weeks. I believe that the Amended Responses and the accompanying letter addressed all the issues raised by your motion. To the extent you believe there are any remaining issues, it would make sense to identify those, attempt to resolve them and, if necessary, present them to the Court in a targeted fashion.

At the moment, given the January 15 hearing date, our opposition is due on Christmas Day, so effectively must be filed this Friday, 12/21. It doesn't seem to make sense for Copart to file an opposition to this motion as it now stands. Please let me know.

Regards,
Rick Larson
Pillsbury & Levinson, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel: 415.433.8000
Fax: 415.433.4816
rlarson@pillsburylevinson.com