UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**ELIZABETH D. LAPORTE**   **Date:** January 15, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-02684 CW (EDL)

**Title:**   COPART INC. v. CRUM & FORSTER INDEMNITY COMPANY ET AL

**Attorneys:**   Plaintiff: Eric K. Larson   Defendant: Judith A. Whitehouse

**Deputy Clerk:**   Lili M. Harrell   **Court Reporter:** Juanita Gonzales
(2:49pm - 3:01pm)

**PROCEEDINGS:**                                           **RULINGS:**

Defendant United States Fire Insurance Company's Motion to   Denied without prejudice
Compel [31]

**ORDERED AFTER HEARING:** Privilege Log to be revised to comply with this Court's standing order.

**ORDER TO BE PREPARED BY:** [ ] Plaintiff [X] Defendant [ ] Court

**Case Continued to:**

Notes:

cc: