Jess B. Millikan (CSB#095540)
Samuel H. Ruby (CSB#191091)
Judith A. Whitehouse (CSB#198176)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com
judith.whitehouse@bullivant.com

*Attorneys for Defendant*
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY,[1] UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: C 07 02684 CW (EDL) <br><br> **[PROPOSED]** <br><br> **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL FURTHER RESPONSES TO DOCUMENT REQUESTS AND FURTHER PRODUCTION OF DOCUMENTS** <br><br> Date:  January 15, 2008 <br> Time:  2:00 p.m. <br> Courtroom:  E, San Francisco <br><br> Hon. Elizabeth D. Laporte |

Defendant United State Fire Insurance Company's motion to compel further responses to documents requests and further production of documents from Plaintiff Copart Inc. came on for hearing before this Court on January 15, 2008. Both parties were represented by their respective counsel. Having reviewed the pleadings and papers submitted in support of and in opposition to

---

[1] Dismissed by Order Upon Stipulation (6/15/07).

said motion, and the arguments of counsel, and good cause appearing therefor, it is hereby ORDERED that the motion is GRANTED IN PART AND DENIED IN PART AS FOLLOWS:

U.S. Fire's motion for an order directing Copart to respond further to request for production No 18, and to produce documents responsive to such request is GRANTED IN PART. Copart shall amend its response to Request for Production No. 18, and provide to U.S. Fire all lists or schedules of real property assets prepared or maintained for accounting or tax purposes in existence on or about October 2005, if such documents exist, no later than Wednesday, January 23, 2008, if possible.

U.S. Fire's motion for an order directing Copart to respond further to requests for production Nos. 19, 20 and 21, and to produce documents responsive to such requests is DENIED WITHOUT PREJUDICE.

With regard to Copart's claim of privilege for that certain email dated August 28, 2006 from Mike Carson to Will Franklin and Simon Rote, Copart shall amend its privilege log to conform with the requirements of Judge Laporte's Order Re Discovery Procedures and provide such amended privilege log to U.S. Fire no later than Wednesday, January 23, 2008. Any further dispute regarding the validity of the claimed privilege for this document shall be raised in this Court after the parties have met and conferred.

IT IS SO ORDERED.

DATED: _____, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge