1  Philip L. Pillsbury, Jr. (SBN 72261)
   Vedica Puri (SBN 176252)
2  Eric K. Larson (SBN 142791)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone:  (415) 433-8000
6  Facsimile:   (415) 433-4816
   E-mail:  ppillsbury@pillsburylevinson.com
7             vpuri@pillsburylevinson.com
              rlarson@pillsburylevinson.com
8
9  Attorneys for Plaintiff and Counterdefendant
   COPART INC.

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                             OAKLAND DIVISION
13

14  COPART INC.,                        ) Case No.  C 07 2684 CW
                                        )
15           Plaintiff,                 ) **E-FILING**
                                        )
16      vs.                             ) **STIPULATION AND ORDER RE**
                                        ) **EXTENSON OF DISCOVERY AND**
17  CRUM & FORSTER INDEMNITY            ) **DISPOSITIVE MOTION DEADLINES**
    COMPANY, UNITED STATES FIRE         )
18  INSURANCE COMPANY, and DOES 1-10,   ) **(TRIAL DATE UNAFFECTED)**
19  Inclusive,                          )
                                        )
20           Defendants.                )
                                        )
21                                      ) Action Filed: March 20, 2007
    AND RELATED CROSS-ACTION            ) Trial Date:   November 10, 2008
22                                      )

23       Plaintiff Copart, Inc. and Defendant United States Fire Insurance Company, by and
24  through their respective counsel herein, stipulate to the following extension of certain
25  deadlines (all approximately 30 days in length) necessitated by scheduling conflicts of counsel
26  and witnesses.  This extension will *not* affect the trial date.
27       The parties agree to the following deadlines:
28  / / /

-1-
STIPULATION AND PROPOSED ORDER RE EXTENSON                    Case No.  C 07 2684 CW
OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Completion of fact discovery: May 30, 2008, provided that no further interrogatories, requests for production/inspection, or requests for admissions shall be served.

Disclosure of identities and reports of expert witnesses: June 30, 2008

Rebuttal: July 31, 2008

Completion of Expert Discovery: August 29, 2008

All case dispositive motions to be heard at 2:00 p.m. on or before: August 21, 2008.

The dates for the pretrial conference (October 26, 2008) and trial (November 10, 2008) will remain the same.

Dated: April 9, 2007                     PILLSBURY & LEVINSON, LLP

                                         By: /s/ Vedica Puri
                                             Vedica Puri
                                             Attorneys for Plaintiff and Counterdefendant
                                             COPART INC.

Dated: April 9, 2007                     BULLIVANT HOUSER BAILEY PC

                                         By: /s/ Samuel H. Ruby
                                             Samuel H. Ruby
                                             Attorneys for Defendant and Counterclaimant
                                             UNITED STATES FIRE INSURANCE
                                             COMPANY

IT IS SO ORDERED.  **The FCMC is also continued to 8/21/08.**

Dated: __4/14/08_____

                                         CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND PROPOSED ORDER RE EXTENSON                Case No. C 07 2684 CW
OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES