Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
ppillsbury@pillsburylevinson.com
vpuri@pillsburylevinson.com
rlarson@pillsburylevinson.com

Attorneys for Plaintiff
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

COPART INC.,

Plaintiff,

vs.

CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive,

Defendants.

AND RELATED COUNTERCLAIM

Case No. C 07 2684 CW-EDL

**E-FILING**

**DECLARATION OF ERIC K. LARSON IN SUPPORT OF PLAINTIFF COPART, INC.'S MOTION FOR PROTECTIVE ORDER**

Date: June 10, 2008
Time: 9:00 a.m.
Place: Courtroom E
Hon. Elizabeth D. Laporte

Action Filed: March 20, 2007
Trial Date: November 10, 2008

I, Eric K. Larson, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an associate at Pillsbury & Levinson, LLP, attorneys of record herein for plaintiff Copart, Inc. I have personal knowledge of the facts set forth herein and could competently testify thereto.



PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

2. Attached hereto as **Exhibit A** is a true and correct copy of a March 26, 2008 letter from Samuel H. Ruby of Bullivant, Houser and Bailey, attorneys for defendant United States Fire Insurance Company ("USFIC") enclosing USFIC's First Set of Entry (Site Inspection) Requests.

3. Attached hereto as **Exhibit B** is a true and correct copy of my April 11, 2008 letter to Judith A. Whitehouse of the Bullivant firm addressing various discovery issues, including the site inspection requests, in which I note that the site inspections are "burdensome and intrusive and have no discernable relevance," and request a discussion regarding "whether there is a compromise solution." Specifically, I ask "how USFIC could have suffered any damages that are not speculative, contingent or, really, imaginary since USFIC has never come out of pocket any money to Copart."

4. Attached hereto as **Exhibit C** is a true and correct copy of the Court's April 14, 2008 order extending certain discovery deadlines on the condition that further "requests for production/inspection" not be served.

5. Attached hereto as **Exhibit D** is a true and correct copy of an April 15, 2008 letter from Mr. Ruby that addresses the issue of site inspections.

6. Attached hereto as **Exhibit E** is a true and correct copy of my April 18, 2008 letter in which we propose to produce to USFIC "a lengthy document called Construction in Progress Completed Projects that will show for each yard from January 1, 2000 to January 31, 2007 the date, vendor name, explanation and amount for each invoice paid that relates to construction and renovation." That report has, in fact, been produced, and three exemplary pages from the report (regarding Yard 70) are included with Exhibit E. The dollar amounts have been redacted since the dollar figures are not germane to this motion and they are confidential. The version produced to USFIC has no redactions.

7. Attached hereto as **Exhibit F** is a true and correct copy of an April 28, 2008 letter I received from Mr. Ruby in which he indicates that USFIC will not withdraw its request for site inspections and gives as the stated justification for the site inspections, the following reasoning; ["S]ite inspections would allow USFIC to confirm the construction type, square

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

footage, and other features of the properties. That information, coupled with information about prevailing construction costs in 2003-2006, would enable USFIC to determine what it would have cost to replace the properties during that timeframe. Discrepancies between those true replacement costs, values and the values that Copart *reported* to USFIC in 2003-2006 will support USFIC's counterclaim for negligent misrepresentation." Mr. Ruby included a second set of inspection requests for 8 additional yards, despite the Court's April 14 order prohibiting such further requests.

8. Attached hereto as **Exhibit G** is a true and correct copy of my April 29, 2008 letter in response to Mr. Ruby's April 28, 2008 letter. In that letter, I note that USFIC has failed to respond substantively to Copart's objections to the site inspections. Nevertheless, Copart offers to make available, as it had on April 18, the Construction in Progress Completed Projects document. I also note in this letter that the 2nd set of inspection requests are prohibited by the Court's April 14 order and ask that they be withdrawn.

9. Attached hereto as **Exhibit H** is a true and correct copy of a May 1, 2008 letter from Judith Whitehouse to me in which she argues that the phrase "requests for production/inspections" does not cover site "inspections." It was USFIC that had insisted on a prohibition of further written discovery requests as part of the Stipulation to extend deadlines, and I had, in fact, added the word "inspections" to the stipulation to cover exactly this situation since the first set of inspection requests had already been served.

10. Attached hereto as **Exhibit I** is a true and correct copy of plaintiff Copart Inc.'s objections to defendant USFIC's First Set of Entry (Site Inspection) Request served by Copart on April 22, 2008.

11. Attached hereto as **Exhibit J** is a true and correct copy of the transcript of the hearing on January 15, 2008 before Judge LaPorte on a motion to compel by USFIC.

12. Attached hereto as **Exhibit K** is a true and correct copy of an exemplary page from the June 28, 2007 Statement of Values form submitted by Copart to USFIC that reflects the COPE information (Construction, Occupancy, Protection, Exposure) given for each of Copart's Yards.

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

13. Attached hereto as **Exhibit L** is an exemplary two pages (pertaining to Yard 70) from the 2005 Fixed Asset List produced by Copart. Again, dollar figures have been redacted only on this copy filed with the Court.

14. In the event that the site inspections were allowed to go forward, I would need to attend those inspections on behalf of Copart to monitor the activities of the unnamed "consultants" at the selected yards, and to protect Copart's interests during the discovery procedures. Including travel time, I conservatively estimate that the hours necessary to be incurred in this task would be as follows:

| Yard Number | Location | Number of Hours |
|---|---|---|
| Yard 59 | San Diego, CA | 6 hours |
| Yard 118 | San Diego, CA | 6 hours |
| Yard 34 | Riverview, FL | 18 hours |
| Yard 1 | Vallejo, CA | 5 hours |
| Yard 78 | Martinez, CA | 5 hours |
| Yard 86 | Fort Pierce, FL | 18 hours |
| Yard 2 | Sacramento, CA | 6 hours |
| Yard 119 | Sacramento, CA | 6 hours |
| Yard 7 | West Palm Beach, FL | 18 hours |
| Yard 33 | Opa-Locka, FL | 6 hours |
| Yard 4 | Fresno, CA | 8 hours |
| Yard 5 | Bakersfield, CA | 8 hours |
| Yard 6 | San Martin, CA | 8 hours |
| Yard 7 | Colton, CA | 8 hours |
| Yard 10 | Los Angeles, CA | 8 hours |
| Yard 43 | Van Nuys, CA | 8 hours |
| Yard 42 | Jacksonville, FL | 18 hours |

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

| Yard Number | Location | Number of Hours |
| --- | --- | --- |
| Yard 55 | Orlando, FL | 18 hours |
| My hourly rate on this case is: $350 | | 182 hours |

15. I estimate that the attorneys fees incurred in attending these sites inspections and excluding travel costs (mileage, hotel, airfare), as a conservative estimate, would be $63,700.

I declare under penalty of perjury under the laws of the State of California, United States of America that the foregoing is true and correct, and that this Declaration was executed on May 13, 2008 in San Francisco, California.

Dated: May 13, 2008

/s/ Eric K. Larson
Eric K. Larson

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111