1 Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
2 Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
3 The Transamerica Pyramid
600 Montgomery Street, 31st Floor
4 San Francisco, CA 94111
5 Telephone: (415) 433-8000
Facsimile: (415) 433-4816
6 ppillsbury@pillsburylevinson.com
vpuri@pillsburylevinson.com
7 rlarson@pillsburylevinson.com
8
Attorneys for Plaintiff
9 COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., | Case No. C 07 2684 CW-EDL |
| Plaintiff, | **E-FILING** |
| vs. | [PROPOSED] ORDER GRANTING PLAINTIFF COPART, INC.'S MOTION FOR PROTECTIVE ORDER |
| CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive, | Date: June 10, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom E<br>Hon. Elizabeth D. Laporte |
| Defendants. | |
| AND RELATED COUNTERCLAIM | Action Filed: March 20, 2007<br>Trial Date: November 10, 2008 |

After consideration of Plaintiff Copart, Inc.'s Motion For Protective Order, the papers filed in support of and in opposition to the motion, and the arguments of counsel, the Court has determined that for all the reasons set forth in Copart's motion and good cause appearing, the

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
Case No. C 07 2684 CW-EDL

1  motion is GRANTED.  Defendant United States Fire Insurance Company is prohibited from
2  performing any "site inspections" of Copart's properties under Rule 34.

5  Dated: _____

JUDGE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE