Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: ppillsbury@pillsburylevinson.com
vpuri@pillsburylevinson.com
rlarson@pillsburylevinson.com

Attorneys for Plaintiff and Counterdefendant
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C 07 2684 CW-EDL<br><br>**E-FILING**<br><br>**RENOTICE OF HEARING OF PLAINTIFF COPART INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Date: June 17, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Floor<br><br>Action Filed: March 20, 2007<br>Trial Date: November 10, 2008 |

TO DEFENDANT UNITED STATES FIRE INSURANCE COMPANY ("USFIC") AND ITS ATTORNEYS OF RECORD:

**RENOTICE OF MOTION AND MOTION**

    PLEASE TAKE NOTICE the original hearing date for Copart Inc.'s Notice Of Motion And Motion For Protective Order that was previously noticed for June 10, 2008 has been

1  renoticed to June 17, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in

2  Courtroom E of the United States District Court, Northern District of California, 450 Golden

3  Gate Avenue, 15th Floor, San Francisco, California.

4  Dated: May 14, 2005                    PILLSBURY & LEVINSON, LLP

6                                        By:   /s/  Eric K. Larson
                                                Vedica Puri
7                                               Eric K. Larson

8                                               Attorneys for Plaintiff and Counterdefendant
9                                               COPART INC.