Jess B. Millikan, SBN 095540
Samuel H. Ruby, SBN 191091
Judith A. Whitehouse, SBN 198176
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com
judith.whitehouse@bullivant.com

Attorneys for Defendant
U.S. Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C 07 02684 CW (EDL)<br><br>**[PROPOSED]**<br><br>**ORDER DENYING COPART'S MOTION FOR PROTECTIVE ORDER**<br><br>Date:　　June 17, 2008<br>Time:　　9:00 a.m.<br>Place:　　Courtroom E, 15th Floor<br><br>Action File:　March 20, 2007<br>Trial Date:　　November 10, 2008 |

This matter having come on for hearing on June 17, 2008 at 9:00 a.m. in Department E of this Court, upon plaintiff Copart Inc.'s motion for a protective order prohibiting defendant U.S. Fire Insurance Company from conducting site inspections at 18 Copart yards as requested, the Court having reviewed the pleadings and papers submitted in support of an in opposition to said motion, and the arguments of counsel and good cause appearing therefor, it is hereby ORDERED that the motion is DENIED. U.S. Fire is entitled to proceed with all 18 site inspections requested.

---

[1] Dismissed by Order Upon Stipulation (6/15/07)

1   IT IS SO ORDERED.

2

3  DATED: _____

4

5                                    By _____
                                          United States Magistrate Judge
6