Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
ppillsbury@pillsburylevinson.com
vpuri@pillsburylevinson.com
rlarson@pillsburylevinson.com

Attorneys for Plaintiff
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. C 07 2684 CW-EDL <br><br> **E-FILING** <br><br> **REPLY DECLARATION OF ERIC K. LARSON IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** <br><br> Date: June 17, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom E <br> Hon. Elizabeth D. Laporte <br><br> Action Filed: March 20, 2007 <br> Trial Date: November 10, 2008 |

I, Eric K. Larson, declare as follows:

1.  I am an attorney at law duly admitted to practice before this Court and am an associate at Pillsbury & Levinson, LLP, attorneys of record herein for plaintiff Copart, Inc. I have personal knowledge of the facts set forth herein and could competently testify thereto.

-1-

2. Attached hereto as **Exhibit A** are true and correct copies of portions of the transcript of the May 22, 2008 deposition of Monica Streacker, the underwriter on the subject 2005-2006 property policy, and a portion of Exhibit 100, bates stamped page no. POL 0298.

3. Attached hereto as **Exhibit B** is a true and correct copy of portions of the transcript of the deposition of Michael Carson, the National Property Manager of Copart, and Exhibit 72 thereto. I defended Mr. Carson in this deposition. USFIC's counsel did not question Mr. Carson regarding any of the properties which USFIC seeks to inspect.

4. Attached hereto as **Exhibit C** is a true and correct copy of an April 10, 2008 email, with attachment I sent to Judith Whitehouse and her reply of the same date.

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of the Construction in Progress report produced to USFIC with respect to Yard 6. It includes entries in 2005, and after August 5, 2005, including a final payment for construction made on October 31, 2005.

I declare under penalty of perjury under the laws of the State of California, United States of America that the foregoing is true and correct, and that this Declaration was executed on June 3, 2008 in San Francisco, California.

Dated: June 3, 2008

/s/ Eric K. Larson
Eric K. Larson