# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

--oOo--

| | |
|---|---|
| COPART | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. C072684 CW |
| | ) |
| CRUM & FORSTER INDEMNITY | ) |
| COMPANY, UNITED STATES FIRE | ) |
| INSURANCE COMPANY, and DOES | ) |
| 1-10 | ) |
| | ) |
| Defendants. | ) |
| ——————————————— | ) |
| | ) |
| AND RELATED COUNTERCLAIMS | ) |
| ——————————————— | ) |

CERTIFIED COPY

DEPOSITION OF

MONICA STREACKER

Thursday, May 22, 2008

REPORTED BY: COREY W. ANDERSON, CSR 4096 (409497)

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 14:25:59 | 1 | between the first USFIC policy issued in '03 and the |
| 14:26:05 | 2 | last one in '06, I believe, where the total primary |
| 14:26:11 | 3 | limits changed? |
| 14:26:12 | 4 | A.    Yes. |
| 14:26:13 | 5 | Q.    Do you remember what year that was? |
| 14:26:23 | 6 | A.    It was in the '05-'06 year. |
| 14:26:27 | 7 | Q.    Do you remember why the limits changed? |
| 14:26:28 | 8 | A.    Yes.  Crum and Forster decided that they |
| 14:26:32 | 9 | only wanted to assume two and a half million dollars |
| 14:26:35 | 10 | in any -- for any wind exposure. |
| 14:26:39 | 11 | Q.    Was this an across-the-board decision? |
| 14:26:41 | 12 | A.    Yes. |
| 14:26:41 | 13 | Q.    So it wasn't particular to Copart? |
| 14:26:44 | 14 | A.    No. |
| 14:26:52 | 15 | Q.    Given the reduction in the maximum amount |
| 14:26:55 | 16 | that USFIC was willing to write, how did that play |
| 14:27:00 | 17 | into the calculation of premiums, if at all? |
| 14:27:08 | 18 | A.    It would change the premium. |
| 14:27:10 | 19 | Q.    In other words, it would lower the |
| 14:27:10 | 20 | premium? |
| 14:27:11 | 21 | A.    It would change the premium depending on |
| 14:27:13 | 22 | other factors:  Whether the insured had suffered any |
| 14:27:17 | 23 | losses; what the values were; what the values were |
| 14:27:21 | 24 | in different catastrophe states.  Just different |
| 14:27:27 | 25 | factors. |

151

MONICA STREACKER    May 22, 2008

| | |
|---|---|
| 14:27:27 | 1 |
| 14:27:29 | 2 |
| 14:27:31 | 3 |
| 14:27:40 | 4 |
| 14:27:42 | 5 |
| 14:27:44 | 6 |
| 14:27:44 | 7 |
| 14:28:07 | 8 |
| 14:28:09 | 9 |
| 14:28:10 | 10 |
| 14:28:11 | 11 |
| 14:28:13 | 12 |
| 14:28:21 | 13 |
| 14:28:23 | 14 |
| 14:28:26 | 15 |
| 14:28:30 | 16 |
| 14:28:32 | 17 |
| 14:28:36 | 18 |
| 14:28:42 | 19 |
| 14:28:45 | 20 |
| 14:28:47 | 21 |
| 14:28:49 | 22 |
| 14:28:55 | 23 |
| 14:28:56 | 24 |
| 14:28:58 | 25 |

Q.   And are those the factors that go into determining the rate part of the formula?

A.   Yes.

MR. PURI:  Like to mark as next in order UW 18 and 19.

(Whereupon, Exhibit 107 was marked for identification)

MR. PURI:  Q.  Is this one of the documents that you reviewed yesterday in preparation for your deposition?

A.   Yes.

Q.   Looking at this e-mail train, I think you are on some of the e-mails, but not on others.  But I believe the whole train, you ended up seeing because it was forwarded to you.

So I guess starting with the middle of the page of 18 where it says forwarded by John Schlomann, to John Schlomann, cc'd to Monica Streacker from Marni Hansen, do you recall receiving this e-mail on or about September 19, 2005?

A.   Yes.

Q.   And in it Marni is asking -- or, well, let's back up a moment.

Do you recall seeing the e-mail below it on or around the same time?

152

| 15:42:45 | 1 | misrepresentation alleged in USFIC's counterclaim |
| 15:42:49 | 2 | and USFIC's alleged reliance thereon, can you tell |
| 15:42:54 | 3 | me what misrepresentations Copart made? |
| 15:42:59 | 4 | MR. RUBY:  Objection.  She was not |
| 15:43:00 | 5 | designated -- as I explained at the outset, she was |
| 15:43:03 | 6 | designated to testify as to what representations |
| 15:43:05 | 7 | were made.  And she's testified to that. |
| 15:43:09 | 8 | But you can ask her some more questions |
| 15:43:10 | 9 | about that, if you like. |
| 15:43:12 | 10 | MR. PURI:  Oh, I see what you are saying. |
| 15:43:13 | 11 | MR. RUBY:  Whether or not Copart was |
| 15:43:15 | 12 | telling the truth is not something we have produced |
| 15:43:16 | 13 | this witness to testify to. |
| 15:43:24 | 14 | MR. PURI:  Okay. |
| 15:43:24 | 15 | Q.    So let's talk about the representations. |
| 15:43:28 | 16 | Did you consider the numbers set forth in the SOV |
| 15:43:31 | 17 | statement to be representations by Copart? |
| 15:43:34 | 18 | A.    Yes. |
| 15:43:34 | 19 | Q.    Did you consider them estimates? |
| 15:43:37 | 20 | A.    No. |
| 15:43:38 | 21 | Q.    What did you consider those numbers?  Hard |
| 15:43:41 | 22 | fact? |
| 15:43:41 | 23 | A.    To be their -- the values at risk at the |
| 15:43:44 | 24 | time that they produced the statement of values. |
| 15:43:52 | 25 | Q.    Couldn't those numbers also be considered |

199

| 15:43:55 | 1 | what it would cost to replace that particular |
| 15:44:00 | 2 | building or that particular set of inventory, should |
| 15:44:02 | 3 | there be a total loss? |
| 15:44:06 | 4 | A.    At the time of inception of the policy, |
| 15:44:09 | 5 | yes.  But as the policy term increases, then the |
| 15:44:14 | 6 | economy increases, things increase, so that if |
| 15:44:17 | 7 | something was a certain value towards the end of the |
| 15:44:21 | 8 | term, the value obviously would be more. |
| 15:44:23 | 9 | And so that's where the replacement cost |
| 15:44:25 | 10 | would come in. |
| 15:44:26 | 11 | Q.    And at any point during the time in which |
| 15:44:29 | 12 | you underwrote the Copart USFIC policies, did you |
| 15:44:34 | 13 | have any of the yards appraised? |
| 15:44:40 | 14 | A.    By a professional appraiser? |
| 15:44:43 | 15 | Q.    Anyone.  Even the professional appraisal, |
| 15:44:45 | 16 | let's start there. |
| 15:44:46 | 17 | A.    No.  It's -- it would be too cumbersome |
| 15:44:49 | 18 | and too expensive. |
| 15:44:51 | 19 | Q.    Is there another level down, for instance, |
| 15:44:53 | 20 | a -- some what in the underwriting department or |
| 15:44:56 | 21 | someone in USFIC that you could ask to go eyeball |
| 15:44:59 | 22 | the property and give you an estimate and see if -- |
| 15:45:02 | 23 | A.    I did -- I did -- I did a spot check of |
| 15:45:04 | 24 | some of the larger locations.  I divided the square |
| 15:45:07 | 25 | footage by the building value and determined that |

200

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 15:45:12 | 1 | they were adequate.  If I found something that was |
| 15:45:15 | 2 | way off, then I would have sent someone out to take |
| 15:45:21 | 3 | a look. |
| 15:45:22 | 4 | Q.   And in your spot checking, you don't |
| 15:45:24 | 5 | recall coming across anything that was completely |
| 15:45:27 | 6 | out of whack? |
| 15:45:28 | 7 | A.   Egregious, no. |
| 15:45:29 | 8 | Q.   But you never sent anyone on the ground to |
| 15:45:31 | 9 | actually go look at any of the properties? |
| 15:45:33 | 10 | A.   No. |
| 15:45:33 | 11 | Q.   And you know, I use the word "appraisal." |
| 15:45:37 | 12 | Same idea.  Did you have anyone inspect any of the |
| 15:45:40 | 13 | properties to see hey, is there even a building on |
| 15:45:46 | 14 | this location? |
| 15:45:47 | 15 | A.   Not from a loss control, no.  On -- there |
| 15:45:49 | 16 | are other devices, there is Internet information |
| 15:45:52 | 17 | that I can get to spot check construction, square |
| 15:45:56 | 18 | footage. |
| 15:45:59 | 19 | Q.   And did you do that from time to time? |
| 15:46:01 | 20 | A.   Yes. |
| 15:46:01 | 21 | Q.   Look up those -- |
| 15:46:02 | 22 | A.   Yes. |
| 15:46:03 | 23 | Q.   -- values online? |
| 15:46:04 | 24 | A.   (No response). |
| 15:46:06 | 25 | Q.   Did you ever ask Marsh to see any of |

201

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 15:46:08 | 1 | Copart's documents relating to any of the values? |
| 15:46:13 | 2 | A.   No. |
| 15:46:15 | 3 | Q.   Did you ever ask Marsh if they had |
| 15:46:18 | 4 | documents that supported, that were backup to what |
| 15:46:20 | 5 | the values were that being claimed? |
| 15:46:22 | 6 | A.   No.  I trusted Marsh to supply me with the |
| 15:46:25 | 7 | information, and that was accurate from the insured. |
| 15:46:29 | 8 | Q.   Now, we touched on this quickly before. |
| 15:46:31 | 9 | But does the policy, the '05-'06 policy give USFIC |
| 15:46:39 | 10 | the right to audit Copart's books? |
| 15:46:41 | 11 | A.   After a loss, I believe it does, yes. |
| 15:46:44 | 12 | Q.   Okay.  And do you know if USFIC did that |
| 15:46:47 | 13 | in this case after the yard 105 loss? |
| 15:46:49 | 14 | A.   No.  I don't -- I am not involved in the |
| 15:46:51 | 15 | claims adjusting. |
| 15:46:54 | 16 | Q.   Is the audit provision something that is |
| 15:46:56 | 17 | on your radar during the underwriting process? |
| 15:46:58 | 18 | A.   No. |
| 15:47:01 | 19 | Q.   Why not?  Is that something that's a |
| 15:47:02 | 20 | broker function? |
| 15:47:03 | 21 | A.   No.  It's a standard -- standard on fire |
| 15:47:07 | 22 | policies. |
| 15:47:11 | 23 | Q.   And in the -- from '03 to '07, for any of |
| 15:47:15 | 24 | your insureds that you have underwritten policies |
| 15:47:19 | 25 | for, have you conducted formal appraisals of their |

202

| | | |
|---|---|---|
| 15:47:23 | 1 | property sites? |
| 15:47:24 | 2 | A.    No. |
| 15:47:26 | 3 | Q.    Same question with respect to perhaps a |
| 15:47:29 | 4 | loss control employee going out to do an informal |
| 15:47:32 | 5 | inspection. |
| 15:47:34 | 6 | A.    Or even a formal inspection.  If it was |
| 15:47:36 | 7 | heavy manufacturing or the type of risk where I |
| 15:47:39 | 8 | didn't understand what the operations were, I would |
| 15:47:42 | 9 | send out a loss control inspector. |
| 15:47:44 | 10 | But this was fairly standard and easy to |
| 15:47:48 | 11 | understand. |
| 15:47:49 | 12 | Q.    And the number of properties Copart owned |
| 15:47:52 | 13 | was nothing unusual for you? |
| 15:47:54 | 14 | A.    No. |
| 15:48:02 | 15 | Q.    Given all your years dealing with |
| 15:48:04 | 16 | underwriting property policies, do you have any |
| 15:48:05 | 17 | personal experience in valuing real property? |
| 15:48:12 | 18 | A.    I have some guidelines, some booklets. |
| 15:48:14 | 19 | But would it depend on the construction, whether |
| 15:48:16 | 20 | it's average construction, better construction.  I |
| 15:48:20 | 21 | have a baseline. |
| 15:48:22 | 22 | And like I mentioned before, I can tell |
| 15:48:24 | 23 | whether it's way out of whack or pretty close. |
| 15:48:28 | 24 | Q.    And so nothing in the SOV caused you any |
| 15:48:31 | 25 | red flags that would cause to you go to the next |

203

| | | |
|---|---|---|
| 15:48:34 | 1 | step and try to do some more ferreting? |
| 15:48:36 | 2 | A.   No.   Like I said, I trusted Marsh to |
| 15:48:38 | 3 | provide that information for me. |
| 15:48:42 | 4 | Q.   And in the past I know we talked about |
| 15:48:44 | 5 | that with respect to Copart, there were no signed |
| 15:48:46 | 6 | SOVs.  Have you ever required signed SOVs during |
| 15:48:53 | 7 | your time at at USFIC? |
| 15:48:54 | 8 | A.   No. |
| 15:48:55 | 9 | Q.   Why not? |
| 15:48:55 | 10 | A.   It's not required. |
| 15:48:58 | 11 | Q.   Have you ever seen signed SOVs come in |
| 15:49:00 | 12 | from brokers even though you haven't required it? |
| 15:49:03 | 13 | A.   Yes.  At companies that write highly |
| 15:49:05 | 14 | protected risks, when I was at Wausau it was |
| 15:49:08 | 15 | required, and at FM Global it's required. |
| 15:49:12 | 16 | Q.   And is there any provision as far as you |
| 15:49:14 | 17 | know in the '05-'06 policy where Copart warrants |
| 15:49:19 | 18 | that the values put in the SOV are true?  In other |
| 15:49:23 | 19 | words, a warranty provision? |
| 15:49:26 | 20 | A.   No. |
| 15:49:28 | 21 | Q.   And was there anything in the documents |
| 15:49:30 | 22 | leading up to the policy like the specifications, |
| 15:49:34 | 23 | the quotes, the binders, that contain any kind of |
| 15:49:37 | 24 | warranty provision regarding the values stated in |
| 15:49:39 | 25 | the SOV? |

204

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 15:49:41 | 1 | A.    Warranty provision, no. |
| 15:49:44 | 2 | Q.    Is a warranty provision something that |
| 15:49:46 | 3 | could be added to a property policy? |
| 15:49:50 | 4 | A.    No. |
| 15:49:50 | 5 | Q.    Why not? |
| 15:49:54 | 6 | A.    It's -- it -- it would have to be a signed |
| 15:49:58 | 7 | statement of values.  That would have to be about |
| 15:50:00 | 8 | the same, same thing. |
| 15:50:01 | 9 | Q.    So it could be a requirement, it just |
| 15:50:04 | 10 | wasn't in this case? |
| 15:50:05 | 11 | A.    I haven't seen it. |
| 15:50:06 | 12 | Q.    You haven't seen it done? |
| 15:50:08 | 13 | A.    Right. |
| 15:50:09 | 14 | Q.    In your experience with USFIC? |
| 15:50:10 | 15 | A.    Right. |
| 15:50:27 | 16 | MR. PURI:  Okay.  And then Mr. Ruby, I |
| 15:50:29 | 17 | don't have your comments from earlier today, but |
| 15:50:31 | 18 | looking at the next topic which was the mistake |
| 15:50:33 | 19 | alleged in USFIC's counterclaim. |
| 15:50:37 | 20 | MR. RUBY:  Huh. |
| 15:50:38 | 21 | MR. PURI:  I was going to go into inquiry |
| 15:50:40 | 22 | on that.  Was there a... |
| 15:50:43 | 23 | MR. RUBY:  Well, as I said earlier, the |
| 15:50:45 | 24 | witness has offered to testify to the underwriting |
| 15:50:51 | 25 | intent, which for many of these policies was her |

205

| | |
|---|---|
| 15:50:54 | 1 |
| 15:50:58 | 2 |
| 15:50:59 | 3 |
| 15:51:02 | 4 |
| 15:51:07 | 5 |
| 15:51:09 | 6 |
| 15:51:12 | 7 |
| 15:51:14 | 8 |
| 15:51:18 | 9 |
| 15:51:19 | 10 |
| 15:51:20 | 11 |
| 15:51:27 | 12 |
| 15:51:28 | 13 |
| 15:51:31 | 14 |
| 15:51:32 | 15 |
| 15:51:35 | 16 |
| 15:51:36 | 17 |
| 15:51:40 | 18 |
| 15:51:41 | 19 |
| 15:51:44 | 20 |
| 15:51:46 | 21 |
| 15:51:50 | 22 |
| 15:51:52 | 23 |
| 15:51:53 | 24 |
| 15:51:55 | 25 |

1  personal intent.  So...

2          MR. PURI:  Okay.

3      Q.   So looking at that particular topic, which

4  is a mistake alleged in USFIC's counterclaim, was

5  there any mistake in the policies that were written

6  by USFIC to Copart?

7          MR. RUBY:  That's, again, beyond the scope

8  of the witness' designation.

9          THE WITNESS:  I wasn't prepared to speak

10  on that.

11          MR. PURI:  Okay.  I'll just have to go

12  back and look.  I don't know what it is that you

13  said about that designation, so you are going --

14          MR. RUBY:  Well, she -- she -- she would

15  be the witness to testify as to what the intent of

16  the company was as far as what would be covered,

17  what would not be covered, coverage terms, that sort

18  of thing.

19          Whether the policy reflects that intent or

20  not obviously will be decided by the Court, and we

21  are not going to have our witness predict what the

22  Court is is not going to do.

23          MR. PURI:  I understand.

24          MR. RUBY:  And of course, it's our

25  position preliminarily that the policy does reflect

206

| | | |
|---|---|---|
| 15:51:57 | 1 | that intent.  The mistake allegation is an |
| 15:51:59 | 2 | alternative theory. |
| 15:52:01 | 3 | MR. PURI:  Thank you. |
| 15:52:03 | 4 | And is the same true for Topic No. 10, |
| 15:52:06 | 5 | which is the damages suffered as a result of the |
| 15:52:08 | 6 | counterclaim?  May I examine this witness on I guess |
| 15:52:12 | 7 | the issue would be the premium that could have been |
| 15:52:14 | 8 | collected, is what the alleged damage is? |
| 15:52:18 | 9 | MR. RUBY:  Yes.  And her -- her knowledge |
| 15:52:19 | 10 | would be how the premiums were calculated, and |
| 15:52:21 | 11 | therefore if higher values had been reported you |
| 15:52:25 | 12 | could ask her what the effect of that would have |
| 15:52:26 | 13 | been. |
| 15:52:27 | 14 | She is not privy to what higher values |
| 15:52:30 | 15 | might or might not have been reported, so she is not |
| 15:52:32 | 16 | able to -- |
| 15:52:33 | 17 | MR. PURI:  Right. |
| 15:52:34 | 18 | MR. RUBY:  -- complete the calculation. |
| 15:52:35 | 19 | We'll have an expert do that. |
| 15:52:37 | 20 | MR. PURI:  Okay. |
| 15:52:40 | 21 | Q.  Did you have occasion to see the -- an |
| 15:52:43 | 22 | updated SOV that did contain a value for the |
| 15:52:48 | 23 | buildings at yard 105? |
| 15:52:51 | 24 | A.  Yes.  I think it came in in January '06. |
| 15:52:54 | 25 | Q.  It came in after the loss. |

207

| | | |
|---|---|---|
| 15:52:56 | 1 | A.    Right. |
| 15:52:56 | 2 | Q.    I will represent that. |
| 15:53:02 | 3 | Did you do any calculations for what the |
| 15:53:03 | 4 | premiums would be based on that added value? |
| 15:53:07 | 5 | A.    Yes. |
| 15:53:08 | 6 | Q.    And was that calculation done as part of |
| 15:53:10 | 7 | the '06-'07 policy? |
| 15:53:13 | 8 | A.    Yes. |
| 15:53:16 | 9 | Q.    And sitting here today, and we can go look |
| 15:53:18 | 10 | at the specific documents, do you know what the |
| 15:53:21 | 11 | difference was in the -- was there an increase in |
| 15:53:25 | 12 | premium as a result of that additional value? |
| 15:53:28 | 13 | A.    I think so.  I think that Copart added and |
| 15:53:31 | 14 | then deleted some locations, but I think the net |
| 15:53:34 | 15 | result was an additional premium. |
| 15:53:35 | 16 | Q.    And can you remember an order of magnitude |
| 15:53:38 | 17 | of how much the additional premium was? |
| 15:53:41 | 18 | A.    No.  I'd have to look at the policy. |
| 15:53:43 | 19 | Q.    And the policy you would want to look at |
| 15:53:45 | 20 | would be the '06-'07?  Would that be the one that |
| 15:53:49 | 21 | would be helpful to you? |
| 15:53:50 | 22 | A.    Maybe it's this one. |
| 15:53:52 | 23 | (Pause) |
| 15:53:54 | 24 | A.    No, it's the '05-'06.  So it's |
| 15:53:57 | 25 | endorsement -- it's endorsement that is effective |

208

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 15:54:03 | 1 | January 1st, and it results in a additional premium |
| 15:54:09 | 2 | of $18,236. |
| 15:54:14 | 3 | Q.    Are you looking at POL 298? |
| 15:54:16 | 4 | A.    Yes. |
| 15:54:17 | 5 | Q.    Okay.  So looking at POL 298, your |
| 15:54:22 | 6 | understanding is that the $18,000 premium includes |
| 15:54:27 | 7 | other things, among which is a new value for the |
| 15:54:33 | 8 | building at yard 105? |
| 15:54:36 | 9 | A.    Well, it was actually they had added a |
| 15:54:39 | 10 | building. |
| 15:54:42 | 11 | Q.    Right. |
| 15:54:42 | 12 | A.    At that time.  Yes. |
| 15:54:43 | 13 | Q.    And that's what the premium partially |
| 15:54:45 | 14 | reflects? |
| 15:54:47 | 15 | A.    Correct. |
| 15:54:47 | 16 | Q.    Okay.  So is it your opinion, then, that |
| 15:55:04 | 17 | as of January 1, 2006 if the loss at yard 105 had |
| 15:55:08 | 18 | occurred after that, based on this endorsement it |
| 15:55:11 | 19 | would have been covered? |
| 15:55:12 | 20 | MR. RUBY:  Objection, vague and ambiguous. |
| 15:55:25 | 21 | THE WITNESS:  Can you repeat the question? |
| 15:55:26 | 22 | MR. PURI:  Q.  Sure.  Is it your opinion, |
| 15:55:27 | 23 | then, looking at this endorsement that after January |
| 15:55:31 | 24 | 1, 2006, had the hurricane loss come after that that |
| 15:55:34 | 25 | there would have been coverage for that particular |

209

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 16:26:23 | 1 | not being put into the statement of values for yard |
| 16:26:26 | 2 | 105 are premiums that were not paid therefore as a |
| 16:26:33 | 3 | result of the statement not having certain values? |
| 16:26:35 | 4 | A.   Yes. |
| 16:26:37 | 5 | Q.   Is there anything else that USFIC would be |
| 16:26:42 | 6 | entitled to or as a result of those building values |
| 16:26:47 | 7 | not being in the August 2005 statement of values? |
| 16:26:52 | 8 | MR. RUBY:  Okay, keep in mind it's not |
| 16:26:54 | 9 | just about values not being in, it's also about |
| 16:26:55 | 10 | values being reported, but perhaps being |
| 16:26:58 | 11 | under-reported. |
| 16:27:00 | 12 | MR. PURI:  Q.  So sticking with simply the |
| 16:27:01 | 13 | yard 105 missing building value, is there anything |
| 16:27:05 | 14 | else aside from premiums that USFIC would be |
| 16:27:09 | 15 | entitled to as a result -- |
| 16:27:10 | 16 | A.   I would have to speak to Mr. Ruby about |
| 16:27:12 | 17 | that. |
| 16:27:13 | 18 | Q.   Long discussions about that. |
| 16:27:16 | 19 | But as far as you know, aside from the |
| 16:27:17 | 20 | premiums, back premiums that would be owed, there |
| 16:27:20 | 21 | are no other categories of dollars that would be |
| 16:27:23 | 22 | owed to USFIC? |
| 16:27:25 | 23 | A.   Not that I know of. |
| 16:27:26 | 24 | MR. RUBY:  The only damages being claimed |
| 16:27:28 | 25 | are additional premiums that would have been |

219

| | |
|---|---|
| 16:27:30 | 1 |
| 16:27:34 | 2 |
| 16:27:36 | 3 |
| 16:27:37 | 4 |
| 16:27:42 | 5 |
| 16:27:43 | 6 |
| 16:27:46 | 7 |
| 16:27:49 | 8 |
| 16:27:52 | 9 |
| 16:27:56 | 10 |
| 16:27:57 | 11 |
| 16:28:01 | 12 |
| 16:28:06 | 13 |
| 16:28:07 | 14 |
| 16:28:14 | 15 |
| 16:28:15 | 16 |
| 16:28:18 | 17 |
| 16:28:18 | 18 |
| 16:28:22 | 19 |
| | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| | 25 |

1  collected if different values had been reported and

2  interest and so forth.

3          MR. PURI:  Q.  And just building on that,

4  we went through I think in detail what those

5  premiums would have been, and I think you

6  testified -- and correct me if I'm wrong -- that the

7  premiums that would have been collected had building

8  values been set forth for yard 105 were included in

9  the $18,000 endorsement that was added on in January

10  of '06?

11          A.  From January '06 on, that those -- that

12  was the premium that was collected.

13          MR. PURI:  Yeah.  Okay.  I think we are

14  saying the same thing.

15          Okay.  I think that's all the questions I

16  have for you.  Thank you so much for your time.

17          THE VIDEOGRAPHER:  This marks the end of

18  tape No. 3, volume 1 in the deposition of Monica

19  Streacker.  We are off the record at 4:28.

20          (Whereupon, the deposition was

21           adjourned at 4:28 P.M.)

22

23                  --oOo--

24

25          I declare under penalty of perjury the

                                                        220

Policy Number
2441886561



CHANGE ENDORSEMENT

UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.                    Effective Date: 01-01-06
                                              12:01 A.M., Standard Time
Agent Name   MARSH GLOBAL BROK/SF             Agent No.  80835

**COVERAGE PART INFORMATION - Coverage parts affected by this change as indicated by [X] below.**

[X] Commercial Property                              $    18,236.47

[ ] Commercial General Liability

[ ] Commercial Crime

[ ] Commercial Inland Marine

[X] TAX/SURCHARGES                                   $      115.25

[ ]

**CHANGE DESCRIPTION**

IN CONSIDERATION OF AN ADDITIONAL PREMIUM, IT IS HEREBY AGREED AND UNDERSTOOD
THAT THE PROPERTY VALUES IS AMENDED AS PER UPDATED STATEMENT OF VALUES
DATED 01-01-2006 AS PER SCHEDULE ON FILE WITH THE COMPANY.

REVISED TIV - $153,769,079

**PREMIUM CHANGE**

Additional $    18,121.22          Return $

AUTHORIZED REPRESENTATIVE

FM 206.0.9 04 94

**POL 0298**