# EXHIBIT C

From: "Whitehouse, Judith" <Judith.Whitehouse@bullivant.com>
Subject: **RE: Copart**
Date: April 10, 2008 9:50:02 AM PDT
To: "Rick Larson" <rlarson@pillsburylevinson.com>
Cc: "Vedica Puri" <vpuri@pillsburylevinson.com>, "Ruby, Samuel" <Samuel.Ruby@bullivant.com>

Rick-Looks good. You may submit to the Court. Thanks.-Judith

---

**From:** Rick Larson [mailto:rlarson@pillsburylevinson.com]
**Sent:** Thursday, April 10, 2008 9:44 AM
**To:** Whitehouse, Judith
**Cc:** Vedica Puri
**Subject:** Fwd: Copart

Judith-- please take a look at this revised stip and let me know if we may submit to the Court.

|  .

mail.bullivant.com made the following annotations
------------------------------------------------------------------
Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.
If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.
------------------------------------------------------------------



1  Philip L. Pillsbury, Jr. (SBN 72261)
   Vedica Puri (SBN 176252)
2  Eric K. Larson (SBN 142791)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone: (415) 433-8000
6  Facsimile: (415) 433-4816
   E-mail:  ppillsbury@pillsburylevinson.com
7           vpuri@pillsburylevinson.com
            rlarson@pillsburylevinson.com
8
9  Attorneys for Plaintiff and Counterdefendant
   COPART INC.

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                       OAKLAND DIVISION
13

14 | COPART INC.,                              | Case No. C 07 2684 CW
15 |         Plaintiff,                         | **E-FILING**
16 |   vs.                                     | STIPULATION AND PROPOSED ORDER RE EXTENSON OF
17 | CRUM & FORSTER INDEMNITY                   | DISCOVERY AND DISPOSITIVE
   | COMPANY, UNITED STATES FIRE                | MOTION DEADLINES
18 | INSURANCE COMPANY, and DOES 1-10,
19 | Inclusive,                                 | (TRIAL DATE UNAFFECTED)
20 |         Defendants.
21 | AND RELATED CROSS-ACTION                   | Action Filed: March 20, 2007
                                                  Trial Date:    November 10, 2008
22

23       Plaintiff Copart, Inc. and Defendant United States Fire Insurance Company, by and

24 through their respective counsel herein, stipulate to the following extension of certain

25 deadlines (all approximately 30 days in length) necessitated by scheduling conflicts of counsel

26 and witnesses. This extension will *not* affect the trial date.

27       The parties agree to the following deadlines:

28 / / /

Completion of fact discovery: May 30, 2008, provided that no further interrogatories, requests for production/inspection, or requests for admissions shall be served.

Disclosure of identities and reports of expert witnesses: June 30, 2008

Rebuttal: July 31, 2008

Completion of Expert Discovery: August 29, 2008

All case dispositive motions to be heard at 2:00 p.m. on or before: August 21, 2008.

The dates for the pretrial conference (October 26, 2008) and trial (November 10, 2008) will remain the same.

Dated: April 9, 2007                              PILLSBURY & LEVINSON, LLP


                                                  By: /s/ Vedica Puri
                                                  Vedica Puri
                                                  Attorneys for Plaintiff and Counterdefendant
                                                  COPART INC.


Dated: April 9, 2007                              BULLIVANT HOUSER BAILEY PC


                                                  By: /s/ Samuel H. Ruby
                                                  Samuel H. Ruby
                                                  Attorneys for Defendant and Counterclaimant
                                                  UNITED STATES FIRE INSURANCE
                                                  COMPANY

IT IS SO ORDERED.

Dated: _____
                                                  _____
                                                  CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT JUDGE

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111