# EXHIBIT D

| Date | Vender Name/JE Description | Explanation | Amount | Rcls Accnt | Rcls Date |
|---|---|---|---|---|---|
| 6/30/2005 | TBT INDUSTRIES, INC | fence panels/yd exp | 9,151.57 | 2030 | 1/31/2006 |
| | | Metal Fence-3 Acres | 26,833.81 | | |
| 4/30/2003 | HD CONSTRUCTION | PROGRESS PAYMENT | 4,785.50 | 2030 | 6/1/2003 |
| 4/8/2003 | HD CONSTRUCTION | MOBILIZE&DEMO NEW OFC EXPNSN | 11,700.00 | 2030 | 6/1/2003 |
| 4/24/2003 | HD CONSTRUCTION | PROGRESS PAYMENT | 9,571.00 | 2030 | 6/1/2003 |
| 5/23/2003 | HD CONSTRUCTION | EXTRAS | 3,210.00 | 2030 | 6/1/2003 |
| 4/30/2003 | HD CONSTRUCTION | PROGRESS PMT | 9,571.00 | 2030 | 6/1/2003 |
| 4/17/2003 | HD CONSTRUCTION | PRGRS PMT FOR REMODEL | 7,656.80 | 2030 | 6/1/2003 |
| 5/23/2003 | HD CONSTRUCTION | CONTRACT PMT | 1,710.70 | 2030 | 6/1/2003 |
| 6/24/2003 | PRICE DISPOSAL | dumpster for remodel | 225.74 | | |
| | | Office remodel | 48,430.74 | | |
| 12/14/1999 | STEVE HOLLOWAY PAINT | INTERIOR & EXTERIOR PAINTING | 7,090.00 | 2030 | 4/1/2000 |
| | | Painting | 7,090.00 | | |
| 7/28/2000 | MARTIN & PETRINI GEN | mv wndw instl frnt | 4,030.00 | 2030 | 5/31/2001 |
| | | Storefront door | 4,030.00 | | |
| | | Yard 5 Total | 356,633.40 | | |

**YARD: 6   San Jose**

| Date | Vender Name/JE Description | Explanation | Amount | Rcls Accnt | Rcls Date |
|---|---|---|---|---|---|
| 6/30/2005 | AMERICAN FIRE SYSTEMS INC | permit fees | 1,235.40 | 2040 | 10/31/2005 |
| 6/30/2005 | AMERICAN FIRE SYSTEMS INC | fire sprinkler design | 1,000.00 | 2040 | 10/31/2005 |
| 10/31/2001 | ARCHAEOLOGICAL RESOURCES | archaeological study | 900.00 | 2040 | 10/31/2005 |
| | Breakout costs for Grdg/Pvg from Bui | Breakout costs for Grdg/Pvg from Building | -668,939.00 | 2040 | 10/31/2005 |
| 11/30/2002 | COUNTY OF SANTA CLARA | add'l prcs fee | 169.00 | 2040 | 10/31/2005 |
| 9/20/2001 | COUNTY OF SANTA CLARA | ARCHTCL SITE APPRVL | 4,797.00 | 2040 | 10/31/2005 |
| 8/27/2004 | COUNTY OF SANTA CLARA | building permit fees | 5,563.25 | 2040 | 10/31/2005 |
| 9/7/2004 | COUNTY OF SANTA CLARA | permit fees | 1,429.00 | 2040 | 10/31/2005 |
| 10/31/2004 | EARTH SYSTEMS PACIFIC | concrete & steel inspection | 1,097.50 | 2040 | 10/31/2005 |
| 12/9/2004 | GF CONSTRUCTION CO | PROGRESS PMT #4 | 139,440.00 | 2040 | 10/31/2005 |
| 8/31/2005 | GF CONSTRUCTION CO | PRG BILLING 11 | 19,060.00 | 2040 | 10/31/2005 |
| 10/31/2004 | GF CONSTRUCTION CO | progess #3 | 90,236.00 | 2040 | 10/31/2005 |
| 9/30/2004 | GF CONSTRUCTION CO | prog pmt 2 | 399,060.00 | 2040 | 10/31/2005 |
| 3/31/2005 | GF CONSTRUCTION CO | progress billing 6 | 21,131.00 | 2040 | 10/31/2005 |
| 4/1/2005 | GF CONSTRUCTION CO | GALVNZD STL WTR TNK & PRMTFEE | 23,302.00 | 2040 | 10/31/2005 |
| 1/18/2005 | GF CONSTRUCTION CO | PROG PMT 5 | 175,371.00 | 2040 | 10/31/2005 |
| 6/30/2005 | GF CONSTRUCTION CO | prog pmt 10 | 196,172.00 | 2040 | 10/31/2005 |
| 6/16/2005 | GF CONSTRUCTION CO | PRGS PMT | 19,559.00 | 2040 | 10/31/2005 |
| 5/24/2005 | GF CONSTRUCTION CO | firedept water storage tank | 17,056.00 | 2040 | 10/31/2005 |
| 8/31/2004 | GF CONSTRUCTION CO | progress payment | 100,406.00 | 2040 | 10/31/2005 |
| 5/24/2005 | GF CONSTRUCTION CO | prgs #8 | 275,329.00 | 2040 | 10/31/2005 |

Report: 2080.mdb/Reclass Detail   Page 31   25-Apr-08 12:53 PM

| Date | Vender Name/JE Description | Explanation | Amount | Rcls Accnt | Rcls Date |
|---|---|---|---|---|---|
| 4/19/2005 | GF CONSTRUCTION CO | progress pmt | 100,602.00 | 2040 | 10/31/2005 |
| 3/31/2003 | HIGGINS ASSOCIATES | TRAFFIC STUDY | 4,450.00 | 2040 | 10/31/2005 |
| 2/28/2003 | HIGGINS ASSOCIATES | DEPOSIT TO STRT TRAF | 1,490.00 | 2040 | 10/31/2005 |
| 4/19/2005 | MISSION SECURITY SYSTEMS | monitoring/fire sprinklers | 247.50 | 2040 | 10/31/2005 |
| 7/31/2005 | MISSION SECURITY SYSTEMS | security for fire | 347.50 | 2040 | 10/31/2005 |
| 12/20/2004 | MORGAN HILL TILE | porcelain tile | 6,272.98 | 2040 | 10/31/2005 |

CONFIDENTIAL
CPT003282

CONFIDENTIAL
CPT003283

| Date | Vender Name/JE Description | Explanation | | Amount | Rcls Accnt | Rcls Date |
|---|---|---|---|---|---|---|
| 12/31/2004 | MORGAN HILL TILE | add'l tile to complete job | | 133.28 | 2040 | 10/31/2005 |
| 12/23/2004 | PACIFIC GAS AND ELECTRIC | SAN MARTIN PROJ#101430257 | | 19,737.45 | 2040 | 10/31/2005 |
| 8/5/2004 | PACIFIC GAS AND ELECTRIC | deposit service change | | 1,500.00 | 2040 | 10/31/2005 |
| 11/6/2003 | PATTERSON UNIFIED SCHOOL DISTRICT | SCHOOL IMPACTION FEE | | 2,933.18 | 2040 | 10/31/2005 |
| 1/9/2004 | POPA ENGINEERING INC | sen drawing foundation | | 4,260.00 | 2040 | 10/31/2005 |
| 12/1/2003 | POPA ENGINEERING INC | eng fees | | 2,100.00 | 2040 | 10/31/2005 |
| 3/6/2001 | R.E. WILLIAMS CONSTRUCTION | drawings & engineering | | 5,489.73 | 2040 | 10/31/2005 |
| 6/20/2002 | R.E. WILLIAMS CONSTRUCTION | bal due on new bldg/ | | 10,587.47 | 2040 | 10/31/2005 |
| 8/8/2002 | R.E. WILLIAMS CONSTRUCTION | delivery chrgs for a | | 570.05 | 2040 | 10/31/2005 |
| 11/17/2004 | SBC | SBC INSTALL PHONE LINES | | 12,310.60 | 2040 | 10/31/2005 |
| 9/3/2004 | TBT INDUSTRIES, INC | shipping & handling/new bldg | | 14,904.75 | 2040 | 10/31/2005 |
| 4/30/2004 | TBT INDUSTRIES, INC | 60x60 office & shop bldg | | 104,045.00 | 2040 | 10/31/2005 |
| 10/31/2004 | TBT INDUSTRIES, INC | white vinyl insulations | | 4,590.49 | 2040 | 10/31/2005 |
| 11/30/2004 | TBT INDUSTRIES, INC | add'l mat'l/cmplt new bldg | | 3,269.44 | 2040 | 10/31/2005 |
| 8/16/2004 | THE PURDY CONSULTANTS | sprinkler sys design | | 4,000.00 | 2040 | 10/31/2005 |
| 4/14/2004 | THE PURDY CONSULTANTS | rev drwngs/santaclaraplanrevw | | 2,300.00 | 2040 | 10/31/2005 |
| 10/31/2004 | THE PURDY CONSULTANTS | design fire prot sys | | 10,250.00 | 2040 | 10/31/2005 |
| 9/18/2003 | THE PURDY CONSULTANTS | revised MEP design | | 5,000.00 | 2040 | 10/31/2005 |
| 2/18/2002 | VALLIER DESIGN ASSOCIATES | Landscape drawing-ne | | 625.00 | 2040 | 10/31/2005 |
| 7/26/2004 | VALLIER DESIGN ASSOCIATES | REIMBURSABLES | | 269.71 | 2040 | 10/31/2005 |
| 2/13/2004 | VALLIER DESIGN ASSOCIATES | landscape arch svc | | 1,100.00 | 2040 | 10/31/2005 |
| 4/4/2004 | VALLIER DESIGN ASSOCIATES | landscape arch | | 1,995.10 | 2040 | 10/31/2005 |
| | | | 60 x 60 Office Building | 1,148,745.39 | | |
| 12/19/2005 | CENTRAL STATES CONSTRUCTION | fix gate /hotwire mistake | | 1,909.00 | 2040 | 1/31/2006 |
| 10/31/2005 | EARTH SYSTEMS PACIFIC | testing/fire protection | | 385.00 | 2040 | 1/31/2006 |
| 10/31/2005 | GF CONSTRUCTION CO | final pmt for contract | | 104,436.00 | 2040 | 1/31/2006 |
| 12/31/2005 | GF CONSTRUCTION CO | prg pay #1 grade & renck | | 35,244.00 | 2040 | 1/31/2006 |
| 11/16/2005 | MISSION SECURITY SYSTEMS | FIRE SPRINKLER SYS | | 379.00 | 2040 | 1/31/2006 |
| 11/16/2005 | MISSION SECURITY SYSTEMS | FIRE SPRINKLER SYSTEM | | 225.00 | 2040 | 1/31/2006 |
| | | | Bldg(A#138931) | 142,578.00 | | |
| 5/24/2005 | CENTRAL STATES CONSTRUCTION | set 100' metal post | | 5,000.00 | 2035 | 10/31/2005 |
| 9/30/2005 | CENTRAL STATES CONSTRUCTION | final/panel fence | | 4,764.25 | 2035 | 10/31/2005 |
| 12/20/2004 | CENTRAL STATES CONSTRUCTION | freight for metal posts | | 2,221.24 | 2035 | 10/31/2005 |
| 11/11/2004 | CENTRAL STATES CONSTRUCTION | C-CHANNEL | | 8,841.37 | 2035 | 10/31/2005 |

Page 32

Report: 2080.mdb/Reclass Detail                                    25-Apr-08 12:53 PM

| Date | Vender Name/JE Description | Explanation | | Amount | Rcls Accnt | Rcls Date |
|---|---|---|---|---|---|---|
| 12/20/2004 | CENTRAL STATES CONSTRUCTION | metal posts & caps | | 6,502.50 | 2035 | 10/31/2005 |
| 6/15/2004 | CENTRAL STATES CONSTRUCTION | LAB&INSTL FENCE/BALLARDS | | 14,489.00 | 2035 | 10/31/2005 |
| 11/11/2004 | CENTRAL STATES CONSTRUCTION | FREIGHT FOR C-CHANNEL | | 2,221.24 | 2035 | 10/31/2005 |
| 5/11/2005 | TBT INDUSTRIES, INC | fence panels for new fence | | 16,690.50 | 2035 | 10/31/2005 |
| | | | Fence | 60,730.10 | | |
| 9/30/2006 | CENTRAL STATES CONSTRUCTION | FENCE | FENCE A#138940 | 20,383.48 | 2035 | 9/30/2006 |
| | | | | 20,383.48 | | |
| 10/31/2005 | REDWOOD GEOTECHNICAL ENGINEERS | soil testing/final | | 120.00 | 2035 | 1/31/2006 |
| 10/31/2005 | TRINCHERO CONSTRUCTION CO INC | repair water line | | 283.50 | 2035 | 1/31/2006 |
| | | | | 403.50 | | |
| 9/19/2006 | TRINCHERO CONSTRUCTION CO INC | GRADING LOT | Grade(A#138958) | 5,906.26 | 2035 | 1/31/2007 |