Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:  (415) 433-8000
Facsimile:   (415) 433-4816
ppillsbury@pillsburylevinson.com
vpuri@pillsburylevinson.com
rlarson@pillsburylevinson.com

Attorneys for Plaintiff
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.  C 07 2684 CW-EDL<br><br>**E-FILING**<br><br>**ORDER GRANTING IN PART PLAINTIFF COPART, INC.'S MOTION FOR PROTECTIVE ORDER**<br><br>Action Filed:  March 20, 2007<br>Trial Date:      November 10, 2008 |

Plaintiff Copart Inc.'s ("Copart") Motion for a Protective Order prohibiting defendant United States Fire Insurance Company ("USFIC") from making site inspections pursuant to its First Set of Entry (Site Inspection) Requests served on March 26, 2008 and a Second Set of Entry (Site Inspection) Requests served on April 28, 2008 came on regularly for hearing on

June 17, 2008 in Courtroom E of the above-captioned Court, the Honorable Elizabeth D. LaPorte presiding. Eric K. Larson, Pillsbury & Levinson LLP appeared on behalf of Copart. Judith Whitehouse, Bullivant Houser Bailey PC appeared on behalf of USFIC.  After consideration of Plaintiff Copart, Inc.'s Motion For Protective Order, the papers filed in support of and in opposition to the motion, and the arguments of counsel, the Court has determined that, good cause appearing, the motion is GRANTED in part as follows.

1. The Second Set of Entry (Site Inspections) Requests are barred in their entirety by the Court's April 14, 2008 Order Re Extension of Discovery and Dispositive Motion Deadlines, and Copart's motion is granted with respect to that Second Set.

2. With regard to the First Set of Entry Requests, USFIC may choose three of the ten yard locations listed in that request and conduct inspections of those three locations only. Copart's motion is granted with respect to the remaining seven locations.

3. By June 20, 2008, USFIC shall notify Copart of the three locations from its First Set that it chooses to inspect and the identity of the consultants who will be performing the inspections.  By June 25, 2008, the parties will meet and confer regarding a schedule for and scope of the inspections.

Dated: _____

_____
JUDGE ELIZABETH LAPORTE
UNITED STATES MAGISTRATE JUDGE