Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: ppillsbury@pillsburylevinson.com
vpuri@pillsburylevinson.com
rlarson@pillsburylevinson.com

Attorneys for Plaintiff and Counterdefendant
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION | Case No. C 07 2684 CW <br><br> **E-FILING** <br><br> **NOTICE OF ENTRY OF ORDER** <br><br><br> Action Filed: March 20, 2007 <br> Trial Date: November 10, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 25, 2008, the Court entered an Order Granting In Part Plaintiff Copart's Inc.'s Motion for Protective Order.

///

///

---

-1-

NOTICE OF ENTRY OF ORDER                                          Case No. C 07 2684 CW

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1  A true and correct copy of this Order is attached hereto as Exhibit A.

2  Dated: June 25, 2008                              PILLSBURY & LEVINSON, LLP

                                        By:  /s/ Vedica Puri
                                             Vedica Puri
                                             Attorneys for Plaintiff and Counterdefendant
                                             COPART INC.

-2-

NOTICE OF ENTRY OF ORDER                                         Case No. C 07 2684 CW

# EXHIBIT A

1  Philip L. Pillsbury, Jr. (SBN 72261)
2  Vedica Puri (SBN 176252)
   Eric K. Larson (SBN 142791)
3  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
6  ppillsbury@pillsburylevinson.com
7  vpuri@pillsburylevinson.com
   rlarson@pillsburylevinson.com
8
   Attorneys for Plaintiff
9  COPART INC.

10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                        OAKLAND DIVISION

13 | COPART INC.,                                ) Case No. C 07 2684 CW-EDL
14 |                                             )
   |         Plaintiff,                          ) **E-FILING**
15 |                                             )
   |   vs.                                       ) **ORDER GRANTING IN PART**
16 |                                             ) **PLAINTIFF COPART, INC.'S**
   | CRUM & FORSTER INDEMNITY                    ) **MOTION FOR PROTECTIVE ORDER**
17 | COMPANY, UNITED STATES FIRE                 )
   | INSURANCE COMPANY, and DOES 1-10,           )
18 | Inclusive,                                  )
19 |                                             )
   |         Defendants.                         )
20 |_____)
   | AND RELATED COUNTERCLAIM                    )
21 |                                             )
22 |                                             )
   |                                             ) Action Filed: March 20, 2007
23 |_____) Trial Date:   November 10, 2008

24

25      Plaintiff Copart Inc.'s ("Copart") Motion for a Protective Order prohibiting defendant

26 United States Fire Insurance Company ("USFIC") from making site inspections pursuant to its

27 First Set of Entry (Site Inspection) Requests served on March 26, 2008 and a Second Set of

28 Entry (Site Inspection) Requests served on April 28, 2008 came on regularly for hearing on

-1-
ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER    Case No. C 07 2684 CW-EDL

1  June 17, 2008 in Courtroom E of the above-captioned Court, the Honorable Elizabeth D.
2  LaPorte presiding. Eric K. Larson, Pillsbury & Levinson LLP appeared on behalf of Copart.
3  Judith Whitehouse, Bullivant Houser Bailey PC appeared on behalf of USFIC.  After
4  consideration of Plaintiff Copart, Inc.'s Motion For Protective Order, the papers filed in
5  support of and in opposition to the motion, and the arguments of counsel, the Court has
6  determined that, good cause appearing, the motion is GRANTED in part as follows.

7    1.    The Second Set of Entry (Site Inspections) Requests are barred in their entirety
8  by the Court's April 14, 2008 Order Re Extension of Discovery and Dispositive Motion
9  Deadlines, and Copart's motion is granted with respect to that Second Set.

10    2.    With regard to the First Set of Entry Requests, USFIC may choose three of the
11  ten yard locations listed in that request and conduct inspections of those three locations only.
12  Copart's motion is granted with respect to the remaining seven locations.

13    3.    By June 20, 2008, USFIC shall notify Copart of the three locations from its
14  First Set that it chooses to inspect and the identity of the consultants who will be performing
15  the inspections.  By June 25, 2008, the parties will meet and confer regarding a schedule for
16  and scope of the inspections.

18  Dated: June 25, 2008



JUDGE Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

-2-
ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER       Case No. C 07 2684 CW-EDL