Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: ppillsbury@pillsburylevinson.com
vpuri@pillsburylevinson.com
rlarson@pillsburylevinson.com

Attorneys for Plaintiff and Counterdefendant
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C 07 2684 CW-EDL<br><br>**E-FILING**<br><br>**DECLARATION OF ERIC K. LARSON IN SUPPORT OF PLAINTIFF COPART, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>*VOLUME I — Attaching the entire Policy, Policy excerpts, and Statement of Value*<br><br>Date: August 21, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 14th Floor<br>Before the Hon. Claudia Wilken<br><br>Action Filed: March 20, 2007<br>Trial Date: November 10, 2008 |

I, Eric K. Larson, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an associate at Pillsbury & Levinson, LLP, attorneys of record herein for plaintiff Copart, Inc. I have personal knowledge of the facts set forth herein and could competently testify thereto.

2.      Counsel for Copart and USFIC stipulated to the authenticity of documents produced from parties' files, subject to a party disputing such authenticity. See Deposition Testimony of Simon Rote 30:15-31:17 (Larson Decl., Vol. II, Ex. G). There is no dispute over the authenticity of the subject 2005-2006 policy or the August 8, 2005 Statement of Values.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the entire 2005-2006 insurance policy issued by USFIC to Copart that is the subject of this action.

4.      Attached hereto as **Exhibit B** is a true and correct copy of a portion of the "Building and Personal Property Coverage Form" that is part of the 2005-2006 property insurance policy issued by USFIC to Copart.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the "Commercial Property Coverage Part Supplemental Declarations" form that is part of the 2005-2006 insurance policy issued by USFIC to Copart.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the "Schedule of Locations" that is part of the 2005-2006 insurance policy issued by USFIC to Copart.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the "Statement of Values" form dated August 8, 2005 from the USFIC underwriting file designating (on the third page of the exhibit underlined by us) Yard 105 with a Miami address.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the "Endorsement" form that is part of the 2005-2006 insurance policy issued by USFIC to Copart.

I declare under penalty of perjury under the laws of the State of California, United States of America that the foregoing is true and correct, and that this Declaration was executed on July 10, 2008 in San Francisco, California.

Dated: July 10, 2008                    /s/ Eric K. Larson
                                        Eric K. Larson