# EXHIBIT A
# (Part 4 of 4)

IL 01 03 07 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES - ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

IL 01 03 07 02

© ISO Properties, Inc., 2001

POL 0281

Page 1 of 1

IL 02 70 07 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

A. Paragraphs 2. and 3. of the **Cancellation** Common Policy Condition are replaced by the following:

  2. **All Policies In Effect For 60 Days Or Less**

  If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

  a. 10 days before the effective date of cancellation if we cancel for:

  (1) Nonpayment of premium; or

  (2) Discovery of fraud or material misrepresentation by:

   (a) Any insured or his or her representative in obtaining this insurance; or

   (b) You or your representative in pursuing a claim under this policy.

  b. 30 days before the effective date of cancellation if we cancel for any other reason.

  3. **All Policies In Effect For More Than 60 Days**

  a. If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

  (1) Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

  (2) Discovery of fraud or material misrepresentation by:

   (a) Any insured or his or her representative in obtaining this insurance; or

   (b) You or your representative in pursuing a claim under this policy.

  (3) A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

POL 0282

IL 02 70 07 02                © ISO Properties, Inc., 2001                Page 1 of 4

(4) Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

(5) Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

(6) A determination by the Commissioner of Insurance that the:

   (a) Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

   (b) Continuation of the policy coverage would:

      (i) Place us in violation of California law or the laws of the state where we are domiciled; or

      (ii) Threaten our solvency.

(7) A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

b. We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

(1) 10 days before the effective date of cancellation if we cancel for a reason listed in Paragraph 3.a.(1) or 3.a.(2); or

(2) 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph 3.a.

B. The following provision is added to the Cancellation Common Policy Condition:

7. **Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

a. If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in b. and c. below.

b. We may not cancel this policy solely because the first Named Insured has:

(1) Accepted an offer of earthquake coverage; or

(2) Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

c. We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This Restriction (c.) applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

(1) Capital Assets Program Coverage Form (Output Policy);

(2) Commercial Property Coverage Part – Causes Of Loss – Special Form; or

(3) Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph D. Covered Causes Of Loss – Special.

**POL 0283**

C. The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

1. Subject to the provisions of Paragraphs C.2. and C.3. below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

   We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

2. **Residential Property**

   This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

   Capital Assets Program (Output Policy) Coverage Part

   Commercial Property Coverage Part

   Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

   a. We may elect not to renew such coverage for any reason, except as provided in b., c. and d. below:

   b. We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

   However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

   (1) The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

   (2) The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

   (3) We have:

   (a) Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

   (b) Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

   the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

   c. We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

   d. We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This Restriction (d.) applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

   (1) Capital Assets Program Coverage Form (Output Policy)

   (2) Commercial Property Coverage Part – Causes Of Loss – Special Form; or

   (3) Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph D. Covered Causes Of Loss – Special.

3. We are not required to send notice of nonrenewal in the following situations:

   a. If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

b. If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

c. If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

d. If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

e. If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

f. If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.**, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

COMMERCIAL PROPERTY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPRINKLER LEAKAGE – EARTHQUAKE EXTENSION

This endorsement modifies insurance provided under the following:

    CAUSES OF LOSS – BASIC FORM
    CAUSES OF LOSS – BROAD FORM
    CAUSES OF LOSS – SPECIAL FORM
    STANDARD PROPERTY POLICY

The following is added to COVERED CAUSES OF LOSS:

    SPRINKLER LEAKAGE – EARTHQUAKE EXTENSION, meaning Sprinkler Leakage loss or damage caused by:

1. Earthquake; or
2. Volcanic eruption, explosion or effusion.

POL 0286

CP 10 39 07 88    Copyright, ISO Commercial Risk Services, Inc., 1983, 1987    Page 1 of 1

This endorsement changes the policy. Please read it carefully.

## Cyber Risk Exclusion

This endorsement modifies insurance provided under the following:

**BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART**

The following is an addition to the Perils Excluded Section.

**Cyber Risk Exclusion**

The Company will not pay for Damage or Consequential loss directly or indirectly caused by, consisting of, or arising from:

1. Any functioning or malfunctioning of the internet or similar facility, or of any intranet or private network or similar facility,

2. Any corruption, destruction, distortion, erasure or other loss or damage to data, software, or any kind of programming or instruction set,

3. Loss of use or functionality whether partial or entire of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic, and any ensuing liability or failure of the Insured to conduct business.

This Endorsement shall not exclude subsequent Damage or Consequential loss, not otherwise excluded, which itself results from a defined Peril. Defined Peril shall mean: Fire, Lightning, Explosion, Aircraft or Vehicle Impact, Falling Objects, Windstorm, Hail, Tornado, Cyclone, Hurricane, Earthquake, Volcano, Tsunami, Flood, Freeze or Weight of Snow.

This Endorsement shall not act to increase or broaden coverage afforded by this policy.

Such Damage or Consequential loss described in 1, 2, or 3 above is excluded, regardless of any other cause that contributed concurrently or in any other sequence.

All other terms, conditions and exclusions of this policy remain unchanged.

FM 600.0.1191 08 05

POL 0287

UW(06-07) 076

*ster*
— A FAIRFAX Company

BOILER AND MACHINERY

# BOILER AND MACHINERY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - DEFINITIONS.

### A. COVERAGE

We will pay for direct damage to Covered Property, Business Interruption/Extra Expense and Spoilage caused by an "accident" at the location(s) specified in the Declarations.

1. Covered Property

   Covered Property, as used in this Coverage Part, means any property that:

   a. You own; or

   b. Is in your care, custody or control and for which you are legally liable. In addition to paying for loss to this property, we will defend you against any claim or "suit" alleging liability for damage to this property, subject to the Defense and the Supplementary Payments provisions.

2. Coverage Extensions

   a. Expediting Expenses

      With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

      (1) Make temporary repairs;

      (2) Expedite permanent repairs; and

      (3) Expedite permanent replacement.

   b. Business Interruption and Extra Expense

      We will pay:

      (1) Your actual loss from a total or partial interruption of business; and

      (2) The reasonable extra expense to run your business during the interruption;

      caused solely by an "accident," including an "accident" to any transformer or electrical apparatus that is:

      (a) Located on or within 500 feet of the "location;"

      (b) Owned by a public utility company; and

      (c) Used to supply electrical power solely to that "location."

   c. Spoilage

      We will pay for your loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused solely by an "accident," including an "accident" to any transformer or electrical apparatus that is:

      (1) Located on or within 500 feet of the "location;"

      (2) Owned by a public utility company; and

      (3) Used to supply electrical power solely to that "location."

   d. Defense

      If a claim or "suit" is brought against you alleging that you are liable for damage to property of another in your care, custody or control, that was directly caused by an "accident", we will either:

      (1) Settle the claim or "suit;" or

      (2) Defend you against the claim or "suit," but keep for ourselves the right to settle it at any point.

   e. Supplementary Payments

      We will pay with respect to any claim or "suit" we defend:

      (1) All expenses we incur;

      (2) The cost of bonds to release attachments. We do not have to furnish these bonds;

**POL 0288**



BOILER AND MACHINERY

## BOILER AND MACHINERY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - DEFINITIONS.

A. COVERAGE

We will pay for direct damage to Covered Property, Business Interruption/Extra Expense and Spoilage caused by an "accident" at the location(s) specified in the Declarations.

1. Covered Property

   Covered Property, as used in this Coverage Part, means any property that:

   a. You own; or

   b. Is in your care, custody or control and for which you are legally liable. In addition to paying for loss to this property, we will defend you against any claim or "suit" alleging liability for damage to this property, subject to the Defense and the Supplementary Payments provisions.

2. Coverage Extensions

   a. Expediting Expenses

      With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

      (1) Make temporary repairs;

      (2) Expedite permanent repairs; and

      (3) Expedite permanent replacement.

   b. Business Interruption and Extra Expense

      We will pay:

      (1) Your actual loss from a total or partial interruption of business; and

      (2) The reasonable extra expense to run your business during the interruption;

      caused solely by an "accident," including an "accident" to any transformer or electrical apparatus that is:

      (a) Located on or within 500 feet of the "location;"

      (b) Owned by a public utility company; and

      (c) Used to supply electrical power solely to that "location."

   c. Spoilage

      We will pay for your loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused solely by an "accident," including an "accident" to any transformer or electrical apparatus that is:

      (1) Located on or within 500 feet of the "location;"

      (2) Owned by a public utility company; and

      (3) Used to supply electrical power solely to that "location."

   d. Defense

      If a claim or "suit" is brought against you alleging that you are liable for damage to property of another in your care, custody or control, that was directly caused by an "accident", we will either:

      (1) Settle the claim or "suit;" or

      (2) Defend you against the claim or "suit," but keep for ourselves the right to settle it at any point.

   e. Supplementary Payments

      We will pay with respect to any claim or "suit" we defend:

      (1) All expenses we incur;

      (2) The cost of bonds to release attachments. We do not have to furnish these bonds;

**POL 0289**

FM 600.0.910 01 91  Included copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1989

Page 1 of 8

(3) All reasonable expenses incurred by you at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work;

(4) All costs taxed against you in any "suit" we defend;

(5) Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the total loss resulting from the "accident" we will not pay any prejudgment interest based on that period of time after the offer; and

(6) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the Limit of Insurance shown in the Declarations.

f. Automatic Coverage for a Newly Acquired Location

We will automatically cover an "accident" at a newly acquired location. This automatic coverage begins at the time you acquire the property and continues for 90 days, under the following conditions:

(1) You must inform us in writing of the newly acquired location within 90 days of the date you acquire it;

(2) The equipment must be on site at the time of the acquisition and throughout the period of automatic coverage and be of a type that would be included in the "Comprehensive" definition of "accident;"

(3) The highest deductible amount shown in the Declarations shall apply to newly acquired locations; and

(4) You agree to pay an additional premium as determined by us.

B. EXCLUSIONS

We will not pay for:

1. Ordinance or Law

Any increase in loss caused by or resulting from enforcement of any ordinance, law, regulation, rule or ruling regulating or restricting repair, alteration, use, operation, construction or installation. As used here, increase in loss also includes expenses incurred beyond those for which we would have paid if no substance declared to be hazardous to health by a governmental agency had been involved in the "accident."

For the purpose of this coverage ammonia shall not be considered a substance declared as hazardous to health by a governmental agency under this exclusion.

2. Nuclear Hazard

Loss caused by or resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

a. War and Military Action
Loss caused by or resulting from:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

b. Other Exclusions

Loss caused by or resulting from:

(1) Fire or combustion explosion that occurs at the same time as an "accident" or that ensues from an "accident." With respect to any electrical equipment forming a part of covered equipment this exclusion is changed to read:

Fire or combustion explosion outside the equipment that occurs at the same time as an "accident" or ensues from an "accident;"

POL 0290

    (2) An "accident" that is the direct or indirect result of an explosion or fire;

    (3) Water or other means used to extinguish a fire, even when such an attempt is unsuccessful;

    (4) Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the gas passages from the furnace to the atmosphere;

    (5) Flood. However, if an "accident" results from a flood, we will pay for loss, damage or expense caused by the "accident;"

    (6) Damage to media used with any electronic computer or electronic data processing equipment;

    (7) An "accident" caused directly or indirectly by earth movement, including but not limited to earthquake, landslide, mudslide, subsidence or volcanic eruption;

    (8) Any other indirect result of an "accident."

  c. Additional Exclusions Applying to Business Interruption and Extra Expense Insurance

    We will not pay for:

    (1) The interruption of business that would not or could not have been carried on if the "accident" had not occurred;

    (2) Your failure to use due diligence and dispatch and all reasonable means to resume business at the "location (s)" shown in the Declarations; or

    (3) That part of any loss or expense that is due solely to the suspension, lapse or cancellation of a contract following an "accident" extending beyond the time business could have resumed if the contract had not lapsed, been suspended or cancelled.

3. Addition Exclusion Applying to Spoilage

    We will not pay for loss or damage as a result of your failure to use all reasonable means to protect the perishable goods from damage following an "accident."

    We will not pay for any loss excluded above even though any other cause or event contributes concurrently or in any sequence to the loss.

C. LIMITS OF INSURANCE

1. We will not pay more than the applicable Limit of Insurance, if any, shown in the Declarations for all direct damage to Covered Property that results from any "one accident." Our payment will not increase if more than one insured is shown in the Declarations.

2. Hazardous Substance Limit

    The following applies despite the operation of the Ordinance or Law Exclusion. This limitation does not apply to damage, contamination or pollution caused by ammonia.

    If Covered Property is damaged, contaminated or polluted as a result of an "accident" by a substance declared to be hazardous to health by an authorized governmental agency, the most we will pay for any additional expenses incurred by you for clean up, repair or replacement or disposal of that property is $25,000. As used here, additional expenses mean expenses incurred beyond those for which we would be liable if no substance hazardous to health had been involved.

3. Business Interruption and Extra Expense Limit

    As regards Business Interruption and Extra Expense Coverage our limit of liability for any one "accident" is equal to twelve (12) consecutive months of actual loss for a total or partial interruption of your business.

4. Spoilage Limit

    If an amount is shown as Spoilage Limit in the Declarations, that amount is the limit of your Insurance against loss under Spoilage Coverage from any "one accident" for the "location" where the "accident" occurs.

D. DEDUCTIBLE - Combined All Coverages

    We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the Deductible shown in the Declarations. We will then pay the amount of loss, damage or expense in excess of the Deductible. If more than one covered piece of equipment is involved in "one accident," only the highest Deductible will apply.

E. BOILER AND MACHINERY CONDITIONS

The following conditions apply in addition to the Common Policy Conditions.

1. Loss Conditions

   a. Duties in the Event of Loss or Damage

   You must see that the following are done in the event of loss or damage:

   (1) Give us a prompt notice of the loss or damage. Include a description of the property involved;

   (2) As soon as possible, give us a description of how, when and where the loss or damage occurred;

   (3) Allow us a reasonable time and opportunity to examine the property and premises before repairs are undertaken or physical evidence of the "accident" is removed. You must take whatever measures are necessary for protection from further damage;

   (4) Permit us to inspect the property and records. Also permit us to take samples of damaged property for inspection, testing and analysis;

   (5) If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed;

   (6) Send us a signed, sworn statement of loss containing the information we request to settle the claim. You must do this within 60 days after our request; and

   (7) Cooperate with us in the investigation and settlement of the claim.

   We may examine any insured under oath, while not in the presence of any other insured and at such times as may by reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

   b. Insurance Under Two or More Coverages

   If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage, subject to the Limit of Insurance.

   c. Legal Action Against Us

   No one may bring a legal action against us under this Coverage Part unless:

   (1) There has been full compliance with all the terms of this Coverage Part; and

   (2) The action is brought within 2 years after the date of the "accident;" or

   (3) We agree in writing that you have an obligation to pay for damage to Covered Property of others or until the amount of that obligation has been determined by final judgment or arbitration award. No one has the right under this policy to bring us into an action to determine your liability.

   d. Loss Payable Clause

   (1) We will pay you and the loss payee shown in the Declarations for loss due to an "accident," as interests may appear. The insurance covers the interest of the loss payee unless the loss results from conversion, secretion or embezzlement on your part.

   (2) We may cancel this policy as allowed by the Cancellation Condition. Cancellation ends this agreement as to the loss payee's interest.

   If we cancel we will mail you and the loss payee the same advance notice.

   (3) If we make any payment to a loss payee, we will obtain their rights against any other party.

   e. Other Insurance

   (1) You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
FM 600.0.910 0191    Copyright, Insurance Services Office, Inc., 1983, 1989    Page 4 of 8

(2) If there is other insurance covering the same loss or damage, other than that described in (1) above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not.

In no case will we pay more than the applicable Limit of Insurance.

f. Transfer of Rights of Recovery Against Others to Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.

g. Valuation

(1) We will pay you the amount you spend to repair or replace your property directly damaged by the "accident." Our payment will be the smallest of:

(a) The Limit of Insurance;

(b) The cost at the time of the "accident" to repair the damaged property with new property of like kind, capacity, size and quality;

(c) The cost at the time of the "accident" to replace the damaged property on the same site, with other new property:

A. Of like kind, capacity, size and quality; and

B. Used for the same purpose;

(d) The amount you actually spend that is necessary to repair or replace the damaged property.

(2) As respects any covered equipment, if the cost of repairing or replacing only a part of the covered equipment is greater than:

(a) The cost of repairing the equipment; or

(b) The cost of replacing the entire equipment on the same site;

we will pay only the smallest amount. The repair parts or replacement equipment must be:

(c) Of like kind, capacity, size and quality; and

(d) Used for the same purpose;

(3) We will not pay you:

(a) If the loss or damage is to property that is obsolete or useless to you; or

(b) For any extra cost if you decide to repair or replace the damaged property with property of a better kind or quality or of larger capacity.

(4) If you do not repair or replace the damaged property within 24 months after the date of the "accident," then we will pay only the smaller of the:

(a) Cost it would have taken to repair; or

(b) Actual cash value;

at the time of the "accident."

Paragraph (4) does not apply to any time period beyond 24 months that we agree to in writing.

(5) Spoilage Coverage

We will pay for perishable goods damaged or spoiled as a result of an "accident" on the basis of:

(a) The selling price at the time of the "accident" as if no loss or damage had occurred; and

(b) Less any discounts and expenses you otherwise would have had.

(6) Media

We will pay for media, directly damaged by an "accident," at the cost of blank material for reproducing the records.

2. General Conditions

a. Additional Insured

FM 600.0.910 01 91   Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyrighted, Insurance Services Office, Inc., 1983, 1989

POL 0293

Page 5 of 8

If a person or organization is designated in this Coverage Part as an additional insured, we will consider them to be an insured under this Coverage Part to the extent of their interest.

b. Bankruptcy

The bankruptcy or insolvency of you or your estate will not relieve us of any obligation under this Coverage Part.

c. Concealment, Misrepresentation or Fraud

This Policy is void in any case of fraud by you relating to it. It is also void if you intentionally conceal or misrepresent a material fact concerning:

(1) This Policy;

(2) The Covered Property; or

(3) Your interest in the Covered Property.

d. Liberalization

If we file any forms, endorsements, rules or regulations (for use with this insurance program) with the insurance supervisory authorities while this insurance is in force (or filed and accepted within 45 days prior to its effective date) which could broaden or extend the coverage without an additional premium charge, such broadened or extended insurance shall automatically inure to your benefit.

e. Mortgage Holders

(1) The term mortgage holder includes trustee.

(2) We will pay for direct damage due to an "accident" to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

(3) The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the covered property.

(4) If we deny your claim because of your acts or because you have failed to comply with the terms of this Policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(a) Pays any premium due under this Policy at our request if you have failed to do so;

(b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(c) Has notified us of any change in ownership or substantial change in risk known to the mortgage holder.

All of the terms of this Policy will then apply directly to the mortgage holder.

(5) If we pay the mortgage holder for any loss and deny payment to you because of your acts or because you have failed to comply with the terms of this Policy:

(a) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(b) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

(6) If we cancel this Policy, we will give written notice to the mortgage holder at least:

(a) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(b) 30 days before the effective date of cancellation if we cancel for any other reason.

(7) If we do not renew this Policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this Policy.

f. Policy Period, Coverage Territory

Under this Coverage Part:

(1) The "accident" must occur:

(a) During the Policy Period shown in the Declarations; and

(b) Within the Coverage Territory.

(2) The Coverage Territory Is:

(a) The United States of America; and

(b) Puerto Rico.

g. Suspension

Whenever any covered equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that equipment. This can be done by delivering or mailing a written notice of suspension to:

(1) Your last known address; or

(2) The address where the equipment is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement to the Policy for that equipment.

If we suspend your insurance, you will get a pro rata refund of premium for that equipment. But the suspension will be effective even if we have not yet made or offered a refund.

**Condition Applying Only to Business Interruption, Extra Expense and Spoilage Insurance.**

h. Reducing Your Loss

You must reduce your loss, if possible, by:

(1) Resuming business, partially or completely;

(2) Using merchandise or other property available to you; and

(3) Using the property or services of others.

F. DEFINITIONS

1. "Accident"

a. If 'Basic' is shown in the Declarations under Coverages, "Accident" means a sudden and accidental breakdown of:

(1) Any boiler;

(2) Any fired or unfired pressure vessel subject to vacuum or internal pressure other than static pressure of contents; and

(3) Any piping and its accessory equipment.

At the time the breakdown occurs, it must become apparent by physical damage that requires repair or replacement of the covered equipment or part thereof.

b. If "Comprehensive" is shown in the Declarations under Coverages, "Accident" means a sudden and accidental breakdown of:

(1) Any boiler;

(2) Any fired or unfired pressure vessel subject to vacuum or internal pressure other than static pressure of contents;

(3) Any piping and its accessory equipment;

(4) Any refrigeration or air conditioning system;

(5) Any mechanical or electrical machine or apparatus used for the generation, transmission or utilization of mechanical or electrical power.

At the time the breakdown occurs, it must become apparent by physical damage that requires repair or replacement of the covered equipment or part thereof.

If covered electrical equipment requires drying out as a result of flood, the drying out will be considered an "accident."

c. None of the following is an "Accident:"

(1) Depletion, deterioration, corrosion or erosion, wear and tear;

(2) Functioning of any safety or protective device;

(3) The breakdown of any structure or foundation.

d. None of the following are covered equipment

**POL 0295**

   (1) Any sewer piping, underground gas piping, or piping forming a part of a sprinkler system;

   (2) Water piping other than boiler feed water piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

   (3) Insulating or refractory material;

   (4) Media used with any electrical computer or electronic data processing equipment;

   (5) Vehicle, elevator, escalator, hoist or crane.

  e. If a strike, riot, civil commotion, act of sabotage or vandalism results in an "accident," this insurance applies. However, the War and Military Action Exclusion and the conditions of this Policy still apply.

2. "Location" means the premises at the address shown in the Declarations.

3. "One Accident" means:

 If an initial "accident" causes other "accidents" all will be considered "one accident." All "accidents" at any one "location" that manifest themselves at the same time and are the result of the same cause will be considered "one accident."

4. "Suit" means a civil proceeding and includes:

 a. An arbitration proceeding in which damages are claimed and to which you must submit or do submit with our consent; or

 b. Any other alternative dispute resolution proceeding in which damages are claimed and to which you submit with our consent.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1983, 1989

Policy Number
2441886561



## CHANGE ENDORSEMENT
## UNITED STATES FIRE INSURANCE COMPANY

Named Insured COPART INC.

Agent Name MARSH GLOBAL BROK/SF

Effective Date 01/01/06
12:01 A.M., Standard Time
Agent No. 80835

**COVERAGE PART INFORMATION** – Coverage parts affected by this change as indicated by below.

☐ Commercial Property
☐ Commercial General Liability
☐ Commercial Crime
☐ Commercial Inland Marine
☐ Commercial Automobile
☐ Taxes/Surcharges
☐

### CHANGE DESCRIPTION

In consideration of a return premium, it is hereby agreed and understood that all coverage for inventory and stock is deleted.

Revised TIV - $120,030,179

All other terms and conditions remain unchanged

### PREMIUM CHANGE

Additional $                                       Return $       -94,543.32

Endorsement No: 1

Accepted _____     _____
            First Named Insured                            Authorized Representative

Dated Accepted by First Named Insured:

FM 206.0.9 0397

POL 0297

Policy Number
2441886561

**Crum & Forster**
A FAIRFAX Company

CHANGE ENDORSEMENT

UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.

Agent Name  MARSH GLOBAL BROK/SF

Effective Date: 01-01-06
12:01 A.M., Standard Time
Agent No.  80835

**COVERAGE PART INFORMATION** - Coverage parts affected by this change as indicated by [x] below.

| | |
|---|---|
| [X] Commercial Property | $ 18,236.47 |
| [ ] Commercial General Liability | |
| [ ] Commercial Crime | |
| [ ] Commercial Inland Marine | |
| [X] TAX/SURCHARGES | $ -115.25 |
| [ ] | |

**CHANGE DESCRIPTION**

IN CONSIDERATION OF AN ADDITIONAL PREMIUM, IT IS HEREBY AGREED AND UNDERSTOOD THAT THE PROPERTY VALUES IS AMENDED AS PER UPDATED STATEMENT OF VALUES DATED 01-01-2006 AS PER SCHEDULE ON FILE WITH THE COMPANY.

REVISED TIV - $153,769,079

**PREMIUM CHANGE**

Additional $   18,121.22         Return $

AUTHORIZED REPRESENTATIVE

FM 206.0.9 04 94

POL 0298

Policy Number
2441886561



CHANGE ENDORSEMENT 2
UNITED STATES FIRE INSURANCE COMPANY

Named Insured COPART INC.
Agent Name MARSH GLOBAL BROK/SF

Effective Date 01/01/06
12:01 A.M., Standard Time
Agent No. 80835

### COVERAGE PART INFORMATION – Coverage parts affected by this change as indicated by below.

| | |
|---|---|
| [X] Commercial Property | $ 18,121.22 |
| [ ] Commercial General Liability | |
| [ ] Commercial Crime | |
| [ ] Commercial Inland Marine | |
| [ ] Commercial Automobile | |
| [X] Taxes/Surcharges | $ -8.82 |

### CHANGE DESCRIPTION

THIS ENDORSEMENT SUPERSEDES THE PREVIOUS ENDORSEMENT.

IN CONSIDERATION OF AN ADDITIONAL PREMIUM, IT IS HEREBY AGREED AND UNDERSTOOD THAT THE PROPERTY VALUES IS AMENDED AS PER UPDATED STATEMENT OF VALUES DATED 01-01-2006 AS PER SCHEDULE ON FILE WITH THE COMPANY

REVISED TIV - $153,679,079.

All other terms and conditions of this policy remain unchanged.

### PREMIUM CHANGE

Additional $    18,112.40          Return $

Endorsement No: 2

Accepted _____          _____
                First Named Insured                              Authorized Representative

Dated Accepted by First Named Insured:

**POL 0299**

FM 206.0.9 0397

Page 1 of 1