# EXHIBIT B

COMMERCIAL PROPERTY
CP 00 10 10 00

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H. – Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property, as used in this Coverage Part, means the type of property described in this Section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   a. Building, meaning the building or structure described in the Declarations, including:

      (1) Completed additions;

      (2) Fixtures, including outdoor fixtures;

      (3) Permanently installed:

         (a) Machinery and

         (b) Equipment;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (5) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   b. Your Business Personal Property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

      (1) Furniture and fixtures;

      (2) Machinery and equipment;

      (3) "Stock";

      (4) All other personal property owned by you and used in your business;

      (5) Labor, materials or services furnished or arranged by you on personal property of others;

      (6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

      (7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

**POL 0240**

# EXHIBIT C

Case 4:07-cv-02684-CW   Document 67-6   Filed 07/10/2008   Page 3 of 6

Policy Number
2441886561

**Crum Forster**
A Fairfax Company

## COMMERCIAL PROPERTY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.  
Agent Name  MARSH GLOBAL BROK/SF  

Effective Date: 10-01-05  
12:01 A.M., Standard Time  
Agent No. 80835

**Item 1.** Business Description: AUTO SALVAGE

**Item 2.** Premises Described:
See Schedule of Locations

**Item 3.** $250 Deductible unless otherwise indicated.

**Item 4.** Coverages Provided

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| ALL | 001 | BUILDING SUBLIMITS AS PER FM 206.0.5 11-99 | $ 2,500,000 | SPECIAL | |

Other Provisions

[ ] Agreed Value:   Expires:   [X] Replacement Cost   [ ] Inflation Guard:   %  
[ ] Business Income Indemnity: Monthly Limit   Period: Maximum  
[ ] Reporting   Extended  
Deductible: PER FM 206.0.5   Earthquake Deductible:   %   Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| ALL | 001 | BUSINESS PERS PROP, EDP | $2,500,000 | SPECIAL | |

Other Provisions

[ ] Agreed Value:   Expires:   [X] Replacement Cost   [ ] Inflation Guard:   %  
[ ] Business Income Indemnity: Monthly Limit   Period: Maximum  
[ ] Reporting   Extended  
Deductible: PER FM 206.05   Earthquake Deductible:   %   Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| ALL | 001 | BUS INC OTHER THAN RENTAL | $ 2,500,000 | SPECIAL | |

Other Provisions

[ ] Agreed Value:   Expires:   [ ] Replacement Cost   [ ] Inflation Guard:   %  
[ ] Business Income Indemnity: Monthly Limit   Period: Maximum  
[ ] Reporting   Extended  
Deductible:   Earthquake Deductible:   %   Exceptions  
24 Hour-ADV Time Element Waiting Period

**Item 5.** Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

See Schedule of Forms and Endorsements

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD

FM 600.0.960 04 94

POL 0222

# EXHIBIT D

| Policy Number<br>2441886561 |  |
|---|---|

### SCHEDULE OF LOCATIONS

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.  
Agent Name  MARSH GLOBAL BROK/SF

Effective Date: 10-01-2005  
12:01 A.M., Standard Time  
Agent No.  80835

| Loc. No. | Bldg. No. | Designated Locations<br>(Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
|  |  | AS PER SCHEDULE ON FILE WITH COMPANY |  |

FM 206.0.3 04 94

POL 0232