# EXHIBIT E

COPART
Statement of Values
8/8/2005

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes / No | Approx. Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA700 | HQ | 4665 Business Center Dr | Fairfield | CA | 94534 | $10,000,000 | $650,000 | $11,000,000 | $100,000 | | $21,750,000 | NA | NA | Con/Steel | Yes | 100,000 | Yes | 1 |
| CA001 | 1 | 282 Fifth Street | Vallejo | CA | 94590 | $864,000 | $56,000 | $220,900 | $50,000 | 2,645,847 | $3,836,747 | 1,493 | 1,772 | Metal | Yes | 11,750 | Yes | 2 |
| CA002 | 2 | 8780 Fruitridge Road | Sacramento | CA | 95826 | $1,000,000 | $56,000 | $35,600 | $50,000 | 3,622,052 | $4,763,652 | 1,927 | 1,880 | Metal | No | 15,000 | Yes | 2 |
| CA003 | 3 | 1964 Sabre Street | Hayward | CA | 94545 | $0 | $32,000 | $30,000 | $50,000 | 1,531,395 | $1,643,395 | 802 | 1,909 | Metal | Yes | 350 | Yes | 1 |
| CA004 | 4 | 1255 East Central Ave. | Fresno | CA | 93725 | $300,000 | $56,000 | $12,200 | $50,000 | 3,312,304 | $3,730,504 | 2,111 | 1,569 | Metal/Wood | No | 3,550 | Yes | 6 |
| CA004 | 4 | 30 acres @ 4194 S Orange Ave. | Fresno | CA | 93725 | | | | | | | | | | | | | |
| CA005 | 5 | 2216 Coy Avenue | Bakersfield | CA | 93307 | $239,000 | $56,000 | $10,900 | $50,000 | 2,335,891 | $2,691,791 | 1,305 | 1,790 | Metal | No | 3,440 | Yes | 1 |
| CA006 | 6 | 13895 Llagas Avenue | San Martin | CA | 95046 | $500,000 | $56,000 | $19,000 | $50,000 | 2,531,035 | $3,156,035 | 1,456 | 1,738 | Wood/Other | No | 7,555 | Yes | 6 |
| CA007 | 7 | 1203 S. Rancho Avenue | Colton | CA | 92324 | $1,500,000 | $56,000 | $12,700 | $50,000 | 6,236,909 | $7,855,609 | 3,143 | 1,984 | Metal/Wood | No | 4,700 | Yes | 3 |
| OR009 | 9 | 6900 N.E. Comfoot Drive | Portland | OR | 97218 | $800,000 | $56,000 | $42,600 | $50,000 | 3,559,995 | $4,508,595 | 2,181 | 1,632 | Metal | No | 21,700 | Yes | 3 |
| CA010 | 10 | 8423 South Alameda | Los Angeles | CA | 90001 | $300,000 | $56,000 | $23,300 | $50,000 | 3,573,157 | $4,002,457 | 1,646 | 2,171 | Wood | Yes | 2,400 | Yes | 1 |
| TX011 | 11 | 1655 Rankin Road | Houston | TX | 77073 | $1,002,800 | $56,000 | $91,300 | $50,000 | 9,196,662 | $10,396,762 | 3,137 | 2,932 | Wood | No | | Yes | |
| TX012 | 12 | 505 Idlewild Road | Grand Praire | TX | 75051 | $1,300,000 | $56,000 | $98,400 | $50,000 | 11,482,675 | $12,987,075 | 4,116 | 2,790 | Metal/Other | No | 20,000 | Yes | 4,1,2 |
| TX012 | 12 | 42 acres @ 509 Idlewild Road | Grand Praire | TX | 75051 | | | | | | | | | | | | | |
| TX013 | 13 | 3700 Old Union Road | Lufkin | TX | 75904 | $500,000 | $32,000 | $17,900 | $50,000 | 1,605,554 | $2,205,454 | 842 | 1,907 | Metal/Other | Yes | 7,700 | Yes | 2 |
| TX014 | 14 | 3046 Highway 322 South | Longview | TX | 75603 | $500,000 | $56,000 | $25,400 | $50,000 | 1,397,679 | $2,529,079 | 1,113 | 1,705 | Metal | No | | Yes | 1 |
| GA015 | 15 | 2568 Old Alabama Road | Austell | GA | 30168 | $800,000 | $56,000 | $68,700 | $50,000 | 7,773,301 | $8,748,001 | 3,708 | 2,096 | Metal | Yes | | Yes | |
| CA016 | 16 | 8687 Weyand Avenue | Sacramento | CA | 95828 | $0 | $56,000 | $9,000 | $50,000 | 2,589,999 | $2,704,999 | 1,655 | 1,565 | Metal | Yes | 4,000 | Yes | 1 |
| KS017 | 17 | 6211 Kansas Avenue | Kansas City | KS | 66111 | $600,000 | $56,000 | $46,800 | $50,000 | 2,391,410 | $3,144,210 | 1,780 | 1,343 | Metal/Wood | No | 6,000 | Yes | |
| OK018 | 18 | 2829 S.E. 15th Street | Oklahoma City | OK | 73129 | $800,000 | $56,000 | $35,300 | $50,000 | 1,640,282 | $2,581,582 | 1,103 | 1,487 | Metal | Yes | 15,000 | Yes | 2 |
| OK019 | 19 | 2408 W. 21st Street | Tulsa | OK | 74107 | $600,000 | $56,000 | $34,800 | $50,000 | 1,600,114 | $2,340,914 | 1,031 | 1,552 | Metal | Yes | | Yes | |
| MO020 | 20 | 13033 Taussig Avenue | Bridgeton | MO | 63044 | $800,000 | $56,000 | $22,800 | $50,000 | 4,131,043 | $5,059,843 | 2,586 | 1,597 | Metal/Wood | No | 8,000 | Yes | 2 |
| AR021 | 21 | 703 Highway 64 East | Conway | AR | 72032 | $500,000 | $56,000 | $22,200 | $50,000 | 4,278,083 | $4,906,283 | 2,797 | 1,530 | Metal | | 6,000 | Yes | |
| AR022 | 22 | 280 E. James Mill Road | Crawfordsville | AR | 72327 | $500,000 | $56,000 | $15,500 | $50,000 | 1,946,711 | $2,568,211 | 1,288 | 1,511 | Metal/Other | No | 3,150 | Yes | 2 |
| CT023 | 23 | 138 Christian Lane | New Britain | CT | 06051 | $1,050,000 | $56,000 | $34,000 | $50,000 | 3,818,483 | $5,008,483 | 2,800 | 1,364 | Metal/Wood | No | 24,400 | Yes | 3 |
| NY024 | 24 | Route 9W North | Marlboro | NY | 12542 | $300,000 | $56,000 | $31,300 | $50,000 | 5,500,444 | $5,937,744 | 1,900 | 2,895 | Wood/Other | No | 5,500 | Yes | 3 |
| NY025 | 25 | 46 Zuk-Pierce Drive | Central Square | NY | 13036 | $600,000 | $32,000 | $16,600 | $50,000 | 712,589 | $1,411,189 | 656 | 1,086 | Wood/Other | No | 3,500 | Yes | 2 |
| PA026 | 26 | 2704 Geryville Pike | Pennsburg | PA | 18073 | $1,150,000 | $56,000 | $35,000 | $50,000 | 3,846,884 | $5,137,884 | 2,723 | 1,413 | Metal/Wood | No | 18,500 | Yes | 4 |
| MA027 | 27 | 189 Mendon Street | Bellingham | MA | 02019 | $550,000 | $56,000 | $23,800 | $50,000 | 2,377,169 | $3,056,969 | 1,843 | 1,290 | Metal/Wood | No | 29,000 | Yes | 4 |
| PA028 | 28 | Route 351, 2000 River Rd | Ellwood City | PA | 16117 | $1,000,000 | $56,000 | $22,000 | $50,000 | 1,807,612 | $2,935,612 | 1,689 | 1,070 | Metal/Other | No | 113,000 | Yes | |
| OH029 | 29 | 1680 Williams Road | Columbus | OH | 43207 | $400,000 | $56,000 | $8,000 | $50,000 | 1,153,189 | $1,667,189 | 1,395 | 827 | Metal/Wood | No | 7,100 | Yes | 2 |
| NY030 | 30 | 1983 Montauk Highway | Brookhaven | NY | 1719 | $800,000 | $56,000 | $52,400 | $50,000 | 4,799,615 | $5,758,015 | 2,350 | 2,042 | Metal/Other | No | 2,000 | Yes | 3 |
| NJ031 | 31 | 200 Grove Street | Glassboro | NJ | 08028 | $500,000 | $56,000 | $14,300 | $50,000 | 4,149,654 | $4,769,954 | 2,402 | 1,728 | | No | 3,000 | Yes | 1 |
| MD032 | 32 | 11055 Billingsley Road | Waldorf | MD | 20602 | $1,000,000 | $56,000 | $30,600 | $50,000 | 3,736,430 | $4,873,030 | 2,619 | 1,427 | Metal | No | 5,400 | Yes | |
| FL033 | 33 | 12850 NW 27th Avenue | Opa-Locka | FL | 33054 | $600,000 | $56,000 | $22,200 | $50,000 | 4,434,448 | $5,162,648 | 2,029 | 2,186 | Wood/Other | | | Yes | |
| FL034 | 34 | 12020 US Highway 301 S. | Riverview | FL | 33569 | $700,000 | $56,000 | $27,900 | $50,000 | 6,278,587 | $7,112,487 | 4,307 | 1,458 | Metal | | | Yes | |
| NY035 | 35 | 4 West Avenue | Leroy | NY | 14482 | $600,000 | $32,000 | $16,500 | $50,000 | 1,141,879 | $1,840,379 | 988 | 1,156 | Metal/Other | | 5,500 | Yes | 2 |
| IL036 | 36 | 1475 Bluff City Blvd | Elgin | IL | 60120 | $750,000 | $56,000 | $19,200 | $50,000 | 3,496,857 | $4,372,057 | 2,182 | 1,603 | Metal | | 20,000 | Yes | 1 |
| WI038 | 38 | 5443 Lien Road | Madison | WI | 53718 | $300,000 | $32,000 | $34,000 | $50,000 | 784,711 | $1,200,711 | 727 | 1,079 | Metal/Wood | | 10,000 | Yes | 1 |
| WI039 | 39 | 4825 S. Whitnall Avenue | Cudany | WI | 53110 | $700,000 | $56,000 | $45,000 | $50,000 | 1,281,781 | $2,132,781 | 1,113 | 1,152 | Metal/Wood | | 17,500 | Yes | 2 |

UW(05-06) 029

COPART
Statement of Values
8/8/2005

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes / No | Approx. Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MI040 | 40 | 205 S. Rankin Industrial Dr | Florence | MS | 39073 | $600,000 | $56,000 | $26,400 | $50,000 | 1,557,416 | $2,289,816 | 1,035 | 1,505 | Metal/Wood | | 3,000 | Yes | 2 |
| NC041 | 41 | 1081 Recovery Road | China Grove | NC | 28023 | $500,000 | $56,000 | $15,700 | $50,000 | 3,637,989 | $4,259,689 | 2,989 | 1,217 | Metal/Wood | | 5,000 | Yes | 1 |
| FL042 | 42 | 450 Hammond Blvd. | Jacksonville | FL | 32220 | $500,000 | $56,000 | $24,130 | $50,000 | 2,484,377 | $3,114,507 | 1,838 | 1,352 | Metal/Wood | | | Yes | |
| CA043 | 43 | 7519 Woodman Ave., #B | Van Nuys | CA | 91405 | $3,200,000 | $56,000 | $41,100 | $50,000 | 10,893,055 | $14,240,156 | 4,781 | 2,278 | Metal/Wood | Yes | 80,000 | Yes | 5 |
| IN044 | 44 | 4040 Office Plaza Blvd. | Indianapolis | IN | 46254 | $1,000,000 | $56,000 | $33,200 | $50,000 | 3,508,845 | $4,648,045 | 2,571 | 1,365 | Metal/Other | Yes | 50,000 | Yes | 2 |
| TX045 | 45 | 501 Valley Chili Road | El Paso | TX | 79821 | $500,000 | $32,000 | $21,100 | $50,000 | 1,966,476 | $2,569,576 | 892 | 2,205 | Metal | | | Yes | |
| IN046 | 46 | 6100 Woodmar Avenue | Hammond | IN | 46320 | $450,000 | $56,000 | $13,000 | $50,000 | 2,709,099 | $3,278,099 | 1,803 | 1,503 | Metal/Wood | No | 8,000 | Yes | 1 |
| AZ047 | 47 | 615 S. 51st. Avenue | Phoenix | AZ | 85043 | $800,000 | $56,000 | $31,900 | $50,000 | 6,344,510 | $7,282,410 | 3,010 | 2,108 | Metal/Wood | Yes | 18,000 | Yes | 1 |
| WA048 | 48 | 16701 - 51st. Avenue N.E. | Arlington | WA | 98223 | $800,000 | $56,000 | $25,600 | $50,000 | 1,555,539 | $2,487,139 | 1,212 | 1,283 | | | 3,500 | Yes | 4 |
| UT049 | 49 | 170 W. Center Street | N. Salt Lake | UT | 84054 | $700,000 | $56,000 | $17,500 | $50,000 | 1,647,484 | $2,470,984 | 1,339 | 1,230 | Metal/Wood | No | 24,400 | Yes | 3 |
| LA050 | 50 | 21595 Greenwell Springs Rd | Greenwell Springs | LA | 70739 | $750,000 | $56,000 | $32,000 | $50,000 | 4,128,586 | $5,016,586 | 3,009 | 1,372 | Metal | | | Yes | |
| IL051 | 51 | 14417 VFW Road | Pekin | IL | 61554 | $500,000 | $56,000 | $61,200 | $50,000 | 1,011,781 | $1,678,981 | 1,063 | 952 | | | | | |
| MN052 | 52 | 200 County Road 159 | Avon | MN | 56310 | $400,000 | $32,000 | $12,000 | $50,000 | 724,105 | $1,218,105 | 582 | 1,244 | Metal | No | 4,000 | Yes | |
| MA053 | 53 | 55R High Street | N. Billerica | MA | O1862 | $500,000 | $56,000 | $88,800 | $50,000 | 3,498,927 | $4,193,727 | 2,341 | 1,495 | Wood | | | | |
| NC054 | 54 | 310 Copart Road | Dunn | NC | 28334 | $600,000 | $56,000 | $14,800 | $50,000 | 2,850,879 | $3,571,679 | 2,103 | 1,356 | Metal | | | Yes | |
| FL055 | 55 | 307 E. Landstreet Road | Orlando | FL | 32824 | $725,000 | $56,000 | $21,200 | $50,000 | 5,233,486 | $6,085,686 | 3,194 | 1,639 | block | Yes | | Yes | |
| FL055 | 55 | 5.0 ACRES | Orlando | FL | 32824 | | | | | | | | | | | | | |
| SC056 | 56 | 4324 Highway 321 South | Gaston | SC | 29053 | $225,000 | $56,000 | $25,400 | $50,000 | 2,267,209 | $2,623,609 | 1,935 | 1,172 | Metal | | | Yes | |
| NV057 | 57 | 4801 N. Lamb Blvd | N. Las Vegas | NV | 89115 | $570,000 | $56,000 | $14,800 | $50,000 | 5,782,727 | $6,473,527 | 2,812 | 2,056 | | | 4,000 | Yes | |
| AL05 | 58 | 4763 Lott Road | Eight Mile | AL | 36613 | $600,000 | $56,000 | $34,800 | $50,000 | 2,356,712 | $3,097,512 | 1,640 | 1,437 | Metal | | | Yes | |
| CA059 | 59 | 7277 Otay Mesa Road | San Diego | CA | 92154 | $500,000 | $56,000 | $24,700 | $50,000 | 5,483,928 | $6,114,628 | 2,460 | 2,229 | Mobile | No | 1,800 | Yes | 1 |
| IA060 | 60 | 3300 Vandalia Road | Des Moines | IA | 50317 | $450,000 | $32,000 | $19,800 | $50,000 | 1,199,343 | $1,751,143 | 913 | 1,314 | Metal | | 6,000 | Yes | |
| MI061 | 61 | 21000 Hayden Drive | Woodhaven | MI | 48183 | $2,000,000 | $56,000 | $20,300 | $50,000 | 3,538,616 | $5,664,916 | 1,934 | 1,830 | | No | | Yes | |
| TX062 | 62 | 8725 IH-35 N. | New Braunfels | TX | 78130 | $500,000 | $56,000 | $26,800 | $50,000 | 2,545,498 | $3,178,298 | 1,084 | 2,348 | Metal | Yes | | Yes | |
| TN063 | 63 | 865 Stumpy Lane | Lebanon | TN | 37090 | $900,000 | $56,000 | $20,600 | $50,000 | 5,123,161 | $6,149,761 | 3,783 | 1,354 | Metal/Wood | | | Yes | |
| WA064 | 64 | 21421 Meridian East | Graham | WA | 98338 | $500,000 | $56,000 | $36,600 | $50,000 | 2,056,923 | $2,699,523 | 1,547 | 1,330 | Metal | Yes | 42,400 | Yes | 3 |
| TX065 | 65 | 301 Mile 1 East | Mercedes | TX | 78570 | $500,000 | $32,000 | $35,600 | $50,000 | 1,379,179 | $1,996,779 | 664 | 2,077 | Metal | Yes | | Yes | |
| AL066 | 66 | 295 Dan Tibbs Road | Huntsville | AL | 35806 | $500,000 | $56,000 | $45,000 | $50,000 | 2,346,231 | $2,997,231 | 1,885 | 1,245 | Metal | Yes | | Yes | |
| KS067 | 67 | 4510 S. Madison | Wichita | KS | 67216 | $500,000 | $56,000 | $35,800 | $50,000 | 1,235,084 | $1,876,884 | 1,195 | 1,034 | | | | | |
| CO068 | 68 | 6464 Downing Street | Denver | CO | 80229 | $1,000,000 | $56,000 | $17,700 | $50,000 | 2,503,134 | $3,626,834 | 1,701 | 1,472 | | | | | |
| NJ059 | 69 | 781 Harris Avenue | Glassboro | NJ | 8028 | $500,000 | $32,000 | | | 1,557,109 | $2,089,109 | 979 | 1,591 | | | | | |
| FL070 | 70 | 7876 W. Belvedere | West Palm Beach | FL | 33411 | $500,000 | $56,000 | $34,100 | $50,000 | 2,784,503 | $3,424,603 | 1,445 | 1,927 | | | | | |
| WA071 | 71 | 3333 N. Railroad Avenue | Pasco | WA | 99301 | $500,000 | $32,000 | $27,500 | $50,000 | 671,828 | $1,281,328 | 561 | 1,199 | | | | | |
| ID072 | 72 | 3716 North Middleton Road | Nampa | ID | 83651 | $500,000 | $32,000 | $2,190 | $50,000 | 664,260 | $1,248,450 | 530 | 1,253 | | | | | |
| ID073 | 73 | 2630 FM Road #3034 | Abilene | TX | 79601 | $500,000 | $32,000 | $26,700 | $50,000 | 500,085 | $1,108,785 | 332 | 1,506 | | | | | |
| TX074 | 74 | 11130 Applewhite Rd | San Antonio | TX | 78224 | $500,000 | $56,000 | $22,300 | $50,000 | 2,039,831 | $2,668,131 | 1,262 | 1,616 | | | | | |
| NM075 | 75 | 7705 Broadway S.E. | Albuquerque | NM | 87105 | $700,000 | $56,000 | $47,500 | $50,000 | 3,424,604 | $4,278,104 | 2,121 | 1,615 | | | | | |
| PA076 | 76 | 8 Park Drive | Grantville | PA | 17028 | $500,000 | $56,000 | $5,000 | $50,000 | 1,539,868 | $2,150,868 | 1,309 | 1,176 | | | | | |
| CA078 | 78 | 2701 Waterfront Road | Martinez | CA | 94553 | $750,000 | $56,000 | $50,000 | $50,000 | 6,877,272 | $7,783,272 | 3,575 | 1,924 | Metal | Yes | | Yes | 3 |
| CA078-A | 78 | 1055 N. Parkside Drive | Pittsburg | CA | 94565 | $100,000 | | | | | $100,000 | | | | | | | |

UW(05-06) 030

COPART
Statement of Values
8/8/2005

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes / No | Approx. Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA079 | 79 | 14600 Gentilly Highway | New Orleans | LA | 70129 | $750,000 | $56,000 | $50,000 | $50,000 | 2,413,575 | $3,319,575 | 1,739 | 1,388 | Metal | | | | |
| MN080 | 80 | 1526 Bunker Lake Blvd. | Ham Lake | MN | 55304 | $750,000 | $56,000 | $50,000 | $50,000 | 2,067,134 | $2,973,134 | 1,528 | 1,353 | Concrete | | | | |
| IL081 | 81 | 89 E. Sauk Trail | Chicago Heights | IL | 60411 | $500,000 | $56,000 | $30,000 | $50,000 | 1,579,321 | $2,215,321 | 1,473 | 1,072 | | | | | |
| VA082 | 82 | 12360 US Highway 29 | Chatham | VA | 24531 | $500,000 | $32,000 | $30,000 | $50,000 | 1,121,767 | $1,733,767 | 858 | 1,337 | | | | | |
| KY083 | 83 | 1051 Industry Road | Lawrenceburg | KY | 40342 | $750,000 | $56,000 | $50,000 | $50,000 | 2,438,369 | $3,344,369 | 2,518 | 968 | | | | | |
| LA084 | 84 | 5235 Greenwood Road | Shreveport | LA | 71109 | $500,000 | $56,000 | $30,000 | $50,000 | 1,967,760 | $2,603,760 | 1,408 | 1,398 | | | | | |
| PA085 | 85 | 129 Free Soil Road | Mt. Morris | PA | 15349 | $500,000 | $32,000 | $30,000 | $50,000 | 709,544 | $1,321,544 | 706 | 1,005 | | | | | |
| FL086 | 86 | 2601 Center Road | Fort Pierce | FL | 34946 | $500,000 | $56,000 | $30,000 | $50,000 | 1,856,009 | $2,492,009 | 1,151 | 1,613 | | | | | |
| GA087 | 87 | 5510 Silk Hope Road | Savannah | GA | 31405 | $500,000 | $56,000 | $30,000 | $50,000 | 3,121,427 | $3,757,427 | 2,774 | 1,125 | Metal | | | | |
| GA088 | 88 | 399 Oak Ridge Road | Tifton | GA | 31794 | $20,000 | $56,000 | $30,000 | $50,000 | 1,865,302 | $2,021,302 | 1,629 | 1,145 | Metal | | | | |
| WV089 | 89 | 2481 Route 60 | Hurricane | WV | 25526 | $500,000 | $32,000 | $30,000 | $50,000 | 892,377 | $1,504,377 | 847 | 1,054 | Metal | | | | |
| ME090 | 90 | 136 Kennebunk Pond Road | Lyman | ME | 04002 | $200,000 | $32,000 | $30,000 | $50,000 | 494,773 | $806,773 | 473 | 1,046 | | | | | |
| NJ091 | 91 | 2124 West Camplain Road | Hillsborough | NJ | 08844 | $500,000 | $56,000 | $50,000 | $50,000 | 2,737,319 | $3,393,319 | 1,297 | 2,111 | | | | | |
| MO092 | 92 | 2889 E. US Highway 60 | Rogersville | MO | 65742 | $500,000 | $32,000 | $50,000 | $50,000 | 1,115,830 | $1,747,830 | 751 | 1,486 | | | | | |
| AZ093 | 93 | 5600 S. Arcadia Avenue | Tucson | AZ | 85706 | $500,000 | $32,000 | $50,000 | $50,000 | 1,543,519 | $2,175,519 | 974 | 1,585 | | | | | |
| NY094 | 94 | 1916 Central Avenue | Albany | NY | 12205 | $500,000 | $32,000 | $50,000 | $50,000 | 890,257 | $1,522,257 | 610 | 1,459 | | | | | |
| TX095 | 95 | 3999 S. Loop 335 E. | Amarillo | TX | 79118 | $500,000 | $32,000 | $50,000 | $50,000 | 885,037 | $1,517,037 | 523 | 1,692 | | | | | |
| TX096 | 96 | 3200 Agnes Street | Corpus Christi | TX | 78405 | $500,000 | $32,000 | $50,000 | $50,000 | 497,600 | $1,129,600 | 262 | 1,899 | | | | | |
| CA097 | 97 | 12167 Arrow Route | Rancho Cucamonga | CA | 91739 | $2,000,000 | $56,000 | $50,000 | $50,000 | 6,075,708 | $8,231,708 | 2,891 | 2,102 | | | | | |
| TX098 | 98 | 950 Blue Mound Road West | Haslet | TX | 76052 | $500,000 | $56,000 | $50,000 | $50,000 | 2,781,604 | $3,437,604 | 1,080 | 2,576 | | | | | |
| NV100 | 100 | 9915 N. Virginia Street | Reno | NV | 89506 | $500,000 | $56,000 | $50,000 | $50,000 | 2,751,292 | $3,407,292 | 1,603 | 1,716 | | | | | |
| VA101 | 101 | 5701 A. Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 1,353,960 | $2,009,960 | 1,133 | 1,195 | | | | | |
| MD102 | 102 | 2239 Westminster Pike | Baltimore | MD | | | | | | | | | | | | | | |
| MI103 | 103 | 20.0 ACRE: leased | Lansing | MI | | | | | | | | | | | | | | |
| OR104 | 104 | 29815 Enid Road NE | Eugene | OR | 97402 | $275,000 | $32,000 | $30,000 | $50,000 | 1,226,315 | $1,613,315 | 964 | 1,272 | Block | | 9 Acrea | | |
| FL105 | 105 | 11858 NW 36th Avenue | Miami | FL | 33167 | | | | | 1,297,500 | $1,297,500 | 865 | 1,500 | | | | | |
| MT106 | 106 | 3333 Bozeman Avenue | Helena | MT | 59602 | $100,000 | $32,000 | $30,000 | | 738,452 | $900,452 | 575 | 1,407 | | | | | |
| GA107 | 107 | 6089 Hwy. 20 | Loganville | GA | 30052 | | | | | 3,088,751 | $3,088,751 | 2,441 | 1,265 | | | | | |
| FL108 | 108 | 7100 NW 44th Avenue | Ocala | FL | 34482 | | | | | 792,797 | $792,797 | 790 | 1,004 | | | | | |
| TN109 | 109 | 565 Oakland Road | Sweetwater | TN | 37874 | | | | | | | | | | | | | |
| HI110 | 110 | 91-542 Awakumoku Street | Kopolei | HI | 96707 | | | | | | | | | | | | | |
| OH111 | 111 | 286 East Twinsburg Rd | Northfield | OH | 44067 | $150,000 | $32,000 | $30,000 | | 498,895 | $710,896 | 660 | 756 | Wood | No | | | |
| OH112 | 112 | 22635 Royalton Road | Strongsville | OH | 44149 | $25,000 | $32,000 | $10,000 | | 388,997 | $455,997 | 567 | 685 | Wood | No | | | |
| AK113 | 113 | 401 W. Chipperfield Drive | Anchorage | AK | 99501 | $150,000 | $32,000 | $30,000 | | 284,129 | $496,129 | 256 | 1,110 | | | | | |
| TN114 | 114 | 5000 Rutledge Pike | Knoxville | TN | 37914 | | | | | 884,120 | $884,120 | 961 | 920 | | | | | |
| KY115 | 115 | 5801 Kasp Court | Lexington | KY | 40509 | | | | | 2,311,433 | $2,311,433 | 1,795 | 1,288 | | | | | |
| WA116 | 116 | 11019 West McFarlane Rd | Airway Heights | WA | 99001 | | | | | 301,200 | $301,200 | 251 | 1,200 | | | | | |

UW(05-06) 031

UW(05-06) 032

COPART
Statement of Values
8/8/2005

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes / No | Approx. Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FL117 | 117 | 1825 Commerce Blvd | Midway | FL | 32343 | | | | | 429,000 | $429,000 | 286 | 1,500 | | | | | |
| MO125 | 125 | 8485 Richland Rd | Columbia | MO | 65201 | | | | | 1,144,500 | $1,144,500 | 763 | 1,500 | | | | | |
| CANADA | 201 | 175 Osbourne Road | Courtice, Ontario | Canada | L1E | $500,000 | $56,000 | $50,000 | $50,000 | 713,338 | $1,369,338 | 554 | 1,288 | | | | | |
| VB2 | 601 | 3422 Nechum Road | Las Vegas | NV | | ~~$1,000,000~~ | | ~~$5,000,000~~ | | | $6,000,000 | | | | | | | |
| | tbd | 30 Acres @ 6355 Hwy 411 S | Madisonville | TN | 37354 | | | | | | | | | | | | | |
| | | MAG PUBLIC YARDS | | | | | | | | | | | | | | | | |
| MI301 | 301 | 19865 Telegraph Road | Romulus | MI | 48174 | $525,000 | $27,600 | $34,700 | $32,596 | 1,396,081 | $2,016,177 | 583 | 2,395 | | | 7,000 | Yes | |
| VA302 | 302 | 3856 S. Military Hwy | Chesapeake | VA | 23323 | $1,350,000 | $10,000 | $127,000 | $35,363 | 1,443,700 | $2,966,063 | 629 | 2,295 | | | | | |
| VA302 | 302 | 30.0 ACRES | | | | | | | | | | | | | | | | |
| DE303 | 303 | 2323 N DuPont Parkway | New Castle | DE | 19720 | $500,000 | $56,000 | $50,000 | $50,000 | 637,165 | $1,293,165 | 194 | 3,284 | | | | | |
| PA304 | 304 | 12876 Molly Pitcher Hwy. | Greencastle | PA | 17225 | $500,000 | $56,000 | $50,000 | $50,000 | 1,128,611 | $1,784,611 | 608 | 1,856 | | | | | |
| PA305 | 305 | 526 Thompson Run Road | West Mifflin | PA | 15122 | $500,000 | $56,000 | $50,000 | $50,000 | 450,254 | $1,106,264 | 271 | 1,661 | | | | | |
| VA306 | 306 | 5701 Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 1,766,257 | $2,422,257 | 565 | 3,126 | | | | | |
| 750 | 750 | Off-Site | | | | | | | | 108,644 | $108,644 | 104 | 1,045 | | | | | |
| 980 | 980 | Network | | | | | | | | 1,420,408 | $1,420,408 | 965 | 1,472 | | | | | |
| | | | | | Totals: | $79,270,800 | $6,031,800 | $19,842,620 | $5,267,959 | $304,442,132 | $414,855,311 | $186,197 | $187,169 | | | | | |
| | | | | | Above TIV: | $414,855,311 | | | | | | | | | | | | |

Contractors Equipment Schedule - Total Values $9,617,000

Grand Total TIV including Contractors Equipment: $424,472,311