# EXHIBIT F

Policy Number
2441886561



ENDORSEMENT

UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART, INC.

Agent Name  MARSH GLOBAL BROK/SF

Effective Date: 10-01-05
12:01 A.M., Standard Time
Agent No.  80835

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

COMMERCIAL PROPERTY COVERAGE - ENDT B

Coverage refer to form FM 600.0.960 (04 94)

Total Insurable Values (TIV)

Property Damage $419,204,352
Business Interruption/Extra Expense $ 5,267,959
----------------
Total $424,472,311

Peril:

All risks of direct physical loss or damage including Earthquake, EQSL and Flood

Policy Limit:

$2,500,000 per occurrence and in the annual aggregate as respects Earthquake, EQSL and Flood

Sub-limits:

As per Sub-limits of Insurance FM 206.0 5 11 99 attached.

Deductible(s)

AOP: $100,000 per occurrence 24- ADV Time Element
Earthquake: 5%, Minimum $100,000
Flood: 5%, Minimum $100,000
Wind/Hail 5%, Minimum $100,000

All other terms and conditions of this Policy remain unchanged.
(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date)
Effective                     , this endorsement forms part of Policy Number
Of
Issued to.
Endorsement No:

Authorized Representative

FM 206.0.5 (1199)

POL 0224

