Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: ppillsbury@pillsburylevinson.com
        vpuri@pillsburylevinson.com
        rlarson@pillsburylevinson.com

Attorneys for Plaintiff and Counterdefendant
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. C 07 2684 CW-EDL <br><br> **E-FILING** <br><br> **DECLARATION OF ERIC K. LARSON IN SUPPORT OF PLAINTIFF COPART, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> *VOLUME III – Attaching Other Documentary Exhibits* <br><br> Date: August 21, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 14th Floor <br> Before the Hon. Claudia Wilken <br><br> Action Filed: March 20, 2007 <br> Trial Date: November 10, 2008 |

I, Eric K. Larson, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an associate at Pillsbury & Levinson, LLP, attorneys of record herein for plaintiff Copart, Inc. I have personal knowledge of the facts set forth herein and could competently testify thereto.

-1-

2. Counsel for Copart and USFIC stipulated to the authenticity of documents produced from parties' files. See Deposition Testimony of Simon Rote, 30:15-31:17. (Larson Decl., Vol. II, Ex. G). Exhibits A through G hereto are copies of such documents produced from the parties' files, the authenticity of which have not been disputed.

3. Attached hereto as **Exhibit A** is a true and correct copy of a letter from Carlton Clarke (Claims Specialist) of USFIC to Greg Adler of Copart dated December 28, 2006.

4. Attached hereto as **Exhibit B** is a true and correct copy of an aerial satellite picture of Yard 105 post-hurricane Wilma.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email from Patrice McIntyre of Marsh to Monica Streacker of USFIC dated October 28, 2005, and attached "Acord Property Loss Notice" form.

6. Attached hereto as **Exhibit D** is a true and correct copy of the "Property Renewal Binder" form dated September 30, 2005.

7. Attached hereto as **Exhibit E** is a true and correct copy of an email exchange between Patrice McIntyre of Marsh and Simon Rote of Copart dated August 10, 2005.

8. Attached hereto as **Exhibit F** is a true and correct copy of the "Change Endorsement" form taken from the 2004-2005 insurance policy issued by USFIC to Copart.

9. Attached hereto as **Exhibit G** is a true and correct copy of the "Statement of Values" form submitted by Copart to USFIC dated September 14, 2005 but updated November 1, 2005. (*See* Deposition of Simon Rote 181:15-185:6 -- Larson Decl., Vol. II, Ex. G).

10. Attached hereto as **Exhibit H** is a true and correct copy of "Defendant United Stated Fire Insurance Company's Responses To Plaintiff's First Set of Interrogatories" dated May 12, 2008.

I declare under penalty of perjury under the laws of the State of California, United States of America that the foregoing is true and correct, and that this Declaration was executed on July 10, 2008 in San Francisco, California.

Dated: July 10, 2008                        /s/ Eric K. Larson
                                            Eric K. Larson