# EXHIBIT A



**United States Fire Insurance Company**
**The North River Insurance Company**

305 Madison Avenue
P.O. Box 1973
Morristown, NJ 07962-1973
973-490-6600

December 28, 2006

COPART AUTO AUCTIONS
4665 BUSINESS CENTER DRIVE
FAIRFIELD, CA. 95434
ATTN: GREG ADLER

RE:    OUR INSD:    COPART AUTO AUCTIONS
       OUR FILE:    BDU00309382
       POLICY:      244187374-5
       D/L:         OCTOBER 24, 2005

*707 639 5 099*
*3 PAGES*

Dear Mr. Adler:

The captioned matter pertains to damages sustained as a result of Hurricane Wilma. We have recently received a report from our field representative. The report contains several invoices that represent Copart's claim submission. Upon review, please be advised that portions of Copart's claim submission involve areas that are not covered under this policy.

As respects Yard #70 in West Palm Beach, Florida, there is an invoice for "grading of [the] yard to fix erosion" from Dick Birdstall, and an invoice from Marks Paving for "grading and paving lot". As respects Yard #33 in Miami, Florida, there are invoices from Bay Area Excavating for "maintenance and yard repairs", and Austin Tupler Trucking, and Florida Rock Industries for "hauling in material for base rock for yard". Our interpretation of these invoices is that they pertain to repairs to the land at the locations indicated.

Please refer to your policy of insurance, and that form entitled BUILDING AND PERSONAL PROPERTY COVERAGE FORM (CP00100695). Please further refer to Section 2. Property Not Covered found on page two of this form. This section states the following:

2. Property Not Covered
   Covered Property does not include:
   a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;
   b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;
   c. Automobiles held for sale;
   d. **Bridges, roadways, walks, patios or other paved surfaces;**

**CLAIM 0065**

December 28, 2006
Page 2

> e.  Contraband, or property in the course of illegal transportation or trade;
> f.  **The cost of excavations, grading, backfilling or filling;**
> g.  Foundations of buildings, structures, machinery or boilers if their foundations are below:
>> (1) The lowest basement floor; or
>> (2) The surface of the ground, if there is no basement;
> h.  **Land (including land on which the property is located), water, growing crops or lawns;**
> i.  Personal property while airborne or waterborne;
> j.  Bulkheads, pilings, piers, wharves or docks;
> k.  Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;
> l.  Retaining walls that are not part of a building;
> m.  Underground pipes, flues or drains;
> n.  The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;
> o.  Vehicles or self-propelled machines (including aircraft or watercraft) that:
>> (1) Are licensed for use on public roads; or
>> (2) Are operated principally away from the described premises.
>> This paragraph does not apply to:
>> (1) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;
>> (2) Vehicles or self-propelled machines, other than autos that you hold for sale; or
>> (3) Rowboats or canoes out of water at the described premises;
> p.  The following property while outside of the buildings:
>> (1) Grain, hay, straw or other crops;
>> (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

As highlighted in the above captioned exclusion from your policy, paved surfaces, the cost of excavations, grading and backfilling, and the actual land itself are not covered property under this policy. The cost of work related to these areas is not covered.

It is also indicated in the report that the claim submission from Copart includes work related to Yard 105 in Hialeah, Florida. Our review of the statement of values attached to your policy indicates that there is no coverage for buildings or time element exposures at this location. In that regard, the cost of repairs at this location is not covered.

The balance of the claim submission from Copart is being evaluated. We will advise you of our adjustment of the remaining portion of the claim submission shortly.

The aforementioned portions of the policy cited in this correspondence should not be construed as the entire policy. All terms and conditions of the policy remain in full force and effect.

December 28, 2006
Page 3

Please do not construe the actions of our field representatives, vendors, or employees of the United States Fire Insurance Company to be a waiver of any of the terms and conditions of the policy. All rights and defenses afforded under the policy are hereby reserved.

Should you have any information that may have a bearing on this matter, we invite you to present that information to the undersigned for further consideration. Should you have any questions regarding this matter, please do not hesitate to contact the undersigned at 973-490-6490 to discuss this matter further.

Very truly yours,



Carlton C. Clarke
Claims Specialist


509382 — 1
H Drive.

CLAIM 0067

# EXHIBIT B

Live Search Maps

For the best possible print results, click the printer icon on the Live Search Maps page.

Location result for

# 11858 NW 36th Ave, Miami, FL 33167-2916





# EXHIBIT C



Patrice.G.Mcintyre@m     To: Monica_Streacker@cfins.com
arsh.com                 cc:
10/28/2005 12:45 PM      Subject: Copart -New Propery Loss Notice

Monica,

It has been a brutal weather season, sure hope it is over. Unfortunately,
Copart incurred roof damages from Wilma winds affecting several of their
Florida locations, as per attached. Please forward to your appropriate
claim respresentive for assignment. If there is someone else at C&F to
whom I should direct this report, please let me know. The contact person
at the insured is Simon Rote, VP, Finance, at 707-639-5000.

(See attached file: WILMA - Property Loss Notice.doc)

Let me know if any questions.
Patrice

...........................................................................
This e-mail transmission and any attachments that accompany it may contain
information that is privileged, confidential or otherwise exempt from
disclosure under applicable law and is intended solely for the use of the
individual(s) to whom it was intended to be addressed. If you have received
this e-mail by mistake, or you are not the intended recipient, any disclosure,
dissemination, distribution, copying or other use or retention of this
communication or its substance is prohibited. If you have received this
communication in error, please immediately reply to the author via e-mail that
you received this message by mistake and also permanently delete the
original and all copies of this e-mail and any attachments from your computer.
Thank you.
...........................................................................

WILMA - Propety Loss Notice.doc



UW(05-06) 047

*ACORD*

# PROPERTY LOSS NOTICE

| | | DATE (MM/DD/YYYY) 10-28-05 |
|---|---|---|

| AGENCY | PHONE (A/C, No, Ext) 415-743-8100 | MISCELLANEOUS INFO (Site & location code) | DATE OF LOSS AND TIME 10-24-05 | AM PM | PREVIOUSLY REPORTED YES ☒ NO |
|---|---|---|---|---|---|

MARSH RISK & INSURANCE SERVICES
3 EMBARCADERO CENTER
SAN FRANCISCO, CA 94111
415-743-8000

| POLICY TYPE | COMPANY AND POLICY NUMBER | NAIC CODE | POLICY DATES |
|---|---|---|---|
| PROP/ HOME | CO: United States Fire (Crum & Forster) | | EFF: 10-1-05 |
| | POL: 2511SF6681 | | EXP: 10-1-06 |
| FLOOD | CO: same | | EFF: same |
| | POL: same | | EXP: same |
| WIND | CO: same | | EFF: same |
| | POL: same | | EXP: same |

| FAX (A/C, No) 415-743-8055 | E-MAIL ADDRESS: |
|---|---|
| CODE: | SUB CODE: |
| AGENCY CUSTOMER ID: | |

## INSURED        CONTACT   ☒ CONTACT INSURED

| NAME AND ADDRESS OF INSURED | DATE OF BIRTH | NAME AND ADDRESS OF INSURED |
|---|---|---|
| COPART OF FLORIDA, INC. COPART, INC. 4665 BUSINESS CENTER DRIVE FAIRFIELD, CA 94534 | SOC SEC # OR FEIN: | |
| RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, Ext) 707-639-5000 SIMON ROTE - VP, FINANCE | |

| NAME AND ADDRESS OF SPOUSE (IF APPLICABLE) | DATE OF BIRTH | RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) |
|---|---|---|---|
| | SOC SEC # OR FEIN: | WHERE TO CONTACT | WHEN TO CONTACT |

## SCHEDULE OF HAZARDS

| LOCATION OF LOSS | Florida locations | | POLICE OR FIRE DEPT TO WHICH REPORTED |
|---|---|---|---|

| KIND OF LOSS | ☐ FIRE  ☐ LIGHTNING  ☒ FLOOD  ☒ OTHER (explain) ☐ THEFT  ☐ HAIL  ☒ WIND  HURRICANE "WILMA" | PROBABLE AMOUNT ENTIRE LOSS |
|---|---|---|

DESCRIPTION OF LOSS & DAMAGE (Use separate sheet, if necessary)
HOUSES BLOWN OFF AT 3 LOCATIONS AS A RESULT OF HURRICANE WILMA: 1) Loc #55 - 12850 NW 27th Ave, Opa-Locka, FL 33054; 2) Loc #50 - 7870 W. Belvedere, West Palm Beach, FL 33411; 3) Loc #105 - 11858 NW 36th Ave., Miami, FL 33167

## POLICY INFORMATION

MORTGAGEE
☐ NO MORTGAGEE

HOMEOWNER POLICIES SECTION I ONLY (Complete for coverages A, B, C, D & additional coverages. For Homeowners Section II Liability Losses, use ACORD 3.)

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |
|---|---|---|---|---|---|
| | | | | | CW |

☐ COVERAGE A. EXCLUDES WIND

SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

FIRE, ALLIED LINES & MULTI-PERIL POLICIES (Complete only those items involved in loss)

| ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
|---|---|---|---|---|---|
| ☒ BLDG  ☒ CNTS | | $2.5M PER OCCURRENCE) | | 5% - $100,000 Minimum - Wind | Real and All BPP, Stock/Inventory, BI/EE, Contractors Equipment Special Form/Causes of Loss - + Flood Endorsement $1M limit |
| ☐ BLDG  ☐ CNTS | | | | | |
| ☐ BLDG  ☐ CNTS | | | | | |

SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

| FLOOD POLICY | BUILDING: | DEDUCTIBLE: | ZONE | ☐ PRE FIRM  ☐ POST FIRM | DIFF IN ELEV | FORM TYPE | ☐ GENERAL  ☐ CONDO |
|---|---|---|---|---|---|---|---|
| | CONTENTS: | DEDUCTIBLE: | | | | | |

| WIND POLICY | BUILDING | DEDUCTIBLE | CONTENTS | ZONE | FORM TYPE | ☐ GENERAL  ☐ CONDO ☐ DWELLING | |
|---|---|---|---|---|---|---|---|

REMARKS/OTHER INSURANCE (List companies, policy numbers, coverages & policy amounts) ONLY: PREVIOUS ADDRESS OF INSURED & WIFE'S MAIDEN NAME

| CAT # | FICO # | ADJUSTER ASSIGNED | | ADJUSTER # | DATE ASSIGNED |
|---|---|---|---|---|---|

| REPORTED BY | REPORTED TO | SIGNATURE OF INSURED | SIGNATURE OF PRODUCER |
|---|---|---|---|

ACORD 1 (2004/06)        NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE        © ACORD CORPORATION 1988

### Applicable in Arizona

For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

### Applicable in Arkansas, District of Columbia, Kentucky, Louisiana, Maine, Michigan, New Jersey, New Mexico, New York, Pennsylvania, Tennessee, Virginia and West Virginia

Any person who knowingly and with intent to defraud any insurance company or another person, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and [NY: substantial] civil penalties. In DC, LA, ME, TN and VA, insurance benefits may also be denied.

### Applicable in California

For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

### Applicable in Colorado

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

### Applicable in Florida and Idaho

Any person who Knowingly and with the intent to injure, Defraud or Deceive any Insurance Company Files a Statement of Claim Containing any False, Incomplete or Misleading information is Guilty of a Felony *
*In Florida - Third Degree Felony

### Applicable in Hawaii

For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

### Applicable in Indiana

A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

### Applicable in Minnesota

A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

### Applicable in Nevada

Pursuant to NRS 686A.291, any person who knowingly and willfully files a statement of claim that contains any false, incomplete or misleading information concerning a material fact is guilty of a felony.

### Applicable in New Hampshire

Any person who, with purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

### Applicable in Ohio

Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

### Applicable in Oklahoma

WARNING: Any person who knowingly and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

ACORD 1 (2004/06)

UW(05-06) 049

# EXHIBIT D

*Crum  Forster*

A FAIRFAX Company

One Market – Steuart Tower, Suite #310
San Francisco, CA 9    5
United States Fire Ins.    ce Company



EXHIBIT
Streacker
109
5/22/08

## Property Renewal Binder- Primary
## Assigned Policy Number  244 1886561

**DATE**  September 30, 2005

**TO**  John Wood, Marsh Risk and Insurance Services
**FROM**  Monica Streacker (415) 541-3285

**INSURED**  Copart, Inc,

**ADDRESS**  4665 Business Center Drive, Fairfield, Ca.

**COVERAGE**  Real Property, Personal Property, EDP, business interruption, extra expense & inventory

**TERM**  October 1, 2005 to October 1, 2006

**PERILS**  All risks of direct physical loss or damage including Earthquake, EQSL and Flood.

**LIMIT**  $2,500,000 per occurrence and in the annual aggregate
**SUBLIMITS**  $1,000,000 Earthquake including EQSL
$1,000,000 Flood
$1,000,000 Boiler and Machinery
   500,000 Inventory off site
Other sublimits as per expiring form FM 260.05 (1199)

Sub-Limits do not increase the limit of liability stated above.

**DEDUCTIBLE**  AOP:        $100,000 per occurrence.     24- ADV Time Element,
Earthquake:  5%, Minimum $100,000
Flood:       5%, Minimum $100,000     Zone A, V – Excess NFIP Max limits
Wind/Hail    5%, Minimum $100,000

**PREMIUM**  $306,250     Minimum earned 25%.
Less: 0% Brokerage Commission.

**RATE BASIS**
Values      TIV $424,472,311
Top/Key     $21,750,000    Fairfield, Ca.
Occupancy   Auto salvage & auction

**FORM:**  C&F Property Forms
Mandatory Endorsements: Policy Limit of Insurance, Exclusions for Cyber Risk, Data
Corruption, Mold/Fungus.  No Coverage for Money and Securities.  No Foreign coverage.

**OPTION:**  *TRIA - Terrorism (certified) coverage option:  additional premium of +8%, pro-rated
from effective date through 12/31/05.
Terrorism Option must be selected at time of binding.*

**CARRIER:**  UNITED STATES FIRE INSURANCE COMPANY (Admitted)

UW(05-06) 012

## POLICYHOLDER DISCLOSURE
## DISCLOSURE OF PREMIUM THROUGH 12/31/05 FOR CERTIFIED ACTS OF TERRORISM COVERAGE (PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002)

In accordance with the Federal Terrorism Risk Insurance Act of 2002, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorism acts certified under that act.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of
terrorism losses as set forth in the Terrorism Risk Insurance Act of 2002. The federal program established by the Act is
scheduled to terminate at the end of 12/31/05 unless extended by the federal government. Continuation of coverage for
certified acts of terrorism, or termination of such coverage, will be determined upon disposition of the federal program,
subject to the terms and conditions of the Conditional Exclusion that will be attached to your policy. If coverage continues
~st 12/31/05, we will calculate the premium for such period of time and charge additional premium. If we notify ⌐ of an additional premium charge, the additional premium charge will be due, as specified, in such notice.

SELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE
UNDER FEDERAL LAW, THE PURCHASER OF THIS INSURANCE POLICY MUST ACCEPT OR REJECT THE TERRORISM COVERAGE FOR THE PREMIUM STATED BELOW BY (i) CHECKING THE "ACCEPT" OR "REJECT" OPTION BELOW; (ii) SIGNING BELOW; AND (iii) RETURNING THE ORIGINALLY EXECUTED DOCUMENT TO THE INSURANCE CARRIER. NO POLICY WILL BE ISSUED WITHOUT THE ACCEPTANCE OR REJECTION OF THE TERRORISM COVERAGE AND THE RETURN OF THIS DOCUMENT.

|  |  |
|---|---|
|  | I hereby elect to purchase terrorism coverage for a prospective premium through 12/31/05 of $ **Per Quote Letter** |
|  | I hereby reject terrorism coverage. I understand that I will have no coverage for losses arising from acts of terrorism. |

UW(05-06) 013

Named Insured

Policyholder/Applicant's Authorized Signature

Print Name

Date

UW(05-06) 014

# EXHIBIT E



| | Patrice G Mcintyre/SFO-CA/US/Marsh/M MC | To | simon.rote@copart.com |
|---|---|---|---|
| | | cc | |
| | 08/10/2005 09:29 AM | bcc | |
| | | Subject | Fw: Property Values |

Simon, have you had a chance to review this?  I need to go to print with our specs. Thanks!

----- Forwarded by Patrice G Mcintyre/SFO-CA/US/Marsh/MMC on 08/10/2005 09:28 AM -----

| | Patrice G Mcintyre/SFO-CA/US/ Marsh/MMC | To | simon.rote@copart.com |
|---|---|---|---|
| | | cc | |
| | 08/08/2005 04:28 PM | Subject | Property Values |

Hi Simon - From looking at your website facility list and inventory values at 7-31-05, I have the following comments/questions.  Would you please help me to understand correctly, so I can clean up the list for our specifications to markets:

- Appears Yard 36 at Bartlett, IL  moved to Elgin, IL  [I put Barlett's values there]
- Appears Yard100 at Sparks, NV moved to Reno, NV  [I put the Sparks values there]
- Appears the 20 acres in yard 105 Hialeah was developed and is now 11858 NW 36th, Miami, FL  ??
- Appears the 40 acres at yard 107 Walton County, CA was developed and is now 6089 Hwy 20, Loganville, GA ??  Is the former 107 on Amaljack, Newnan, GA relocated to Loganville?

From last years list:
- We showed a building value of $100,000 at Yard 78 - 1055 N. Parkside, Pittsburg, CA - Does it still exist ??
- Is there a location 102 at 2239 Westminster Pike, Baltimore, MD ??
- Is there a Location 103 of 20 leased acres in Lansing, MI ??
- Is there still 30 undeveloped acres at 4194 S. Orange, Fresno CA  ??
- Is there still 42 undeveloped acres at 509 Idlewild, Grand Praire, TX  ??
- Is there still 5 undeveloped acres at Yard 55 in Orlando, FL  ??
- Is there still 30 undeveloped acres at MAG yard 302  ??

Misc
- What/where is Yard 750 "Off-Site" - You show $108,644 inventory values there
- What/where is Yard 908 "Network" - You show $1,420,408 inventory values there

Here is my working draft of statement of values - I have updated the inventory values per your your 7-31 statement. Can you help fill in some of the blanks and advise if any other values changes in order.



Propety Statement of Values 8-8-05.xls

Thanks for your help,
Patrice



EXHIBIT 15 Rote

M 00068

All Recipients
To:       simon.rote@copart.com
cc:
From:    Patrice G Mcintyre/SFO-CA/US/Marsh/MMC

All Recipients
To:       simon.rote@copart.com
cc:
From:    Patrice G Mcintyre/SFO-CA/US/Marsh/MMC

M 00069

# EXHIBIT F

| Policy Number | Crum&Forster |
| 2441873745 | A FAIRFAX Company |

**CHANGE ENDORSEMENT**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured COPART INC.

Effective Date: 07-31-05
12:01 A.M. Standard Time

Agent Name   MARSH GLOBAL BROK/SF

Agent No. 80835

**COVERAGE PART INFORMATION** - Coverage parts affected by this change as indicated by ☒ below.

| | |
|---|---|
| ☒ Commercial Property | $    1,620.00 |
| ☐ Commercial General Liability | |
| ☐ Commercial Crime | |
| ☐ Commercial Inland Marine | |
| ☒ TAX/SURCHARGES | $       19.68 |
| ☐ | |

**CHANGE DESCRIPTION**

THE POLICY IS AMENDED AS FOLLOWS:

ENDROSEMENT 003

IT IS HEREBY AGREED & UNDERSTOOD THAT THE FOLLOWING LOCATIONS ARE ADDED:

1475 BLUFF CITY BLVD. ELGIN, ILLINOIS   60120
TOTAL VALUES: $4,372,047

9915 N. VIRGINIA ST., RENO, NV  89506
TOTAL VALUES: $3,407,292

11858 NW 36 AVENUE, MIAMI, FL  33167
STOCK/INVENTORY: $1,297,500

6089 HIGHWAY 20
LOGANVILLE, GA  30052
STOCK/INVENTORY: $3,088,751

710 NW 44 AVENUE, OCALA, FL  34482
STOCK/INVENTORY: $792,797

286 E. TWINSBURG ROAD, NORTHFIELD, OH  44067
STOCK/INVENTORY: $498,896

22835 ROYALTON RD., STRONGSVILLE, OH  44149
STOCK/INVENTORY: $588,997

**PREMIUM CHANGE**

| Additional $ | 1,639.68 | Return $ | |
|---|---|---|---|

AUTHORIZED REPRESENTATIVE

FM 206.0.9 04 94

**POL 0215**

**UW(04-05) 125**