Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: ppillsbury@pillsburylevinson.com
         vpuri@pillsburylevinson.com
         rlarson@pillsburylevinson.com

Attorneys for Plaintiff and Counterdefendant
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. C 07 2684 CW-EDL<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF COPART, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 21, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 14th Floor<br>Before the Hon. Claudia Wilken<br><br>Action Filed: March 20, 2007<br>Trial Date: November 10, 2008 |

After a review of Plaintiff Copart, Inc.'s Motion For Summary Judgment, and the papers and evidence submitted in support of and in opposition to this motion, and after considering all the arguments of counsel, and good cause appearing, the Court has determined that for all the reasons set forth in Copart's motion, Copart's motion for summary judgment should be granted in its entirety as follows: (1) on the liability of USFIC under the First Claim of Copart's Complaint for Breach of Contract on the ground that the plain meaning of the

1  applicable October 1, 2005 – October 1, 2006 property insurance policy provides coverage for
2  Copart's location known as "Yard 105" as a matter of law; (2) on the First Claim of USFIC's
3  Counterclaim for reformation on the grounds that (a) USFIC's request for reformation asks the
4  Court to write an entirely new policy and is improper as a matter of law, and (b) USFIC has
5  not and cannot come forward with clear and convincing evidence of mistake; and (3) on the
6  Second Claim of USFIC's Counterclaim for negligent misrepresentation on the grounds that
7  (a) there were no representations of fact made by Copart -- only opinions -- as a matter of law;
8  and (b) the speculative "benefit of the bargain" theory of damages that USFIC advances is
9  improper as a matter of law.

11  SO ORDERED.

13  Dated: _____

   _____
   JUDGE CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE