1   Philip L. Pillsbury, Jr. (SBN 72261)
    Vedica Puri (SBN 176252)
2   Eric K. Larson (SBN 142791)
3   PILLSBURY & LEVINSON, LLP
    The Transamerica Pyramid
4   600 Montgomery Street, 31st Floor
    San Francisco, CA 94111
5   Telephone: (415) 433-8000
    Facsimile: (415) 433-4816
6   E-mail: ppillsbury@pillsburylevinson.com
7           vpuri@pillsburylevinson.com
            rlarson@pillsburylevinson.com
8
    Attorneys for Plaintiff and Counterdefendant
9   COPART INC.

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  COPART INC.,                    )  Case No.  C 07 2684 CW-EDL
                                    )
14          Plaintiff,              )  **E-FILING**
                                    )
15      vs.                         )  **DECLARATION OF ERIC K. LARSON**
                                    )  **IN SUPPORT OF PLAINTIFF**
16  CRUM & FORSTER INDEMNITY        )  **COPART, INC.'S MOTION FOR**
    COMPANY, UNITED STATES FIRE     )  **SUMMARY JUDGMENT**
17  INSURANCE COMPANY, and DOES 1-10, )
    Inclusive,                      )  *VOLUME II – Attaching Deposition*
18                                  )  *Excerpts*
            Defendants.             )
19                                  )  Date:   August 21, 2008
                                    )  Time:   2:00 p.m.
20  AND RELATED COUNTERCLAIM        )  Place:  Courtroom 2, 14th Floor
                                    )  Before the Hon. Claudia Wilken
21                                  )
                                    )  Action Filed:  March 20, 2007
22                                  )  Trial Date:    November 10, 2008
                                    )
23  _____   )

24

25      I, Eric K. Larson, declare as follows:

26      1.      I am an attorney at law duly admitted to practice before this Court and am an

27  associate at Pillsbury & Levinson, LLP, attorneys of record herein for plaintiff Copart, Inc.

28  I have personal knowledge of the facts set forth herein and could competently testify thereto.

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1      2:    Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the

2  deposition of Patrice McIntyre, the Marsh employee who was the Copart account

3  representative, taken on May 14, 2008.

4      3.    Attached hereto as **Exhibit B** is a true and correct copy of excerpts of an

5  excerpt of the deposition of Monica Streacker, the USFIC underwriter on the Copart Policy,

6  taken on May 22, 2008.

7      4.    Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the

8  deposition of Michael Carson, Copart's National Property Manager, taken on dated May 20,

9  2008.

10      5.    Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the

11  deposition of Carlton Clarke, USFIC's claims handler, taken on June 13, 2008.

12      6.    Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the

13  deposition of Orvin Wills, the independent adjuster, taken on June 25, 2008.

14      7.    Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the

15  deposition of Marni Hansen, the USFIC Property Line Manager and Ms. Streacker's

16  supervisor, taken on June 12, 2008.

17      8.    Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the

18  deposition of Simon Rote, Copart's Vice President of Finance and the Rule 30(b)(6) witness

19  on the issue of insurance procurement, taken on May 8, 2008.

20      9.    Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the

21  deposition of Dennis McCarthy, USFIC's Vice President of Claims, taken on June 12, 2008.

22      I declare under penalty of perjury under the laws of the State of California, United

23  States of America that the foregoing is true and correct, and that this Declaration was executed

24  on July 10, 2008 in San Francisco, California.

25

26  Dated:  July 10, 2008        /s/  Eric K. Larson

27                 Eric K. Larson

28

DECLARATION OF ERIC K. LARSON IN SUPPORT OF
COPART'S MOTION FOR SUMMARY JUDGMENT—Volume II     Case No.  C 07 2684 CW-EDL