# EXHIBIT B

MONICA STREACKER   May 22, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

--oOo--

COPART                          )
                                )
         Plaintiff,             )
                                )
    vs.                         ) Case No. C072684 CW
                                )
CRUM & FORSTER INDEMNITY        )
COMPANY, UNITED STATES FIRE     )
INSURANCE COMPANY, and DOES     )
1-10                            )
                                )
         Defendants.            )
_____ )
                                )
AND RELATED COUNTERCLAIMS       )
_____ )


DEPOSITION OF


MONICA STREACKER


_____


Thursday, May 22, 2008


REPORTED BY: COREY W. ANDERSON, CSR 4096 (409497)

**MONICA STREACKER   May 22, 2008**

| | | |
|---|---|---|
| 10:34:49 | 1 | Q. And you haven't developed one of your own |
| 10:34:51 | 2 | during your time with USFIC? |
| 10:34:52 | 3 | A. No. |
| 10:34:57 | 4 | Q. Does USFIC have any kind of written |
| 10:34:59 | 5 | instructions regarding the statement of values and |
| 10:35:03 | 6 | what needs to be in it, that you know of? |
| 10:35:07 | 7 | A. No. |
| 10:35:11 | 8 | Q. Do you recall in any of the times that you |
| 10:35:13 | 9 | underwrote the Copart property policy from '04 |
| 10:35:17 | 10 | forward discussing with any folks from Marsh what |
| 10:35:22 | 11 | had to be put into the statement of values? |
| 10:35:25 | 12 | A. No. |
| 10:35:36 | 13 | Q. Aside from looking at the '03-'04 policy |
| 10:35:39 | 14 | when underwriting the next year's policy, what else |
| 10:35:41 | 15 | would you have done to analyze whether or not USFIC |
| 10:35:45 | 16 | was going to insure this risk for another year? |
| 10:35:50 | 17 | A. I looked at the insured's operations on |
| 10:35:52 | 18 | the Internet. The older file had some photographs, |
| 10:35:56 | 19 | so I got a pretty good idea of what their operations |
| 10:36:02 | 20 | were. |
| 10:36:05 | 21 | Q. Did you draw any conclusions from this |
| 10:36:07 | 22 | research about their operations? Good, bad, one way |
| 10:36:10 | 23 | or the other? |
| 10:36:12 | 24 | A. It was acceptable to continue on the risk. |
| 10:36:21 | 25 | Q. So aside from looking at the old policy |

52

**MONICA STREACKER**    **May 22, 2008**

| | | |
|---|---|---|
| 10:38:30 | 1 | Was there a form that got filled out? |
| 10:38:32 | 2 | A.    Yes. |
| 10:38:32 | 3 | Q.    What was the name of the form?  I have |
| 10:38:34 | 4 | seen some, but I don't... |
| 10:38:36 | 5 | A.    It's a referral form.  It's -- the acronym |
| 10:38:40 | 6 | is DRS. |
| 10:39:02 | 7 | Q.    Before issuing a quote for a particular |
| 10:39:04 | 8 | policy, and we'll keep it limited to the Copart |
| 10:39:07 | 9 | policy, did you require that a broker provide you |
| 10:39:10 | 10 | with specifications for that policy? |
| 10:39:15 | 11 | A.    Yes. |
| 10:39:18 | 12 | Q.    So that would be another thing that you |
| 10:39:20 | 13 | would review in analyzing the risk? |
| 10:39:23 | 14 | A.    Yes. |
| 10:39:28 | 15 | Q.    And you have options as an underwriter |
| 10:39:30 | 16 | when you get specifications.  You can accept these |
| 10:39:35 | 17 | specifications as they are. |
| 10:39:36 | 18 | Right? |
| 10:39:37 | 19 | A.    Yes. |
| 10:39:37 | 20 | Q.    You can deny them as they are? |
| 10:39:39 | 21 | A.    Yes. |
| 10:39:40 | 22 | Q.    You also have the option to modify them. |
| 10:39:42 | 23 | Right? |
| 10:39:42 | 24 | A.    Yes. |
| 10:39:43 | 25 | Q.    And in the case of modification, you get |

55

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 10:39:44 | 1 | to negotiate or you can say well, I don't like this |
| 10:39:48 | 2 | particular specification, we can do X instead of Y. |
| 10:39:52 | 3 | Is that typically what modification means? |
| 10:39:55 | 4 | A.    Sometimes.   Sometimes you can just not |
| 10:39:57 | 5 | want to do part of it at all, or limit it in some |
| 10:40:00 | 6 | way. |
| 10:40:04 | 7 | Q.    And then is the typical process once you |
| 10:40:07 | 8 | explain what you are willing or not willing to do, |
| 10:40:10 | 9 | you work with the broker to see if that's acceptable |
| 10:40:13 | 10 | to the insured and once you reach an agreement, then |
| 10:40:15 | 11 | you can issue a binder for that particular policy? |
| 10:40:18 | 12 | A.    Yes. |
| 10:40:18 | 13 | Q.    Typically how it works? |
| 10:40:19 | 14 | A.    Yes. |
| 10:40:20 | 15 | Q.    And is that how it worked in the three or |
| 10:40:24 | 16 | four years that you underwrote the Copart policies |
| 10:40:26 | 17 | through Marsh? |
| 10:40:27 | 18 | A.    Yes. |
| 10:40:33 | 19 | Q.    Did you know Steve Raffo before you |
| 10:40:36 | 20 | started working on the Copart account? |
| 10:40:38 | 21 | A.    Yes. |
| 10:40:40 | 22 | Q.    Had Steve referred other accounts to you |
| 10:40:42 | 23 | before? |
| 10:40:43 | 24 | A.    At Marsh? |
| 10:40:44 | 25 | Q.    Yes. |

56

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 11:27:58 | 1 | incepting where you told the Marsh |
| 11:27:58 | 2 | folks that the statement of values |
| 11:27:58 | 3 | is directly tied to coverage?") |
| 11:28:13 | 4 | THE WITNESS:  No. |
| 11:28:17 | 5 | MS. PURI:  Q.  Do you have any |
| 11:28:17 | 6 | recollection of any such discussions at any time |
| 11:28:20 | 7 | underwriting any of the Copart policies with Marsh |
| 11:28:23 | 8 | folks telling the Marsh folks that if there was not |
| 11:28:27 | 9 | a particular value on a statement of -- particular |
| 11:28:31 | 10 | number in any of the columns of the statement of |
| 11:28:34 | 11 | value that there would be no coverage for that |
| 11:28:37 | 12 | particular location? |
| 11:28:39 | 13 | A.    Not specifically. |
| 11:28:41 | 14 | Q.    Generally did you have that discussion |
| 11:28:42 | 15 | with anybody from Marsh? |
| 11:28:44 | 16 | A.    No. |
| 11:28:46 | 17 | Q.    And putting aside discussions, do you |
| 11:28:48 | 18 | remember any e-mails or writings that would have |
| 11:28:51 | 19 | memorialized whether or not there was coverage for a |
| 11:28:54 | 20 | particular location based on what was stated in the |
| 11:28:59 | 21 | statement of values? |
| 11:29:02 | 22 | A.    Marsh is a professional insurance broker, |
| 11:29:05 | 23 | and I did not have to advise them of that.  That |
| 11:29:09 | 24 | would be something that they would know. |
| 11:29:12 | 25 | Q.    And so just to answer the question, you |

81

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 11:29:14 | 1 | wouldn't have done that? |
| 11:29:15 | 2 | A.    No. |
| 11:29:16 | 3 | Q.    You wouldn't have had a writing that -- |
| 11:29:17 | 4 | A.    No. |
| 11:29:18 | 5 | Q.    -- talked about that? |
| 11:29:19 | 6 | A.    (No response). |
| 11:29:25 | 7 | Q.    In the '04-'05 timeframe, do you remember |
| 11:29:27 | 8 | who it was from Marsh aside from Steve Raffo, did |
| 11:29:30 | 9 | you deal with anybody else from Marsh with respect |
| 11:29:31 | 10 | to the Copart renewal? |
| 11:29:32 | 11 | A.    (No response). |
| 11:29:38 | 12 | Q.    You know, I see a name here. |
| 11:29:39 | 13 | A.    It may be Patrice Mcintyre, but Steve |
| 11:29:43 | 14 | Raffo was my main contact point. |
| 11:29:45 | 15 | Q.    Got it. |
| 11:29:52 | 16 | And I'll have you look in the booklet here |
| 11:29:54 | 17 | at what was previously marked as Exhibit 43.  This |
| 11:30:01 | 18 | is Bates stamped M 910 through 912.  This is a |
| 11:30:09 | 19 | series of e-mails, so take your time to review, from |
| 11:30:12 | 20 | the bottom up going between Steve Raffo and Mike |
| 11:30:18 | 21 | Finigan internally at Marsh and referencing a |
| 11:30:21 | 22 | discussion with you in the middle there. |
| 11:30:30 | 23 | (Pause) |
| 11:31:16 | 24 | Q.    Just let me know when you have had a |
| 11:31:18 | 25 | chance to look at the document. |

82

MONICA STREACKER    May 22, 2008

|  |  |
|---|---|
| | 1 |
| 13:27:24 | 2 |
| 13:27:27 | 3 |
| 13:27:27 | 4 |
| 13:27:28 | 5 |
| 13:27:29 | 6 |
| 13:27:32 | 7 |
| 13:27:34 | 8 |
| 13:27:35 | 9 |
| 13:27:36 | 10 |
| 13:27:39 | 11 |
| 13:27:41 | 12 |
| 13:27:44 | 13 |
| 13:27:45 | 14 |
| 13:27:47 | 15 |
| 13:27:51 | 16 |
| 13:27:52 | 17 |
| 13:27:56 | 18 |
| 13:27:59 | 19 |
| 13:28:02 | 20 |
| 13:28:03 | 21 |
| 13:28:07 | 22 |
| 13:28:10 | 23 |
| 13:28:10 | 24 |
| 13:28:11 | 25 |

1      A.    Yes.  For the -- for the special perils.

2      Q.    Correct.  For just that coverage

3  provision?

4      A.    Right.

5      Q.    I understand.

6            Moving to the -- so that we'll call that

7  the first coverage provision just because it's the

8  first box.

9            Moving to the second coverage provision

10 which talks about business personal property and

11 EDP, what's EDP?

12     A.    Electronic Data Processing.  It's computer

13 software and hardware.

14     Q.    So my question is the same.  With respect

15 to "Location Number, All, Building No. 1," what does

16 that reference?

17     A.    It's all the locations.  Instead of

18 saying -- it's just all the locations.

19     Q.    Instead of putting every single number or

20 yard in there, it just means all?

21     A.    No.  It would be -- it just -- it --

22 instead of saying 001, it should be all and all.

23     Q.    Oh.

24     A.    But it's just a coding.

25     Q.    Okay.  In other words, all locations

116

| | | |
|---|---|---|
| 13:31:11 | 1 | covered? |
| 13:31:16 | 2 | A.   To get -- how do you mean? |
| 13:31:20 | 3 | Q.   I mean is -- is the premium totaled based |
| 13:31:29 | 4 | on a specific number assigned to each location? |
| 13:31:38 | 5 | A.   Yes. |
| 13:31:39 | 6 | Q.   And where would I look to find an |
| 13:31:40 | 7 | underwriting file how that premium was calculated? |
| 13:31:48 | 8 | A.   There is sore -- there is some rating, a |
| 13:31:52 | 9 | rating worksheet or some notes or using the same |
| 13:31:56 | 10 | rates as the year before, it just depends on -- on |
| 13:32:00 | 11 | how it was determined that we would proceed. |
| 13:32:05 | 12 | Q.   So is setting the premium a matter of |
| 13:32:08 | 13 | formula, or are there other factors that come into |
| 13:32:11 | 14 | it? |
| 13:32:14 | 15 | A.   The premium is rate, a rate times the |
| 13:32:16 | 16 | exposure.  And that's -- and the -- the product is |
| 13:32:21 | 17 | the premium. |
| 13:32:23 | 18 | Q.   And so I guess what I'm saying, then, is |
| 13:32:30 | 19 | when you say rate times exposure, where do you get |
| 13:32:32 | 20 | the rate from? |
| 13:32:32 | 21 | A.   It's -- it's -- it's either from |
| 13:32:37 | 22 | experience or -- of the underwriter or what's |
| 13:32:41 | 23 | standard in the industry at that time, market |
| 13:32:44 | 24 | conditions from the Insurance Services Bureau. |
| 13:32:49 | 25 | There is a number of places where you can get |

119

| | | |
|---|---|---|
| 13:32:52 | 1 | information about what the rates should be for |
| 13:32:54 | 2 | certain exposure. |
| 13:32:56 | 3 | Q.    Do you remember how you obtained the rate |
| 13:32:57 | 4 | for this particular exposure? |
| 13:32:59 | 5 | A.    No. |
| 13:33:02 | 6 | Q.    But you would have been the one to obtain |
| 13:33:03 | 7 | the rate? |
| 13:33:04 | 8 | A.    Yes. |
| 13:33:04 | 9 | Q.    And then let's talk about exposure.  What |
| 13:33:06 | 10 | does that mean? |
| 13:33:08 | 11 | A.    Values at -- and at -- values at risk, |
| 13:33:13 | 12 | values at location, values in major damage areas |
| 13:33:19 | 13 | versus non-major damage areas. |
| 13:33:28 | 14 | Q.    So in other words, let's take any of the |
| 13:33:30 | 15 | yards that Copart had listed a series of numbers |
| 13:33:35 | 16 | throughout the entire statement of values for.  Are |
| 13:33:37 | 17 | you saying that in order to calculate the premium, |
| 13:33:40 | 18 | one of the things that you would have done would be |
| 13:33:42 | 19 | to have taken those numbers, the location value, and |
| 13:33:45 | 20 | put that into the formula? |
| 13:33:56 | 21 | A.    You would -- I would group together the |
| 13:33:58 | 22 | Florida locations to get a wind load, the California |
| 13:34:05 | 23 | locations for an earthquake load, the Texas |
| 13:34:07 | 24 | locations for a wind load, and then also calculate |
| 13:34:10 | 25 | the fire rates, the flood rates and then an all |

120

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 13:34:17 | 1 | other perils rate. |
| 13:34:26 | 2 | Q.    So location values played a role in |
| 13:34:28 | 3 | calculating the premiums to the extent that you |
| 13:34:30 | 4 | grouped them and assigned a particular value to |
| 13:34:35 | 5 | them? |
| 13:34:37 | 6 | A.    I grouped together the states that had a |
| 13:34:40 | 7 | major damage exposure.  But all the other locations, |
| 13:34:44 | 8 | they also were -- were -- were counted and also |
| 13:34:48 | 9 | rated against. |
| 13:34:49 | 10 | Q.    I see.  Were you the final word on what |
| 13:34:56 | 11 | the premium would be, or did that have to get home |
| 13:34:59 | 12 | office approval for this particular policy? |
| 13:35:00 | 13 | A.    It had to get home office approval. |
| 13:35:02 | 14 | Q.    And in this case, did John French approve |
| 13:35:04 | 15 | the numbers? |
| 13:35:05 | 16 | A.    It was either him or John Schlomann. |
| 13:35:12 | 17 | Q.    And is the premium partially even set |
| 13:35:16 | 18 | based on the TIVs? |
| 13:35:21 | 19 | A.    Is it partially set? |
| 13:35:22 | 20 | Q.    Yeah.  Is that one of the factors?  I know |
| 13:35:24 | 21 | that there is the rate times exposure. |
| 13:35:26 | 22 | A.    No.  That's one of the major factors. |
| 13:35:29 | 23 | Q.    Oh, okay.  And does that go back into our |
| 13:35:34 | 24 | grouping?  Is that -- |
| 13:35:35 | 25 | A.    Grouping for major damage, locations, and |

121

**MONICA STREACKER   May 22, 2008**

| | | |
|---|---|---|
| 14:25:59 | 1 | between the first USFIC policy issued in '03 and the |
| 14:26:05 | 2 | last one in '06, I believe, where the total primary |
| 14:26:11 | 3 | limits changed? |
| 14:26:12 | 4 | A.   Yes. |
| 14:26:13 | 5 | Q.   Do you remember what year that was? |
| 14:26:23 | 6 | A.   It was in the '05-'06 year. |
| 14:26:27 | 7 | Q.   Do you remember why the limits changed? |
| 14:26:28 | 8 | A.   Yes.   Crum and Forster decided that they |
| 14:26:32 | 9 | only wanted to assume two and a half million dollars |
| 14:26:35 | 10 | in any -- for any wind exposure. |
| 14:26:39 | 11 | Q.   Was this an across-the-board decision? |
| 14:26:41 | 12 | A.   Yes. |
| 14:26:41 | 13 | Q.   So it wasn't particular to Copart? |
| 14:26:44 | 14 | A.   No. |
| 14:26:52 | 15 | Q.   Given the reduction in the maximum amount |
| 14:26:55 | 16 | that USFIC was willing to write, how did that play |
| 14:27:00 | 17 | into the calculation of premiums, if at all? |
| 14:27:08 | 18 | A.   It would change the premium. |
| 14:27:10 | 19 | Q.   In other words, it would lower the |
| 14:27:10 | 20 | premium? |
| 14:27:11 | 21 | A.   It would change the premium depending on |
| 14:27:13 | 22 | other factors:   Whether the insured had suffered any |
| 14:27:17 | 23 | losses; what the values were; what the values were |
| 14:27:21 | 24 | in different catastrophe states.   Just different |
| 14:27:27 | 25 | factors. |

151

MONICA STREACKER   May 22, 2008

| | |
|---|---|
| 14:27:27 | 1 |
| 14:27:29 | 2 |
| 14:27:31 | 3 |
| 14:27:40 | 4 |
| 14:27:42 | 5 |
| 14:27:44 | 6 |
| 14:27:44 | 7 |
| 14:28:07 | 8 |
| 14:28:09 | 9 |
| 14:28:10 | 10 |
| 14:28:11 | 11 |
| 14:28:13 | 12 |
| 14:28:21 | 13 |
| 14:28:23 | 14 |
| 14:28:26 | 15 |
| 14:28:30 | 16 |
| 14:28:32 | 17 |
| 14:28:36 | 18 |
| 14:28:42 | 19 |
| 14:28:45 | 20 |
| 14:28:47 | 21 |
| 14:28:49 | 22 |
| 14:28:55 | 23 |
| 14:28:56 | 24 |
| 14:28:58 | 25 |

1    Q.    And are those the factors that go into

2  determining the rate part of the formula?

3    A.    Yes.

4         MR. PURI:  Like to mark as next in order

5  UW 18 and 19.

6         (Whereupon, Exhibit 107 was marked

7         for identification)

8         MR. PURI:  Q.  Is this one of the

9  documents that you reviewed yesterday in preparation

10  for your deposition?

11    A.    Yes.

12    Q.    Looking at this e-mail train, I think you

13  are on some of the e-mails, but not on others.  But

14  I believe the whole train, you ended up seeing

15  because it was forwarded to you.

16         So I guess starting with the middle of the

17  page of 18 where it says forwarded by John

18  Schlomann, to John Schlomann, cc'd to Monica

19  Streacker from Marni Hansen, do you recall receiving

20  this e-mail on or about September 19, 2005?

21    A.    Yes.

22    Q.    And in it Marni is asking -- or, well,

23  let's back up a moment.

24         Do you recall seeing the e-mail below it

25  on or around the same time?

152

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 14:58:53 | 1 | MR. PURI:  Q.  And is what's supposed to |
| 14:58:56 | 2 | be in the schedule listed right above that, |
| 14:58:58 | 3 | "Designated locations, (address, city, state, zip |
| 14:59:04 | 4 | code)"? |
| 14:59:07 | 5 | A.  If there were a few locations, you could |
| 14:59:09 | 6 | list them.  But on policies that just have big |
| 14:59:11 | 7 | schedules, we just refer to the statement of values. |
| 14:59:14 | 8 | Q.  And is there anything in the policy that |
| 14:59:15 | 9 | tells the insured what is supposed to be contained |
| 14:59:18 | 10 | in the schedule? |
| 14:59:21 | 11 | A.  POL 0222, No. 2, it says "Premises |
| 14:59:32 | 12 | described, see schedule of locations." |
| 14:59:35 | 13 | Q.  Okay.  And my question is, is there |
| 14:59:38 | 14 | anything more specific in the policy that says what |
| 14:59:41 | 15 | is supposed to be on that schedule, the particular |
| 14:59:44 | 16 | columns of information, aside from address, city, |
| 14:59:50 | 17 | state, zip code, that's listed on POL 232? |
| 14:59:55 | 18 | A.  This would mirror the statement of values |
| 14:59:58 | 19 | since you can't list everything here. |
| 15:00:11 | 20 | Q.  Is there anywhere in the policy that tells |
| 15:00:13 | 21 | the insured that a location will not be insured if |
| 15:00:16 | 22 | it doesn't have a value on the statement of values? |
| 15:00:28 | 23 | A.  No. |
| 15:00:28 | 24 | Q.  And do you know if anybody else from USFIC |
| 15:00:31 | 25 | from co -- from USFIC, excuse me, whether it be |

167

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 15:04:37 | 1 | on the e-mail. |
| 15:04:41 | 2 | Q.   But as far as you recall, the end result, |
| 15:04:43 | 3 | the agreed amount was not -- the policy was not |
| 15:04:47 | 4 | changed to check agreed amount on the supplemental |
| 15:04:49 | 5 | declaration page for the '04-'05 policy. |
| 15:04:53 | 6 | Correct? |
| 15:04:53 | 7 | A.   As far as I know. |
| 15:05:03 | 8 | MR. PURI:  Okay.  One more backup |
| 15:05:04 | 9 | document.  UW(05-06)12 to 14. |
| 15:05:11 | 10 | (Whereupon, Exhibit 109 was marked |
| 15:05:11 | 11 | for identification) |
| 15:05:39 | 12 | MR. PURI:  Q.  We had looked earlier at |
| 15:05:40 | 13 | another renewal binder.  And this one, the premium |
| 15:05:44 | 14 | is different.  And it looks like to be the final one |
| 15:05:47 | 15 | because of the date, September 30th. |
| 15:05:49 | 16 | Does that refresh your memory?  Would this |
| 15:05:51 | 17 | have been the final proposed binder -- |
| 15:05:53 | 18 | A.   Yes. |
| 15:05:54 | 19 | Q.   -- for the '05-'06 policy? |
| 15:05:59 | 20 | A.   (No response). |
| 15:06:00 | 21 | Q.   Do you know why the premium changed from |
| 15:06:03 | 22 | 400,000 that we saw previously to 306,250? |
| 15:06:09 | 23 | A.   We changed the commission to zero. |
| 15:06:11 | 24 | Q.   I see.  And aside from the TIV value |
| 15:06:19 | 25 | stated under Rate Basis, is there any other part of |

171

MONICA STREACKER    May 22, 2008

| | |
|---|---|
| 15:12:40 | 1 |
| 15:12:43 | 2 |
| 15:12:47 | 3 |
| 15:12:49 | 4 |
| 15:13:02 | 5 |
| 15:13:05 | 6 |
| 15:13:07 | 7 |
| 15:13:11 | 8 |
| 15:13:15 | 9 |
| 15:13:19 | 10 |
| 15:13:21 | 11 |
| 15:13:26 | 12 |
| 15:13:28 | 13 |
| 15:13:32 | 14 |
| 15:13:38 | 15 |
| 15:13:40 | 16 |
| 15:13:42 | 17 |
| 15:13:44 | 18 |
| 15:13:47 | 19 |
| 15:13:49 | 20 |
| 15:13:55 | 21 |
| 15:13:56 | 22 |
| 15:14:08 | 23 |
| 15:14:09 | 24 |
| 15:14:13 | 25 |

1    A.    Yes.  I was subsequently advised that
2  that's a required form.
3    Q.    Do you remember why you didn't want to use
4  that form?
5    A.    I thought that it was -- I thought it
6  wasn't used any more, that it was -- that it was a
7  dormant form.  But I was advised otherwise.
8    Q.    And looking back at that form, POL 222,
9  it's very similar to the form from the '05 -- excuse
10  me, '04-'05 policy.
11        My question to you is under item 4, is the
12  same thing true, that the location number and the
13  building number should say the same thing, it should
14  say "All" under each of those coverage provisions?
15    A.    Yes.  But what that also is for is if you
16  wanted to have a different limit of insurance or a
17  different deductible for a different location, then
18  you could also state it there.
19    Q.    Okay.  But for the purposes of this
20  policy, should that have said "All" under "Building
21  Number"?
22    A.    Yes.
23    Q.    Okay.  Do you remember who it was that you
24  spoke with about this particular supplemental dec
25  form still being in use?

176

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 15:48:34 | 1 | step and try to do some more ferreting? |
| 15:48:36 | 2 | A.   No.  Like I said, I trusted Marsh to |
| 15:48:38 | 3 | provide that information for me. |
| 15:48:42 | 4 | Q.   And in the past I know we talked about |
| 15:48:44 | 5 | that with respect to Copart, there were no signed |
| 15:48:46 | 6 | SOVs.  Have you ever required signed SOVs during |
| 15:48:53 | 7 | your time at at USFIC? |
| 15:48:54 | 8 | A.   No. |
| 15:48:55 | 9 | Q.   Why not? |
| 15:48:55 | 10 | A.   It's not required. |
| 15:48:58 | 11 | Q.   Have you ever seen signed SOVs come in |
| 15:49:00 | 12 | from brokers even though you haven't required it? |
| 15:49:03 | 13 | A.   Yes.  At companies that write highly |
| 15:49:05 | 14 | protected risks, when I was at Wausau it was |
| 15:49:08 | 15 | required, and at FM Global it's required. |
| 15:49:12 | 16 | Q.   And is there any provision as far as you |
| 15:49:14 | 17 | know in the '05-'06 policy where Copart warrants |
| 15:49:19 | 18 | that the values put in the SOV are true?  In other |
| 15:49:23 | 19 | words, a warranty provision? |
| 15:49:26 | 20 | A.   No. |
| 15:49:28 | 21 | Q.   And was there anything in the documents |
| 15:49:30 | 22 | leading up to the policy like the specifications, |
| 15:49:34 | 23 | the quotes, the binders, that contain any kind of |
| 15:49:37 | 24 | warranty provision regarding the values stated in |
| 15:49:39 | 25 | the SOV? |

204

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 15:49:41 | 1 | A.   Warranty provision, no. |
| 15:49:44 | 2 | Q.   Is a warranty provision something that |
| 15:49:46 | 3 | could be added to a property policy? |
| 15:49:50 | 4 | A.   No. |
| 15:49:50 | 5 | Q.   Why not? |
| 15:49:54 | 6 | A.   It's -- it -- it would have to be a signed |
| 15:49:58 | 7 | statement of values.  That would have to be about |
| 15:50:00 | 8 | the same, same thing. |
| 15:50:01 | 9 | Q.   So it could be a requirement, it just |
| 15:50:04 | 10 | wasn't in this case? |
| 15:50:05 | 11 | A.   I haven't seen it. |
| 15:50:06 | 12 | Q.   You haven't seen it done? |
| 15:50:08 | 13 | A.   Right. |
| 15:50:09 | 14 | Q.   In your experience with USFIC? |
| 15:50:10 | 15 | A.   Right. |
| 15:50:27 | 16 | MR. PURI:  Okay.  And then Mr. Ruby, I |
| 15:50:29 | 17 | don't have your comments from earlier today, but |
| 15:50:31 | 18 | looking at the next topic which was the mistake |
| 15:50:33 | 19 | alleged in USFIC's counterclaim. |
| 15:50:37 | 20 | MR. RUBY:  Huh. |
| 15:50:38 | 21 | MR. PURI:  I was going to go into inquiry |
| 15:50:40 | 22 | on that.  Was there a... |
| 15:50:43 | 23 | MR. RUBY:  Well, as I said earlier, the |
| 15:50:45 | 24 | witness has offered to testify to the underwriting |
| 15:50:51 | 25 | intent, which for many of these policies was her |

205

**MONICA STREACKER    May 22, 2008**

| | | |
|---|---|---|
| 15:51:57 | 1 | that intent.  The mistake allegation is an |
| 15:51:59 | 2 | alternative theory. |
| 15:52:01 | 3 | MR. PURI:  Thank you. |
| 15:52:03 | 4 | And is the same true for Topic No. 10, |
| 15:52:06 | 5 | which is the damages suffered as a result of the |
| 15:52:08 | 6 | counterclaim?  May I examine this witness on I guess |
| 15:52:12 | 7 | the issue would be the premium that could have been |
| 15:52:14 | 8 | collected, is what the alleged damage is? |
| 15:52:18 | 9 | MR. RUBY:  Yes.  And her -- her knowledge |
| 15:52:19 | 10 | would be how the premiums were calculated, and |
| 15:52:21 | 11 | therefore if higher values had been reported you |
| 15:52:25 | 12 | could ask her what the effect of that would have |
| 15:52:26 | 13 | been. |
| 15:52:27 | 14 | She is not privy to what higher values |
| 15:52:30 | 15 | might or might not have been reported, so she is not |
| 15:52:32 | 16 | able to -- |
| 15:52:33 | 17 | MR. PURI:  Right. |
| 15:52:34 | 18 | MR. RUBY:  -- complete the calculation. |
| 15:52:35 | 19 | We'll have an expert do that. |
| 15:52:37 | 20 | MR. PURI:  Okay. |
| 15:52:40 | 21 | Q.    Did you have occasion to see the -- an |
| 15:52:43 | 22 | updated SOV that did contain a value for the |
| 15:52:48 | 23 | buildings at yard 105? |
| 15:52:51 | 24 | A.    Yes.  I think it came in in January '06. |
| 15:52:54 | 25 | Q.    It came in after the loss. |

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 15:52:56 | 1 | A.    Right. |
| 15:52:56 | 2 | Q.    I will represent that. |
| 15:53:02 | 3 | Did you do any calculations for what the |
| 15:53:03 | 4 | premiums would be based on that added value? |
| 15:53:07 | 5 | A.    Yes. |
| 15:53:08 | 6 | Q.    And was that calculation done as part of |
| 15:53:10 | 7 | the '06-'07 policy? |
| 15:53:13 | 8 | A.    Yes. |
| 15:53:16 | 9 | Q.    And sitting here today, and we can go look |
| 15:53:18 | 10 | at the specific documents, do you know what the |
| 15:53:21 | 11 | difference was in the -- was there an increase in |
| 15:53:25 | 12 | premium as a result of that additional value? |
| 15:53:28 | 13 | A.    I think so.  I think that Copart added and |
| 15:53:31 | 14 | then deleted some locations, but I think the net |
| 15:53:34 | 15 | result was an additional premium. |
| 15:53:35 | 16 | Q.    And can you remember an order of magnitude |
| 15:53:38 | 17 | of how much the additional premium was? |
| 15:53:41 | 18 | A.    No.  I'd have to look at the policy. |
| 15:53:43 | 19 | Q.    And the policy you would want to look at |
| 15:53:45 | 20 | would be the '06-'07?  Would that be the one that |
| 15:53:49 | 21 | would be helpful to you? |
| 15:53:50 | 22 | A.    Maybe it's this one. |
| 15:53:52 | 23 | (Pause) |
| 15:53:54 | 24 | A.    No, it's the '05-'06.  So it's |
| 15:53:57 | 25 | endorsement -- it's endorsement that is effective |

208

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 15:54:03 | 1 | January 1st, and it results in a additional premium |
| 15:54:09 | 2 | of $18,236. |
| 15:54:14 | 3 | Q.    Are you looking at POL 298? |
| 15:54:16 | 4 | A.    Yes. |
| 15:54:17 | 5 | Q.    Okay.  So looking at POL 298, your |
| 15:54:22 | 6 | understanding is that the $18,000 premium includes |
| 15:54:27 | 7 | other things, among which is a new value for the |
| 15:54:33 | 8 | building at yard 105? |
| 15:54:36 | 9 | A.    Well, it was actually they had added a |
| 15:54:39 | 10 | building. |
| 15:54:42 | 11 | Q.    Right. |
| 15:54:42 | 12 | A.    At that time.  Yes. |
| 15:54:43 | 13 | Q.    And that's what the premium partially |
| 15:54:45 | 14 | reflects? |
| 15:54:47 | 15 | A.    Correct. |
| 15:54:47 | 16 | Q.    Okay.  So is it your opinion, then, that |
| 15:55:04 | 17 | as of January 1, 2006 if the loss at yard 105 had |
| 15:55:08 | 18 | occurred after that, based on this endorsement it |
| 15:55:11 | 19 | would have been covered? |
| 15:55:12 | 20 | MR. RUBY:  Objection, vague and ambiguous. |
| 15:55:25 | 21 | THE WITNESS:  Can you repeat the question? |
| 15:55:26 | 22 | MR. PURI:  Q.  Sure.  Is it your opinion, |
| 15:55:27 | 23 | then, looking at this endorsement that after January |
| 15:55:31 | 24 | 1, 2006, had the hurricane loss come after that that |
| 15:55:34 | 25 | there would have been coverage for that particular |

209

MONICA STREACKER    May 22, 2008

| | |
|---|---|
| 16:26:23 | 1 |
| 16:26:26 | 2 |
| 16:26:33 | 3 |
| 16:26:35 | 4 |
| 16:26:37 | 5 |
| 16:26:42 | 6 |
| 16:26:47 | 7 |
| 16:26:52 | 8 |
| 16:26:54 | 9 |
| 16:26:55 | 10 |
| 16:26:58 | 11 |
| 16:27:00 | 12 |
| 16:27:01 | 13 |
| 16:27:05 | 14 |
| 16:27:09 | 15 |
| 16:27:10 | 16 |
| 16:27:12 | 17 |
| 16:27:13 | 18 |
| 16:27:16 | 19 |
| 16:27:17 | 20 |
| 16:27:20 | 21 |
| 16:27:23 | 22 |
| 16:27:25 | 23 |
| 16:27:26 | 24 |
| 16:27:28 | 25 |

1    not being put into the statement of values for yard

2    105 are premiums that were not paid therefore as a

3    result of the statement not having certain values?

4        A.    Yes.

5        Q.    Is there anything else that USFIC would be

6    entitled to or as a result of those building values

7    not being in the August 2005 statement of values?

8            MR. RUBY:    Okay, keep in mind it's not

9    just about values not being in, it's also about

10   values being reported, but perhaps being

11   under-reported.

12           MR. PURI:    Q.    So sticking with simply the

13   yard 105 missing building value, is there anything

14   else aside from premiums that USFIC would be

15   entitled to as a result --

16       A.    I would have to speak to Mr. Ruby about

17   that.

18       Q.    Long discussions about that.

19            But as far as you know, aside from the

20   premiums, back premiums that would be owed, there

21   are no other categories of dollars that would be

22   owed to USFIC?

23       A.    Not that I know of.

24           MR. RUBY:    The only damages being claimed

25   are additional premiums that would have been

219

Merrill Legal Solutions
(800) 869-9132

MONICA STREACKER   May 22, 2008

| 16:27:30 | 1 | collected if different values had been reported and |
| 16:27:34 | 2 | interest and so forth. |
| 16:27:36 | 3 | MR. PURI:  Q.  And just building on that, |
| 16:27:37 | 4 | we went through I think in detail what those |
| 16:27:42 | 5 | premiums would have been, and I think you |
| 16:27:43 | 6 | testified -- and correct me if I'm wrong -- that the |
| 16:27:46 | 7 | premiums that would have been collected had building |
| 16:27:49 | 8 | values been set forth for yard 105 were included in |
| 16:27:52 | 9 | the $18,000 endorsement that was added on in January |
| 16:27:56 | 10 | of '06? |
| 16:27:57 | 11 | A.   From January '06 on, that those -- that |
| 16:28:01 | 12 | was the premium that was collected. |
| 16:28:06 | 13 | MR. PURI:  Yeah.  Okay.  I think we are |
| 16:28:07 | 14 | saying the same thing. |
| 16:28:14 | 15 | Okay.  I think that's all the questions I |
| 16:28:15 | 16 | have for you.  Thank you so much for your time. |
| 16:28:18 | 17 | THE VIDEOGRAPHER:  This marks the end of |
| 16:28:18 | 18 | tape No. 3, volume 1 in the deposition of Monica |
| 16:28:22 | 19 | Streacker.  We are off the record at 4:28. |
| | 20 | (Whereupon, the deposition was |
| | 21 | adjourned at 4:28 P.M.) |
| | 22 | |
| | 23 | --oOo-- |
| | 24 | |
| | 25 | I declare under penalty of perjury the |

220