# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

COPART, INC.,

    Plaintiff,

vs.

NO. C07-02684

CRUM & FORSTER

INDEMNITY COMPANY,

    Defendant.

**CERTIFIED COPY**

---

VIDEOTAPED DEPOSITION OF

ORVIN WILLS

June 25, 2008

9:23 a.m.

1117 West Peachtree Street

Atlanta, Georgia

Reported By: Sharon A. Gabrielli, CCR-B-2002, RPR

ORVIN WILLS    June 25, 2008

1  in your possession?
2      A    No.
3      Q    Who has it now?
4      A    I would assume GAB does.
5      Q    Let's look at the second page of your report,
6  GAB 22. Fourth paragraph down says, "As previously
7  mentioned, Yard 105 located in Hialeah, Florida does
8  not have any property damage or BI values, as indicated
9  in the underwriting file. The information was brought
10 to our attention in your email forwarded to us on
11 December 6, 2006."
12          So this is confirmation that December 6, 2006
13 was the first time you learned that there was no
14 coverage for Yard 105, in Crum & Forster's view?
15     A    I would say yes.
16     Q    The last sentence on this page, "A review of
17 the values at the insured locations, it does appear
18 that the minimum of $100,000 deductible will apply to
19 this loss." What -- what values are you reviewing at
20 this point?
21     A    Well, basically, what this is, is 2 percent
22 of the insured values, which I got from Mr. Clark, on
23 the other locations and the -- I'm not sure what
24 deductible is taken. I have to review the --
25 apparently the 2 percent was -- was not applicable and

116