# EXHIBIT G

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COPART INC.,

        Plaintiff,

vs.                                        No. C 07 02684 CW

CRUM & FORSTER INDEMNITY
COMPANY, UNITED STATES FIRE
INSURANCE COMPANY, and DOES
1-10,

        Defendants.

CERTIFIED
COPY

_____

AND RELATED COUNTERCLAIMS.

_____

VIDEOTAPED DEPOSITION OF SIMON ROTE

San Francisco, California

Thursday, May 8, 2008

Reported by:
DARCY J. BROKAW
RPR, CRR, CLR, CSR No. 12584

Job No. 86978

SIMON ROTE                                                    05/08/08

10:20 1    BY MR. RUBY:

2          Q    Besides the U.S. Fire quote for the 2003

3    policy, do you remember if Copart got -- through

4    Marsh, got any other quotes from other carriers for

10:20 5    the property insurance program?

6          A    I'm sure they did.

7          Q    Was it Copart's instructions to Marsh to

8    go to the market and try to get more than one quote?

9          A    We would have had a strategy meeting

10:20 10   typically with Marsh and just to discuss what the --

11   I guess how they would, I guess, market our

12   coverages.  So, you know, we would take

13   recommendations from them, what they've seen in the

14   market.  I mean, obviously Marsh is -- we relied

10:21 15   upon their professional experience.

16         Q    Do you remember why in 2003 Copart decided

17   to go with U.S. Fire for its property insurance

18   policy that year?

19         A    Not off the top -- I don't recall.

10:21 20   Q         In the prior year, the underwriter had

21   been Royal?

22         A    I believe that's correct, for property.

23         Q    For property.

24              And during your tenure with Copart, since

10:21 25   '97, had Copart's property insurance been with

10:23 1    potentially a legal conclusion.

2                But go ahead.

3                THE WITNESS:  The relationship with Marsh,

4    I mean, we hired them as our consultants, okay.

10:24 5    They were -- we relied upon them to, you know, go

6    out and market our insurance program.

7    BY MR. RUBY:

8        Q    Now, I'll try my other question and maybe

9    try it a little differently.  I don't know if I can

10:24 10    do it, but anyway -- all right.

11               So Copart had a relationship with Marsh,

12    right?

13        A    Yes.

14        Q    And then Copart understood that Marsh

10:24 15    would go out, talk to various insurers about

16    Copart's insurance needs, right?

17        A    Correct.

18        Q    And Marsh would ask certain insurers to

19    provide quotes for premiums and other terms for the

10:24 20    account, right?

21        A    Yes.

22        Q    And then Marsh would collect the quotes

23    that came back and would present those to Copart

24    with its recommendations, right?

10:24 25        A    Yes.

71

11:05  1    the contents were.

2          Q    Now, let's say with respect to computer

3     equipment, was there any work that you did on the

4     values for that description?

11:05  5    A    At that point in time, we also -- for the

6     new locations, we would use the -- obviously, when

7     we were purchasing locations, for new locations, we

8     were procuring the computer equipment for it.  We

9     had a fairly good idea of what a package of computer

11:05 10    equipment would cost per location, and we used that

11    value.

12         Q    Okay.  Now, in the previous year, we saw

13    that the statement had two separate columns relating

14    to buildings.  One said "Building" and one said

11:05 15    "Building Improvements."

16         Now we're seeing in 2004 one column that

17    says "Building and Improvements."  Do you see that?

18         A    Yes.

19         Q    Do you have any understanding as to why

11:06 20    those columns got -- I don't know if they were

21    combined -- but why we're down to one column now in

22    2004?

23         A    Because if I recall in looking at it,

24    there was some confusion as to what is a building

11:06 25    and improvement.

94

SIMON ROTE                                    05/08/08

11:06  1          So the reality is there's buildings, and

2    regardless of what you do to the shell of that

3    building, you do some -- you construct offices

4    inside of it -- it's building and improvements; it's

11:06  5    one category.

6          Q    So no reason to distinguish?  A building's

7    a building?

8          A    Correct.

9          Q    Now, given that a column had been

11:06 10    eliminated and previously there had been data in

11    both columns, what, if anything, was done to combine

12    the data in those columns into the one column that

13    we see in the '04 statement?

14          A    The prior data is not relevant here,

11:06 15    because basically at this point in time, we're

16    reviewing the schedule again, trying to determine

17    what we estimate the value to be at that point in

18    time.  So we had to take into consideration what

19    would have been done to the building, and these are

11:07 20    basically our best estimate of what the value is.

21          Q    Was it the case, then, in '04 that you

22    took a fresh look at the building values and instead

23    of just trying to combine the previous information,

24    you just again took a fresh look at what you were

11:07 25    going to report in this column?

95

11:07 1        A      I mean, I think it's apparent in this we

2    did -- you know, went through it, tried to update it

3    to the values at that point in time.  And across the

4    board, like I said, the contents, the computer

11:07 5    equipment.  So we tried to do a thorough -- thorough

6    job to update the schedule.

7        Q      Was there any use of the previous year's

8    data and, again, the two different numbers as a

9    baseline for what was reported here?

11:08 10       A      No.

11       Q      Okay.  Now, in taking that fresh look at

12   the building values, how did you go about

13   determining what values to put in that column?

14       A      This is where we would rely upon our CEO

11:08 15   and his experience.  Obviously, we started with one

16   location, and you can see at this point in time --

17   how many do we have -- we would have over 100

18   locations at this time.

19              So they're familiar with this

11:08 20   particular -- you know, the salvage facilities, the

21   facilities that Copart utilizes to operate.  We've

22   built a number of buildings over the years, have a,

23   you know, good understanding of what the cost is to

24   construct it.  So based upon his knowledge, he would

11:09 25   come up with the estimated value.

96

11:09  1            And you've got to take into consideration

2      the age of the building, the construction type.  So

3      he was the person with that type of knowledge.

4            Q    In July of '04, who was the CEO, again?

11:09  5            A    The CEO?

6            Q    Yes.

7            A    Willis Johnson.  There's been no change in

8      the CEO.

9            Q    Okay.  Still Mr. Johnson?

11:09 10           A    Correct.

11           Q    So if I understand, although you have some

12     knowledge of what went into this, it was Mr. Johnson

13     who actually determined the numbers that went into

14     the building column on this statement?

11:09 15           A    Yes.

16           Q    Okay.  Then with respect to business

17     interruption and extra expense, did you have any

18     involvement in the numbers that went into that

19     column?

11:09 20           A    I'm trying to recall.  Obviously, I think

21     from the prior year, like I was saying, there was

22     not a lot of -- I don't think anybody really

23     remembered how it was calculated.  So this year was

24     more of a consistent -- we applied a $50,000 amount

11:10 25     per location.

97

11:31 1    the location wasn't complete.

2            So we didn't have an estimate -- we

3    basically -- we'd typically wait until the project

4    was completed to provide an estimate of the value.

11:31 5       Q    Okay.  So it's your understanding that in

6    July '04, even though Yard 105 is now being listed

7    as a location, that it was not perhaps fully

8    operational; is that --

9       A    Correct.

11:31 10      Q    Okay.  And that there was some ongoing or

11   at least anticipated construction to be done there?

12      A    Yes.

13      Q    Okay.  But we've seen from the master

14   asset list that even when part of what became

11:32 15   Yard 105 was acquired in '02, there was already a

16   building there, right?

17      A    Yes.

18      Q    From the list?

19      A    Yes.

11:32 20      Q    And on the list, there was an acquisition

21   cost of 400,000 associated with that building,

22   right?

23      A    There was, correct.

24      Q    So why not in this July '04 statement,

11:32 25   even though there may be more construction coming

115

11:32 1    down the pike, why not at least put 400,000 or some

2    other value in the building column?

3        A    Well, first, obviously book value doesn't

4    necessarily approximate the fair value or the

11:32 5    replacement value, first off.

6            And second, historically, our practice was

7    to wait until the project was completed, and upon

8    completion, provide an updated value.  And that's

9    what we have always done.

11:32 10        Q    Okay.  With respect to the other columns,

11    then, for contents, computer equipment, business

12    interruption and inventory, which are also blank,

13    again maybe it's the same answer, but can you tell

14    me why those are blank?

11:33 15        A    My understanding is, obviously, if we

16    didn't have the building completed, we wouldn't have

17    put in the cubicles and you wouldn't have put in the

18    computer equipment.

19        Q    Okay.  So there were no contents there, so

11:33 20    that's why there's no number there, right?

21        A    Correct.

22        Q    And similarly, if you're not doing

23    business there, there's no business interruption

24    exposure there, right?

11:34 25        A    Correct.

116

01:36 1    address has changed for the location, it's also

2    notifying the company of some values, right?

3        A    For the stock values, yes, as well as on

4    those two locations, they've added property values.

01:36 5        Q    Okay.  And again, my question is:  Can you

6    give any explanation as to why at this point in

7    time, the only value that's being reported for

8    Yard 105 is an inventory value --

9        A    Right.

01:36 10        Q    -- and not also a building value, as we

11    see with Elgin and Reno?

12        A    To me, my understanding, the buildings

13    probably were not complete.  And typically, until it

14    was completed, we wouldn't assign the value to it.

01:36 15    However, it wasn't a requirement for insurance.  The

16    insurance, we're basically notifying them of the

17    properties and the locations, and we provided the

18    insurance company with the address.

19        MR. RUBY:  I'm going to move to strike the

01:37 20    part about what's required or not required.

21    BY MR. RUBY:

22        Q    If Yard 105 was not yet operational at

23    this time, why even report an inventory value then?

24        A    Because there were probably physically

01:37 25    cars there; but when we say complete with the

149

01:37  1    construction, you can still have a punch list of

       2    items that need to be completed, and the project

       3    hasn't been completed and capitalized.

       4                MR. RUBY:   Okay.   Exhibit 13.

01:38  5                    (Defendant's Exhibit 13 marked

       6                        for identification)

       7    BY MR. RUBY:

       8        Q    This takes us back in time a little bit,

       9    and it maybe fills in some of the blanks.

01:38 10                This is a June 23rd, 2005 letter from

      11    Ms. McIntyre to Mr. Rote, regarding insurance

      12    renewals, October 1, 2005.

      13                And she begins by saying:   "Dear Simon:

      14    In order for us to proceed" with "our renewal

01:38 15    activity with the underwriters, we will need the

      16    following updated exposure information."   And the

      17    second cluster of bullet points is her request for a

      18    location schedule and property Statement of Values.

      19                And if we match this up with some of the

01:39 20    other correspondence we've looked at, would this

      21    reinforce your recollection that these discussions

      22    we've been seeing about values were in connection

      23    with the renewal?

      24        A    It could have either been with the renewal

01:39 25    or just completing the prior year renewal, it seems

                                                                    150

01:37  1    construction, you can still have a punch list of

2    items that need to be completed, and the project

3    hasn't been completed and capitalized.

4              MR. RUBY:  Okay.  Exhibit 13.

01:38  5                    (Defendant's Exhibit 13 marked

6                     for identification)

7    BY MR. RUBY:

8         Q    This takes us back in time a little bit,

9    and it maybe fills in some of the blanks.

01:38 10              This is a June 23rd, 2005 letter from

11    Ms. McIntyre to Mr. Rote, regarding insurance

12    renewals, October 1, 2005.

13              And she begins by saying:  "Dear Simon:

14    In order for us to proceed" with "our renewal

01:38 15    activity with the underwriters, we will need the

16    following updated exposure information."  And the

17    second cluster of bullet points is her request for a

18    location schedule and property Statement of Values.

19              And if we match this up with some of the

01:39 20    other correspondence we've looked at, would this

21    reinforce your recollection that these discussions

22    we've been seeing about values were in connection

23    with the renewal?

24         A    It could have either been with the renewal

01:39 25    or just completing the prior year renewal, it seems

150

01:39 1    like.

2        Q    That was kind of where I was going with my

3    original line of questions, and actually the reason

4    why I kept this separate was I wasn't sure if the

01:39 5    business with the new inventory was just something

6    that came up in the course of maintaining the old

7    policy as opposed to something in preparation for

8    the new policy.  It doesn't make a whole lot of

9    difference.

01:39 10          But do you remember now either way whether

11    it was -- which way it was?

12        A    No, I don't.

13        Q    Okay.  So she asks for some information;

14    she encloses the expiring policy Statement of

01:40 15    Values, which is dated -- this is the one we looked

16    at before -- September 1st, 2004.

17          So now we're in 2005.  I know you're not

18    the CFO anymore, but are you -- you're still

19    involved with the 2005 renewal process?

01:40 20        A    Yes.

21        Q    And were you involved in responding to her

22    request here for a current complete listing of all

23    locations?

24        A    Yes.

01:40 25        Q    And she asks:  "For each insured location,

01:56  1        Q    Going to the e-mail, Ms. McIntyre was

2    enlisting his assistance in the marketing process

3    for competitive renewal quotes.  And she attaches

4    something called a property Statement of Values,

01:57  5    August 8th, '05.

6              And if we go to the statement that follows

7    here, you'll see that with Yard 105, we're down to

8    one line now.  This is another statement, still

9    dated August 8, '05, but different from the last one

01:57 10    because it's down to one line.

11              Well, I was going to ask you why, but you

12    answered that question already.

13              MR. RUBY:  So let's move to what will be

14    Exhibit 18.

01:57 15                    (Defendant's Exhibit 18 marked

16                    for identification)

17    BY MR. RUBY:

18        Q    Okay.  Exhibit 18 starts with an e-mail

19    from this John Wood to the underwriter, Monica

01:58 20    Streacker.  It says:  "Attached our renewal

21    specifications," and it includes a property

22    Statement of Values dated August 8th, 2005.  And the

23    attached statement, which was from the underwriter's

24    file, it looks like the last one, and for Yard 105,

01:58 25    we have this -- again, just this one line.

163

01:58  1            Do you see that?

       2     A    I'm sorry, I'm still reading the e-mail.

       3     Q    Okay.  If you go through the statement to

       4  Yard 105 --

01:59  5     A    Okay.

       6     Q    Okay.  We're down to one -- again, we're

       7  down to one line now for Yard 105.

       8     A    All right.

       9     Q    And the only column that has any numbers

01:59 10  in it is -- or numbers or columns are the inventory

      11  columns.  So we still have blanks under Building and

      12  Improvements, Contents, et cetera.

      13            Do you see that?

      14     A    Yes.

01:59 15            MR. LARSON:  Let me just object to that

      16  characterization.  There's also a number for

      17  "Location Total Values."

      18            MR. RUBY:  Right.  Which is the same as

      19  the inventory exposure.

01:59 20            MR. LARSON:  It's the same number.

      21            MR. RUBY:  Okay.

      22  BY MR. RUBY:

      23     Q    The question, Mr. Rote, is:  Up -- and

      24  this is being forwarded to the underwriter on

01:59 25  August 24th.

                                                              164

01:59 1      A     Mm-hmm.

2      Q     Up through August 24th, had you provided

3  any updated Statement of Values to Marsh?

4      A     I don't know the time frame when we

02:00 5  provided it to him.  You can see in the previous

6  one, we were providing it to him in -- was it July?

7      Q     Yeah.  And what I meant by that was

8  anything new.  We'll just complete the chain here.

9            So we've looked at Exhibit 14, which is a

02:00 10  July 31st, 2005 statement.

11      A     Right.

12      Q     We're not sure who that went to or from,

13  but it was different from the last statement.  We've

14  seen an August 8th statement --

02:00 15      A     But the only change that we did, we lost

16  one -- 105 went from two lines to one line.  It's

17  still listing the location there for Yard 105.

18      Q     Right.  What I'm -- again, when I ask

19  these questions, I don't know if you know the

02:00 20  answer.  I don't know if there is an answer.  But I

21  just have to ask, just to make sure that we're not

22  missing something.

23            And so other than the Statement of Values

24  that we've looked at so far, are you aware of any

02:01 25  other Statement of Values that was sent to or from

02:01 1    Marsh, either from Copart to Marsh or Marsh to

2    Copart, through August 24th, other than the ones

3    we've looked at already?

4        A    No, not off the top of my head.

02:01 5        Q    Now, as of August 24th, 2005, what was

6    your understanding as to the status of operations or

7    nonoperations at Yard 105?

8        A    I didn't realize it was complete.  Or

9    actually, no, I don't think it was completed;

02:01 10    because I would have capitalized the project, and it

11    hadn't been capitalized.

12        Q    I think I know what you mean by

13    "capitalized," but I'm not an accountant.  Can you

14    explain what you mean by that?

02:02 15        A    So if we're building a new location or

16    doing construction on a location, all the costs

17    associated with that particular project go into our

18    construction-in-progress account.  When the project

19    is completed, we take and transfer that out of the

02:02 20    construction-in-progress account and move it over to

21    the fixed asset accounts.  We're now using that

22    asset, and we begin depreciating that asset.

23        From my recollection of the records, we

24    had not completed that process, because there was

02:02 25    still some ongoing work there.

166

02:31 1          A     At first, yes.

2          Q     Okay.

3          A     I thought Patrice sent this in, so -- or

4     not Patrice, but Shari Meyers.

02:31 5          Q     Okay.  So now you said at first you were

6     the contact person.  Did that change at some point?

7          A     Well, obviously, for the adjuster to deal

8     with, they needed a local contact.  So they had to

9     deal with the general manager, and then also with

02:32 10    our property manager, our national property manager,

11    Mike Carson.

12               MR. RUBY:  Okay.  This will be 24.

13                    (Defendant's Exhibit 24 marked

14                     for identification)

02:32 15    BY MR. RUBY:

16          Q     Okay.  Exhibit 24 is from the Copart

17    production.  As printed, it's an e-mail chain.  And

18    the lower e-mail is November 1st, 2005, from

19    Mr. Rote to Ms. McIntyre.

02:33 20               And why don't you just take a look at it,

21    and then I'm just going to ask you some questions

22    about it.

23               MR. LARSON:  Let me -- just in accordance

24    with our stipulation about authenticity, there is a

02:33 25    handwritten notation on page Copart 00023 that's not

02:33 1   an original.  So I don't believe that is part of the

2   authentic document.

3               MR. RUBY:  Oh, okay.

4               MR. LARSON:  Where it says "really

02:33 5   11/1/05," I don't believe that's on the original.

6               MR. RUBY:  No.  That's my highlighting,

7   which somehow copied.

8               Okay.  We'll get to that, though, because

9   that's going to be a question.

02:34 10              THE WITNESS:  Okay.

11   BY MR. RUBY:

12        Q    Okay.  Ignoring the top e-mail, which is a

13   forwarding e-mail a year later -- we'll get to that

14   when we get to that year -- and just looking at your

02:34 15   e-mail of 2005, do you remember what prompted you to

16   send this e-mail?

17        A    After this -- this was produced after the

18   claim, just trying to get an idea of the extent of

19   the damage.  Just dropping in what we thought the

02:34 20   amounts were.

21        Q    Okay.  And the attachment here is a

22   Statement of Values?

23        A    Right.

24        Q    Okay.  And you were forwarding to

02:34 25   Ms. McIntyre a Statement of Values with your e-mail,

02:34 1    right?

2              A    I believe so, yes.

3              Q    And you say in your e-mail:  "I made some

4    guesses since Willis is out of the office."  What

02:35 5    did you mean by that?

6              A    With respect to property values, based

7    upon my knowledge of what -- what I thought, what

8    type of building was going up there, I took our

9    standard building values and to drop those numbers

02:35 10   in.

11             Q    Did you take one of the Statement of

12   Values that you had received before this date from

13   Marsh and one of the ones that still had some blanks

14   in it and then put some numbers into those blanks?

02:35 15          A    I mean, I would have assumed it would have

16   been the September 14th one, yes.

17             Q    Okay.  So you took the September 14th

18   statement that we've already looked at that had some

19   blanks in it --

02:35 20          A    Correct.

21             Q    -- and you filled in at least some of

22   those blanks?  That's what you mean by "I made some

23   guesses"?

24             A    Yes.  And updated some values.

02:35 25          Q    Okay.  And then you sent it back to her,

183

02:35 1    and it looks like even though you sent it to her on

2    November 1st, you didn't change the date of the

3    statement; you kept the date of the statement as it

4    had come to you?

02:35 5         A    It would appear I didn't update the date,

6    yes.

7         Q    Okay.  And Mr. Larson is right, I wrote in

8    "really 11/1/05" there, and I didn't mean that to

9    show in.

02:36 10         A    Okay.

11         Q    But would you agree with me that, in fact,

12    if you had updated the date on this statement when

13    you sent it to her, you would have put in the date

14    of your e-mail?

02:36 15              MR. LARSON:  Objection; speculation.

16              THE WITNESS:  I'm not sure of the exact

17    date I would have updated the schedule.  It would

18    have been approximately around that date, though, I

19    would assume.

02:36 20    BY MR. RUBY:

21         Q    Okay.  And all I mean by that is just to

22    eliminate some confusion we all had in this case

23    earlier, that you sent her a statement with a date

24    on it, but you had actually put some information in

02:36 25    there that was not on that statement before, right?

184

02:36 1        A    Correct.  But once again, when you're

2    dealing with spreadsheets, as we noted earlier, you

3    had the 8/8 one, the same date is on it, a different

4    date on it.  So when you're updating spreadsheets,

02:36 5    it's easy to overlook an item there.

6        Q    Okay.  Right.  And I'm not saying it's a

7    big deal that the date wasn't changed.  But just for

8    clarification, I think we've established that what

9    you sent Ms. McIntyre on November 1st, 2005, it

02:37 10   wasn't just the same statement she had sent you back

11   in November; you had made some changes to it and you

12   were sending it back to her, correct?

13       A    Yes.

14       Q    Okay.

02:37 15           All right.  Now, looking at the statement

16   that's part of this exhibit, if we go to Yard 105,

17   we will see some values in columns that were

18   previously blank?

19       A    Correct.

02:37 20       Q    So I want to ask you about those values.

21           First of all, in the Building and

22   Improvements column, we now see a value of 750,000,

23   right?

24       A    Yes.

02:37 25       Q    Is that a number that you supplied?

185