# EXHIBIT H

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

                    OAKLAND DIVISION

- - - - - - - - - - - - - - -x
COPART INC.,                 :
                             :
      Plaintiff,             :
                             :
vs.                          :
                             :  Case No.
CRUM & FORSTER INDEMNITY     :  C 07 2684 CW
COMPANY, UNITED STATES FIRE  :
INSURANCE COMPANY, and DOES  :
1-10, Inclusive,             :
                             :
      Defendants.            :
                             :
- - - - - - - - - - - - - - -x
UNITED STATES FIRE INSURANCE :
COMPANY,                     :
                             :
      Counterclaimant,       :
                             :
vs.                          :
                             :
COPART, INC.,                :
                             :
      Counterdefendant.      :
                             :
- - - - - - - - - - - - - - -x
```

VIDEOTAPED DEPOSITION of DENNIS McCARTHY, taken by the Plaintiff, at the offices of MERRILL LEGAL SOLUTIONS, 60 Park Avenue, Newark, New Jersey, on Thursday June 12, 2008 commencing at 9:47 a.m., before Jamie I. Moskowitz, CSR, RPR, CRR, a Certified Shorthand (Stenotype) Reporter and Notary Public within and for the State of New Jersey.

1

```
 1                    D. McCarthy
 2   information in the SOV?
 3        A    No.
 4        Q    Let's talk about the training you
 5   provide or your department provides concerning how
 6   to do an SOV.
 7             What do you tell your training
 8   personnel to look for in an SOV?
 9        A    To look for covered property and
10   values.
11        Q    And when you say covered property,
12   what do you mean?
13        A    A description of the building and
14   the value placed against it.  A description of the
15   contents and a value placed against it.  A
16   description of the business interruption and a
17   value placed next to it.
18        Q    Can you tell me, in Crum & Forster's
19   property policy, is there any provision that tells
20   the insured that they will not have coverage for a
21   particular location if there are certain values
22   that are not stated in an SOV?
23             MS. MILLIKAN:   Objection,
24        overbroad, lacks foundation, vague and
25        ambiguous.  If you can answer that
```

```
                    D. McCarthy
1
2           question, you can go ahead.
3      A    I'm not able to answer that
4  question.
5      Q    Why aren't you able to answer the
6  question?
7      A    Because it's vague to me.
8      Q    Okay, let's get more specific, then.
9  In your experience with handling property claims
10 since 2003, since your promotion, are you aware of
11 any provision in any Crum & Forster property
12 policy that tells the insured their coverage is
13 dependent on the value stated in a Schedule of
14 Values?
15          MS. MILLIKAN:  Same
16          objections, but if you can answer the
17          question, go ahead.
18     A    I mean, I'm unable to answer that.
19     Q    Why?
20          MS. MILLIKAN:  Well, counsel,
21          you have asked him about every single
22          property policy ever issued by Crum &
23          Forster since 2003, and you wonder why
24          he can't answer about what the terms
25          of every policy were?
```

```
 1                    D. McCarthy
 2              MS. PURI:  You don't have to
 3    coach.  He can answer.
 4              MS. MILLIKAN:  He just told
 5    you he can't answer.
 6              MS. PURI:  Are you instructing
 7    him not to answer my question as to
 8    why?
 9              MS. MILLIKAN:  I'm not.
10    BY MS. PURI:
11        Q    Why are you having difficulty with
12    the question about the property policy?
13        A    I think the policy speaks for
14    itself.  So you're asking me if a certain phrase
15    or clause exists in the policy --
16        Q    Exactly.
17        A    -- that alerts a policyholder that,
18    you know, should a certain set of circumstances
19    occur, that there's no coverage and it's just too
20    vague for me.
21        Q    Okay, let's look at what was
22    previously marked as Exhibit 100, and I will
23    represent to you that this is a property policy
24    that was issued by Crum & Forster to Copart for
25    2005 and 2006.
```

```
 1                    D. McCarthy
 2            And if you want to take a moment to
 3   look through it, have you seen this policy before
 4   today?
 5       A    Well, I'm sure I read it back when a
 6   decision was made to adjust the claim.
 7       Q    Okay.  And are the forms something
 8   that you're sufficiently familiar with in your
 9   capacity as vice president of claims?
10       A    Yes.
11       Q    So my question is with respect to
12   this policy:  Is there any provision in this
13   policy that tells the insured they will have no
14   coverage if a value is not listed on the Schedule
15   of Values?
16            MS. MILLIKAN:  Objection to
17            the question, to the extent it calls
18            for a legal conclusion, but you may
19            answer it.
20       A    Bear with me.  Would you like the
21   page number?
22       Q    I would, please.
23       A    POL0240.
24       Q    And tell me what provision.  Read it
25   to me, for the record, what you are looking at.
```

```
 1                    D. McCarthy
 2       A    It is the CP0010 edition date 1000
 3  and it's called the Building and Personal Property
 4  Coverage Form.
 5       Q    And what provision in that form
 6  specifically tells the insured he will have no
 7  coverage if a value is not listed in the Statement
 8  of Values?
 9       A    Under A:  "We will pay for direct
10  physical loss of or damage to covered property at
11  the premises described in the declarations caused
12  by or resulting from any covered cause of loss."
13            And thereunder, under subparagraph
14  1, Covered Property it lists; building, your
15  business personal property, personal property of
16  others, okay?
17            So what it's basically telling the
18  insured, and I'm not going to recite the paragraph
19  again, it's asking the policyholder to now refer
20  to the declarations.
21       Q    Okay.  And where in the declarations
22  does it refer to the fact that if there is not a
23  value listed in the Schedule of Values it will not
24  be covered?
25       A    Page POL0222 under Commercial
```

1          D. McCarthy

2  Property Coverage Part Supplemental Declarations,

3  under item 4 it says: "Building, business,

4  personal property and business income other than

5  rental."

6          And then it says under item 2: "See

7  Schedule of Locations."

8      Q    And where is the Schedule of

9  Locations?

10     A    Bear with me.

11     Q    That's fine.

12     A    POL0232, Schedule of Locations, it

13 says: "As per schedule on file with company."

14     Q    Is Schedule of Locations, as far as

15 you know, defined anywhere in the policy?

16     A    I don't believe so, but it's such a

17 common practice and so well-known I don't believe

18 it needs to be defined.

19     Q    And on that Schedule of Locations

20 form that you're looking at in front of you, is

21 there a section called Description right above

22 where the typewritten section is?

23     A    It says: "Designated Locations,

24 address, city, state and zip code."

25     Q    So is that what's supposed to be in

126

```
1                    D. McCarthy
2   the Schedule of Locations?
3        A    That plus the values.
4        Q    How would an insured know that
5   values are supposed to be in the Schedule of
6   Values based on that document that you're looking
7   at?
8             MS. MILLIKAN:  Objection,
9        calls for speculation.  If you can
10       answer the question, go ahead.
11       A    I can't -- I can't speak on what a
12  policyholder thinks, but I certainly would hope
13  that the broker would explain it to the
14  policyholder.
15       Q    And have you, in your time as VP of
16  claims, explained to brokers or the insureds or
17  your claims personnel that explain to the broker
18  the importance of what needs to go into an SOV?
19       A    Sure.
20       Q    Do you do any kind of training with
21  brokers or is it more of an informal discussion
22  about what needs to be done to underwrite a
23  policy?
24       A    I can't answer that.  That's more of
25  an underwriting question.  I'm sure that -- I'm
```

127

|   |   |
|---|---|
| 1 | D. McCarthy |
| 2 | sure there's some brokers that are very |
| 3 | intelligent about the process and there could be |
| 4 | others that need to be coached or trained by our |
| 5 | underwriting department. |
| 6 | Q    And does Crum & Forster write |
| 7 | policies directly to the policyholder? |
| 8 | In other words, can you just call up |
| 9 | an insured and say we're going to write up a |
| 10 | policy and talk terms or is it all done through a |
| 11 | broker and -- |
| 12 | MS. MILLIKAN: Objection to |
| 13 | the form, but if you know, you can |
| 14 | answer. |
| 15 | A    It's all done through a broker. |
| 16 | We're not a direct writer. |
| 17 | Q    And in that Exhibit 100 that I'm |
| 18 | showing you, do you see a Schedule of Values |
| 19 | anywhere in that exhibit? |
| 20 | I'll represent that that's the |
| 21 | entire policy as it has been given to us. |
| 22 | MS. MILLIKAN: Obviously the |
| 23 | document speaks for itself, and what |
| 24 | is the exhibit or isn't the exhibit |
| 25 | speaks for itself. You're into other |