Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: ppillsbury@pillsburylevinson.com
         vpuri@pillsburylevinson.com
         rlarson@pillsburylevinson.com

Attorneys for Plaintiff and Counterdefendant
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. C 07 2684 CW-EDL<br><br>**E-FILING**<br><br>**STIPULATION [AND PROPOSED ORDER] RE FILING OF AMENDED ANSWER TO COUNTERCLAIM**<br><br>Action Filed: March 20, 2007<br>Trial Date: November 10, 2008 |

Plaintiff and counterdefendant Copart, Inc. ("Copart") and defendant United States Fire Insurance Company ("USFIC") by and through their respective counsel hereby stipulate as follows:

Copart may have leave to file the Amended Answer to USFIC's Counterclaim, attached hereto as Exhibit A, which adds a fourth affirmative defense based on statutes of limitation. By stipulating to leave to file, USFIC does not in any way admit to the merit of the defense.

/ / /

---

-1-

STIPULATION [AND PROPOSED ORDE] RE FILING     Case No. C 07 2684 CW-EDL
OF AMENDED ANSWER TO COUNTERCLAIM

1  SO STIPULATED.

2

3  Dated: July 22, 2008                    PILLSBURY & LEVINSON, LLP

4

5                                          By: /s/ Eric K. Larson
                                            Vedica Puri
6                                           Attorneys for Plaintiff and Counterdefendant
                                            COPART INC.
7

8  Dated: July 22, 2008                    BULLIVANT HOUSER BAILEY PC

9

10                                         By: /s/ Samuel H. Ruby
                                            Samuel H. Ruby
11                                          Attorneys for Defendant and Counterclaimant
                                            UNITED STATES FIRE INSURANCE
12                                          COMPANY

13

14  IT IS SO ORDERED.

15

16

17  Dated: _____
                                            _____
18                                          CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE

-2-

STIPULATION [AND PROPOSED ORDE] RE FILING          Case No. C 07 2684 CW-EDL
OF AMENDED ANSWER TO COUNTERCLAIM