1  Philip L. Pillsbury, Jr. (SBN 72261)
   Vedica Puri (SBN 176252)
2  Eric K. Larson (SBN 142791)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone:  (415) 433-8000
6  Facsimile:   (415) 433-4816
   E-mail:  ppillsbury@pillsburylevinson.com
7           vpuri@pillsburylevinson.com
            rlarson@pillsburylevinson.com
8
9  Attorneys for Plaintiff and Counterdefendant
   COPART INC.
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                            OAKLAND DIVISION
13

| | |
|---|---|
| COPART INC., | Case No.  C 07 2684 CW-EDL |
| Plaintiff, | **E-FILING** |
| vs. | **STIPULATION ORDER RE FILING OF AMENDED ANSWER TO COUNTERCLAIM** |
| CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | Action Filed: March 20, 2007<br>Trial Date:    November 10, 2008 |

23      Plaintiff and counterdefendant Copart, Inc. ("Copart") and defendant United States Fire

24  Insurance Company ("USFIC") by and through their respective counsel hereby stipulate as

25  follows:

26      Copart may have leave to file the Amended Answer to USFIC's Counterclaim, attached

27  hereto as Exhibit A, which adds a fourth affirmative defense based on statutes of limitation.

28  By stipulating to leave to file, USFIC does not in any way admit to the merit of the defense.

/ / /

-1-

STIPULATION [AND PROPOSED ORDE] RE FILING                    Case No.  C 07 2684 CW-EDL
OF AMENDED ANSWER TO COUNTERCLAIM

SO STIPULATED.

Dated: July 22, 2008　　　　　　　　　　PILLSBURY & LEVINSON, LLP

By: /s/ Eric K. Larson
Vedica Puri
Attorneys for Plaintiff and Counterdefendant
COPART INC.

Dated: July 22, 2008　　　　　　　　　　BULLIVANT HOUSER BAILEY PC

By: /s/ Samuel H. Ruby
Samuel H. Ruby
Attorneys for Defendant and Counterclaimant
UNITED STATES FIRE INSURANCE
COMPANY

IT IS SO ORDERED.

7/24/08

Dated: _____　　　　　　　　_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE