Jess B. Millikan, SBN 095540
Samuel H. Ruby, SBN 191091
Judith A. Whitehouse, SBN 198176
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com
judith.whitehouse@bullivant.com

Attorneys for Defendant
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.: C 07 2684 CW (EDL) <br><br> **US FIRE'S OBJECTIONS TO COPART'S EVIDENCE** <br><br> Date:   August 21, 2008 <br> Time:   2:00 p.m. <br><br> Action File:   March 20, 2007 <br> Trial Date:    November 10, 2008 |

---

[1] Dismissed by Order Upon Stipulation (6/15/07)

10690036.1

– 1 –

US FIRE'S OBJECTIONS TO COPART'S EVIDENCE – Case No.: C 07 2684 CW (EDL)

# OBJECTION #1

## (LARSON DECLARATION, VOLUME III, EXHIBIT G)

US Fire objects to Exhibit G to the Larson Declaration (Vol. III).

<u>The document is not authentic</u>. (FRE 901.) The document purports to be a September 14, 2005 statement of values. However, as established at the deposition of Simon Rote, the document is a *modified version* of a September 14, 2005 statement of values. After the hurricane on October 24, 2005, Rote took a September 14, 2005 statement he had received from Marsh and added additional values to it—including values for Yard 105. (Exhibit A hereto, 183:11-24). On November 1, 2005, Rote emailed the revised statement to Marsh, but he did not change the date on the statement. (Id. at 183:25-184:6, 185:8-13; Exhibit B hereto.) As Marsh confirmed in a later email, the date on the document is incorrect, and neither US Fire nor Marsh received the document on September 14, 2005 or any other time before the loss. (Id.; Streacker Decl., ¶¶ 10-13.)

Because the document was not in US Fire's possession at the time of the loss, it is not the "schedule" that was "on file with the company" at the time of the loss. Consequently, <u>it is irrelevant</u>. (FRE 401.)

# OBJECTION #2

## (LARSON DECLARATION, VOLUME II, EXHIBIT G)

US Fire objects to Exhibit G to the Larson Declaration (Vol. II), pages 149-150, 166.

<u>The testimony lacks foundation of personal knowledge</u>. (FRE 602.) The witness states, "To me, my understanding, the buildings probably were not complete . . . . the project hasn't been completed and capitalized . . . . I don't think it was completed." No testimony is submitted to establish that the witness has personal knowledge of when the buildings at Yard 105 were complete and when the yard was operational. Indeed, the witness equivocates, saying that to his "understanding," he "thinks" the buildings "probably" were not complete.

<u>Copart is bound by the testimony of its Rule 30(b)(6) witness</u>. In response to US Fire's Rule 30(b)(6) deposition notice, Copart designated and produced Richard Kruse, vice president of operations, to testify on the subject of Copart's operations at Yard 105 before and after the

hurricane.  (Ruby Decl., Ex. 38 at 5:9-17, 6:16-22, 8:15-22, 9:3-8, 10:6-14.)  Based on superior (and apparently personal) knowledge, Kruse testified that Yard 105 was "fully operational" in late July 2005.  (Id. at 20:9-15; see also 11:18-12:20, 13:4-23, 15:18-21, 30:6-11.)

The Court should sustain US Fire's objections and exclude the evidence cited above from consideration.

DATED: July 24, 2008              BULLIVANT HOUSER BAILEY PC


                                  By    /s/ Samuel H. Ruby
                                     Jess B. Millikan
                                     Samuel H. Ruby
                                     Judith A. Whitehouse

                                  Attorneys for Defendant
                                  United States Fire Insurance Company

# EXHIBIT A

Case 4:07-cv-02684-CW    Document 74    Filed 07/24/2008    Page 4 of 19

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                         OAKLAND DIVISION

 3

 4   COPART INC.,

 5           Plaintiff,

 6   vs.                              No. C 07 02684 CW

 7   CRUM & FORSTER INDEMNITY
     COMPANY, UNITED STATES FIRE
 8   INSURANCE COMPANY, and DOES
     1-10,
 9
             Defendants.
10

11   _____

     AND RELATED COUNTERCLAIMS.
12   _____

13

14

15           VIDEOTAPED DEPOSITION OF SIMON ROTE,

16   taken on behalf of Defendant United States Fire Insurance

17   Company, at Bullivant Houser Bailey PC, 601 California

18   Street, Suite 1800, San Francisco, California, beginning at

19   9:02 a.m. and ending at 3:57 p.m., on Thursday, May 8, 2008,

20   before me, DARCY J. BROKAW, RPR, CRR, CLR, CSR No. 12584.

21

22

23

24

25
```

2

02:31  1       A    At first, yes.

       2       Q    Okay.

       3       A    I thought Patrice sent this in, so -- or

       4   not Patrice, but Shari Meyers.

02:31  5       Q    Okay.  So now you said at first you were

       6   the contact person.  Did that change at some point?

       7       A    Well, obviously, for the adjuster to deal

       8   with, they needed a local contact.  So they had to

       9   deal with the general manager, and then also with

02:32 10   our property manager, our national property manager,

      11   Mike Carson.

      12            MR. RUBY:  Okay.  This will be 24.

      13                 (Defendant's Exhibit 24 marked

      14                  for identification)

02:32 15   BY MR. RUBY:

      16       Q    Okay.  Exhibit 24 is from the Copart

      17   production.  As printed, it's an e-mail chain.  And

      18   the lower e-mail is November 1st, 2005, from

      19   Mr. Rote to Ms. McIntyre.

02:33 20            And why don't you just take a look at it,

      21   and then I'm just going to ask you some questions

      22   about it.

      23            MR. LARSON:  Let me -- just in accordance

      24   with our stipulation about authenticity, there is a

02:33 25   handwritten notation on page Copart 00023 that's not

02:33  1    an original. So I don't believe that is part of the
       2    authentic document.
       3            MR. RUBY: Oh, okay.
       4            MR. LARSON: Where it says "really
02:33  5    11/1/05," I don't believe that's on the original.
       6            MR. RUBY: No. That's my highlighting,
       7    which somehow copied.
       8            Okay. We'll get to that, though, because
       9    that's going to be a question.
02:34 10            THE WITNESS: Okay.
      11    BY MR. RUBY:
      12        Q   Okay. Ignoring the top e-mail, which is a
      13    forwarding e-mail a year later -- we'll get to that
      14    when we get to that year -- and just looking at your
02:34 15    e-mail of 2005, do you remember what prompted you to
      16    send this e-mail?
      17        A   After this -- this was produced after the
      18    claim, just trying to get an idea of the extent of
      19    the damage. Just dropping in what we thought the
02:34 20    amounts were.
      21        Q   Okay. And the attachment here is a
      22    Statement of Values?
      23        A   Right.
      24        Q   Okay. And you were forwarding to
02:34 25    Ms. McIntyre a Statement of Values with your e-mail,

02:34  1    right?
       2        A    I believe so, yes.
       3        Q    And you say in your e-mail: "I made some
       4    guesses since Willis is out of the office." What
02:35  5    did you mean by that?
       6        A    With respect to property values, based
       7    upon my knowledge of what -- what I thought, what
       8    type of building was going up there, I took our
       9    standard building values and to drop those numbers
02:35 10    in.
      11        Q    Did you take one of the Statement of
      12    Values that you had received before this date from
      13    Marsh and one of the ones that still had some blanks
      14    in it and then put some numbers into those blanks?
02:35 15        A    I mean, I would have assumed it would have
      16    been the September 14th one, yes.
      17        Q    Okay.  So you took the September 14th
      18    statement that we've already looked at that had some
      19    blanks in it --
02:35 20        A    Correct.
      21        Q    -- and you filled in at least some of
      22    those blanks?  That's what you mean by "I made some
      23    guesses"?
      24        A    Yes.  And updated some values.
02:35 25        Q    Okay.  And then you sent it back to her,

```
02:35   1    and it looks like even though you sent it to her on
        2    November 1st, you didn't change the date of the
        3    statement; you kept the date of the statement as it
        4    had come to you?
02:35   5         A    It would appear I didn't update the date,
        6    yes.
        7         Q    Okay.  And Mr. Larson is right, I wrote in
        8    "really 11/1/05" there, and I didn't mean that to
        9    show in.
02:36  10         A    Okay.
       11         Q    But would you agree with me that, in fact,
       12    if you had updated the date on this statement when
       13    you sent it to her, you would have put in the date
       14    of your e-mail?
02:36  15              MR. LARSON:  Objection; speculation.
       16              THE WITNESS:  I'm not sure of the exact
       17    date I would have updated the schedule.  It would
       18    have been approximately around that date, though, I
       19    would assume.
02:36  20    BY MR. RUBY:
       21         Q    Okay.  And all I mean by that is just to
       22    eliminate some confusion we all had in this case
       23    earlier, that you sent her a statement with a date
       24    on it, but you had actually put some information in
02:36  25    there that was not on that statement before, right?
```

184

```
02:36  1         A    Correct. But once again, when you're
       2    dealing with spreadsheets, as we noted earlier, you
       3    had the 8/8 one, the same date is on it, a different
       4    date on it. So when you're updating spreadsheets,
02:36  5    it's easy to overlook an item there.
       6         Q    Okay. Right. And I'm not saying it's a
       7    big deal that the date wasn't changed. But just for
       8    clarification, I think we've established that what
       9    you sent Ms. McIntyre on November 1st, 2005, it
02:37 10    wasn't just the same statement she had sent you back
      11    in November; you had made some changes to it and you
      12    were sending it back to her, correct?
      13         A    Yes.
      14         Q    Okay.
02:37 15              All right. Now, looking at the statement
      16    that's part of this exhibit, if we go to Yard 105,
      17    we will see some values in columns that were
      18    previously blank?
      19         A    Correct.
02:37 20         Q    So I want to ask you about those values.
      21              First of all, in the Building and
      22    Improvements column, we now see a value of 750,000,
      23    right?
      24         A    Yes.
02:37 25         Q    Is that a number that you supplied?
```

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3      That the foregoing proceedings were taken
4  before me at the time and place herein set forth; that
5  any witnesses in the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record of the
7  proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is a true record of the
10 testimony given.
11     Further, that if the foregoing pertains to
12 the original transcript of a deposition in a Federal
13 Case, before completion of the proceedings, review of
14 the transcript [X] was [ ] was not requested.
15     I further certify I am neither financially
16 interested in the action nor a relative or employee
17 of any attorney or party to this action.
18     IN WITNESS WHEREOF, I have this date
19 subscribed my name.
20
21 Dated:  MAY 20 2008  _____
22
23                          _____
24                          DARCY J. BROKAW
                            CSR No. 12584
25

# EXHIBIT B

From: Patrice.G.Mcintyre@marsh.com
Sent: Wednesday, November 29, 2006 9:51 AM
To: Heather Luck
Subject: Fw: Copart Emailing: Copy of Property Statement of Values 9-14-05 (2).xls

Attachments: Copy of Property Statement of Values 9-14-05 (2).xls

Heather - This was our first receipt of values information for Yard 105 [except inventory]. Crum did not have these values prior to the loss.

----- Forwarded by Patrice G Mcintyre/SFO-CA/US/Marsh/MMC on 11/29/2006 09:32 AM -----

Simon.Rote@Copart.Com@Internet

11/01/2005 03:30 PM

To  Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC

cc

Subject  Copart Emailing: Copy of Property Statement of Values 9-14-05 (2).xls

<<Copy of Property Statement of Values 9-14-05 (2).xls>> Patrice, I made some guesses since Willis is out of the office. Let me know if you need anything else. It appears yard 70 and 105 have the most damage. Let me know once an adjuster has been assigned so I can let my property managers know.



Confidential
CPT000017

Thanks,
Simon

The message is ready to be sent with the following file or link attachments:

Copy of Property Statement of Values 9-14-05 (2).xls

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.
(See attached file: Copy of Property Statement of Values 9-14-05 (2).xls)

To:     Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
cc:
From:   Simon.Rote@Copart.Com@Internet

**********************************************************************
This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer. Thank you.
**********************************************************************

Confidential
CPT000018

COPART
Statement of Values
9/14/05

| Yard Code | Yds. | Physical Street Address | City | State | Zip | Building and Imp. | Contents | Computer Equipment | Business Interruption Extra Expense Incl. Cycle Gas | Inventory Exposure Incl. Cycle Gas | Average Inventory | Average Gross Receipts | Construction | Sprinklers Yes/No | Approx. Sq. Ft. | Alarm System Yes/No | # of Bldgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA700 | HQ | 4665 Business Center Dr | Fairfield | CA | 94534 | $10,000,000 | $550,000 | $11,000,000 | $100,000 | $71,750,000 | NA | NA | Metal | Yes | 100,000 | Yes | |
| CA001 | 1 | 282 Fifth Street | Vallejo | CA | 94590 | $864,000 | $56,000 | $220,900 | $50,000 | 2,564,847 | $2,838,747 | 1,493 | 1,772 | Metal | No | 11,750 | Yes | 2 |
| CA002 | 2 | 8760 Fruitridge Road | Sacramento | CA | 95828 | $1,000,000 | $56,000 | $35,600 | $50,000 | 3,672,052 | $4,763,952 | 1,527 | 1,800 | Metal | No | 15,000 | Yes | 2 |
| CA003 | 3 | 1964 Sabre Street | Hayward | CA | 94545 | $0 | $32,000 | $1,531,395 | $50,000 | 1,531,395 | $1,643,395 | 802 | 939 | Metal | Yes | 330 | Yes | |
| CA004 | 4 | 1255 East Central Ave. | Fresno | CA | 93725 | $300,000 | $50,000 | $12,200 | $50,000 | 3,312,204 | $3,730,604 | 2,111 | 1,559 | Metal/Wood | No | 3,550 | Yes | 6 |
| CA004 | 4 | 30 acres @ 4194 S. Orange Ave. | Fresno | CA | 93707 | | | | | | | | | | | | | |
| CA005 | 5 | 2216 Coy Avenue | Bakersfield | CA | 93307 | $239,000 | $50,000 | $10,800 | $50,000 | 2,335,691 | $2,691,791 | 1,305 | 1,730 | Metal | No | 3,440 | Yes | 1 |
| CA006 | 6 | 13895 Llagas Avenue | San Martin | CA | 95046 | $550,000 | $50,000 | $19,900 | $50,000 | 2,531,035 | $3,156,035 | 1,456 | 1,738 | Wood/Other | No | 2,555 | Yes | 6 |
| CA007 | 7 | 1203 S. Rancho Avenue | Colton | CA | 92324 | $1,500,000 | $50,000 | $12,700 | $50,000 | 6,239,909 | $7,665,609 | 3,143 | 1,964 | Metal/Wood | No | 4,700 | Yes | 3 |
| CA008 | 8 | 6900 N.E. Corridor Drive | Portland | OR | 97218 | $800,000 | $50,000 | $42,600 | $50,000 | 3,559,995 | $4,508,595 | 2,181 | 1,632 | Metal | No | 21,700 | Yes | 3 |
| CA009 | 9 | 8423 South Alameda | Los Angeles | CA | 90001 | $300,000 | $50,000 | $23,300 | $50,000 | 3,573,157 | $4,002,457 | 2,171 | 1,646 | Wood | No | 2,400 | Yes | 1 |
| CA010 | 10 | 1655 Rankin Road | Houston | TX | 77073 | $1,002,800 | $50,000 | $91,300 | $50,000 | 9,196,662 | $10,396,762 | 2,532 | 2,932 | Wood | No | 20,000 | Yes | |
| TX011 | 11 | 525 Idlewild Road | Grand Prairie | TX | 75051 | $1,300,000 | $50,000 | $98,400 | $50,000 | 11,482,675 | $12,991,075 | 4,116 | 2,790 | Metal/Other | No | | Yes | 4,1,2 |
| TX012 | 12 | 42 acres @ 509 Idlewild Road | Grand Prairie | TX | 75051 | | | | | | | | | | | | | |
| TX013 | 13 | 3700 Old Union Road | Lufkin | TX | 75904 | $500,000 | $32,000 | $17,900 | $50,000 | 1,605,554 | $2,205,454 | 842 | 1,907 | Metal/Other | Yes | 7,700 | Yes | 2 |
| TX014 | 14 | 3046 Highway 322 South | Longview | TX | 75603 | $500,000 | $56,000 | $25,400 | $50,000 | 1,897,679 | $2,529,079 | 1,113 | 1,705 | Metal | No | | Yes | |
| GA015 | 15 | 2568 Old Alabama Road | Austell | GA | 30168 | $800,000 | $56,000 | $69,700 | $50,000 | 7,773,301 | $8,748,001 | 3,708 | 2,096 | Metal | Yes | 4,000 | Yes | 1 |
| CA016 | 16 | 8887 Weyand Avenue | Sacramento | CA | 95828 | $0 | $56,000 | $9,000 | $50,000 | 2,569,999 | $2,704,999 | 1,555 | 565 | Metal | Yes | 6,000 | Yes | |
| KS017 | 17 | 6211 Kansas Avenue | Kansas City | KS | 66111 | $500,000 | $56,000 | $46,800 | $50,000 | 2,934,410 | $3,344,210 | 1,783 | 1,543 | Metal/Wood | Yes | 15,000 | Yes | 1 |
| OK018 | 18 | 2829 S.E. 15th Street | Oklahoma City | OK | 73129 | $800,000 | $56,000 | $34,900 | $50,000 | 1,680,914 | $2,591,982 | 1,103 | 1,467 | Metal | Yes | | Yes | 6 |
| OK019 | 19 | 2408 W. 21st Street | Tulsa | OK | 74107 | $500,000 | $56,000 | $22,800 | $50,000 | 4,131,043 | $5,059,843 | 2,596 | 1,552 | Metal/Wood | No | 8,000 | Yes | 2 |
| MO020 | 20 | 13033 Taussig Avenue | Bridgeton | MO | 63044 | $800,000 | $56,000 | $22,800 | $50,000 | 4,278,083 | $4,906,283 | 2,797 | 1,530 | Metal | Yes | 6,000 | Yes | |
| AR021 | 21 | 701 Highway 64 East | Conway | AR | 72032 | $500,000 | $56,000 | $15,500 | $50,000 | 1,946,711 | $2,568,211 | 1,290 | 1,511 | Metal/Other | No | 3,150 | Yes | 2 |
| AR022 | 22 | 280 E. James Mill Road | Crawfordsville | AR | 72327 | $1,050,000 | $50,000 | $34,000 | $50,000 | 3,818,483 | $5,008,483 | 2,900 | 1,364 | Metal/Wood | No | 24,400 | Yes | 3 |
| CT023 | 23 | 138 Christian Lane | New Britain | CT | 06051 | $1,300,000 | $50,000 | $31,300 | $50,000 | 2,568,744 | $5,937,744 | 1,900 | 2,855 | Metal/Wood | No | 5,500 | Yes | |
| NY024 | 24 | Route 9W North | Marlboro | NY | 12542 | $800,000 | $32,000 | $16,600 | $50,000 | 712,589 | $1,411,189 | 656 | 1,086 | Wood/Other | No | 3,500 | Yes | 2 |
| NY025 | 25 | 46 Zoe-Pierce Drive | Central Square | NY | 13036 | $900,000 | $50,000 | $35,400 | $50,000 | 3,846,884 | $5,137,884 | 2,723 | 1,413 | Metal/Wood | No | 18,500 | Yes | 4 |
| PA026 | 26 | 2704 Gerryville Pike | Pennsburg | PA | 18073 | $1,150,000 | $56,000 | $23,800 | $50,000 | 2,377,169 | $3,056,969 | 1,843 | 1,290 | Metal/Wood | No | 29,000 | Yes | |
| MA027 | 27 | 103 Mendon Street | Bellingham | MA | 02019 | $550,000 | $56,000 | $18,000 | $50,000 | 1,807,812 | $1,661,189 | 1,070 | 1,827 | Metal/Wood | No | 3,500 | Yes | 4 |
| PA028 | 28 | Route 351, 2000 River Rd | Ellwood City | PA | 16117 | $1,000,000 | $22,000 | $52,400 | $50,000 | 2,935,572 | $2,935,572 | 1,689 | 2,162 | Metal/Wood | No | 113,000 | Yes | 3 |
| OH029 | 29 | 1680 Williams Road | Columbus | OH | 43207 | $400,000 | $56,000 | $14,300 | $50,000 | 4,739,915 | $5,769,554 | 2,550 | 2,041 | Metal/Other | No | 7,100 | Yes | 2 |
| NY030 | 30 | 1903 Montauk Highway | Brookhaven | NY | 11719 | $1,000,000 | $56,000 | $30,000 | $50,000 | 4,148,534 | $4,873,020 | 2,402 | 1,278 | Metal | No | 2,000 | Yes | 1 |
| NJ031 | 31 | 200 Grove Street | Glassboro | NJ | 08028 | $300,000 | $50,000 | $27,000 | $50,000 | 3,716,430 | $4,758,015 | 2,619 | 1,477 | Metal | No | 3,000 | Yes | 1 |
| MD032 | 32 | 11055 Billingsley Road | Waldorf | MD | 20602 | $1,000,000 | $56,000 | $22,200 | $50,000 | 6,228,567 | $7,156,468 | 2,029 | 2,166 | Wood/Other | No | 5,500 | Yes | 2 |
| FL033 | 33 | 12850 NW 27th Avenue | Opa-Locka | FL | 33054 | $1,700,000 | $56,000 | $27,900 | $50,000 | 5,162,646 | $7,112,487 | 4,207 | 1,458 | Metal | No | 5,400 | Yes | 1 |
| FL034 | 34 | 12020 US Highway 301 S. | Riverview | FL | 33569 | $600,000 | $32,000 | $16,500 | $50,000 | 1,141,879 | $1,640,379 | 988 | 1,155 | Metal/Other | No | | Yes | |
| NY035 | 35 | 4 West Avenue | Leroy | NY | 14482 | $600,000 | $56,000 | $19,200 | $50,000 | 3,495,657 | $4,272,057 | 2,182 | 1,603 | Metal | | 20,000 | Yes | |
| IL036 | 36 | 1475 Bluff City Blvd. | Elgin | IL | 60120 | $700,000 | $32,000 | $14,000 | $50,000 | 784,711 | $1,200,711 | 727 | 1,079 | Metal/Wood | | 10,000 | Yes | 1 |
| WI038 | 38 | 5449 Lien Road | Madison | WI | 53718 | $300,000 | $32,000 | $34,000 | $50,000 | | | | | | | | | |
| WI039 | 39 | 4825 S. Whitnall Avenue | Cudahy | WI | 53110 | $700,000 | $56,000 | $45,000 | $50,000 | 1,281,761 | $2,132,761 | 1,113 | 1,152 | Metal/Wood | Yes | 17,500 | Yes | 2 |

Confidential
CPT000023

CoPART
Statement of Values
9/14/05

| Yard Code | Row | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption/Extra Expense | Inventory Exposure (Inv/Avg.GP) | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes/No | Approx. Sq.ft. | Alarm System Yes/No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MI040 | 40 | 205 S. Ranch Industrial Dr. | Florence | MS | 39073 | $600,000 | $50,000 | $26,400 | $50,000 | 1,557,418 | $2,269,816 | 1,035 | 1,505 | Metal/Wood | Yes | 3,000 | Yes | 2 |
| NC041 | 41 | 1061 Recovery Road | China Grove | NC | 28023 | $500,000 | $50,000 | $15,700 | $50,000 | 3,057,869 | $4,259,669 | 2,989 | 1,217 | Metal/Wood | Yes | 5,000 | Yes | 1 |
| FL042 | 42 | 450 Hammond Blvd. | Jacksonville | FL | 32220 | $3,200,000 | $56,000 | $24,310 | $50,000 | 2,484,377 | $3,114,577 | 1,898 | 1,352 | Metal/Wood | Yes | | Yes | |
| CA043 | 43 | 7519 Woodman Ave. #B | Van Nuys | CA | 91405 | $41,000 | $59,000 | $31,100 | $50,000 | 10,833,056 | $14,240,136 | 4,781 | 2,278 | Metal/Wood | Yes | 80,000 | Yes | 5 |
| IN044 | 44 | 4040 Office Plaza Blvd. | Indianapolis | IN | 46254 | $1,000,000 | $56,000 | $32,300 | $50,000 | 3,508,845 | $4,648,945 | 2,571 | 1,385 | Metal/Other | Yes | 50,000 | Yes | 2 |
| TX045 | 45 | 501 Valley Chili Road | El Paso | TX | 79821 | $450,000 | $50,000 | $13,100 | $50,000 | 1,968,676 | $2,569,576 | 892 | 2,005 | Metal | | | Yes | |
| IN046 | 46 | 6100 Woodmar Avenue | Hammond | IN | 46320 | $450,000 | $50,000 | $13,000 | $50,000 | 2,709,039 | $3,278,439 | 1,803 | 1,503 | Metal/Wood | No | 8,100 | Yes | 1 |
| AZ047 | 47 | 615 S. 51st Avenue | Phoenix | AZ | 85043 | $800,000 | $50,000 | $25,600 | $50,000 | 6,344,510 | $7,282,410 | 3,010 | 2,108 | Metal/Wood | Yes | 16,000 | Yes | 4 |
| WA048 | 48 | 16701-151st Avenue N.E. | Arlington | WA | 98223 | $800,000 | $50,000 | $17,500 | $50,000 | 1,555,539 | $2,460,139 | 1,212 | 1,283 | Metal/Wood | | 3,500 | Yes | 3 |
| UT049 | 49 | 170 W. Center Street | N. Salt Lake | UT | 84054 | $3,700,000 | $56,000 | $17,500 | $50,000 | 1,947,484 | $2,470,984 | 1,319 | 1,200 | Metal/Wood | No | 24,000 | Yes | |
| LA050 | 50 | 21595 Greenwell Springs Rd | Greenwell Springs | LA | 70739 | $3,750,000 | $50,000 | $35,000 | $50,000 | 4,126,586 | $5,016,586 | 3,009 | 1,372 | Metal | | | Yes | |
| IL051 | 51 | 14417 VFW Road | Pekin | IL | 61554 | $3,500,000 | $56,000 | $61,200 | $50,000 | 1,011,781 | $1,678,981 | 1,063 | 952 | Metal | | | Yes | |
| MN052 | 52 | 200 County Road 159 | Avon | MN | 56310 | $1,400,000 | $50,000 | $12,000 | $50,000 | 724,105 | $1,219,105 | 582 | 1,244 | Metal | No | 4,000 | Yes | |
| MA053 | 53 | 55A High Street | N. Billerica | MA | 01862 | $500,000 | $50,000 | $88,600 | $50,000 | 3,489,927 | $4,193,727 | 2,341 | 1,495 | Wood | | | Yes | |
| NC054 | 54 | 310 Copart Road | Dunn | NC | 28334 | $600,000 | $50,000 | $14,800 | $50,000 | 2,850,879 | $3,571,679 | 2,103 | 1,356 | Metal | | | Yes | |
| FL055 | 55 | 307 E. Landstreet Road | Orlando | FL | 32824 | $725,000 | $56,000 | $21,200 | $50,000 | 5,233,466 | $6,085,666 | 3,194 | 1,639 | block | Yes | | Yes | |
| FL055 | 55 | 5.0 ACRES | Orlando | FL | 32824 | | | | | | | | | | | | | |
| SC056 | 56 | 4324 Highway 321 South | Gaston | SC | 29053 | $225,000 | $50,000 | $25,400 | $50,000 | 2,267,209 | $2,623,609 | 1,935 | 1,172 | Metal | | | Yes | |
| NV057 | 57 | 4801 N. Lamb Blvd. | N. Las Vegas | NV | 89115 | $570,000 | $50,000 | $14,800 | $50,000 | 5,782,727 | $6,472,527 | 2,812 | 2,056 | Metal | | | Yes | |
| AL058 | 58 | 4763 Loft Road | Eight Mile | AL | 36613 | $500,000 | $50,000 | $34,800 | $50,000 | 2,350,712 | $3,097,512 | 1,640 | 1,477 | Metal | | 1,800 | Yes | 1 |
| CA059 | 59 | 7277 Clay Mesa Road | San Diego | CA | 92154 | $500,000 | $50,000 | $34,700 | $50,000 | 5,483,928 | $6,114,628 | 2,460 | 2,229 | Mobile | No | 6,000 | Yes | |
| IA060 | 60 | 3100 Vandalia Road | Des Moines | IA | 50317 | $450,000 | $50,000 | $19,800 | $50,000 | 1,193,543 | $1,751,443 | 913 | 1,114 | Metal | | | Yes | |
| MI061 | 61 | 21000 Hayden Drive | Woodhaven | MI | 48183 | $2,000,000 | $56,000 | $30,300 | $50,000 | 3,538,616 | $5,664,916 | 1,934 | 1,910 | Metal | No | | Yes | |
| TX062 | 62 | 8725 FM 35 N | New Braunfels | TX | 78130 | $1,500,000 | $50,000 | $26,800 | $50,000 | 2,545,498 | $3,178,298 | 1,084 | 2,348 | Metal | Yes | | Yes | |
| TN063 | 63 | 865 Stumpy Lane | Lebanon | TN | 37090 | $900,000 | $50,000 | $20,600 | $50,000 | 5,123,161 | $6,149,761 | 3,783 | 1,354 | Metal/Wood | | | Yes | |
| VA064 | 64 | 21421 Meridian Road E. | Graham | VA | 99338 | $500,000 | $50,000 | $35,600 | $50,000 | 2,056,923 | $2,699,523 | 1,547 | 1,300 | Metal | Yes | 42,400 | Yes | 3 |
| TX065 | 65 | 301 Mile 1 East | Mercedes | TX | 78570 | $500,000 | $50,000 | $24,700 | $50,000 | 1,379,179 | $1,996,779 | 664 | 2,077 | Metal | Yes | | Yes | |
| AL066 | 66 | 295 Don Tibbs Road | Huntsville | AL | 35806 | $500,000 | $50,000 | $45,000 | $50,000 | 2,346,231 | $2,997,231 | 1,085 | 1,245 | Metal | | | Yes | |
| KS067 | 67 | 4510 S. Madison | Wichita | KS | 67216 | $500,000 | $50,000 | $35,600 | $50,000 | 1,235,084 | $1,876,884 | 1,195 | 1,034 | Metal | | 6,000 | Yes | |
| CO068 | 68 | 6464 Downing Street | Denver | CO | 80229 | $1,000,000 | $50,000 | $17,700 | $50,000 | 2,503,134 | $3,826,834 | 1,701 | 1,472 | | | | Yes | |
| NJ069 | 69 | 781 Harris Avenue | Glassboro | NJ | 08028 | $500,000 | $50,000 | $34,100 | $50,000 | 1,557,109 | $2,089,109 | 979 | 1,591 | | | | Yes | |
| FL070 | 70 | 7676 W. Belvedere | West Palm Beach | FL | 33411 | $300,000 | $50,000 | $27,500 | $50,000 | 2,764,503 | $3,424,603 | 1,445 | 1,877 | | | | Yes | |
| WA071 | 71 | 3333 N. Railroad Avenue | Pasco | WA | 99301 | $500,000 | $50,000 | $32,100 | $50,000 | 671,828 | $1,261,328 | 581 | 1,198 | Metal | | | Yes | |
| ID072 | 72 | 3716 North Middleton Road | Nampa | ID | 83651 | $300,000 | $50,000 | $42,100 | $50,000 | 664,260 | $1,240,450 | 530 | 1,253 | | | | Yes | |
| TX073 | 73 | 2620 FM Road #3004 | Abilene | TX | 79601 | $500,000 | $56,000 | $25,700 | $50,000 | 500,085 | $1,106,185 | 332 | 1,506 | | | | Yes | |
| TX074 | 74 | 11130 Applewhite Rd. | San Antonio | TX | 78224 | $500,000 | $56,000 | $32,700 | $50,000 | 2,039,631 | $2,666,931 | 1,762 | 1,616 | | | | Yes | |
| NM075 | 75 | 7705 Broadway S.E. | Albuquerque | NM | 87105 | $3,700,000 | $56,000 | $47,500 | $50,000 | 3,424,604 | $4,278,104 | 2,121 | 1,515 | | | | Yes | |
| PA076 | 76 | 8 Park Drive | Greenville | PA | 17028 | $500,000 | $56,000 | $5,000 | $50,000 | 1,539,968 | $2,150,668 | 1,309 | 1,176 | | | | Yes | |
| CA078 | 78 | 2701 Waterfront Road | Martinez | CA | 94553 | $750,000 | $50,000 | | $50,000 | 5,877,272 | $7,765,272 | 3,575 | 1,924 | Metal | Yes | | Yes | 3 |
| CA078-A | 78 | 1055 N. Parkside Drive | Pittsburg | CA | 94565 | $750,000 ON | $50,000 | $50,000 | $50,000 | | | | | | | | | |

Confidential
CPT000024

COPART
Statement of Values
9/14/05

| Yard/Code | New | Physical Street Address | City | State | Zip | Building and Impr. | Gardens | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv.Ave-GP) | | Average Inventory | Average Good Products | Construction | Sprinkler (Yes/No) | Approx. Sq. Ft. | Alarm System Yes/No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA073 | 79 | 14500 Gentilly Highway | New Orleans | LA | 70129 | $750,000 | $56,000 | $50,000 | $50,000 | 2,413,575 | $3,319,575 | 1,739 | 1,388 | | | | | |
| MN080 | 80 | 1528 Bunker Lake Blvd | Ham Lake | MN | 55304 | $750,000 | $56,000 | $30,000 | $50,000 | 2,087,134 | $2,973,134 | 1,528 | 1,353 | Metal | | | | |
| IL081 | 81 | 485 E. Sauk Trail | Chicago Heights | IL | 60411 | $500,000 | $56,000 | $30,000 | $50,000 | 1,579,321 | $2,215,321 | 1,473 | 1,072 | Concrete | | | | |
| VA082 | 82 | 12260 US Highway 29 | Chatham | VA | 24531 | $500,000 | $32,000 | $30,000 | $50,000 | 1,121,767 | $1,733,767 | 859 | 1,307 | | | | | |
| KY083 | 83 | 1051 Industry Road | Lawrenceburg | KY | 40342 | $750,000 | $56,000 | $50,000 | $50,000 | 2,438,369 | $3,344,369 | 2,518 | 968 | | | | | |
| LA084 | 84 | 5235 Greenwood Road | Shreveport | LA | 71109 | $500,000 | $55,000 | $30,000 | $50,000 | 1,967,760 | $2,603,760 | 1,408 | 1,398 | | | | | |
| PA085 | 85 | 129 Free Sol Road | Mt. Morris | PA | 15349 | $500,000 | $56,000 | $50,000 | $50,000 | 709,544 | $1,321,544 | 706 | 1,005 | | | | | |
| FL086 | 86 | 2601 Center Road | Fort Pierce | FL | 34946 | $500,000 | $56,000 | $30,000 | $50,000 | 1,855,009 | $2,492,009 | 1,151 | 1,613 | | | | | |
| GA087 | 87 | 5510 Silk Hope Road | Savannah | GA | 31405 | $500,000 | $32,000 | $50,000 | $50,000 | 3,121,427 | $3,757,427 | 2,774 | 1,125 | Metal | | | | |
| GA088 | 88 | 399 Oak Ridge Road | Tifton | GA | 31794 | $500,000 | $56,000 | $30,000 | $50,000 | 2,492,089 | $3,057,089 | 1,829 | 1,145 | Metal | | | | |
| WV089 | 89 | 2481 Route 60 | Hurricane | WV | 25526 | $500,000 | $32,000 | $30,000 | $50,000 | 892,377 | $1,504,377 | 847 | 1,054 | | | | | |
| ME090 | 90 | 136 Kennebunk Pond Road | Lyman | ME | 04002 | $200,000 | $32,000 | $30,000 | $50,000 | 494,473 | $806,473 | 473 | 1,046 | | | | | |
| NJ091 | 91 | 2174 West Camplain Road | Hillsborough | NJ | 08844 | $200,000 | $56,000 | $50,000 | $50,000 | 2,717,319 | $3,393,319 | 1,297 | 2,111 | | | | | |
| MO052 | 92 | 2869 E. US Highway 60 | Rogersville | MO | 65742 | $500,000 | $56,000 | $30,000 | $50,000 | 1,113,500 | $1,749,500 | 751 | 1,488 | | | | | |
| AZ093 | 93 | 5600 E. Arcadia Avenue | Tucson | AZ | 85706 | $500,000 | $32,000 | $30,000 | $50,000 | 1,543,519 | $2,175,519 | 974 | 1,585 | | | | | |
| NY094 | 94 | 1916 Central Avenue | Albany | NY | 12205 | $500,000 | $32,000 | $30,000 | $50,000 | 890,257 | $1,502,257 | 610 | 1,459 | | | | | |
| TX095 | 95 | 3999 S. Loop 335 E. | Amarillo | TX | 79118 | $500,000 | $32,000 | $30,000 | $50,000 | 885,037 | $1,517,037 | 523 | 1,692 | | | | | |
| TX096 | 96 | 3200 Agnes Street | Corpus Christi | TX | 78405 | $500,000 | $32,000 | $50,000 | $50,000 | 497,600 | $1,129,600 | 262 | 1,898 | | | | | |
| CA097 | 97 | 12167 Arrow Route | Rancho Cucamonga | CA | 91739 | $2,000,000 | $56,000 | $50,000 | $50,000 | 6,075,708 | $8,231,708 | 2,891 | 2,102 | | | | | |
| TX098 | 98 | 950 Blue Mound Road West | Haslet | TX | 76052 | $500,000 | $56,000 | $50,000 | $50,000 | 2,781,604 | $3,437,604 | 1,080 | 2,576 | | | | | |
| NV100 | 100 | 9915 N. Virginia Street | Reno | NV | 89506 | $500,000 | $56,000 | $50,000 | $50,000 | 2,751,292 | $3,407,292 | 1,603 | 1,716 | | | | | |
| VA101 | 101 | 5701 A. Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 1,353,960 | $2,009,960 | 1,133 | 1,195 | | | | | |
| MD102 | 102 | 2239 Westmaster Pike | Baltimore | MD | 21048 | $500,000 | 30 | | | | $500,000 | Not Open | N/A | | | | | |
| MI103 | 103 | 20.0 ACRES leased | Lansing | MI | 48917 | $275,000 | 30 | | | 1,226,315 | $1,613,315 | 964 | 1,272 | Block | | | | |
| OR104 | 104 | 29815 Enid Road NE | Eugene | OR | 97402 | $750,000 | $56,000 | $50,000 | $50,000 | 1,297,500 | $2,203,500 | 865 | 1,500 | | | 9 Acres | | |
| FL105 | 105 | 11858 NW 36th Avenue | Miami | FL | 33167 | $100,000 | $32,000 | $50,000 | $50,000 | 718,452 | $950,452 | 525 | 1,407 | | | | | |
| MT106 | 106 | 3333 Bozeman Avenue | Helena | MT | 59602 | $500,000 | $56,000 | $30,000 | $50,000 | 3,068,151 | $3,704,151 | 2,441 | 1,285 | | | | | |
| GA107 | 107 | 6093 Hwy. 20 | Loganville | GA | 30052 | $500,000 | $56,000 | $50,000 | $50,000 | 792,797 | $1,448,797 | 790 | 1,004 | | | | | |
| FL108 | 108 | 7100 NW 44th Avenue | Ocala | FL | 34482 | $100,000 | 30 | | | 235,000 | $235,000 | Not Open | N/A | | | | | |
| TN109 | 109 | 565 Oakland Road | Sweetwater | TN | 37874 | $250,000 | $32,000 | $50,000 | $50,000 | 748,000 | $1,110,000 | 680 | 1,100 | | | | | |
| HI110 | 110 | 91-542 Awakumoku Street | Kopalei | HI | 96707 | $150,000 | $32,000 | $30,000 | $50,000 | 498,896 | $760,896 | 650 | 766 | Wood | No | | | |
| OH111 | 111 | 2366 East Twinsburg Rd. | Northfield | OH | 44067 | $125,000 | $32,000 | $30,000 | $50,000 | 388,997 | $625,997 | 567 | 686 | Wood | No | | | |
| OH112 | 112 | 22835 Royalton Road | Strongsville | OH | 44149 | $150,000 | $32,000 | $110,000 | $50,000 | 264,129 | $546,129 | 256 | 1,110 | | | | | |
| AK113 | 113 | 401 W. Chipperfield Drive | Anchorage | AK | 99501 | $400,000 | $32,000 | $30,000 | $50,000 | 884,120 | $1,396,120 | 961 | 920 | | | | | |
| TN114 | 114 | 6355 Hwy 411 S | Madisonville | TN | 37354 | $500,000 | $32,000 | $30,000 | $50,000 | 2,311,433 | $2,923,433 | 1,795 | 1,288 | | | | | |
| KY115 | 115 | 5801 Kasp Court | Lexington | KY | 40509 | $500,000 | $32,000 | $30,000 | $50,000 | 301,200 | $697,200 | 251 | 1,200 | | | | | |
| WA116 | 116 | 11019 West McFarlane Rd | Airway Heights | WA | 99001 | $150,000 | $56,000 | $50,000 | $50,000 | | | | | | | | | |

Confidential
CPT000025

COPART
Statement of Values
9/14/05

| Yard Code | Item | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Contents Environmental | Business Interruption / Extra Expense | Inventory Exposure (Inclusive GBP) | Average Inventory | Average Gross Receivables | Construction | Sprinklers Yes/No | Approx. Sq. Ft. | Alarm System Yes/No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA079 | 79 | 14000 Gentilly Highway | New Orleans | LA | 70129 | $750,000 | $50,000 | | | 2,463,575 | $3,319,575 | 1,739 | 1,368 | Metal | | | | |
| MN080 | 80 | 1528 Bunker Lake Blvd | Ham Lake | MN | 55304 | $250,000 | $50,000 | | | 2,063,534 | $2,879,534 | 1,428 | 1,353 | Concrete | | | | |
| IL081 | 81 | 89 E. Sauk Trail | Chicago Heights | IL | 60411 | $500,000 | $32,000 | | | 1,570,321 | $2,215,321 | 1,472 | 1,072 | | | | | |
| VA082 | 82 | 12360 US Highway 29 | Chatham | VA | 24531 | $750,000 | $50,000 | | | 1,121,767 | $1,737,767 | 856 | | | | | | |
| KY083 | 83 | 1051 Industry Road | Lawrenceburg | KY | 40342 | $750,000 | $56,000 | | | 2,438,369 | $3,344,369 | 2,518 | 966 | | | | | |
| LA084 | 84 | 5235 Greenwood Road | Shreveport | LA | 71109 | $500,000 | $50,000 | | | 1,907,760 | $2,603,760 | 1,408 | 1,398 | | | | | |
| PA085 | 85 | 129 Fire Sod Road | Mt. Morris | PA | 15349 | $500,000 | $32,000 | | | 709,544 | $1,313,544 | 706 | 1,005 | | | | | |
| FL086 | 86 | 2601 Center Road | Fort Pierce | FL | 34946 | $500,000 | $56,000 | | | 1,858,009 | $2,492,009 | 1,151 | 1,613 | | | | | |
| GA087 | 87 | 5510 Silk Hope Road | Savannah | GA | 31405 | $500,000 | $32,000 | | | 3,121,427 | $3,757,427 | 2,774 | 1,125 | Metal | | | | |
| GA088 | 88 | 399 Oak Ridge Road | Tifton | GA | 31794 | $500,000 | $56,000 | | | 1,851,302 | $2,021,302 | 1,629 | 1,145 | Metal | | | | |
| WV089 | 89 | 2481 Route 60 | Hurricane | WV | 25526 | $20,000 | $32,000 | | | 892,377 | $1,504,377 | 847 | 1,041 | Metal | | | | |
| ME090 | 90 | 136 Kennebunk Pond Road | Lyman | ME | 04002 | $3,200,000 | $32,000 | | | 494,773 | $806,773 | 473 | 1,046 | | | | | |
| NJ091 | 91 | 2124 West Camplain Road | Hillsborough | NJ | 08844 | $1,500,000 | $56,000 | | | 2,737,319 | $3,393,319 | 1,297 | 2,111 | | | | | |
| MO092 | 92 | 2889 E. US Highway 60 | Rogersville | MO | 65742 | $1,500,000 | $32,000 | | | 1,115,830 | $1,747,830 | 751 | 1,488 | | | | | |
| AZ093 | 93 | 5600 S. Arcadia Avenue | Tucson | AZ | 85706 | $1,500,000 | $32,000 | | | 1,543,519 | $2,175,519 | 974 | 1,585 | | | | | |
| NY094 | 94 | 1916 Central Avenue | Albany | NY | 12205 | $500,000 | $32,000 | | | 890,257 | $1,522,257 | 610 | 1,459 | | | | | |
| TX095 | 95 | 3999 S. Loop 335 E. | Amarillo | TX | 79118 | $500,000 | $32,000 | | | 885,037 | $1,517,037 | 523 | 1,592 | | | | | |
| TX096 | 96 | 3200 Agnes Street | Corpus Christi | TX | 78405 | $500,000 | $32,000 | | | 497,900 | $1,129,900 | 262 | 1,899 | | | | | |
| CA097 | 97 | 12187 Arrow Route | Rancho Cucamonga | CA | 91739 | $2,000,000 | $56,000 | | | 6,075,708 | $8,231,708 | 2,891 | 2,102 | | | | | |
| TX098 | 98 | 950 Blue Mound Road West | Haslet | TX | 76052 | $550,000 | $56,000 | | | 2,783,604 | $3,437,604 | 1,082 | 2,576 | | | | | |
| NV100 | 100 | 9915 N. Virginia Street | Reno | NV | 89506 | $500,000 | $56,000 | | | 2,751,282 | $3,407,282 | 1,603 | 1,716 | | | | | |
| VA101 | 101 | 5201 A Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | | | 1,353,960 | $2,009,960 | 1,133 | 1,185 | | | | | |
| MD102 | 102 | 2239 Westminster Pike | Baltimore | MD | 21048 | $500,000 | $30 | | | | $500,000 | Not Open | N/A | | | | | |
| MI103 | 103 | 2010 ACRES Seated | Lansing | MI | 48917 | $500,000 | $30 | | | | $500,000 | Not Open | N/A | | | | | |
| OR104 | 104 | 29815 End Road NE | Eugene | OR | 97402 | $3,275,000 | $32,000 | | $30,000 | 1,226,315 | $1,613,315 | 964 | 1,272 | Block | | | | |
| FL105 | 105 | 11858 NW 36th Avenue | Miami | FL | 33167 | $3,750,000 | $56,000 | | $50,000 | 1,297,500 | $2,203,500 | 865 | 1,500 | | 9 Acre | | | |
| MT106 | 106 | 3333 Bozeman Avenue | Helena | MT | 59602 | $3,100,000 | $32,000 | | $30,000 | 738,452 | $950,452 | 525 | 1,407 | | | | | |
| GA107 | 107 | 6089 Hwy. 20 | Loganville | GA | 30052 | $500,000 | $56,000 | | $50,000 | 3,088,751 | $3,744,751 | 2,441 | 1,265 | | | | | |
| FL108 | 108 | 7100 NW 44th Avenue | Ocala | FL | 34482 | $500,000 | $56,000 | | $50,000 | 792,797 | $1,444,797 | 790 | 1,064 | | | | | |
| TN109 | 109 | 555 Oakland Road | Sweetwater | TN | 37874 | $25,000 | 30 | | | | $25,000 | N/A | N/A | | | | | |
| HI110 | 110 | 91-542 Awakumoku Street | Kopolei | HI | 96707 | $250,000 | $32,000 | | $30,000 | 748,000 | $1,110,000 | 660 | 1,100 | | | | | |
| OH111 | 111 | 206 East Twinsburg Rd | Northfield | OH | 44067 | $150,000 | $32,000 | | $30,000 | 498,096 | $1,710,096 | 660 | 756 | Wood | No | | | |
| OH112 | 112 | 22835 Royalton Road | Strongsville | OH | 44149 | $125,000 | $32,000 | | $10,000 | 388,927 | $585,927 | 567 | 686 | Wood | No | | | |
| AK113 | 113 | 401 W Chippenfield Drive | Anchorage | AK | 99501 | $3,150,000 | $32,000 | | $30,000 | 284,129 | $3,546,129 | 259 | 1,110 | | | | | |
| TN114 | 114 | 6353 Hwy 41 S | Madisonville | TN | 37354 | $400,000 | $32,000 | | $30,000 | 864,120 | $1,396,120 | 961 | 970 | | | | | |
| KY115 | 115 | 501 Kasp Court | Lexington | KY | 40509 | $500,000 | $32,000 | | $50,000 | 2,311,433 | $2,923,433 | 1,795 | 1,283 | | | | | |
| WA116 | 116 | 11019 West McFarlane Rd | Airway Heights | WA | 99001 | $150,000 | $56,000 | | $50,000 | 301,200 | $607,200 | 251 | 1,200 | | | | | |

Confidential
CPT000025

COPART
Statement of Values
9/14/05

| Yard Code | Row | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption/Extra Expense | Inventory Exposure (Ave Veh Qty) | Average Inventory | Average Cars Produced | Construction | Sprinklers Yes / No | Approx Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FL117 | 117 | 1825 Commerce Blvd | Midway | FL | 32343 | $150,000 | $32,000 | $30,000 | $50,000 | 429,000 | $861,000 | 266 | 1,500 | | | | |
| NE123 | 123 | 13600 - 236th Street | Greenwood | NE | 68366 | $250,000 | $30,000 | $50,000 | $50,000 | 926,000 | $1,298,000 | 780 | 1,500 | | | | |
| MO125 | 125 | 9455 Richland Rd | Columbia | MO | 65201 | $500,000 | $32,000 | $30,000 | $50,000 | 1,144,500 | $1,756,500 | 763 | 1,500 | | | | |
| NE126 | 126 | 1025 E Airport Road | Grand Island | NE | 68801 | $250,000 | $32,000 | $30,000 | $50,000 | 384,000 | $746,000 | 320 | 1,200 | | | | |
| CANADA | 201 | 175 Osbourne Road | Courtice, Ontario | Canada | L1E | $500,000 | $56,000 | $50,000 | $50,000 | 713,338 | $1,369,338 | 554 | 1,268 | | | | |
| YB2 | 601 | 3422 Needham Road | Las Vegas | NV | | $1,000,000 | $25,000 | $5,000,000 | $100,000 | | $6,125,000 | | | | | | |
| MI301 | 301 | 19865 Telegraph YARDS | | | | | | | | | | | | | | | |
| VA302 | 302 | 3856 S. Military Hwy | Romulus | MI | 48174 | $525,000 | $27,800 | $34,700 | $32,596 | 1,396,081 | $2,016,177 | 563 | 2,395 | | | | |
| VA302 | 302 | 30.0 ACRES | Chesapeake | VA | 23323 | $1,350,000 | $10,000 | $127,000 | $35,363 | 1,443,700 | $2,966,063 | 629 | 2,295 | | 7,000 | Yes | |
| DE303 | 303 | 2323 N. DuPont Parkway | New Castle | DE | 19720 | $500,000 | $56,000 | $50,000 | $50,000 | 637,165 | $1,293,165 | 194 | 3,264 | | | | |
| PA304 | 304 | 12876 Molly Pitcher Hwy | Greencastle | PA | 17225 | $500,000 | $56,000 | $50,000 | $50,000 | 1,128,611 | $1,784,611 | 608 | 1,856 | | | | |
| PA305 | 305 | 528 Thompson Run Road | West Mifflin | PA | 15122 | $500,000 | $56,000 | $50,000 | $50,000 | 450,264 | $1,106,264 | 271 | 1,661 | | | | |
| VA306 | 306 | 5701 Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 1,766,257 | $2,422,257 | 565 | 3,126 | | | | |
| | 750 | | Off-Site | | | | | | | 108,644 | $108,644 | 104 | 1,045 | | | | |
| | 990 | | Network | | | | | | | 1,420,408 | $1,420,408 | 965 | 1,472 | | | | |
| Totals: | | | | | | $84,395,800 | $6,504,800 | $20,252,620 | 16,117,959 | 306,510,132 | $423,781,311 | $187,977 | $190,669 | | | | |

Above TIV: $423,781,311

Grand Total TIV (Including Contractors Equipment): $433,398,981

Contractors Equipment Schedule - Total Values: $9,617,000

Confidential
CPT000026