Jess B. Millikan, SBN 095540
Samuel H. Ruby, SBN 191091
Judith A. Whitehouse, SBN 198176
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com
judith.whitehouse@bullivant.com

Attorneys for Defendant
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| COPART INC., | Case No.: C 07 2684 CW (EDL) |
|---|---|
| Plaintiff, | **DECLARATION OF SAMUEL H. RUBY (VOLUME I—DOCUMENTS)** |
| vs. | IN SUPPORT OF USFIC'S: |
| CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, | (1) **MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT; AND** |
| Defendants. | (2) **OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON USFIC'S COUNTERCLAIM** |
| | Date:   August 21, 2008<br>Time:   2:00 p.m. |
| | Action File:   March 20, 2007<br>Trial Date:   November 10, 2008 |
| AND RELATED COUNTERCLAIM | |

---

[1] Dismissed by Order Upon Stipulation (6/15/07)

-1-
RUBY DECL. (VOL. I) IN SUPPORT OF USFIC'S MSJ – Case No.: C 07 2684 CW (EDL)

I, Samuel H. Ruby, declare under penalty of perjury under the laws of the State of California and of the United States that the following matters are true and correct, of my own personal knowledge, and that if called as a witness I would testify:

1.  I am an attorney with Bullivant Houser Bailey PC, attorneys of record for United States Fire Insurance Company in this action. I have been the attorney principally responsible for the handling of this matter.

2.  As set forth in the Declaration of Eric K. Larson, I personally reached a stipulation with him, at the first deposition in this case, that documents prepared by Copart, Marsh, or US Fire and produced from their files would be deemed authentic, absent testimony to the contrary by a witness or a timely comment by counsel.

3.  Attached hereto are true and correct copies of documents (or pertinent excerpts thereof) prepared by Copart, Marsh or US Fire and produced from their files. Most of the documents were marked as exhibits at one or more depositions in this matter. No witness testified in a manner that would call into question the authenticity of any of the documents, and counsel for Copart expressed no reservations about the authenticity of any of the documents.

Executed this 23rd day of July, 2008 in San Francisco, California.

By  _____/s/ Samuel H. Ruby_____