# EXHIBIT 1

Case 4:07-cv-02684-CW   Document 77-2   Filed 07/24/2008   Page 2 of 2

```
126410                                                        Copart Inc.                                                                     245
ASSET                                                  Fixed Assets Master List                                                            01/17/08
PERIOD2005                                                    By Location                                                                  11:26:10
                                                           As of July 31, 2005

Item                                             Date        Date      Life  Dep.
Number    Description              Yard       Acquired     Disposed   Months Method   Original Cost    Accum Amort.      Net Book Value
-------   -----------              ----       --------     --------   ------ ------   -------------    ------------      --------------

00105 105 Miami Central
  2010 Land
00099012  HIALEAH PROPERTY          105       06/30/02                          00       478,775.46                         478,775.46
00116484  HIALEAH 20.288 ACRES (CSX) 105      10/22/03                          00     1,978,415.22                       1,978,415.22
                                                                                       -------------                      -------------
  2010 Land                                                                            2,457,190.68                       2,457,190.68

  2020 Computer Equipment
00135802  ZEBRA S600 BARCODE PRINTER 105      07/31/05                   60     01         1,445.96          24.10-            1,421.86
00135811  FUJITSU SCANPARTNER 620C   105      07/31/05                   60     01         1,594.47          26.57-            1,567.90
                                                                                       -------------    ------------      -------------
  2020 Computer Equipment                                                120                3,040.43          50.67-            2,989.76

  2040 Buildings
00099021  BUILDING                   105      06/30/02    07/31/06      464     01       400,000.00      18,965.54-          381,034.46
                                                                                       -------------    ------------      -------------
  2040 Buildings                                                        464              400,000.00      18,965.54-          381,034.46

  2050 Fixtures & Equipment
00133911  WIRING BID VOICE/DATA      105      06/30/05                   60     01         9,373.38         312.44-            9,060.94
00134017  NEC DS-2000 PHONE SYSTEM   105      07/27/05                   60     01         4,312.00          71.87-            4,240.13
                                                                                       -------------    ------------      -------------
  2050 Fixtures & Equipment                                             120               13,685.38         384.31-           13,301.07

  2055 Fixtures & Equipment Maint
00135829  PITNEY BONES POSTAGE MACHINE 105    07/31/05                   60     01         3,306.72          55.11-            3,251.61
                                                                                       -------------    ------------      -------------
  2055 Fixtures & Equipment Maint                                        60                3,306.72          55.11-            3,251.61

                                                                        ----           -------------    ------------      -------------
00105 105 Miami Central                                                 764            2,877,223.21      19,455.63-        2,857,767.58
```



Confidential CPT002385