# EXHIBIT 3

Prepared by and return to:
DOUGLAS C. ROLAND
Attorney at Law
BRICKLEMYER, SMOLKER & BOLVES, P.A.
500 E. Kennedy Boulevard, Suite 200
Tampa, FL 33602
File Number: 102477
Parcel Identification No. 2133-008-0600

DFT. REC. EX.
20440PG0702

02R345146 2002 JUN 05 08:30

DOCSTPDEE 5,100.00 SURTX 3,825.00
HARVEY RUVIN, CLERK DADE COUNTY, FL

[Space Above This Line For Recording Data]

# Special Warranty Deed

This Special Warranty Deed made this 31st day of May, 2002 between FASTCO of Florida, Inc., a Florida corporation whose post office address is 12250 N.W. 28th Avenue, Miami, FL 33167 of the County of Miami-Dade, State of Florida, grantor*, and CPRT Land Holdings, Inc., a Florida corporation whose post office address is 5500 East 2nd Street, Benicia, CA 94510 of the County of Solano, State of California, grantee*,

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Miami-Dade County, Florida, to-wit:

Lot 89, Third Addition to Seaboard Industrial Park Section 1-A, according to the map or plat thereof as recorded in Plat book 96, Page 6 of the Public Records of Dade County, Florida.

THIS CONVEYANCE is subject to (a) taxes and assessments for the year 2002 and subsequent years not yet due and payable; (b) all laws, ordinances, regulations, restrictions, prohibitions and other requirements imposed by governmental authority, including, but not limited to, all applicable building, zoning, land use and environmental ordinances and regulations; and (c) easements, conditions, restrictions, matters, limitations and reservations of record, if any, but this reference shall not operate to reimpose same.

and said grantor does hereby specially warrant the title to said land, and will defend the same against lawful claims of anyone claiming by, through or under said Grantor, but no others.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Eric Mertincere
Witness Name: Barbara Albury

FASTCO of Florida, Inc.

By: _____
Penni M. Parker
Vice President

(Corporate Seal)

State of Florida
County of Dade

The foregoing instrument was acknowledged before me this 30th day of May, 2002 by Penni M. Parker, Vice President of FASTCO of Florida, Inc., on behalf of the corporation. She [ ] is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public: Aurelia Rabre-Garcia
Printed Name: Aurelia Rabre-Garcia
My Commission Expires: 5/6/05

OFFICIAL NOTARY SEAL
AURELIA RABRE-GARCIA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. DD025125
MY COMMISSION EXP. MAY 6,2005

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

DoubleTimeo

CPT000969
CONFIDENTIAL

EXHIBIT 53
Carson