# EXHIBIT 5

Copart Facilities Address and Phone List

Page 1 of 4





EXHIBIT 40 5-14-08

### Yard List

| Yard | City | Address | State | Zip | Phone | Fax |
|---|---|---|---|---|---|---|
| 1 | VALLEJO | 282 FIFTH STREET | CA | 94590 | 707-644-4468 | 707-644-1729 |
| 2 | SACRAMENTO | 8780 FRUITRIDGE ROAD | CA | 95826 | 916-381-3999 | 916-381-4159 |
| 3 | HAYWARD | 1964 SABRE STREET | CA | 94545 | 510-783-6511 | 510-783-3883 |
| 4 | FRESNO | 1255 EAST CENTRAL | CA | 93725 | 559-266-6400 | 559-266-5202 |
| 5 | BAKERSFIELD | 2216 COY AVENUE | CA | 93307 | 661-834-2556 | 661-834-1563 |
| 6 | SAN MARTIN | 13895 LLAGAS AVE | CA | 95046 | 408-683-9393 | 408-683-9411 |
| 7 | COLTON | 1203 S. RANCHO AVE | CA | 92324 | 909-825-7600 | 909-825-6528 |
| 9 | PORTLAND | 6900 N.E. CORNFOOT DRIVE | OR | 97218 | 503-281-0848 | 503-281-2019 |
| 10 | LOS ANGELES | 8423 SOUTH ALAMEDA | CA | 90001 | 323-583-1713 | 323-583-8642 |
| 11 | HOUSTON | 1655 RANKIN ROAD | TX | 77073 | 281-214-7800 | 281-443-0753 |
| 12 | GRAND PRAIRIE | 505 IDLEWILD ROAD | TX | 75051 | 972-263-2711 | 972-263-9137 |
| 13 | LUFKIN ✓ | P.O. BOX 150438 3700 old Union | TX | 75915 | 936-639-3558 | 936-634-9771 |
| 14 | LONGVIEW | PO BOX 1695 3046 Hwy 322 S | TX | 75606 | 903-643-9705 | 903-643-9958 |
| 15 | AUSTELL | P.O. BOX 630 2568 old Alabama | GA | 30168 | 770-941-9775 | 770-944-7289 |
| 16 | SACRAMENTO | 8687 WEYAND AVE | CA | 95828 | 916-381-5050 | 916-381-0524 |
| 17 | KANSAS CITY | 6211 KANSAS AVE. | KS | 66111 | 913-287-6200 | 913-287-4665 |
| 18 | OKLAHOMA CITY | 2829 SE 15TH ST | OK | 73129 | 405-672-5674 | 405-672-9523 |
| 19 | TULSA | 2408 W 21ST STREET | OK | 74107 | 918-582-3828 | 918-582-3109 |
| 20 | BRIDGETON | 13033 TAUSSIG AVE | MO | 63044 | 314-291-8400 | 314-291-6287 |
| 21 | CONWAY | 703 HIGHWAY 64 EAST | AR | 72032 | 501-796-2812 | 501-796-3131 |
| 22 | WEST MEMPHIS | P.O. BOX 671 280 E. James Mill Rd. | AR | 72303 | 870-739-2323 | 870-739-1661 |
| 23 | NEW BRITAIN | 138 CHRISTIAN LANE | CT | 06051 | 860-666-1183 | 860-667-2630 |
| 24 | MARLBORO | P.O.BOX 615 Rt. 9w North | NY | 12542 | 845-236-3371 | 845-236-7544 |
| 25 | CENTRAL SQUARE | P.O. BOX 638 46 Zuk Pierce | NY | 13036 | 315-676-7153 | 315-676-5147 |
| 26 | PENNSBURG | 2704 GERYVILLE PIKE | PA | 18073 | 215-679-3164 | 215-679-4322 |
| 27 | BELLINGHAM | P. O. BOX 157 189 Mendon | MA | 02019 | 508-966-1616 | 508-966-3342 |
| 28 | ELLWOOD CITY | ROUTE 351 2000 RIVER ROAD P.O.BOX 270 | PA | 16117 | 724-758-0480 | 724-758-1637 |
| 29 | COLUMBUS | 1680 WILLIAMS ROAD | OH | 43207 | 614-497-1590 | 614-497-3698 |
| 30 | BROOKHAVEN | 1983 MONTAUK HIGHWAY | NY | 11719 | 631-776-0994 | 631-776-1724 |
| 31 | GLASSBORO | 200 GROVE ST. | NJ | 08028 | 856-881-6700 | 856-863-1683 |
| 32 | WALDORF | 11055 BILLINGSLEY ROAD | MD | 20602 | 301-870-7844 | 301-870-7490 |
| 33 | OPA LOCKA | 12850 NW 27TH AVE. | FL | 33056 | 305-688-6400 | 305-688-4932 |
| 34 | RIVERVIEW | 12020 US HIGHWAY 301 SOUTH | FL | 33569 | 813-671-5550 | 813-671-5452 |
| 35 | LEROY | 4 WEST AVE | NY | 14482 | 585-768-8160 | 585-768-9391 |
| 36 | ELGIN | 1475 BLUFF CITY BLVD | IL | 60120 | 630-497-8343 | 630-497-8391 |
| 38 | MADISON | 5448 LIEN ROAD | WI | 53718 | 608-249-3577 | 608-249-4248 |
| 39 | MILWAUKEE | P O BOX 37130 4825 S. Whitnal | WI | 53237 | 414-769-7665 | 414-769-0885 |
| 40 | FLORENCE | P.O. BOX 1546 205 S. Rankin | MS | 39073 | 601-939-7941 | 601-939-6438 |
| 41 | CHINA GROVE | 1081 RECOVERY ROAD | NC | 28023 | 704-857-5177 | 704-857-5186 |
| 42 | JACKSONVILLE | 450 HAMMOND BLVD | FL | 32220 | 904-781-3141 | 904-781-3654 |
| 43 | VAN NUYS | 7519 WOODMAN AVE. | CA | 91405 | 818-782-5315 | 818-782-5318 |
| 44 | INDIANAPOLIS | 4040 OFFICE PLAZA BLVD | IN | 46254 | 317-216-2186 | 317-216-2185 |

Copart Facilities Address and Phone List                                                                    Page 2 of 4

| #  | City | Address | State | ZIP | Phone | Fax |
|----|------|---------|-------|-----|-------|-----|
| 45 | EL PASO | 501 VALLEY CHILI ROAD | TX | 79821 | 915-886-5556 | 915-886-6113 |
| 46 | HAMMOND | 6100 WOODMAR AVE. | IN | 46320 | 219-844-4060 | 219-844-4491 |
| 47 | PHOENIX | 615 SO. 51ST AVENUE | AZ | 85043 | 602-484-7075 | 602-484-7074 |
| 48 | ARLINGTON | 16701 51ST AVE NE | WA | 98223 | 360-651-6299 | 360-651-8403 |
| 49 | NORTH SALT LAKE | 170 W. CENTER STREET | UT | 84054 | 801-294-3000 | 801-294-3584 |
| 50 | GREENWELL SPRINGS | P.O. BOX 500  21595 Greenwell Springs | LA | 70739 | 225-261-0102 | 225-261-0721 |
| 51 | PEKIN | 14417 VFW ROAD | IL | 61554 | 309-347-4196 | 309-347-6202 |
| 52 | AVON | P.O. BOX 169  200 County Rd. | MN | 56310 | 320-356-2299 | 320-356-7456 |
| 53 | NORTH BILLERICA | PO BOX 32  66 R High St. | MA | 01862 | 978-667-6787 | 978-667-0073 |
| 54 | DUNN | P.O. BOX 909  310 Copart Rd. | NC | 28335 | 910-891-1252 | 910-891-1858 |
| 55 | ORLANDO | 307 E. LANDSTREET ROAD | FL | 32824 | 407-888-2424 | 407-888-2223 |
| 56 | GASTON | P.O. BOX 849  4324 Hwy 321 | SC | 29053 | 803-794-3252 | 803-794-3718 |
| 57 | LAS VEGAS | 4810 N. LAMB BLVD | NV | 89115 | 702-638-9300 | 702-638-9494 |
| 58 | EIGHT MILE | 4763 LOTT ROAD | AL | 36613 | 251-649-5011 | 251-649-5012 |
| 59 | SAN DIEGO | 7277 OTAY MESA RD | CA | 92154 | 619-671-0900 | 619-671-0965 |
| 60 | DES MOINES | 3300 VANDALIA ROAD | IA | 50317 | 515-262-1900 | 515-262-1990 |
| 61 | WOODHAVEN | 21000 HAYDEN DRIVE | MI | 48183 | 734-365-0070 | 734-365-0080 |
| 62 | NEW BRAUNFELS | PO BOX 311029  8725 IH-35 | TX | 78131 | 830-625-2030 | 830-625-2451 |
| 63 | LEBANON | PO BOX 920  565 Stumpy | TN | 37088 | 615-449-6195 | 615-449-6936 |
| 64 | GRAHAM | PMB 315 19921 MERIDIAN E  2144 Meridian | WA | 98338 | 253-847-8300 | 253-847-7787 |
| 65 | MERCEDES | PO BOX 1379  301 Mile 1 E. | TX | 78570 | 956-514-4840 | 956-565-5078 |
| 66 | HUNTSVILLE | PO BOX 5187  245 Don Tibbs | AL | 35814 | 256-852-1214 | 256-851-8544 |
| 67 | WICHITA | 4510 S MADISON | KS | 67216 | 316-554-0123 | 316-554-1012 |
| 68 | DENVER | 6464 DOWNING ST | CO | 80229 | 303-287-5500 | 303-287-5400 |
| 69 | GLASSBORO | 781 HARRIS AVENUE | NJ | 08028 | 856-307-2263 | 856-307-9819 |
| 70 | WEST PALM BEACH | 7876 W. BELVEDERE ROAD | FL | 33411 | 561-798-5158 | 561-798-3750 |
| 71 | PASCO | 3333 N. RAILROAD AVENUE | WA | 99301 | 509-547-1701 | 509-545-9268 |
| 72 | NAMPA | P.O. BOX 9040  3714 N. Middleton | ID | 83652 | 208-442-1000 | 208-442-1001 |
| 73 | ABILENE | 2630 FM ROAD #3034 | TX | 79601 | 325-676-2996 | 325-676-4683 |
| 74 | SAN ANTONIO | P.O. BOX 240550  11130 Applewhite | TX | 78224 | 210-628-1690 | 210-628-1077 |
| 75 | ALBUQUERQUE | 7705 BROADWAY SE | NM | 87105 | 505-877-2424 | 505-873-1152 |
| 76 | GRANTVILLE | 8 PARK DRIVE | PA | 17028 | 717-861-7400 | 717-861-5700 |
| 78 | MARTINEZ | 2701 WATERFRONT ROAD | CA | 94553 | 925-370-3900 | 925-370-3925 |
| 79 | NEW ORLEANS | 14600 GENTILLY HIGHWAY | LA | 70129 | 504-254-3944 | 504-254-9875 |
| 80 | HAM LAKE | 1526 BUNKER LAKE BLVD | MN | 55304 | 763-772-0700 | 763-772-0800 |
| 81 | CHICAGO HEIGHTS | 89 E. SAUK TRAIL | IL | 60411 | 708-755-0506 | 708-755-0116 |
| 82 | CHATHAM | 12360 US. HWY 29 | VA | 24531 | 434-432-3000 | 434-432-3201 |
| 83 | LAWRENCEBURG | 1051 INDUSTRY ROAD | KY | 40342 | 502-859-0051 | 502-859-0033 |
| 84 | SHREVEPORT | 5235 GREENWOOD RD | LA | 71109 | 318-631-5539 | 318-631-4103 |
| 85 | MOUNT MORRIS | P.O. BOX 567 129 FREE SOIL ROAD | PA | 15349 | 724-324-5600 | 724-324-9117 |
| 86 | FORT PIERCE | 2601 CENTER ROAD | FL | 34946 | 772-461-6110 | 772-461-6499 |
| 87 | SAVANNAH | 5510 SILK HOPE ROAD | GA | 31405 | 912-233-1936 | 912-234-2549 |
| 88 | TIFTON | 399 OAK RIDGE ROAD | GA | 31794 | 229-386-4900 | 229-386-5013 |
| 89 | HURRICANE | 2481 RT. 60 | WV | 25526 | 304-562-2088 | 304-562-2231 |
| 90 | LYMAN | 136 KENNEBUNK POND ROAD | ME | 04002 | 207-499-7255 | 207-499-7081 |
| 91 | HILLSBOROUGH | 2124 WEST CAMPLAIN ROAD | NJ | 08844 | 908-541-2200 | 908-541-2270 |
| 92 | ROGERSVILLE | 2889 E. US HIGHWAY 60 | MO | 65742 | 417-225-7000 | 417-225-7001 |
| 93 | TUCSON | 5600 S. ARCADIA AVE | AZ | 85706 | 520-663-1900 | 520-663-1955 |
| 94 | ALBANY | 1916 CENTRAL AVE | NY | 12205 | 518-452-9313 | 518-452-6303 |
| 95 | AMARILLO | 3999 S LOOP 335 E | TX | 79118 | 806-335-3701 | 806-335-2899 |

Copart Facilities Address and Phone List

Page 3 of 4

| # | Location | Address | State | Zip | Phone | Fax |
|---|---|---|---|---|---|---|
| 96 | CORPUS CHRISTI | P.O. BOX 4992  3200 Agnes | TX | 78469 | 361-884-9260 | 361-884-9247 |
| 97 | RANCHO CUCAMONGA | 12167 ARROW ROUTE | CA | 91739 | 909-581-3595 | 909-581-3564 |
| 98 | HASLET | P.O. BOX 389  450 Blue Mound | TX | 76052 | 817-231-4500 | 817-231-4549 |
| 100 | RENO | 9915 N. VIRGINIA STREET | NV | 89506 | 775-322-4377 | 775-322-6883 |
| 101 | SANDSTON | 5701 A WHITESIDE RD | VA | 23150 | 804-737-8007 | 804-737-8009 |
| 104 | EUGENE | 29815 ENID ROAD EAST | OR | 97402 | 541-689-3533 | 541-689-0379 |
| 105 | MIAMI | 1858 NW 36TH AVE | FL | 33167 | 305-685-6608 | 305-685-9921 |
| 106 | HELENA | 3333 BOZEMAN AVENUE | MT | 59602 | 406-443-5060 | 406-443-9146 |
| 107 | LOGANVILLE | 6089 HIGHWAY 20 | GA | 30052 | 770-554-6366 | 770-554-8836 |
| 108 | OCALA | 7100 NW 44 AVE | FL | 34482 | 352-732-5823 | 352-732-7368 |
| 110 | KAPOLEI | 91-542 AWAKUMOKU ST | HI | 96707 | 808-682-8770 | 808-682-8780 |
| 111 | NORTHFIELD | 286 EAST TWINSBURG ROAD | OH | 44067 | 330-468-1500 | 330-467-8138 |
| 112 | STRONGSVILLE | 22835 ROYALTON ROAD | OH | 44149 | 440-572-1575 | 440-572-1566 |
| 113 | ANCHORAGE | 401 W CHIPPERFIELD DR | AK | 99501 | 907-278-2221 | 907-278-2363 |
| 114 | KNOXVILLE | 5000 RUTLEDGE PIKE | TN | 37914 | 865-544-1669 | 865-544-5720 |
| 115 | LEXINGTON | 5801 KASP CT | KY | 40509 | 859-264-7401 | 859-264-7750 |
| 116 | AIRWAY HEIGHTS | 11019 WEST MCFARLANE ROAD | WA | 99001 | 509-244-8585 | 509-244-8788 |
| 117 | MIDWAY | 1825 COMMERCE BLVD | FL | 32343 | 850-575-2075 | 850-575-3135 |
| 125 | COLUMBIA | 8485 RICHLAND RD | MO | 65201 | 573-814-0070 | 573-814-0077 |
| 201 | COURTICE | 175 OSBOURNE ROAD | ON | L1E | 905-436-2045 | 905-436-2763 |
| 501 | ANCHORAGE | 401 WEST CHIPPERFIELD | AK | 99501 | 907-272-2438 | 907-277-3721 |
| 521 | ST. JOHN'S | 7 MULLALY STREET | NL | A1B | 709-722-5865 | 000-000-0000 |
| 522 | HANWELL | 1849 ROUTE 640, HANWELL ROAD | NB | E3C | 506-454-4400 | 506-450-3288 |
| 523 | CALGARY | 13090 BARLOW TRAIL NE | AB | T3N | 403-226-0405 | 403-226-0707 |
| 524 | ILE DES CHENES | BOX 639 ILE DES CHENES | MB | R0A | 204-878-5110 | 204-878-5115 |
| 525 | LEVIS | 500 1ST AVENUE SAINT-ROMUALD | QC | G6W | 418-839-0070 | 418-839-1510 |
| 526 | LOWER SACKVILLE | 376 SACKVILLE DRIVE | NS | B4C | 902-865-8650 | 902-865-2298 |
| 527 | WINCHESTER | P.O. BOX 898 CORNER OF HWYS 43 & 31 | ON | K0C | 313-774-2735 | 613-774-5559 |
| 528 | SASKATOON | 105 71ST STREET WEST | SK | S7R | 306-931-7666 | 306-244-4654 |
| 529 | COQUITLAM | 1500 LOUGHEED HIGHWAY | BC | V3K | 800-910-1211 | 000-000-0000 |
| 530 | INNISFIL | 3230 THOMAS STREET | ON | L9S | 705-436-4111 | 705-436-1560 |
| 538 | MISSOULA | 9775 SUMMIT DRIVE | MT | 59802 | 406-721-6130 | 406-549-9043 |
| 540 | MINOT | 420 41ST SOUTH EAST | ND | 58701 | 701-839-5392 | 701-838-0705 |
| 573 | INGALLS | M7381 HIGHWAY US 41 | MI | 49848 | 906-753-4165 | 906-753-4399 |
| 579 | GREENWOOD | 13603 238TH ST. | NE | 68366 | 402-944-3255 | 402-944-2552 |
| 580 | TEA | 46893 271ST STREET | SD | 57064 | 800-658-3981 | 605-368-2808 |
| 582 | RAPID CITY | 1515 E PHILADELPHIA STREET SUITE #2 | SD | 57703 | 605-341-1101 | 605-343-4068 |
| 585 | KINCHELOE | 5030 W. KINCHELOE | MI | 49788 | 906-495-8697 | 906-495-4010 |
| 587 | FAIRBANKS | 3230 VAN HORN ROAD | AK | 99709 | 907-479-4266 | 907-479-9703 |
| 588 | JUNEAU | 10005 CRAZYHORSE | AK | 99801 | 907-789-2938 | 907-789-7997 |
| 589 | FAIRFIELD | 4665 BUSINESS PARK DRIVE | CA | 94534 | 707-639-5700 | 800-600-5284 |
| 590 | PALMER | P O BOX 3288 | AK | 99645 | 907-745-5252 | 907-746-4687 |
| 591 | BILLINGS | PO BOX 1433 | MT | 59103 | 406-252-6332 | 406-252-8126 |
| 592 | KETCHIKAN | PO BOX 5458 | AK | 99901 | 907-225-8774 | 907-225-6643 |
| 593 | SITKA | PO BOX 5458 | AK | 99835 | 907-747-6800 | 907-747-6778 |
| 595 | KODIAK | P.O BOX 8734 | AK | 99615 | 907-487-4466 | 907-486-0346 |

Copart Facilities Address and Phone ˙st

 IS A PATENT PENDING COPART TECHNOLOGY.

Copyright © 1999-2005 Copart Auto Auctions. All rights reserved.
Become a Copart Buyer | Contact Information

M 00094