# EXHIBIT 6



Simon.Rote@Copart.Com@Internet

08/07/2005 01:31 PM

To Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
cc
bcc
Subject Copart

Patrice, this list includes new yards and the July inventory numbers and gross proceeds amounts. This should help.
Thanks,
Simon

 - C.htm

 - InventoryforRenewal.xls

All Recipients
To:     Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
cc:
From:   Simon.Rote@Copart.Com@Internet



EXHIBIT 11 Rote

M 00095

Copart, Inc.
Consolidated Inventory
For the Month Ending July 31, 2005

|   | Location | Inventory Total | Gross Proceeds Per Car Sold | |
|---|---|---|---|---|
| 1 | Vallejo | 1,493 | 1,772 | 2,645,847 |
| 2 | Sacramento | 1,927 | 1,880 | 3,622,052 |
| 3 | Hayward | 802 | 1,909 | 1,531,395 |
| 4 | Fresno | 2,111 | 1,569 | 3,312,304 |
| 5 | Bakersfield | 1,305 | 1,790 | 2,335,891 |
| 6 | San Jose | 1,456 | 1,738 | 2,531,035 |
| 7 | Colton | 3,143 | 1,984 | 6,236,909 |
| 9 | Portland | 2,181 | 1,632 | 3,559,995 |
| 10 | Los Angeles | 1,646 | 2,171 | 3,573,157 |
| 11 | Houston | 3,137 | 2,932 | 9,196,662 |
| 12 | Dallas | 4,116 | 2,790 | 11,482,675 |
| 13 | Lufkin | 842 | 1,907 | 1,605,554 |
| 14 | Longview | 1,113 | 1,705 | 1,897,679 |
| 15 | Atlanta | 3,708 | 2,096 | 7,773,301 |
| 16 | Sacramento | 1,655 | 1,565 | 2,589,999 |
| 17 | Kansas City | 1,780 | 1,343 | 2,391,410 |
| 18 | Oklahoma City | 1,103 | 1,487 | 1,640,282 |
| 19 | Tulsa | 1,031 | 1,552 | 1,600,114 |
| 20 | St. Louis | 2,586 | 1,597 | 4,131,043 |
| 21 | Little Rock | 2,797 | 1,530 | 4,278,083 |
| 22 | West Memphis | 1,288 | 1,511 | 1,946,711 |
| 23 | Hartford | 2,800 | 1,364 | 3,818,483 |
| 24 | Marlboro | 1,900 | 2,895 | 5,500,444 |
| 25 | Syracruse | 656 | 1,086 | 712,589 |
| 26 | Philadelphia | 2,723 | 1,413 | 3,846,884 |
| 27 | Boston | 1,843 | 1,290 | 2,377,169 |
| 28 | Pittsburg | 1,689 | 1,070 | 1,807,612 |
| 29 | Columbus | 1,395 | 827 | 1,153,189 |
| 30 | Southampton | 2,350 | 2,042 | 4,799,615 |
| 31 | Glassboro | 2,402 | 1,728 | 4,149,654 |
| 32 | Washington D.C. | 2,619 | 1,427 | 3,736,430 |
| 33 | Miami | 2,029 | 2,186 | 4,434,448 |
| 34 | Tampa | 4,307 | 1,458 | 6,278,587 |
| 35 | Rochester | 988 | 1,156 | 1,141,879 |
| 36 | Chicago | 2,182 | 1,603 | 3,496,857 |
| 38 | Madison | 727 | 1,079 | 784,711 |
| 39 | Milwaukee | 1,113 | 1,152 | 1,281,781 |
| 40 | Jackson | 1,035 | 1,505 | 1,557,416 |
| 41 | Charlotte | 2,989 | 1,217 | 3,637,989 |
| 42 | Jacksonville | 1,838 | 1,352 | 2,484,377 |
| 43 | Van Nuys | 4,781 | 2,278 | 10,893,056 |
| 44 | Indianapolis | 2,571 | 1,365 | 3,508,845 |
| 45 | El Paso | 892 | 2,205 | 1,966,476 |
| 46 | Hammond | 1,803 | 1,503 | 2,709,099 |

M 00096

| # | City | | | |
|---|---|---|---|---|
| 47 | Phoenix | 3,010 | 2,108 | 6,344,510 |
| 48 | Woodinville | 1,212 | 1,283 | 1,555,539 |
| 49 | Salt Lake | 1,339 | 1,230 | 1,647,484 |
| 50 | Baton Rouge | 3,009 | 1,372 | 4,128,586 |
| 51 | Peoria | 1,063 | 952 | 1,011,781 |
| 52 | Avon | 582 | 1,244 | 724,105 |
| 53 | N. Boston | 2,341 | 1,495 | 3,498,927 |
| 54 | Raleigh | 2,103 | 1,356 | 2,850,879 |
| 55 | Orlando | 3,194 | 1,639 | 5,233,486 |
| 56 | Columbia | 1,935 | 1,172 | 2,267,209 |
| 57 | Las Vegas | 2,812 | 2,056 | 5,782,727 |
| 58 | Mobile | 1,640 | 1,437 | 2,356,712 |
| 59 | San Diego | 2,460 | 2,229 | 5,483,928 |
| 60 | Des Moines | 913 | 1,314 | 1,199,343 |
| 61 | Detroit Salvage | 1,934 | 1,830 | 3,538,616 |
| 62 | Austin | 1,084 | 2,348 | 2,545,498 |
| 63 | Nashville | 3,783 | 1,354 | 5,123,161 |
| 64 | Graham | 1,547 | 1,330 | 2,056,923 |
| 65 | McAllen | 664 | 2,077 | 1,379,179 |
| 66 | Huntsville | 1,885 | 1,245 | 2,346,231 |
| 67 | Wichita | 1,195 | 1,034 | 1,235,084 |
| 68 | Denver | 1,701 | 1,472 | 2,503,134 |
| 69 | Glassboro West | 979 | 1,591 | 1,557,109 |
| 70 | West Palm Beach | 1,445 | 1,927 | 2,784,503 |
| 71 | Pasco | 561 | 1,198 | 671,828 |
| 72 | Boise | 530 | 1,253 | 664,260 |
| 73 | Abilene | 332 | 1,506 | 500,085 |
| 74 | San Antonio | 1,262 | 1,616 | 2,039,831 |
| 75 | Albuquerque | 2,121 | 1,615 | 3,424,604 |
| 76 | Harrisburg | 1,309 | 1,176 | 1,539,868 |
| 78 | Martinez | 3,575 | 1,924 | 6,877,272 |
| 79 | New Orleans | 1,739 | 1,388 | 2,413,575 |
| 80 | N. Minneapolis | 1,528 | 1,353 | 2,067,134 |
| 81 | Chicago Heights | 1,473 | 1,072 | 1,579,321 |
| 82 | Danville | 858 | 1,307 | 1,121,767 |
| 83 | Lexington | 2,518 | 968 | 2,438,369 |
| 84 | Shreveport | 1,408 | 1,398 | 1,967,760 |
| 85 | Mt. Morris | 706 | 1,005 | 709,544 |
| 86 | Ft. Pierce | 1,151 | 1,613 | 1,856,009 |
| 87 | Savannah | 2,774 | 1,125 | 3,121,427 |
| 88 | Tifton | 1,629 | 1,145 | 1,865,302 |
| 89 | Hurricane | 847 | 1,054 | 892,377 |
| 90 | Lyman | 473 | 1,046 | 494,773 |
| 91 | Hillsborough | 1,297 | 2,111 | 2,737,319 |
| 92 | Rogersville | 751 | 1,486 | 1,115,830 |
| 93 | Tucson | 974 | 1,585 | 1,543,519 |
| 94 | Albany | 610 | 1,459 | 890,257 |
| 95 | Amarillo | 523 | 1,692 | 885,037 |
| 96 | Corpus Christi | 262 | 1,899 | 497,600 |
| 97 | Rancho Cucamonga | 2,891 | 2,102 | 6,075,708 |
| 98 | Forth Worth | 1,080 | 2,576 | 2,781,604 |
| 100 | Reno | 1,603 | 1,716 | 2,751,292 |

M 00097

| | | | |
|---|---:|---:|---:|
| 101 Richmond | 1,133 | 1,195 | 1,353,960 |
| 104 Eugene | 964 | 1,272 | 1,226,315 |
| 105 Hialeah | 865 | 1,500 | 1,297,500 |
| 106 Helena | 525 | 1,407 | 738,452 |
| 107 Newnan | 2,441 | 1,265 | 3,088,751 |
| 108 Ocala | 790 | 1,004 | 792,797 |
| 111 Cleveland East | 660 | 756 | 498,896 |
| 112 Strongsville | 567 | 686 | 388,997 |
| 113 Anchorage | 256 | 1,110 | 284,129 |
| 114 Knoxville | 961 | 920 | 884,120 |
| 115 Lexington | 1,795 | 1,288 | 2,311,433 |
| 116 Spokane | 251 | 1,200 | 301,200 |
| 117 Tallahassee | 286 | 1,500 | 429,000 |
| 125 Columbia | 763 | 1,500 | 1,144,500 |
| 1201 Toronto | 554 | 1,288 | 713,338 |
| 750 Off-Site | 104 | 1,045 | 108,644 |
| 980 Network | 965 | 1,472 | 1,420,408 |
| 301 Detroit Public | 583 | 2,395 | 1,396,081 |
| 302 Chesapeake Public | 629 | 2,295 | 1,443,700 |
| 303 Delaware Public | 194 | 3,284 | 637,165 |
| 304 Greencastle | 608 | 1,856 | 1,128,611 |
| 305 Pittsburgh | 271 | 1,661 | 450,264 |
| 306 Richmond | 565 | 3,126 | 1,766,257 |
| TOTAL | 186,197 | 187,164 | 34,849,342,592 |

M 00098