# EXHIBIT 7



# MIAMI-DADE COUNTY

BUILDING DEPARTMENT
11805 S.W. 26 ST. MIAMI, FL 33175
PERMANENT CERTIFICATE OF OCCUPANCY

FOLIO: 3021330080600
ADDRESS: 11858 NW 36 AVE
OCCUPANCY TYPE: B
OCCUPANCY PER FLOOR:
   47
LOAD PER FLOOR:
   9999
MAILING ADDRESS/CONTACT
   CPRT LAND HOLDING

   4665 BUSINESS CENTER
   FAIRFIELD CA
   94534-
CONDITIONS:
DATE OF CO ISSUANCE: 8/
THIS CERTIFICATE    M U S

BUILDING PERMIT NO: 2005045008
CERT NO: 2005103368
PROCESS NO: H2005015098
FBC VER:

GROUP:

3RD                     BOARD IND PARK
SE                        6
PROPOSED USE        1
                    FELL

POST                 PREMISES.

THIS CERTIFICATE OF OCCUPANCY               NITED   TIME,   UNLESS
REVOKED FOR CAUSE,   PROVIDE                 COMPLIES   WITH   APPLICABLE
CODE REQUIREMENTS OF MIAMI-DADE COUNTY        THERE IS   NO CHANGE OF
OCCUPANCY   AND NO ENLARGEMENT,  ALTERATION OR ADDITION   IN   THE   BUILDING
OR STRUCTURE.   SUCH CHANGES REQUIRE A NEW CERTIFICATE OF OCCUPANCY.

FOR USE OTHER   THAN   SINGLE FAMILY RESIDENCE,   TOWNHOUSE   OR   DUPLEX,
         THE PERMANENT   CERTIFICATE   OF   OCCUPANCY
   IS   NOT   AN   AUTHORIZATION   TO   USE   THE   BUILDING
PLEASE CONTACT THE MIAMI-DADE DEPARTMENT OF PLANNING AND ZONING
PERMIT SECTION AT 305-315-2668 FOR A CERTIFICATE OF USE AS ZONING
OCCUPATIONAL LICENSE OFFICE AT 305-270-4949 FOR THEIR REQUIREMENTS.



EXHIBIT
58
Carson

CONFIDENTIAL
CPT002467