# EXHIBIT 8

Policy Number
**2441854323**
Renewal of Number
  NEW

**Crum Forster**
A FAIRFAX Company

## COMMON POLICY DECLARATIONS

## UNITED STATES FIRE INSURANCE COMPANY

**Item 1.   Named Insured and Mailing Address**

COPART INC.
SEE NAMED INSURED ENDORSEMENT
4665 BUSINESS CENTER DRIVE
FAIRFIELD CA 94534

**Agent Name and Address**

MARSH GLOBAL BROKING
1 CALIFORNIA ST7TH FLOOR
SAN FRANCISCO CA 94111

RETURN TO
COMPANY
IF CANCELLED

80835

| **Item 2.   Policy Period** | From: | 10-01-2003 | To: | 10-01-2004 |
|---|---|---|---|---|
| | | at 12:01 A.M., Standard Time at your mailing address shown above. | | |

**Item 3.   Business Description:** AUTO SALVAGE

   Form of Business: CORPORATION

**Item 4.   In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.**

This policy consists of the following coverage parts for which a premium is indicated.  Where no premium is shown, there is no coverage.  This premium may be subject to adjustment.

| Coverage Part(s) | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | 282,750.00 |
| Commercial General Liability Coverage Part | $ | NOT COVERED |
| Commercial Crime Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | NOT COVERED |
| Commercial Auto (Business or Truckers) Coverage Part | $ | NOT COVERED |
| Commercial Garage Coverage Part | $ | NOT COVERED |
| | $ | |
| | $ | |
| | $ | |

| TAX OR SURCHARGE | $ | 2,249.27 | **Total Policy Premium** | $ | 284,999.27 |
|---|---|---|---|---|---|

☐ Direct Bill   ☐ See Premium Payment Schedule      Client No. 1055476

Audit Period:  Annual (unless otherwise stated):
☐ Monthly   ☐ Quarterly   ☐ Semi-Annual   ☐ Other (Describe)

**Item 5.   Forms and Endorsements**

Form(s) and Endorsement(s) made a part of this policy at time of issue:

   **See Schedule of Forms and Endorsements**

Countersigned:
Date:_____  By:_____
                                          Authorized Representative

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

FM 206.0.6 04 94                    COMPANY COPY



EXHIBIT
Strecken
87
5/22/08

POL 0001

UW(02-04) 088

| Policy Number<br>2441854323 |  |
|---|---|

**SCHEDULE OF LOCATIONS**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured COPART INC.

Agent Name    MARSH GLOBAL BROKING

Effective Date: 10-01-03
12:01 A.M., Standard Time

Agent No. 80835

| Loc.<br>No. | Bldg.<br>No. | Designated Locations<br>(Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| ALL | | AS PER SCHEDULE ON FILE WITH THE COMPANY<br>(DATED 10-01-03)<br><br>NOTICE OF CANCELLATION IS AMENDED TO 90 DAYS<br>EXCEPT 10 DAYS FOR NON-PAYMENT<br><br>TOTAL INSURABLE VALUES<br><br>PROPERTY DAMAGE            $313,470,399<br>BUSINESS INTERRUPTION     $  6,043,248<br>                                          ------------------<br>TOTAL                              $319,513,647<br><br>                             313.710.729<br><br><br>ALL RISK OF DIRECT PHYSICAL LOSS OR DAMAGE<br>INCLUDING EARTHQUAKE AND FLOOD<br><br><br>LIMIT:      $5,000,000 (PRIMARY)<br><br>SUB LIMITS:<br>EARTHQUAKE/FLOOD  $1,000,000 Per Occurrence,<br>BOILER & MACHINERY: $1,000,000<br><br><br>DEDUCTIBLE:<br>AOP:   $50,000 PER OCCURRENCE<br>EARTHQUAKE:  5%   $100,000 MINIMUM<br>FLOOD:   5%   $100,000 MINIMUM<br>WIND/HAIL:  5%  $100,000 MINIMUM<br>NAMED WIND: 5%  $100,000 MINIMUM<br><br>24 Hour - ADV Time Element Waiting Period<br>Flood - Excess 100 Year Zone, NFIP Max Limits | Annual Aggregate |

FM 206.0.3 04 94

Policy Number
**2441854323**

**Crum&Forster**
A FAIRFAX Company

### CHANGE ENDORSEMENT

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.

Agent Name    MARSH GLOBAL BROKING

Effective Date: 1 0 - 0 1 - 0 3
12:01 A.M., Standard Time

Agent No.  80835

---

**COVERAGE PART INFORMATION - Coverage parts affected by this change as indicated by [x] below.**

[X] Commercial Property                                              NO CHARGE

[ ] Commercial General Liability

[ ] Commercial Crime

[ ] Commercial Inland Marine

[ ] _____

[ ] _____

---

**CHANGE DESCRIPTION**

THE POLICY IS AMENDED AS FOLLOWS:

ENDORSEMENT 003

1. TOTAL TIV IS CORRECTED TO READ AS FOLLOWS:
   PROPERTY DAMAGE            $311,688,508
   GROSS EARNINGS/EE          $  5,921,321
   CONTRACTORS EQUIPMENT      $  6,200,000
                             ----------------
   TOTAL                      $323,809,829

2. SUBLIMITS OF INSURANCE PER FM 206.0.5 IS CORRECTED AS FOLLOWS:

   LOSS TO OBJECT LIMIT IS TO READ $1,000,000 IN LIEU OF $10,000,000

   THE FOLLOWING SUBLIMITS ARE HEREBY DELETED:
   STOCK:                     $13,700,000
   EDP:                       $12,157,720
   CONTRACTORS EQUIPMENT      $ 6,200,000
   BUSINESS INTERRUPTION      $ 4,600,000

3. BUSINESS INCOME COVERAGE FORM-FM 600.0.1123 IS CORRECTED TO READ
   AGREED VALUE - GROSS EARNINGS

4. PROPERTY COVERAGE FORM-FM 600.0.1113 IS CORRECTED TO READ:
   AGREED VALUE - REAL PROPERTY & BUSINESS PERSONAL PROPERTY

5. COMMERCIAL PROPERTY COVERAGE FORM-FM 600.0.1122 IS CORRECTED TO
   INCLUDE EQLS - SUBLIMIT $1,000,000

6. EQSL DEDUCTIBLE IS TO READ $50,000 PER OCCURRENCE

7. COMMERCIAL PROPERTY COVERAGE FORM-FM 600.0.1110 IS CORRECTED AS

---

**PREMIUM CHANGE**

Additional $  NO CHARGE                          Return $  NO CHARGE

                                                  AUTHORIZED REPRESENTATIVE

---

FM 206.0.9 04 94                    COMPANY COPY

**POL 0087**

**UW(02-04) 138**

Policy Number
**2441854323**



### CHANGE ENDORSEMENT

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  COPART INC.

Agent Name    MARSH GLOBAL BROKING

Effective Date: 10-01-03
12:01 A.M., Standard Time

Agent No.  80835

---

### CHANGE DESCRIPTION (CONT'D)

FOLLOWS:

A. COVERAGE 2. PROPERTY NOT COVERED ITEM C. - AUTOMOBILE HELD FOR
   SALE IS DELETED.

F. LOSS CONDITIONS 7. VALUATION IS AMENDED TO INCLUDE THE
   FOLLOWING:
      STOCK CONSISTING OF (MOTORE VEHICLES HELD FOR SALE OR RESALE
      BY THE INSURED) -
      THE LESSOR OF:
1. ACTUAL CASH VALUE
2. ACTUAL COST TO REPAIN
3. APPRAISAL VALUE ACCORDING TO PROQUOTE SYSTEM.

I. AMENDMENTS 7. EXCLUSION - MECHANICAL, ELECTRICAL OR PRESSURE
   SYSTEMS BREAKDOWN IS DELETED IN RESPECTS OF BOILER & EDP.

FM 206.0.10 04 94                    COMPANY COPY

**POL 0088**

**UW(02-04) 139**