# EXHIBIT 9

Policy Number
**2441873745**
Renewal of Number
2441854323

**Crum&Forster**
A FAIRFAX Company

### COMMON POLICY DECLARATIONS
### UNITED STATES FIRE INSURANCE COMPANY

| Item 1. Named Insured and Mailing Address | Agent Name and Address | |
|---|---|---|
| COPART INC<br>(SEE NAMED INSURED ENDORSEMENT)<br>4665 BUSINESS CENTER DRIVE<br>FAIRFIELD CA 94534 | MARSH GLOBAL BROK/SF<br>1 CALIFORNIA ST7TH FLOOR<br>SAN FRANCISCO CA 94111 | RETURN TO COMPANY IF CANCELLED |

| Item 2. Policy Period | From: 10-01-2004 | 80835 | To: 10-01-2005 |
|---|---|---|---|

at 12:01 A.M., Standard Time at your mailing address shown above.

Item 3.  Business Description: AUTO SALVAGE

Form of Business: CORPORATION

Item 4.  In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | 325,000.00 |
| Commercial General Liability Coverage Part | $ | NOT COVERED |
| Commercial Crime Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | NOT COVERED |
| Commercial Auto (Business or Truckers) Coverage Part | $ | NOT COVERED |
| Commercial Garage Coverage Part | $ | NOT COVERED |
| | $ | |
| | $ | |
| | $ | |

| TAX OR SURCHARGE $        407.56 | Total Policy Premium $        325,407.56 |
|---|---|

| ☐ Direct Bill   ☐ See Premium Payment Schedule | Client No. 1055476 |
|---|---|

Audit Period:  Annual (unless otherwise stated):
☐ Monthly     ☐ Quarterly     ☐ Semi-Annual     ☐ Other (Describe)

Item 5.  Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

Countersigned:
Date:_____1/21/05_____   By: _____
                                           Authorized Representative

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

M 206.0.6 04 94

COMPANY COPY



EXHIBIT
48
5-14-08

POL 0089

UW(04-05) 039

Policy Number
**2441873745**



SCHEDULE OF FORMS AND ENDORSEMENTS

UNITED STATES FIRE INSURANCE COMPANY

| Named Insured COPART INC. | Effective Date: 10-01-2004 |
|---|---|
| Agent Name  MARSH GLOBAL BROK/SF | 12:01 A.M., Standard Time |
| | Agent No. 80835 |

COMMON POLICY FORMS AND ENDORSEMENTS

| Form | Date | Description |
|---|---|---|
| FM2.0.838 | 02-03 | DISCLOSURE/TERRORISM INS ACT-NO COVERAGE |
| IL 01 66 | 07-02 | PA CHANGES - ACTUAL CASH VALUE |
| FM 206.0.6 | 04-94 | COMMON POLICY DECLARATION |
| FM 206.0.2 | 04-94 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| FM 206.0.11 | 07-04 | SIGNATURE PAGE - US FIRE |
| FM 206.0.1 | 04-94 | SCHEDULE OF NAMED INSUREDS |
| FM 206.0.3 | 04-94 | SCHEDULE OF LOCATIONS |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| FM 206.0.8 | 04-94 | SCHEDULE OF TAXES, SURCHARGES OR FEES |
| FM 206.0.5 | 02-98 | FLORIDA INSURANCE PREMIUM SURCHARGE |
| FM 101.0.1347 — | 05-92 | TEXAS NOTICE |
| IL 01 03 | 06-99 | CALIFORNIA CHANGES - ACTUAL CASH VALUE _ |
| IL 01 04 | 02-04 | CALIFORNIA CHANGES |
| IL 01 05 | 07-02 | MISSOURI CHANGES - POLLUTION |
| IL 01 10 | 07-01 | NEVADA CHGS-CONCEALMENT, MISREP OR FRAUD |
| IL 01 46 | 09-03 | WASHINGTON COMMON POLICY CONDITIONS |
| IL 01 52 | 05-04 | VIRGINIA CHANGES |
| IL 01 57 | 07-02 | WASHINGTON CHANGES-ACTUAL CASH VALUE |
| IL 01 73 | 07-02 | WASHINGTON CHANGES |
| IL 01 92 | 07-02 | INDIANA CHANGES POLLUTION |
| IL 02 07 | 07-02 | MARYLAND CHANGES |
| IL 02 45 | 09-03 | MINNESOTA CHANGES-CANC & NONRENL |
| IL 02 51 | 02-04 | NEVADA CHANGES-CANC & NONRENL |
| IL 02 68 | 08-04 | NEW YORK CHANGES-CANC & NONRENL |
| IL 02 70 | 03-00 | CA CHANGES - CANCELLATION & NONRENEWAL |
| IL 02 74 | 07-02 | MISSOURI CHANGES-CANC & NONRENL |
| IL 02 85 | 04-98 | WV CHANGES CANC & NONRENEWAL |
| FM 2.0.648 | 03-97 | CONSUMER COMPLAINT NOTICE |
| FM600.0.1168 | 06-01 | POLICY LIMIT OF INSURANCE |
| IL 09 35 | 07-02 | EXCL OF CERTAIN COMPUTER- RELATED LOSSES |
| IL 09 56 | 11-02 | EXCL/CERT ACTS/OTH ACTS-TERROR; COV FIRE |
| FM 206.0.5 | 11-99 | MINIMUM PREMIUM ENDORSEMENT |
| FM 2.0.775 | 11-01 | CONSUMER COMPLAINT NOTICE |

PROPERTY FORMS AND ENDORSEMENTS

| Form | Date | Description |
|---|---|---|
| CP 01 46 | 08-94 | ARIZONA CHANGES |
| CP 10 65 | 10-00 | FLOOD COVERAGE ENDORSEMENT |
| FM 600.0.960 | 04-94 | COMM PROPERTY COV PART DEC |
| CP 00 10 | 06-95 | BUILDING & PERSONAL PROPERTY COVERAGE FM |
| CP 00 30 | 06-95 | BUSINESS INCOME COVERAGE FORM (W/EX EXP) |
| CP 00 90 | 07-88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 01 30 | 05-04 | VIRGINIA CHANGES |
| CP 01 31 | 11-03 | GEORGIA CHANGES |
| CP 01 32 | 06-04 | ARIZONA CHANGES |
| CP 01 42 | 03-03 | TEXAS CHANGES |
| CP 01 50 | 10-00 | MN CHANGES-REPLACEMENT COST PERSONAL PF |
| CP 01 66 | 09-00 | KENTUCKY CHANGES |
| CP 02 02 | 02-96 | TX CHANGES-CANCELLATION & NONRENEWAL |
| CP 02 03 | 06-95 | VIRGINIA CHANGES CANCELLATION |
| CP 10 62 | 04-98 | EXCL OF CERT COMPUTER-RELATED LOSSES-VA |
| FM 600.0.822 | 07-87 | PROP ENHANCEMENT ENDT |
| CP 10 30 | 06-95 | CAUSES OF LOSS - SPECIAL FORM |
| CP 04 05 | 06-95 | ORDINANCE OR LAW COVERAGE |
| CP 10 39 | 07-88 | SPRINKLER LEAKAGE-EARTHQUAKE EXTENSION |
| CP 10 40 | 06-95 | CAUSES OF LOSS - EARTHQUAKE FORM |
| FM 206.0.5 | 11-99 | MOLD/FUNGUS EXCLUSION |
| FM 206.0.5 | 11-99 | SUB-LIMITS OF INSURANCE |
| FM 600.0.910 | 01-91 | BOILER AND MACHINERY COVERAGE FORM |

FM 206.0.2 04 94

Policy Number
2441873745



### SCHEDULE OF LOCATIONS

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured COPART INC.

Agent Name    MARSH GLOBAL BROK/SF

Effective Date: 10-01-04
12:01 A.M., Standard Time
Agent No. 80835

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| ALL | | AS PER SCHEDULE ON FILE WITH THE COMPANY (SOV DATED 09/0/104) | VARIOUS |

TOTAL INSURABLE VALUES (TIV)

| | |
|---|---|
| PROPERTY DAMAGE | $378,676,700 |
| BUSINESS INTERRUPTION/EE | $  5,267,959 |
| EDP | $ 14,842,620 |
| CONTRACTOR'S EQUIPMENT | $  9,617,000 |
| TOTAL | $408,404,279 |

PERILS

ALL RISK OF DIRECT PHYSICAL LOSS OR DAMAGE
INCLUDING EARTHQUAKE AND FLOOD

LIMIT:

$5,000,000 PER OCCURRENCE

SUB-LIMIT(S):

$1,000,000 EARTHQUAKE  PER OCCURRENCE
AND IN THE ANNUAL AGGREGATE

$1,000,000 FLOOD PER OCCURRENCE AND IN THE
ANNUAL AGGREGATE

OTHER SUB-LIMIT(S) AS PER FM 206.0.5 11-99 ATTACHED

DEDUCTIBLE(S):

| | |
|---|---|
| AOP: | $50,000 PER OCCURRENCE |
| EARTHQUAKE: | 5%, MINIMUM $100,000 |
| FLOOD: | 5%, MINIMUM $100,000 |
| WIND/HAIL: | 5%, MINIMUM $100,000 |

24 HOUR-ADV TIME ELEMENT WAITING PERIOD
ZONE A, V - EXCESS NFIP MAXIMUM LIMITS

FM 206.0.3 04 94

| Policy Number 2441873745 | **Crum&Forster** A FAIRFAX Company |
|---|---|

### COMMERCIAL PROPERTY COVERAGE PART
### SUPPLEMENTAL DECLARATIONS

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured COPART INC.

Agent Name   MARSH GLOBAL BROK/SF

Effective Date: 10-01-04
12:01 A.M., Standard Time

Agent No. 80835

**Item 1.** Business Description: AUTO SALVAGE

**Item 2.** Premises Described:
   See Schedule of Locations

**Item 3.** $250 Deductible unless otherwise indicated.

**Item 4.** Coverages Provided

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| ALL | 001 | BUILDING SUBLIMITS AS PER FM 206.0.5 11-99 | $ 5,000,000 | SPECIAL | |

**Other Provisions**

☐ Agreed Value:                     Expires:          ☒ Replacement Cost
☐ Business Income Indemnity: Monthly Limit      Period: Maximum          ☐ Inflation Guard:          %
☐ Reporting                                  Extended
Deductible: 50000      Earthquake Deductible:          %          Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| ALL | 001 | BUSINESS PERS PROP, EDP | $5,000,000 | SPECIAL | |

**Other Provisions**

☐ Agreed Value:                     Expires:          ☒ Replacement Cost
☐ Business Income Indemnity: Monthly Limit      Period: Maximum          ☐ Inflation Guard:          %
☐ Reporting                                  Extended
Deductible: 50000      Earthquake Deductible:          %          Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| ALL | 001 | BUS INC OTHER THAN RENTAL | $ 5,000,000 | SPECIAL | |

**Other Provisions**

☐ Agreed Value:                     Expires:          ☐ Replacement Cost
☐ Business Income Indemnity: Monthly Limit      Period: Maximum          ☐ Inflation Guard:          %
☐ Reporting                                  Extended
Deductible:      Earthquake Deductible:          %          Exceptions
24 Hour ADV Time Element Waiting Period

**Item 5.** Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

   See Schedule of Forms and Endorsements

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 600.0.960 04 94

POL 0143

UW(04-05) 079

COMMERCIAL PROPERTY
CP 00 10 06 95

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H — DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property — Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

**POL 0144**

Copyright, ISO Commercial Risk Services, Inc., 1994

COMPANY COPY

c. **Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(1) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(2) Vehicles or self-propelled machines, other than autos, you hold for sale; or

(3) Rowboats or canoes out of water at the described premises;

p. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

a. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

**POL 0145**

Copyright, ISO Commercial Risk Services, Inc., 1994

COMPANY COPY

CP 00 10 06 95    □

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

b. Preservation of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

d. Pollutant Clean Up and Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

5. Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. Newly Acquired or Constructed Property

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**POL 0146**

Copyright, ISO Commercial Risk Services, Inc., 1994

COMPANY COPY

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

  (a) This policy expires.

  (b) 30 days expire after you acquire or begin to construct the property; or

  (c) You report values to us.

  We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. **Personal Effects and Property of Others**

  You may extend the insurance that applies to Your Business Personal Property to apply to:

  (1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

  (2) Personal property of others in your care, custody or control.

  The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers and Records — Cost of Research**

  You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $2,500 at each described premises, unless a higher limit is shown in the Declarations.

d. **Property Off-Premises**

  You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock", that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

  (1) In or on a vehicle;

  (2) In the care, custody or control of your salespersons; or

  (3) At any fair or exhibition.

  The most we will pay for loss or damage under this Extension is $10,000.

e. **Outdoor Property**

  You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

  (1) Fire;

  (2) Lightning;

  (3) Explosion;

  (4) Riot or Civil Commotion; or

  (5) Aircraft.

  The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

B. **EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in the Declarations.

C. **LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Preservation of Property; or

**POL 0147**

COMPANY COPY

2. Debris Removal; but if:

    a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

    b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

## D. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

When the occurrence involves loss to more than one item of Covered Property and more than one Limit of Insurance applies, the Deductible will reduce the total amount of loss payable if loss to at least one item is less than the sum of (1) the Limit of Insurance applicable to that item plus (2) the Deductible.

Example No. 1:

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible: $250 | |
| Limit of Insurance – Bldg. 1: | $60,000 |
| Limit of Insurance – Bldg. 2: | $80,000 |
| Loss to Bldg. 1: | $60,100 |
| Loss to Bldg. 2: | $90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
− 250
$59,850 Loss Payable – Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139, 850

Example No. 2:

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

| | | |
|---|---|---|
| Loss to Bldg. 1: | $70,000 | (exceeds Limit of Insurance plus Deductible) |
| Loss to Bldg. 2: | $90,000 | (exceeds Limit of Insurance plus Deductible) |
| Loss Payable – Bldg. 1: | $60,000 | (Limit of Insurance) |
| Loss Payable – Bldg. 2: | $80,000 | (Limit of Insurance) |

Total amount of loss payable: $140,000

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Abandonment

    There can be no abandonment of any property to us.

2. Appraisal

    If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    a. Pay its chosen appraiser; and

    b. Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

    a. You must see that the following are done in the event of loss or damage to Covered Property:

        (1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. Loss Payment

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

POL 0149

Copyright, ISO Commercial Risk Services, Inc., 1994

COMPANY COPY

CP 00 10 06 95    □

## 6. Vacancy

### a. Description of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its square footage:

(i) Is not rented; or

(ii) Is not used to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

### b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

## 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

CP 00 10 06 95          Copyright, ISO Commercial Risk Services, Inc., 1994                   ☐

COMPANY COPY

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    (3) Nothing if others pay for repairs or replacement.

  f. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

    (1) Blank materials for reproducing the records; and

    (2) Labor to transcribe or copy the records when there is a duplicate.

## F. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

  1. **Coinsurance**

    If a Coinsurance percentage is shown in the Declarations, the following condition applies.

    a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

    Instead, we will determine the most we will pay using the following steps:

    (1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

    (2) Divide the Limit of Insurance of the property by the figure determined in step (1);

    (3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

    (4) Subtract the deductible from the figure determined in step (3).

    We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $ 40,000 x .50 = $20,000

Step (4): $ 20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

    b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**POL 0151**

Copyright, ISO Commercial Risk Services, Inc., 1994

CP 00 10 06 95

COMPANY COPY

Example No. 3:
When:

| | |
|---|---|
| The value of property is: | |
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is: | |
| Bldg. at Location No. 2 | $30,000 |
| Personal Property at Location No. 2. | $20,000 |
| | $50,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $ 50,000 x .80 = $40,000.

Step (4): $ 40,000 − $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. Mortgageholders

   a. The term mortgageholder includes trustee.

   b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

   c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

   (1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

**POL 0152**

CP 00 10 06 95    Copyright, ISO Commercial Risk Services, Inc., 1994    Page 9 of 11    ☐

COMPANY COPY

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. Agreed Value

   a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

   c. The terms of this Optional Coverage apply only to loss or damage that occurs:

      (1) On or after the effective date of this Optional Coverage; and

      (2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. Inflation Guard

   a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be:

      (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:
If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |

The amount of increase is

$100,000 x .08 x 146 ÷ 365 =    $3,200

3. Replacement Cost

   a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

   b. This Optional Coverage does not apply to:

      (1) Personal property of others;

      (2) Contents of a residence;

      (3) Manuscripts;

      (4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

      (5) "Stock", unless the Including "Stock" option is shown in the Declarations.

   c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d. We will not pay on a replacement cost basis for any loss or damage:

      (1) Until the lost or damaged property is actually repaired or replaced; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**POL 0153**

     Copyright, ISO Commercial Risk Services, Inc., 1994     CP 00 10 06 95    □

COMPANY COPY

e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

  (1) The Limit of Insurance applicable to the lost or damaged property;

  (2) The cost to replace, on the same premises, the lost or damaged property with other property:

    (a) Of comparable material and quality; and

    (b) Used for the same purpose; or

  (3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**H. DEFINITIONS**

1. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

CP 00 10 06 95

Copyright, ISO Commercial Risk Services, Inc., 1994

COMPANY COPY

| Policy Number 2441873745 | Crum&Forster A FAIRFAX Company |
|---|---|

**CHANGE ENDORSEMENT**

UNITED STATES FIRE INSURANCE COMPANY

| | |
|---|---|
| Named Insured  COPART INC. | Effective Date: 07-08-05 12:01 A.M., Standard Time |
| Agent Name   MARSH GLOBAL BROK/SF | Agent No.  80835 |

**COVERAGE PART INFORMATION - Coverage parts affected by this change as indicated by [x] below.**

| | | |
|---|---|---|
| [X] Commercial Property | $ | 932.00 |
| [ ] Commercial General Liability | | |
| [ ] Commercial Crime | | |
| [ ] Commercial Inland Marine | | |
| [ ] _____ | | |
| [ ] _____ | | |

**CHANGE DESCRIPTION**

THE POLICY IS AMENDED AS FOLLOWS:

ENDORSEMENT 001

IN CONSIDEATION OF AN ADDITIONAL PREMIUM, IT IS HEREBY AGREED THAT $5,000,000 IN COMPUTER VALUES IS HEREBY ADDED AT LOCATION:

3422 NEEHAM ROAD, NORTH LAS VEGAS, NV  89030

**PREMIUM CHANGE**

| Additional $  932.00 | Return $ |
|---|---|
| | AUTHORIZED REPRES' |

FM 206.0.9 04 94

**POL 0213**

**UW(04-05) 128**

Policy Number
2441873745

**Crum&Forster**
A **FAIRFAX** Company

### CHANGE ENDORSEMENT

#### UNITED STATES FIRE INSURANCE COMPANY

Named Insured COPART INC.

Agent Name    MARSH GLOBAL BROK/SF

Effective Date: 07-31-05
12:01 A.M., Standard Time

Agent No. 80835

---

**COVERAGE PART INFORMATION** - Coverage parts affected by this change as indicated by [x] below.

| | | |
|---|---|---|
| [X] Commercial Property | $ | 1,620.00 |
| [ ] Commercial General Liability | | |
| [ ] Commercial Crime | | |
| [ ] Commercial Inland Marine | | |
| [X] TAX/SURCHARGES | $ | 19.68 |
| [ ] _____ | | |

---

**CHANGE DESCRIPTION**

THE POLICY IS AMENDED AS FOLLOWS:

ENDROSEMENT 003

IT IS HEREBY AGREED & UNDERSTOOD THAT THE FOLLOWING LOCATIONS ARE ADDED:

1475 BLUFF CITY BLVD., ELGIN, ILLINOIS  60120
TOTAL VALUES: $4,372,047

9915 N. VIRGINIA ST., RENO, NV  89506
TOTAL VALUES: $3,467,292

11858 NW 36 AVENUE, MIAMI, FL  33167
STOCK/INVENTORY: $1,297,500

6089 HIGHWAY 20
LOGANVILLE, GA  30052
STOCK/INVENTORY: $3,088,751

710 NW 44 AVENUE, OCALA, FL  34482
STOCK/INVENTORY: $792,797

286 E. TWINSBURG ROAD, NORTHFIELD, OH  44067
STOCK/INVENTORY: $498,896

22835 ROYALTON RD., STRONGSVILLE, OH  44149
STOCK/INVENTORY: $588,997

---

**PREMIUM CHANGE**

| Additional $ | 1,639.68 | Return $ | |
|---|---|---|---|

AUTHORIZED REPRESENTATIVE

FM 206.0.9 04 94

**POL 0215**

UW(04-05) 125

Policy Number
**2441873745**



**CHANGE ENDORSEMENT**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured COPART INC.                Effective Date: 0 8 - 1 0 - 0 5
                                                        12:01 A.M., Standard Time
Agent Name   MARSH GLOBAL BROK/SF        Agent No. 80835

---

### CHANGE DESCRIPTION (CONT'D)

401 W. CHIPPERFIELD, ANCHORAGE, AK  99501
STOCK/INVENTORY: $284,129

5000 RUTLEDGE PIKE, KNOXVILLE, TN  37914
STOCK/INVENTORY: $884,120

5801 KASP CT., LEXINGTON, KY  40509
STOCK/INVENTORY: $2,311,433

11019 W. MCFARLANE AIRWAY HEIGHTS, WA  99001
STOCK/INVENTORY: $301,200

1825 COMMERCE BLVD., MIDWAY, FL  32343
STOCK/INVENTORY: COLUMBIA, MO
STOCK/INVENTORY: $1,144,500

TOTAL ADDITIONAL VALUES $19,200,662


IT IS FURTHER AGREED & UNDERSTOOD THAT THE FOLLOWING LOCATIONS ARE
DELETED:
31W120 W. BARTLETT ROAD, BARTLEET, IL
VALUES: $3,823,590

1705 MARIETTA WAY, SPARKS, NV
VALUES: $2,052,419
97 AMLAJACK BLVD., NEWNAN, GA
VALUES: $1,410,000
TOTAL DELETED VALUES $7,286,009

FM 206.0.10 04 94

POL 0216

UW(04-05) 126