# EXHIBIT 10



|  | | |
|---|---|---|
| Patrice G Mcintyre/SFO-CA/US/Marsh/MMC | To | John P Wood/SFO-CA/US/Marsh/MMC |
| 08/15/2005 03:56 PM | cc | |
| | bcc | |
| | Subject | Copart - Property Renewal 10/1/05 |

John,

Thanks for your call on this account, we appreciate your help in the marketing process for competitive renewal quotes. I think we particularly need to seek competitive quotes from admitted carriers for the excess layer. I indicated the specs as preliminary because we are expecting to receive additional updated information to fill in a few holes in the statement of values for new locations. We should be able to do a true-up in Sept. but did not want to hold things up at this time.

If after your review of the attached spec documents you should have any questions or need anything additional, please let me know.



GBD1 Account Summary.doc



Client Information - Property.doc



Named Insured Schedule.xls



Property.xls



Property Statement of Values 8-8-05.xls



Property - Off Road Equipment 10-1-04.xls



Property - Stock & Inventory Valuation Clause.xls



PROPERTY Loss Summary @ 8-5-05 .xls



Property - Royal PY's 1999-03 @ 8-5-05.pdf

Thanks!

Patrice McIntyre
Marsh Risk & Insurance Services
One California Street
San Francisco, CA 94110
Phone: 415-743-8617
Fax: 415-743-8080
patrice.g.mcintyre@marsh.com

All Recipients
To:       John P Wood/SFO-CA/US/Marsh/MMC
cc:
From:    Patrice G Mcintyre/SFO-CA/US/Marsh/MMC



EXHIBIT 17

M 00123

COPART
Statement of Values
03/30/2005

| Yard Code | Yr# | Physical Street Address | City | State | Zip | Building and Impr | Contents | Computer Equipment | Business Interruption Extra Expense | Inventory Exposure (Inv/Auto GP) | | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes/No | Approx Sq Ft | Alarm System Yes/No | # of Bldgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA700 | HQ | 4665 Business Center Dr | Fairfield | CA | 94534 | $10,000,000 | $600,000 | $1,000,000 | $100,000 | 2,645,847 | $31,350,000 | NA | NA | Concr/Steel | Yes | 1,000,000 | Yes | 2 |
| CA001 | 1 | 282 Fifth Street | Vallejo | CA | 94590 | $864,000 | $56,000 | $220,000 | $50,000 | 3,627,052 | $3,836,747 | 1,493 | 1,772 | Metal | No | 11,750 | Yes | 2 |
| CA002 | 2 | 8910 Frontage Road | Sacramento | CA | 95828 | $1,000,000 | $156,000 | $235,000 | $50,000 | 3,621,330 | $4,763,653 | 1,327 | 1,880 | Metal | No | 15,000 | Yes | 2 |
| CA003 | 3 | 1964 Sabre Street | Hayward | CA | 94545 | $0 | $132,000 | $192,000 | $50,000 | 1,521,385 | $1,643,395 | 862 | 1,329 | Metal | No | 350 | Yes | 1 |
| CA004 | 4 | 1255 East Central Ave | Fresno | CA | 93725 | $300,000 | $56,000 | $56,000 | $50,000 | 3,312,304 | $3,720,504 | 2,111 | 1,560 | Metal/Wood | No | 3,550 | Yes | 6 |
| CA005 | 5 | 30 acres @ 4194 S. Orange Ave | Fresno | CA | 93725 | $239,000 | $56,000 | $10,000 | $50,000 | 2,335,891 | $2,591,781 | 1,305 | 1,790 | Metal | No | 3,440 | Yes | |
| CA006 | 6 | 2216 City Avenue | Bakersfield | CA | 93307 | $1,500,000 | $56,000 | $118,000 | $50,000 | 2,531,035 | $3,156,035 | 1,456 | 1,738 | Wood/Other | No | 7,555 | Yes | 6 |
| CA007 | 7 | 13955 Lopps Avenue | San Martin | CA | 95046 | $1,800,000 | $156,000 | $112,000 | $50,000 | 6,255,969 | $7,555,969 | 3,143 | 1,994 | Metal/Wood | No | 4,700 | Yes | 3 |
| OR009 | 8 | 1203 S. Cannon Avenue | Pacoima | CA | 97218 | $600,000 | $156,000 | $112,000 | $50,000 | 3,559,195 | $4,558,593 | 2,181 | 1,532 | Metal | No | 21,700 | Yes | 3 |
| CA010 | 9 | 6000 N.E. Comfort Drive | Portland | OR | 90001 | $1,300,000 | $156,000 | $142,000 | $50,000 | 3,573,187 | $4,002,457 | 1,646 | 2,371 | Metal | No | 21,000 | Yes | |
| CA011 | 10 | 8423 South Alameda | Los Angeles | CA | 95203 | $1,300,000 | $56,000 | $123,300 | $50,000 | 9,189,662 | $10,381,762 | 2,137 | 2,332 | Wood | No | 2,400 | Yes | 3 |
| CA012 | 11 | 1809 Weston Road | Stockton | CA | 75051 | $1,032,000 | $156,000 | $391,000 | $50,000 | 11,482,675 | $12,987,075 | 4,116 | 2,790 | Metal/Other | No | | Yes | 2 |
| TX012 | 12 | 506 Idlewild Road | Grand Prairie | TX | 75051 | $1,300,000 | $56,000 | $98,000 | $50,000 | | | | | | | 20,000 | | |
| TX013 | 13 | 42 zones @ 909 Idlewild Road / 3700 Old Union Road | Grand Prairie | TX | 75051 | | $532,000 | $117,000 | $50,000 | 1,005,354 | $2,205,454 | 842 | 1,697 | Metal/Other | Yes | | Yes | |
| TX014 | 14 | 3046 Highway 322 South | Lubbock | TX | 75603 | $600,000 | $56,000 | $125,000 | $30,000 | 1,897,470 | $2,329,079 | 1,113 | 1,705 | Metal | No | 7,700 | Yes | 2 |
| CA015 | 15 | 2565 Old Alabama Road | Longview | TX | 75604 | $500,000 | $56,000 | $188,000 | $50,000 | 7,773,301 | $8,746,501 | 3,708 | 2,096 | Metal | No | | Yes | |
| TX016 | 16 | 8887 Weyand Avenue | Austin | TX | 95828 | $0 | $56,000 | $18,000 | $50,000 | 2,049,999 | $2,749,399 | 1,656 | 1,656 | Metal/Wood | No | 4,000 | Yes | 1 |
| KS017 | 17 | 8211 Kansas Avenue | Sacramento | KS | 66111 | $600,000 | $56,000 | $146,000 | $50,000 | 2,391,410 | $3,144,210 | 1,780 | 1,342 | Metal/Wood | No | 6,000 | Yes | |
| OK018 | 18 | 2828 S.E. 15th Street | Kansas City | OK | 73108 | $800,000 | $56,000 | $133,500 | $50,000 | 1,812,282 | $2,361,582 | 1,103 | 1,487 | Metal | No | 15,000 | Yes | 2 |
| OK019 | 19 | 2468 W. 21st Street | Oklahoma City | OK | 74107 | $1,800,000 | $56,000 | $134,000 | $50,000 | 1,600,114 | $2,349,014 | 1,031 | 1,511 | Wood/Other | No | | Yes | |
| MO020 | 20 | 13033 Trinity Avenue | Tulsa | MO | 63044 | $1,800,000 | $56,000 | $122,800 | $50,000 | 4,131,043 | $5,059,843 | 2,586 | 1,597 | Metal/Wood | No | 8,000 | Yes | 2 |
| AR021 | 21 | 703 Highway 64 East | Bridgeton | AR | 72032 | $1,500,000 | $56,000 | $122,000 | $50,000 | 1,703,682 | $2,278,082 | 1,530 | 1,530 | Metal | No | 3,000 | Yes | |
| AR022 | 22 | 290 E. James Hill Road | Conway | AR | 72327 | $1,500,000 | $56,000 | $134,000 | $50,000 | 1,946,711 | $2,968,311 | 1,288 | 1,511 | Wood/Other | No | 3,190 | Yes | 4 |
| CT023 | 23 | 136 Christian Lane | Crawfordsville | CT | 06051 | $1,050,000 | $56,000 | $134,000 | $50,000 | 3,918,483 | $5,008,483 | 2,800 | 1,364 | Metal/Wood | No | 24,450 | Yes | 3 |
| NY024 | 24 | Route 9W North | New Britain | NY | 12543 | $700,000 | $56,000 | $118,000 | $50,000 | 3,560,444 | $5,037,744 | 2,865 | 2,055 | Wood/Wood | No | 5,500 | Yes | 3 |
| NY025 | 25 | 46 Zuk-Fence Drive | Madison | NY | 13236 | $1,600,000 | $56,000 | $118,000 | $50,000 | 712,589 | $1,411,189 | 656 | 1,086 | Wood/Wood | No | 3,500 | Yes | 4 |
| PA026 | 26 | 2704 Glenville Pike | Central Square | PA | 16073 | $1,150,000 | $332,000 | $135,000 | $50,000 | 3,846,484 | $5,137,084 | 2,723 | 1,413 | Metal/Wood | No | 18,500 | Yes | 4 |
| MA027 | 27 | 189 Haredon Street | Fernsburg | MA | 02019 | $550,000 | $56,000 | $128,000 | $50,000 | 2,371,169 | $3,340,589 | 1,843 | 1,205 | Metal/Wood | No | 113,000 | Yes | |
| PA028 | 28 | Route 351, 2000 River Rd | Bellingham | PA | 16117 | $1,000,000 | $56,000 | $122,000 | $50,000 | 1,607,612 | $2,935,612 | 1,689 | 1,079 | Metal | No | 7,100 | Yes | 2 |
| NY029 | 29 | 4307 Amboy Road | Elwood City | NY | 43307 | $500,000 | $56,000 | $152,000 | $50,000 | 1,193,186 | $1,967,186 | 1,356 | 827 | Metal/Wood | No | 2,000 | Yes | |
| NY030 | 30 | 1983 Montauk Highway | Brookhaven | NY | 11719 | $1,800,000 | $56,000 | $134,300 | $50,000 | 4,799,615 | $5,708,415 | 2,842 | 1,070 | Metal/Wood | No | 2,000 | Yes | 2 |
| NJ031 | 31 | 190 Crowell Road | Glassboro | NJ | 08028 | $1,500,000 | $56,000 | $134,300 | $50,000 | 4,149,834 | $14,769,854 | 2,402 | 1,728 | Metal | No | 2,000 | Yes | |
| MD032 | 32 | 11055 Branchway Road | Waldorf | MD | 20602 | $1,700,000 | $56,000 | $122,000 | $50,000 | 14,125,320 | $14,722,520 | 2,619 | 1,151 | Metal/Wood | No | 5,400 | Yes | |
| FL033 | 33 | 12650 HW 27th Avenue | Opa-Locka | FL | 33054 | $600,000 | $56,000 | $127,900 | $50,000 | 4,434,448 | $51,162,648 | 2,148 | 2,149 | Metal/Wood | No | | Yes | 3 |
| FL034 | 34 | 12200 US Highway 41 S. | Riverview | FL | 33569 | $700,000 | $56,000 | $127,900 | $50,000 | 6,276,587 | $7,112,487 | 2,029 | 2,186 | Metal | Yes | 5,500 | Yes | 3 |
| NY035 | 35 | 4 West Avenue | Linny | NY | 14442 | $750,000 | $56,000 | $119,200 | $50,000 | 1,714,178 | $1,840,578 | 4,307 | 1,458 | Metal/Wood | Yes | 70,000 | Yes | |
| IL036 | 36 | 1475 Bluff City Blvd | Elgin | IL | 60120 | $844,000 | $158,000 | $119,000 | $50,000 | 3,456,857 | $4,372,057 | 888 | 1,603 | Metal/Other | Yes | 10,000 | Yes | 2 |
| WI038 | 38 | 5444 US Highway 51 | Madison | WI | 53719 | $1,500,000 | $132,000 | $134,000 | $50,000 | 784,711 | $1,300,711 | 2,182 | 1,079 | Metal/Wood | Yes | 17,500 | Yes | 2 |
| WI039 | 39 | 4825 S. Whitnall Avenue | Cudahy | WI | 53110 | $1,500,000 | $56,000 | $145,000 | $50,000 | 1,281,781 | $1,132,781 | 1,113 | 1,152 | Metal/Wood | Yes | | Yes | |

COPART
Statement of Values
08/08/2005

| Yard Code | Year | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption/Extra Expense | Inventory Expense (Inv/Avg Qtr) | Average Inventory | | Average Gross Proceeds | Construction | Sprinklers Yes/No | Approx Sq ft. | Alarm System Yes/No | # of Bldgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IND40 | 40 | 205 S. Franklin Industrial Dr | Florence | MS | 39073 | $600,000 | $56,000 | $26,400 | $50,000 | 1,557,416 | 2,559,818 | 1,035 | 1,505 | Metal/Wood | | 3,000 | Yes | 1 |
| NC041 | 41 | 1091 Recovery Road | China Grove | NC | 28023 | $500,000 | $56,000 | $15,700 | $50,000 | 3,637,889 | 54,255,689 | 2,989 | 1,717 | Metal/Wood | | 5,000 | Yes | |
| FL042 | 42 | 450 Hammond Blvd | Jacksonville | FL | 32220 | $500,000 | $56,000 | $24,130 | $50,000 | 2,484,337 | 33,114,507 | 1,838 | 1,352 | Metal/Wood | | | Yes | 2 |
| CA043 | 43 | 7519 Woodman Ave. #B | Van Nuys | CA | 91405 | $1,200,000 | $56,000 | $41,100 | $50,000 | 10,893,056 | 54,255,652 | 4,781 | 2,778 | Metal/Other | Yes | 80,000 | Yes | 5 |
| IN044 | 44 | 4040 Office Plaza Blvd | Indianapolis | IN | 46254 | $500,000 | $56,000 | $33,200 | $50,000 | 2,503,585 | 31,446,045 | 2,571 | 1,265 | Metal/Other | Yes | 50,000 | Yes | 2 |
| TX045 | 45 | 501 Valley Chili Road | El Paso | TX | 79821 | $500,000 | $32,000 | $21,100 | $50,000 | 1,966,410 | 32,566,576 | 2,200 | 2,200 | Metal | | | Yes | |
| IN046 | 46 | 6100 Winona Avenue | Hammond | IN | 46320 | $450,000 | $56,000 | $13,000 | $50,000 | 2,709,099 | 32,278,099 | 1,503 | 1,503 | Metal/Wood | No | 8,000 | Yes | |
| AZ047 | 47 | 615 S. 51st. Avenue | Phoenix | AZ | 85043 | $600,000 | $56,000 | $31,800 | $50,000 | 5,394,510 | 37,280,310 | 3,010 | 2,016 | Metal/Wood | Yes | 16,000 | Yes | |
| WA048 | 48 | 16701 - 51st. Avenue N.E. | N. Salsqum | WA | 98223 | $800,000 | $56,000 | $25,600 | $50,000 | 1,553,539 | 12,467,130 | 1,212 | 1,283 | Metal/Wood | | 3,500 | Yes | 4 |
| UT049 | 49 | 170 W. Center Street | N. Salt Lake | UT | 84054 | $700,000 | $56,000 | $11,500 | $50,000 | 1,647,464 | 12,470,094 | 1,339 | 1,230 | Metal | No | 24,400 | Yes | 2 |
| LA050 | 50 | 21955 Greenwell Springs Rd | Greenwell Springs | LA | 70739 | $1,150,000 | $56,000 | $32,000 | $50,000 | 4,126,585 | 32,575,585 | 3,209 | 1,373 | Metal | | | Yes | |
| IL051 | 51 | 74 HWY WWW Road | Park | LA | 61354 | $500,000 | $56,000 | $61,300 | $50,000 | 1,011,781 | 31,674,981 | 1,063 | 952 | Metal | No | 4,000 | Yes | |
| MA052 | 52 | 200 County Road 159 | Avon | MA | 58210 | $400,000 | $32,000 | $12,500 | $50,000 | 1,714,105 | 31,274,105 | 582 | 1,044 | Wood | | | Yes | |
| MA053 | 53 | 58R High Street | N. Billerica | MA | 01862 | $500,000 | $56,000 | $58,800 | $50,000 | 3,498,527 | 14,181,227 | 2,541 | 1,439 | Metal | | | Yes | |
| NC054 | 54 | 319 Gopkt Road | Dunn | NC | 28334 | $400,000 | $56,000 | $34,600 | $50,000 | 2,850,879 | 33,571,679 | 2,103 | 1,356 | Metal | Yes | 1,800 | Yes | |
| FL055 | 55 | 307 E. Landstreet Road | Orlando | FL | 32824 | $725,000 | $56,000 | $21,700 | $50,000 | 5,233,486 | 36,085,686 | 3,194 | 1,939 | Block | Yes | 6,000 | Yes | |
| FL056 | 56 | S.R. ACRES | Orlando | FL | | | | | | | | | | | | | | |
| SC056 | 56 | 4324 Highway 301 South | Gaston | SC | 29053 | $225,000 | $58,000 | $25,000 | $50,000 | 2,367,209 | 12,633,609 | 1,035 | 1,172 | Metal | | | Yes | |
| NY057 | 57 | 4901 N. Lamb Blvd | N. Las Vegas | NY | 89115 | $570,000 | $56,000 | $114,800 | $50,000 | 1,792,727 | 34,473,627 | 2,412 | 2,656 | Metal | | | Yes | |
| AL058 | 58 | 4783 Loff Road | Eight Mile | AL | 36613 | $600,000 | $58,000 | $34,800 | $50,000 | 2,356,712 | 53,007,512 | 1,640 | 1,437 | | | 4,000 | Yes | |
| CA059 | 59 | 7227 Clay Mesa Road | San Diego | CA | 92154 | $800,000 | $156,000 | $24,700 | $50,000 | 5,483,928 | 96,114,428 | 2,460 | 2,229 | Metal | No | 1,800 | Yes | |
| IA060 | 60 | 3300 Vandilla Road | Des Moines | IA | 50317 | $450,000 | $132,000 | $19,600 | $50,000 | 1,199,343 | 31,751,543 | 913 | 1,514 | Mobile | | 6,000 | Yes | 1 |
| TX061 | 61 | 21000 Haynen Drive | Woodburn | TX | 48192 | $2,000,000 | $156,000 | $20,300 | $50,000 | 3,538,418 | 35,644,318 | 1,024 | 1,830 | Metal | Yes | | Yes | |
| TX062 | 62 | 8725 IH-35 N | New Braunfels | TX | 78130 | $500,000 | $156,000 | $16,600 | $50,000 | 2,545,458 | 13,178,428 | 3,782 | 1,348 | Metal | | | Yes | |
| TN063 | 63 | 885 Survey Line | Lebanon | TN | 37090 | $500,000 | $156,000 | $120,600 | $50,000 | 56,149,761 | 56,149,761 | 3,763 | 1,344 | Metal/Wood | | | Yes | |
| WA064 | 64 | 21421 Meridian East | Graham | WA | 98338 | $450,000 | $156,000 | $35,600 | $50,000 | 2,006,923 | 22,699,502 | 1,547 | 1,320 | Metal | | | Yes | 3 |
| TX065 | 65 | 301 Mile 1 East | Mercedes | TX | 78570 | $600,000 | $156,000 | $15,600 | $50,000 | 1,078,779 | 11,999,779 | 664 | 2,077 | Metal | | | Yes | |
| AL066 | 66 | 266 Deer Trails Road | Honolulu | AL | 35006 | $500,000 | $156,000 | $43,000 | $50,000 | 2,344,231 | 32,697,231 | 1,045 | 1,245 | Metal | Yes | 42,400 | Yes | |
| HI067 | 67 | 1411 HWY Akland | Walda | HI | 67216 | $500,000 | $132,000 | $55,600 | $150,000 | 1,235,104 | 31,876,404 | 1,195 | 1,034 | | | | Yes | |
| CO068 | 68 | 6464 Downing Street | Denver | CO | 80029 | $500,000 | $156,000 | $13,600 | $150,000 | 2,503,104 | 53,616,084 | 1,201 | 1,037 | | | | Yes | |
| NJ069 | 69 | 7875 W. Belvedere | Glassboro | NJ | 8028 | $500,000 | $132,000 | $117,100 | $150,000 | 1,557,109 | 52,988,109 | 979 | 1,591 | | | | Yes | |
| FL070 | 70 | 3333 N. Railroad Avenue | West Palm Beach | FL | 32411 | $500,000 | $156,000 | | $150,000 | 1,567,883 | 33,424,602 | 1,445 | 1,927 | | | | Yes | |
| WA071 | 71 | 3716 North Middleton Rd | Pasco | WA | 99301 | $500,000 | $132,000 | $74,100 | $150,000 | 671,809 | 31,831,738 | 530 | 1,198 | | | | Yes | |
| ID072 | 72 | 2620 FM Road #3054 | Caldwell | ID | 83605 | $500,000 | $132,000 | $12,150 | $150,000 | 564,269 | 31,248,450 | 520 | 1,253 | | | | Yes | |
| TX073 | 73 | 11130 Appleville Rd | Abilene | TX | 79601 | $500,000 | $122,000 | $126,700 | $150,000 | 555,888 | 31,180,505 | 532 | 1,508 | | | | Yes | |
| TX074 | 74 | 2535 FM Road #2054 | San Antonio | TX | 78224 | $500,000 | $156,000 | $68,500 | $150,000 | 2,038,831 | 32,666,131 | 1,262 | 1,616 | | | | Yes | |
| MN075 | 75 | 8 Park Drive | Granville | PA | 17028 | $500,000 | $156,000 | $47,800 | $150,000 | 3,424,604 | 35,278,104 | 2,121 | 1,615 | | | | Yes | |
| PA076 | 76 | 2701 Waterfront Road | Martinez | PA | 94553 | $750,000 | $56,000 | $15,000 | $150,000 | 3,159,855 | 32,160,965 | 1,309 | 1,178 | Metal | | | Yes | |
| CA079 | 79 | 1055 K. Parkside Drive | Pittburg | CA | 94565 | $100,000 | $58,000 | $50,000 | $150,000 | 6,877,272 | 37,783,272 | 3,575 | 1,924 | | | | Yes | 3 |
| CA078A | 78 | | | | | | | | | | $100,000 | | | | | | | |

M 00148

COPART
Statement of Values
06/30/2005

| Yard Code | YOR | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption/ Extra Expense | Inventory Expense (Inv/Avg CP) | | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes/No | Approx. Sq. Ft. | Alarm System Yes/No | # of Bldgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA070 | 79 | 14405 Chef Menteur Highway | New Orleans | LA | 70129 | $750,000 | $56,000 | $30,000 | $50,000 | 2,415,675 | $3,319,070 | 1,739 | 1,268 | Metal | | | | |
| MN080 | 80 | 1528 Bunker Lake Blvd. | Ham Lake | MN | 55304 | $750,000 | $56,000 | $30,000 | $50,000 | 2,061,134 | 2,093,134 | 1,528 | 1,353 | Concrete | | | | |
| IL081 | 81 | 89 E. Sauk Trail | Chicago Heights | IL | 60411 | $500,000 | $56,000 | $30,000 | $50,000 | 1,579,321 | 2,215,531 | 1,473 | 1,072 | | | | | |
| VA082 | 82 | 12390 US-60 Highway 25 | Chatham | VA | 24531 | $500,000 | $52,000 | $30,000 | $50,000 | 1,121,767 | 1,733,767 | 858 | 1,307 | | | | | |
| KY083 | 83 | 1051 Industry Road | Lawrenceburg | KY | 40342 | $750,000 | $56,000 | $30,000 | $50,000 | 2,438,300 | 3,344,309 | 2,515 | 968 | | | | | |
| LA084 | 84 | 5235 Greenwood Road | Shreveport | LA | 71109 | $550,000 | $56,000 | $30,000 | $50,000 | 1,987,760 | 12,603,760 | 1,408 | 1,398 | Metal | | | | |
| PA085 | 85 | 297 Fee Fee Road | Mt. Morris | PA | 15349 | $500,000 | $56,000 | $30,000 | $50,000 | 709,544 | 1,237,344 | 706 | 1,005 | Metal | | | | |
| FL086 | 86 | 2801 Center Road | Fort Pierce | FL | 34946 | $500,000 | $56,000 | $30,000 | $50,000 | 936,409 | 12,492,009 | 1,551 | 1,613 | Metal | | | | |
| GA087 | 87 | 5510 Side Hope Road | Savannah | GA | 31405 | $500,000 | $56,000 | $30,000 | $50,000 | 3,121,427 | 3,767,427 | 2,774 | 1,125 | | | | | |
| GA088 | 88 | 396 Oak Ridge Road | Tifton | GA | 31794 | $320,000 | $56,000 | $30,000 | $50,000 | 1,985,302 | 2,021,302 | 1,628 | 1,145 | | | | | |
| WV089 | 89 | 2461 Route 60 | Hurricane | WV | 25526 | $500,000 | $52,000 | $30,000 | $50,000 | 692,377 | 1,504,377 | 847 | 1,054 | | | | | |
| ME090 | 90 | 156 Greenwood Pond Road | Hillsborough | ME | 04052 | $500,000 | $52,000 | $30,000 | $50,000 | 494,773 | 806,773 | 473 | 1,048 | | | | | |
| NJ091 | 91 | 2124 West Camplain Road | Hillsborough | NJ | 08844 | $500,000 | $52,000 | $30,000 | $50,000 | 2,737,319 | 3,393,319 | 1,297 | 2,111 | | | | | |
| MO092 | 92 | 2888 E. US Highway 54 | Rogersville | MO | 65742 | $500,000 | $52,000 | $30,000 | $50,000 | 1,115,630 | 1,747,830 | 751 | 1,466 | | | | | |
| AZ093 | 93 | 5400 S. Avondale Avenue | Tucson | AZ | 85706 | $500,000 | $52,000 | $30,000 | $50,000 | 1,543,519 | 2,175,519 | 974 | 1,585 | | | | | |
| NY094 | 94 | 1916 Crane Avenue | Albany | NY | 12205 | $500,000 | $52,000 | $30,000 | $50,000 | 890,267 | 1,582,267 | 615 | 1,459 | | | | | |
| TX095 | 95 | 3999 S. Loop 335 E. | Amarillo | TX | 79118 | $500,000 | $52,000 | $30,000 | $50,000 | 885,037 | 1,517,037 | 523 | 1,692 | | | | | |
| TX096 | 96 | 3200 Agnes Street | Corpus Christi | TX | 78405 | $500,000 | $56,000 | $30,000 | $50,000 | 497,600 | 1,129,800 | 292 | 1,899 | | | | | |
| CA097 | 97 | 12187 Arrow Route | Rancho Cucamonga | CA | 91739 | $12,000,000 | $56,000 | $30,000 | $50,000 | 6,075,708 | 18,201,708 | 2,891 | 2,102 | | | | | |
| TX098 | 98 | 950 Blue Mound Road West | Haslet | TX | 76052 | $500,000 | $56,000 | $30,000 | $50,000 | 2,781,604 | 3,437,604 | 1,060 | 2,576 | | | | | |
| NV100 | 100 | 911 N. Virginia Street | Reno | NV | 89506 | $500,000 | $56,000 | $30,000 | $50,000 | 2,751,292 | 3,407,202 | 1,603 | 1,716 | | | | | |
| VA101 | 101 | 6701 A. Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $30,000 | $50,000 | 1,353,360 | 1,353,360 | 1,133 | 1,195 | | | | | |
| MD102 | 102 | 2239 Westminster Pike | Baltimore | MD | | | | | | | | | | | | | | |
| MI103 | 103 | 20.0 ACRES leased | Lansing | MI | | | | | | | | | | | | | | |
| OR104 | 104 | 28815 End Road NE | Eugene | OR | 97402 | $275,000 | $32,000 | $30,000 | $150,000 | 1,228,315 | 1,613,315 | 964 | 1,272 | Block | | 9 Acres | | |
| FL105 | 105 | 11484 NW 35th Avenue | Miami | FL | 33167 | | $32,000 | $30,000 | | 1,287,500 | 1,287,500 | 895 | 1,500 | | | | | |
| MT106 | 106 | 3333 Bozeman Avenue | Helena | MT | 59602 | $100,000 | | | | 890,452 | 990,452 | 529 | 1,407 | | | | | |
| GA107 | 107 | 6989 Hwy. 20 | Loganville | GA | 30052 | | | | | 3,088,751 | 13,088,751 | 2,441 | 1,265 | | | | | |
| FL108 | 108 | 7100 NW 44th Avenue | Ocala | FL | 34482 | | | | | 792,797 | 1,792,797 | 790 | 1,004 | | | | | |
| TN109 | 109 | 585 Oldham Road | Sweetwater | TN | 37874 | | | | | | | | | | | | | |
| NJ110 | 110 | 91-540 Kaumoku Road | Kapolei | HI | 96707 | | | | | | | | | | | | | |
| OH111 | 111 | 286 East 1st Dingey Rd | Northwood | OH | 43619 | $125,000 | $32,000 | $10,000 | $50,000 | 498,896 | 710,896 | 660 | 756 | Wood | No | | | |
| OH112 | 112 | 22935 Royalton Road | Strongsville | OH | 44149 | $125,000 | $32,000 | $10,000 | $50,000 | 388,597 | 1,455,097 | 561 | 686 | Wood | No | | | |
| AK113 | 113 | 4017 Old Glenn Highway | Anchorage | AK | 99501 | $150,000 | $32,000 | $30,000 | $50,000 | 264,129 | 1,496,129 | 256 | 1,110 | | | | | |
| TN114 | 114 | 5000 Rutledge Pike | Knoxville | TN | 37914 | | | | | 884,120 | 1,884,120 | 970 | 970 | | | | | |
| KY115 | 115 | 5401 Kees Court | Lexington | KY | 40509 | | | | | 2,311,433 | 3,231,433 | 1,795 | 1,288 | | | | | |
| WA116 | 116 | 11018 West McFarlane Rd | Airway Heights | WA | 99001 | | | | | 301,200 | 1301,200 | 251 | 1,200 | | | | | |

M 00149

COPART
Statement of Values
09/09/2005

| Yard Code | YDM | Physical Street Address | City | State | Zip | Building and Imp. | Contents | Computer Equipment | Business Interruption/ Extra Expense | Inventory Exposure Inv/Ave GIP | | Average Inventory | Average Gross Pressacts | Construction | Sprinklers Yes / No | Approx. Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FL117 | 117 | 1625 Commerce Blvd | Midway | FL | 33343 | | | | | 425,000 | 425,000 | 288 | 1,500 | | | | | |
| MD125 | 125 | 8443 Richards Rd | Columbia | MO | 65201 | $500,000 | $58,000 | $50,000 | $50,000 | 1,144,500 | $1,144,500 | 783 | 1,500 | | | | | |
| CANADA | 201 | 175 Osbourne Road | Courtice, Ontario | Canada | L1E | $1,000,000 | | $5,000,000 | | 1,340,328 | $1,340,328 | 554 | 1,288 | | | | Yes | |
| V82 | 601 | 3422 Neeham Road | Las Vegas | NV | | | | | | 710,328 | $6,000,000 | | | | | 7,000 | | |
| | bd | 30 Acres @ 8255 Hwy 411 S | Madisonville | TN | 37354 | | | | | | | | | | | | | |
| MO01 | 301 | MAG PUBLIC YARDS | | | | | | | | | | | | | | | | |
| | | 19966 Telegraph Road | Romulus | MI | 48174 | $525,000 | $27,000 | $34,700 | $32,596 | 1,398,031 | $2,016,177 | 583 | 2,395 | | | | | |
| VA302 | 302 | 3855 S. Military Hwy | Chesapeake | VA | 23323 | $1,300,000 | $10,000 | $127,000 | $325,363 | 1,443,700 | $2,896,063 | 629 | 2,295 | | | | | |
| | | 30.2 ACRES | | | | | | | | | | | | | | | | |
| DE303 | 303 | 2323 N. DuPont Parkway | New Castle | DE | 19720 | $500,000 | $56,000 | $50,000 | $50,000 | 837,185 | $1,292,185 | 194 | 3,284 | | | | | |
| PA304 | 304 | 12876 Molly Pitcher Hwy | Greencastle | PA | 17225 | $500,000 | $56,000 | $50,000 | $50,000 | 1,128,611 | $1,784,611 | 668 | 1,856 | | | | | |
| PA305 | 305 | 528 Thomson Run Road | West Mifflin | PA | 15122 | $500,000 | $56,000 | $50,000 | $50,000 | 450,264 | $1,106,264 | 271 | 1,681 | | | | | |
| VA306 | 306 | 9701 Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 1,786,257 | $2,422,257 | 565 | 2,126 | | | | | |
| 750 | 750 | Off-Site | | | | | | | | 108,644 | $108,644 | 104 | 1,045 | | | | | |
| 980 | 980 | Network | | | | | | | | 1,420,408 | $1,420,408 | 965 | 1,472 | | | | | |
| | | | | | Totals: | $29,279,500 | $5,031,000 | $19,042,500 | $5,267,959 | $304,442,132 | $414,855,311 | 186,187 | $187,169 | | | | | |

Above TIV:  $414,855,311

Grand Total TIV including Contractors Equipment:  $424,472,311

Contractors Equipment Schedule - Total Value:  $9,617,000

M 00150