# EXHIBIT 11


**Monica Streacker**
08/30/2005 04:03 PM

To: Pat Terranova/SanFrancisco/CFI@CFI
cc:
Subject: Copart

Pat,
Please print out all the renewal information, attach to file & give to me.
Thanks.

Monica Streacker
Property Underwriting Specialist
Crum & Forster
Phone: 415-541-3285
e-mail: monica_streacker@cfins.com

----- Forwarded by Monica Streacker/SanFrancisco/CFI on 08/30/2005 04:01 PM -----


**John.P.Wood@marsh.com**
08/24/2005 04:59 PM

To: Monica_Streacker@cfins.com
cc:
Subject: Copart

Attached are our renewal specifications for the above account. If you
could quote your expiring participation it would be appreciated.


(See attached file: Client Information - Property.doc)(See attached file:
Named Insured Schedule.xls)(See attached file: Property - Off Road
Equipment 10-1-04.xls)(See attached file: Property - Royal PYs 1999-03 @
8-5-05.pdf)(See attached file: Property - Stock & Inventory Valuation
Clause.xls)
(See attached file: PROPERTY Loss Summary @ 8-5-05 .xls)(See attached file
Property Statement of Values 8-8-05.xls)(See attached file: Property.xls)

John P. Wood
Vice President
Marsh Risk & Insurance Services
One California Street
San Francisco, CA   94111
Phone:   415 743 8607
Fax:     415 743 8082
Email:   john.p.wood@marsh.com
California Insurance License 0437153

Client Information - Property.doc   Named Insured Schedule.xls   Property - Off Road Equipment 10-1-04.xls



UW(05-06) 117

Property - Royal PYs 1999-03 @ 8-5-05.pdf   Property - Stock & Inventory Valuation Clause.xls

PROPERTY Loss Summary @ 8-5-05.xls   Property Statement of Values 8-8-05.xls   Property.sl

COPART
Statement of Values
8/8/2005

| Yard Code | YDC | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Avg GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes/No | Approx. Sq. Ft. | Alarm System Yes/No | # of Bldg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAT00 | HO | 4665 Business Center Dr | Fairfield | CA | 94534 | $10,000,000 | $650,000 | $11,000,000 | $100,000 | | $21,750,000 | NA | NA | Con/Steel | Yes | 100,000 | Yes | 1 |
| CA001 | 1 | 282 Fern Street | Vallejo | CA | 94590 | $864,000 | $56,000 | $270,900 | $50,000 | 2,645,847 | $3,836,747 | 1,493 | 1,712 | Metal | Yes | 11,750 | Yes | 2 |
| CA002 | 2 | 8780 Fruitridge Road | Sacramento | CA | 95826 | $1,000,000 | $56,000 | $35,600 | $50,000 | 3,622,052 | $4,763,652 | 1,927 | 1,880 | Metal | No | 15,000 | Yes | 2 |
| CA003 | 3 | 1961 Sabre Street | Hayward | CA | 91545 | $0 | $132,000 | $30,000 | $50,000 | 1,511,395 | $1,643,395 | 807 | 1,909 | Metal | Yes | 250 | Yes | 2 |
| CA004 | 4 | 1255 East Central Ave | Fresno | CA | 93725 | $100,000 | $56,000 | $12,200 | $50,000 | 1,312,304 | $1,730,504 | 2,111 | 1,569 | Metal/Wood | No | 3,550 | Yes | 6 |
| CA005 | 5 | 30 acres @ 4194 S Orange Ave | Fresno | CA | 93725 | | | | | | | | | | | | | |
| CA006 | 6 | 2216 Coy Avenue | Bakersfield | CA | 93307 | $239,000 | $56,000 | $10,900 | $50,000 | 2,335,891 | $2,691,791 | 1,305 | 1,790 | Metal | No | 3,440 | Yes | 1 |
| CA007 | 7 | 13895 Llagas Avenue | San Martin | CA | 95046 | $500,000 | $56,000 | $19,000 | $50,000 | 2,531,035 | $3,156,035 | 1,456 | 1,738 | Wood/Other | No | 7,555 | Yes | 6 |
| CA009 | 9 | 1201 S. Rancho Avenue | Colton | CA | 92324 | $1,500,000 | $56,000 | $12,700 | $50,000 | 6,236,909 | $7,855,609 | 3,143 | 1,984 | Metal/Wood | No | 4,700 | Yes | 3 |
| OR009 | 9 | 6900 NE Cornfoot Drive | Portland | OR | 97218 | $800,000 | $56,000 | $42,600 | $50,000 | 3,559,995 | $4,508,595 | 2,181 | 1,632 | Metal | No | 21,700 | Yes | 3 |
| CA010 | 10 | 8123 South Alameda | Los Angeles | CA | 90001 | $300,000 | $56,000 | $23,300 | $50,000 | 3,573,157 | $4,002,457 | 1,546 | 2,171 | Wood | Yes | 2,400 | Yes | |
| TX011 | 11 | 1655 Ranker Road | Houston | TX | 77073 | $1,002,800 | $56,000 | $91,300 | $50,000 | 9,196,662 | $10,396,762 | 2,137 | 2,312 | Wood | No | | Yes | |
| TX012 | 12 | 505 Idlewild Road | Grand Prairie | TX | 75051 | $1,360,000 | $56,000 | $98,400 | $50,000 | 11,482,675 | $12,987,075 | 4,116 | 2,790 | Metal/Other | No | 20,000 | Yes | 4,12 |
| TX012 | 12 | 42 acres @ 509 Idlewild Road | Grand Prairie | TX | 75051 | | | | | | | | | | | | | |
| TX013 | 13 | 3700 Old Union Road | Lufkin | TX | 75904 | $500,000 | $32,000 | $17,900 | $50,000 | 1,505,554 | $2,205,454 | 812 | 1,907 | Metal | Yes | 7,700 | Yes | 2 |
| TX014 | 14 | 3046 Highway 122 South | Longview | TX | 75603 | $500,000 | $56,000 | $25,430 | $50,000 | 1,397,679 | $2,529,079 | 1,113 | 1,105 | Metal | No | | Yes | |
| GA015 | 15 | 2568 Old Alabama Road | Austell | GA | 30168 | $800,000 | $56,000 | $68,700 | $50,000 | 1,713,301 | $8,748,001 | 3,708 | 2,096 | Metal | Yes | | Yes | 1 |
| CA015 | 16 | 8081 Weyand Avenue | Sacramento | CA | 95828 | $0 | $56,000 | $59,000 | $50,000 | 2,389,999 | $2,704,999 | 1,655 | 1,565 | Metal | Yes | 4,000 | Yes | |
| KS017 | 17 | 6211 Kansas Avenue | Kansas City | KS | 66111 | $600,030 | $55,000 | $46,600 | $50,000 | 2,191,410 | $3,144,210 | 1,780 | 1,343 | Metal/Wood | No | 6,000 | Yes | |
| OK018 | 18 | 2629 S E 15th Street | Oklahoma City | OK | 73129 | $800,000 | $55,000 | $35,300 | $50,000 | 1,542,282 | $2,591,582 | 1,103 | 1,467 | Metal | Yes | 15,000 | Yes | |
| OK019 | 19 | 2103 W 21st Street | Tulsa | OK | 74107 | $800,000 | $55,200 | $34,800 | $50,000 | 1,600,114 | $2,340,914 | 1,031 | 1,552 | Metal | Yes | | Yes | |
| MO020 | 20 | 13031 Taussig Avenue | Bridgeton | MO | 63044 | $500,000 | $55,000 | $22,800 | $50,000 | 4,131,043 | $5,059,843 | 2,586 | 1,597 | Metal/Wood | No | 8,000 | Yes | 2 |
| AR021 | 21 | 103 Highway 2 61 East | Conway | AR | 72032 | $500,000 | $56,000 | $15,500 | $50,000 | 1,278,093 | $4,906,283 | 2,797 | 1,530 | Metal | No | 6,000 | Yes | |
| AR022 | 22 | 283 E. James Mir Road | Crawfordsville | AR | 72327 | $500,000 | $56,000 | $34,000 | $50,000 | 1,946,711 | $2,565,211 | 1,268 | 1,511 | Metal/Other | No | 3,150 | Yes | 2 |
| CT023 | 23 | 138 Christian Lane | New Britain | CT | 06051 | $1,050,000 | $56,000 | $31,300 | $50,000 | 3,918,151 | $5,008,483 | 2,800 | 1,364 | Metal/Wood | No | 24,400 | Yes | 3 |
| NY024 | 24 | Route 9/71 North | Malboro | NY | 12542 | $600,000 | $56,200 | $16,600 | $50,000 | 3,500,411 | $5,937,744 | 1,900 | 2,895 | Wood/Other | No | 5,500 | Yes | 3 |
| NY025 | 25 | 16 Zoe Perce Drive | Central Square | NY | 13035 | $1,150,000 | $32,000 | $35,000 | $50,000 | 3,412,985 | $5,137,884 | 656 | 1,086 | Metal/Wood | No | 3,500 | Yes | 4 |
| PA026 | 26 | 2704 Cervantes Pike | Pennsburg | PA | 18073 | $550,000 | $56,200 | $71,800 | $50,000 | 3,346,834 | $4,411,189 | 1,413 | 1,290 | Metal/Wood | No | 18,500 | Yes | |
| MA027 | 27 | 135 Mennon Street | Bellingham | MA | 02019 | $1,000,000 | $56,000 | $22,000 | $50,000 | 2,177,159 | $3,256,959 | 2,723 | 1,070 | Metal/Other | No | 25,000 | Yes | 2 |
| PA028 | 28 | Route 331, 2000 River Rd | Elwood City | PA | 16117 | $400,000 | $55,000 | $8,000 | $50,000 | 1,807,612 | $2,935,612 | 1,843 | 827 | Metal/Other | No | 13,000 | Yes | 4 |
| OH029 | 29 | 1630 Williams Road | Columbus | OH | 43207 | $800,000 | $55,000 | $52,600 | $50,000 | 1,153,185 | $1,667,185 | 1,689 | 2,042 | Metal/Wood | No | 7,100 | Yes | |
| VT030 | 30 | 1903 Mohawk Highway | Bridgewater | VT | 11713 | $500,000 | $56,000 | $14,300 | $50,000 | 1,493,515 | $1,755,015 | 1,395 | 1,728 | Metal/Other | No | 2,300 | Yes | 2 |
| NJ031 | 31 | 200 Grove Street | Glassboro | NJ | 08029 | $1,000,000 | $56,000 | $30,300 | $50,000 | 3,749,954 | $4,769,954 | 2,350 | 1,427 | Metal | No | 3,000 | Yes | 3 |
| MO032 | 32 | 1055 Blueoyster Road | Walden | MO | 20602 | $600,000 | $55,000 | $22,200 | $50,000 | 3,735,630 | $4,873,030 | 2,402 | 7,186 | Wood/Other | No | 5,400 | Yes | |
| FL033 | 33 | 12650 NW 7th Avenue | Opa Locka | FL | 33054 | $100,000 | $56,000 | $27,900 | $50,000 | 1,434,448 | $2,112,487 | 2,619 | 1,658 | Metal | | | Yes | |
| FL034 | 34 | 12070 US Highway 1015 | Riverview | FL | 33569 | $600,000 | $56,000 | $15,900 | $50,000 | 6,278,587 | $6,182,679 | 2,029 | 1,603 | Metal/Other | | 5,500 | Yes | |
| IL036 | 36 | 1275 Buff City Blvd | Leroy | IL | 64483 | $600,000 | $12,000 | $13,000 | $50,000 | 196,857 | $1,840,329 | 4,207 | 1,156 | Metal | | 20,000 | Yes | |
| NY038 | 38 | 5431 George Road | Madison | IL | 50121 | $750,000 | $56,000 | $13,000 | $50,000 | 394,731 | $1,372,057 | 988 | 1,603 | Metal | | 10,020 | Yes | 2 |
| NY039 | 39 | 1275 S. Central Avenue | Swan | NY | 52110 | $300,000 | $12,000 | $13,000 | $50,000 | 1,281,781 | $2,132,781 | 2,182 | 1,079 | Metal/Wood | | 17,500 | Yes | 2 |

COPART
Statement of Values
8/8/2005

| Yard Code | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes / No | Approx. Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MS040 | 205 S Ranch Industrial Dr | Florence | MS | 39073 | $600,000 | $56,000 | $26,400 | $50,000 | 1,557,416 | $2,289,816 | 1,035 | 1,505 | Metal/Wood | | 3,000 | Yes | ? |
| NC041 | 1081 Recovery Road | China Grove | NC | 28023 | $500,000 | $56,000 | $15,700 | $50,000 | 1,617,989 | $2,239,689 | 2,989 | 1,217 | Metal/Wood | | 5,000 | Yes | 1 |
| FL042 | 450 Hammond Blvd | Jacksonville | FL | 32220 | $500,000 | $56,000 | $24,130 | $50,000 | 2,484,377 | $3,114,507 | 1,828 | 1,352 | Metal/Wood | | | Yes | |
| CA043 | 7515 Woodman Ave, #6 | Van Nuys | CA | 91405 | $2,000,000 | $56,000 | $41,100 | $50,000 | 2,892,156 | $5,242,156 | 4,761 | 2,278 | Metal/Other | Yes | | Yes | 5 |
| IN044 | 4040 Office Plaza Blvd | Indianapolis | IN | 45254 | $1,000,000 | $56,000 | $33,200 | $50,000 | 1,508,845 | $1,648,045 | 2,571 | 1,365 | Metal/Other | Yes | 30,000 | Yes | 2 |
| TX045 | 501 Valley Chili Road | El Paso | TX | 79821 | $500,000 | $32,000 | $21,100 | $50,000 | 1,966,476 | $2,569,576 | 892 | 2,205 | Metal | | 50,000 | Yes | |
| IN046 | 6100 Woodmar Avenue | Hammond | IN | 46320 | $450,000 | $56,000 | $13,000 | $50,000 | 2,709,099 | $3,278,099 | 1,903 | 1,503 | Metal/Wood | No | 8,000 | Yes | 1 |
| AZ047 | 615 S 51st Avenue | Phoenix | AZ | 85043 | $800,000 | $56,000 | $31,900 | $50,000 | 6,314,510 | $7,282,410 | 3,010 | 2,108 | Metal/Wood | Yes | 10,000 | Yes | 1 |
| WA048 | 16701 51st Avenue N.E. | Arlington | WA | 98223 | $700,000 | $56,000 | $25,600 | $50,000 | 1,555,539 | $2,387,139 | 1,272 | 1,283 | Metal/Wood | | 3,500 | Yes | 4 |
| UT049 | 170 W Center Street | N Salt Lake | UT | 84054 | $750,000 | $56,000 | $17,500 | $50,000 | 1,647,484 | $2,570,984 | 1,339 | 1,230 | Metal/Wood | No | 24,400 | Yes | 3 |
| LA050 | 71595 Greenwell Springs Rd | Greenwell Springs | LA | 70739 | $550,000 | $56,000 | $32,000 | $50,000 | 4,129,586 | $5,016,586 | 3,009 | 1,312 | Metal | | | Yes | |
| IL051 | 14417 VFW Road | Pekin | IL | 61554 | $400,000 | $32,000 | $61,200 | $50,000 | 1,011,781 | $1,678,981 | 1,063 | 952 | Metal | | | Yes | |
| MN052 | 280 County Road 159 | Avon | MN | 56310 | $500,000 | $56,000 | $17,000 | $50,000 | 724,105 | $1,218,105 | 362 | 1,244 | Metal | No | 4,000 | Yes | |
| MA053 | 558 Main Street | N Billerica | MA | 01862 | $600,000 | $32,000 | $12,000 | $50,000 | 3,498,927 | $4,193,727 | 2,341 | 1,455 | Wood | | | | |
| NC054 | 310 Capon Road | Dunn | NC | 28334 | $525,000 | $56,000 | $83,800 | $50,000 | 2,850,879 | $3,571,679 | 2,103 | 1,356 | Metal | | | Yes | |
| FL055 | 307 E Landstreet Road | Orlando | FL | 32824 | | $56,000 | $14,900 | $50,000 | 5,233,486 | $6,085,686 | 3,194 | 1,639 | Block | Yes | | Yes | |
| SC056 | 50 ACRES | Gaston | SC | 29053 | $225,000 | $56,000 | $25,100 | $50,000 | 2,267,239 | $2,623,609 | 935 | 1,177 | Metal | | | Yes | |
| NV057 | 4324 Highway 121 South | N Las Vegas | NV | 89115 | $510,000 | $56,000 | $14,800 | $50,000 | 5,782,727 | $6,473,527 | 2,812 | 2,056 | Metal | | 1,000 | Yes | |
| AL058 | 4831 N Lamb Blvd | Eight Mile | AL | 36613 | $600,000 | $56,000 | $34,300 | $50,000 | 2,356,712 | $3,097,512 | 1,540 | 1,437 | Metal | | | Yes | |
| CA059 | 1277 Olay Mesa Road | San Diego | CA | 92154 | $500,000 | $56,000 | $24,700 | $50,000 | 5,463,928 | $6,119,628 | 2,460 | 2,229 | Mobile | No | 1,600 | Yes | |
| IA060 | 3300 Vandalia Road | Des Moines | IA | 50317 | $450,000 | $32,000 | $19,800 | $50,000 | 1,199,312 | $1,751,111 | 913 | 1,314 | Metal | | 5,300 | Yes | |
| MI061 | 21000 Hayden Drive | Woodhaven | MI | 48183 | $2,020,000 | $56,000 | $20,300 | $50,000 | 3,528,616 | $5,564,916 | 1,934 | 1,830 | Metal | No | | Yes | |
| TX062 | 8725 IH-35 N | New Braunfels | TX | 78130 | $500,000 | $56,000 | $26,800 | $50,000 | 2,545,498 | $3,178,298 | 1,084 | 2,348 | | | | Yes | |
| TN063 | 865 Stutty Lane | Lebanon | TN | 37090 | $900,000 | $56,000 | $20,600 | $50,000 | 5,723,161 | $6,749,761 | 2,783 | 1,354 | Metal | Yes | | Yes | |
| WA064 | 21471 Meridian East | Graham | WA | 97570 | $500,000 | $32,000 | $36,600 | $50,000 | 2,056,922 | $2,690,522 | 1,347 | 1,320 | Metal/Wood | Yes | 12,400 | Yes | |
| TX065 | 301 Mile 1 East | Mercedes | TX | 78570 | $500,000 | $56,000 | $35,600 | $50,000 | 1,379,115 | $1,996,779 | 664 | 2,077 | Metal | Yes | | Yes | |
| AL066 | 295 Dan Tibbs Road | Huntsville | AL | 35806 | $500,000 | $56,000 | $15,000 | $50,000 | 2,045,231 | $2,597,231 | 1,805 | 1,245 | Metal | | | Yes | |
| KS067 | 4510 S Madison | Wichita | KS | 67216 | $500,000 | $56,000 | $35,800 | $50,000 | 1,235,281 | $1,873,281 | 1,195 | 1,034 | | | | Yes | |
| CO068 | 6464 Downing Street | Denver | CO | 80229 | $1,000,000 | $56,000 | $17,200 | $50,000 | 2,503,134 | $3,625,834 | 1,701 | 1,472 | | | | Yes | |
| NJ069 | 181 Harris Avenue | Clustporo | NJ | 6028 | $500,000 | $32,000 | | | 1,557,109 | $2,283,109 | 923 | 1,591 | | | | | |
| FL070 | 7876 W Belvedere | West Palm Beach | FL | 33411 | $500,000 | $56,000 | $30,100 | $50,000 | 2,783,503 | $3,421,603 | 1,445 | 1,527 | | | | | |
| WA071 | 3311 N Railroad Avenue | Pasco | WA | 99301 | $500,000 | $32,000 | $27,500 | $50,000 | 571,828 | $1,281,328 | 861 | 1,198 | | | | | |
| ID072 | 3116 North Middleton Road | Nampa | ID | 83651 | $500,000 | $32,000 | $2,190 | $50,000 | 661,260 | $1,249,350 | 530 | 1,253 | | | | | |
| TX074 | 11130 Applevine Rd | San Antonio | TX | 78224 | $500,000 | $56,000 | $22,100 | $50,000 | 500,285 | $1,103,285 | 332 | 1,505 | | | | | |
| NM075 | 705 Broadway SE | Albuquerque | NM | 87105 | $700,000 | $56,000 | $17,500 | $50,000 | 2,039,831 | $2,663,331 | 1,262 | 1,615 | | | | | |
| PA076 | 8 Palm Drive | Granville | PA | 17029 | $500,000 | $56,000 | $5,000 | $50,000 | 3,424,604 | $4,273,104 | 2,121 | 1,515 | | | | | |
| CA078 | 7701 Waterfront Drive | Martinez | CA | 94553 | $750,000 | $56,000 | $50,000 | $50,000 | 1,539,560 | $2,150,349 | 1,109 | 1,376 | | | | | |
| CA078A | 1055 N Parkside Drive | Pittsburg | CA | 94565 | $100,000 | $56,000 | | | 6,887,717 | $7,183,717 | 3,575 | 1,922 | Metal | Yes | | Yes | 1 |

COPART
Statement of Values
4/8/2005

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv'Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes/No | Approx. Sq. Ft. | Alarm System Yes/No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA079 | 79 | 11600 Gentilly Highway | New Orleans | LA | 70129 | $750,000 | $56,000 | $50,000 | $50,000 | 2,413,575 | $3,319,575 | 1,739 | 1,388 | Metal | | | | |
| MN080 | 80 | 1326 Bunker Lake Blvd | Ham Lake | MN | 55304 | $750,000 | $56,000 | $50,000 | $50,000 | 2,067,134 | $2,973,134 | 1,528 | 1,353 | Concrete | | | | |
| IL081 | 81 | 89 E Sauk Trail | Chicago Heights | IL | 60411 | $500,000 | $56,000 | $10,000 | $50,000 | 1,579,321 | $2,215,321 | 1,473 | 1,077 | | | | | |
| VA082 | 82 | 12360 US Highway 29 | Chatham | VA | 24531 | $500,000 | $22,000 | $50,000 | $50,000 | 1,125,767 | $1,755,767 | 650 | 651 | | | | | |
| KY083 | 83 | 1051 Industry Road | Lawrenceburg | KY | 40342 | $750,000 | $56,000 | $50,000 | $50,000 | 2,410,369 | $3,316,369 | 2,518 | 968 | | | | | |
| LA084 | 84 | 5235 Greenwood Road | Shreveport | LA | 71109 | $500,000 | $56,000 | $10,000 | $50,000 | 1,967,760 | $2,603,760 | 1,408 | 1,398 | | | | | |
| PA085 | 85 | 129 Frei Soil Road | Mt. Morris | PA | 15349 | $500,000 | $132,000 | $50,000 | $50,000 | 709,544 | $1,321,544 | 706 | 1,005 | | | | | |
| FL086 | 86 | 2601 Center Road | Fort Pierce | FL | 34946 | $500,000 | $56,000 | $10,000 | $50,000 | 1,856,009 | $2,492,009 | 1,151 | 1,613 | | | | | |
| GA087 | 87 | 5510 Silk Hope Road | Savannah | GA | 31405 | $500,000 | $56,000 | $10,000 | $50,000 | 3,121,427 | $3,767,427 | 2,774 | 1,175 | Metal | | | | |
| GA088 | 88 | 399 Oak Ridge Road | Tifton | GA | 31794 | $20,000 | $56,000 | $10,000 | $50,000 | 1,865,302 | $2,071,302 | 1,629 | 1,145 | Metal | | | | |
| WV089 | 89 | 2431 Route 60 | Hurricane | WV | 25526 | $500,000 | $32,000 | $10,000 | $50,000 | 892,377 | $1,504,377 | 817 | 1,052 | Metal | | | | |
| ME090 | 90 | 135 Kennebunk Pond Road | Lyman | ME | 04002 | $200,000 | $32,000 | $10,000 | $50,000 | 494,773 | $806,773 | 473 | 1,026 | | | | | |
| NJ091 | 91 | 2121 West Camplain Road | Hillsborough | NJ | 08844 | $500,000 | $32,000 | $50,000 | $50,000 | 2,732,319 | $3,393,319 | 1,297 | 2,111 | | | | | |
| MO092 | 92 | 2889 E US Highway 60 | Rogersville | MO | 65742 | $500,000 | $32,000 | $50,000 | $50,000 | 1,115,820 | $1,747,820 | 751 | 1,466 | | | | | |
| AZ093 | 93 | 5600 S Arcadia Avenue | Tucson | AZ | 85706 | $500,000 | $32,000 | $50,000 | $50,000 | 1,513,519 | $2,165,519 | 974 | 1,585 | | | | | |
| NY094 | 94 | 1916 Central Avenue | Albany | NY | 12205 | $500,000 | $32,000 | $50,000 | $50,000 | 830,257 | $1,522,257 | 610 | 1,455 | | | | | |
| TX095 | 95 | 3999 S Loop 335 E | Amarillo | TX | 79118 | $500,000 | $32,000 | $10,000 | $50,000 | 835,037 | $1,517,037 | 523 | 1,692 | | | | | |
| TX096 | 96 | 3200 Agnes Street | Corpus Christi | TX | 78405 | $500,000 | $32,000 | $10,000 | $50,000 | 437,600 | $1,129,600 | 262 | 1,899 | | | | | |
| CA097 | 97 | 12167 Arrow Route | Rancho Cucamonga | CA | 91739 | $2,000,000 | $56,000 | $50,000 | $50,000 | 6,015,708 | $8,211,708 | 2,891 | 2,102 | | | | | |
| TX098 | 98 | 950 Blue Mound Road West | Haslet | TX | 76052 | $500,000 | $56,000 | $50,000 | $50,000 | 2,781,604 | $3,437,604 | 1,080 | 2,516 | | | | | |
| NV100 | 100 | 9915 N Virginia Street | Reno | NV | 89506 | $500,000 | $56,000 | $50,000 | $50,000 | 2,751,292 | $3,407,292 | 1,603 | 1,715 | | | | | |
| VA101 | 101 | 5701 N Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 1,352,960 | $2,008,960 | 1,133 | 1,195 | | | | | |
| MD102 | 102 | 7239 Westminster Pike | Baltimore | MD | | | | | | | | | | Block | | 9 Acres | | |
| MI103 | 103 | 200 ACRES - Leased | Lansing | MI | | | | | | | | | | | | | | |
| OR104 | 104 | 29815 End Road NE | Eugene | OR | 97402 | $275,000 | $32,000 | $10,000 | $50,000 | 1,235,315 | $1,613,315 | 964 | 1,272 | | | | | |
| FL105 | 105 | 11858 NW 36th Avenue | Miami | FL | 33167 | | | | | 1,297,500 | $1,297,500 | 865 | 1,500 | | | | | |
| MT106 | 106 | 1333 Doremen Avenue | Helena | MT | 59602 | $100,000 | | $10,000 | | 738,452 | $900,452 | 575 | 1,107 | | | | | |
| GA107 | 107 | 6089 Hwy 20 | Loganville | GA | 30052 | | | | | 3,085,751 | $3,085,751 | 2,441 | 1,265 | Wood | No | | | |
| FL108 | 108 | 7100 NW 74th Avenue | Ocala | FL | 34482 | | $32,000 | | | 152,797 | $792,797 | 796 | 1,304 | Wood | No | | | |
| TN109 | 109 | 165 Oaklara Road | Sweetwater | TN | 37874 | | | | | | | | | | | | | |
| HI110 | 110 | 91-542 Awaiaulauala Street | Kapolei | HI | 96707 | | | | | | | | | | | | | |
| OH111 | 111 | 226 East Lorsburg Rd | Northfield | OH | 44067 | $150,000 | $32,000 | $10,000 | | 496,895 | $710,895 | 640 | 756 | | | | | |
| OH112 | 112 | 12615 Royalton Road | Strongsville | OH | 44149 | $25,000 | $22,000 | $10,000 | | 398,997 | $455,997 | 567 | 685 | | | | | |
| AK113 | 113 | 101 W Cripplefield Drive | Anchorage | AK | 99501 | $150,000 | $32,000 | $10,000 | | 285,123 | $496,123 | 256 | 1,110 | | | | | |
| TN114 | 114 | 5000 Rutledge Pike | Knoxville | TN | 37914 | | | | | 684,120 | $884,120 | 961 | 820 | | | | | |
| KY115 | 115 | 5801 Katie Court | Lexington | KY | 40509 | | | | | 2,311,433 | $2,311,433 | 1,795 | 1,398 | | | | | |
| WA116 | 116 | 1079 West McFarlane Rd | Airway Heights | WA | 99001 | | | | | 301,200 | $301,200 | 251 | 1,200 | | | | | |

UW(05-06) 031

COPART
Statement of Values
8/8/2005

| Yard Code | Yd# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes / No | Approx. Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FL117 | 117 | 1825 Commerce Blvd | Shively | FL | 32343 | | | | | | | | | | | | | |
| MO125 | 125 | 8485 Richland Rd | Columbia | MO | 65201 | | | | | 429,000 | $129,000 | 286 | 1,500 | | | | | |
| CANADA | 201 | 175 Osborne Road | Counlice Ontario | Canada | L1E | $500,000 | $36,000 | $50,000 | | 1,144,500 | $1,144,500 | 763 | 1,500 | | | | | |
| V82 | 601 | 3022 Ashton Road | Las Vegas | NV | | $1,002,222 | | $5,022,000 | | 713,338 | $1,365,338 | 554 | 1,288 | | | | | |
| | md | 30 Acres @ 6355 Hwy 411 S | Madisonville | TN | 37354 | | | | | | $6,000,000 | | | | | | | |
| | | MAG PUBLIC YARDS | | | | | | | | | | | | | | | | |
| MI301 | 301 | 19865 Telegraph Road | Romulus | MI | 48174 | $525,000 | $27,800 | $31,700 | $32,596 | 1,396,091 | $2,016,177 | 583 | 2,195 | | | | | |
| VA302 | 302 | 3856 S. Military Hwy | Chesapeake | VA | 23320 | $1,350,000 | $10,000 | $127,000 | $35,363 | 1,443,700 | $2,965,063 | 629 | 2,795 | | | 1,300 | Yes | |
| VA307 | 302 | 30.0 ACRES | | | | | | | | | | | | | | | | |
| DE303 | 303 | 2323 N DuPont Parkway | New Castle | DE | 19720 | $500,000 | $56,600 | $50,000 | $50,000 | 637,155 | $1,293,165 | 194 | 3,784 | | | | | |
| PA304 | 304 | 12870 Liptly Pichler Hwy | Greencastle | PA | 17225 | $500,000 | $56,000 | $50,300 | $50,000 | 1,128,611 | $1,784,611 | 608 | 1,856 | | | | | |
| PA305 | 305 | 526 Thompson Run Road | West Mifflin | PA | 15122 | $500,000 | $16,000 | $50,000 | $50,000 | 450,254 | $1,106,264 | 371 | 1,661 | | | | | |
| VA306 | 306 | 5701 Vinesyde Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 1,366,257 | $2,022,257 | 565 | 1,126 | | | | | |
| | | | | | Totals | $79,270,800 | $6,331,800 | $19,842,620 | $5,267,999 | $104,442,132 | $414,855,311 | 186,197 | | | | | | |
| 750 | 750 | Off-Site | | | | | | | | | $108,644 | 304 | 1,345 | | | | | |
| 980 | 980 | Network | | | | | | | | | $1,420,408 | 965 | 1,472 | | | | | |
| | | | | Above TIV | $414,855,311 | | | | | | | $186,197 | $107,169 | | | | | |

Contractors Equipment Schedule Total Values $3,511,000

Grand Total TIV including Contractors Equipment $424,472,311