# EXHIBIT 12

   **Richard Blanchette**
04/26/04 10:53 AM

To: Angelina Casey/Western/CFI@CFI
cc:
Subject: COPART Property #2441854323

Corrections to policy.
Please review, let's discuss and prepare the changes

Richard A. Blanchette
Crum & Forster - San Francisco
415-541-3246 (Fax 415-541-3291)

----- Forwarded by Richard Blanchette/Western/CFI on 04/26/04 07:44 AM -----

   Patrice.G.Mcintyre@marsh.com
04/25/04 01:07 PM

To: Richard_Blanchette@CFINS.com
cc:
Subject: COPART Property #2441854323



Hello Richard:

After a recent review of the subject policy, we have noted the following items in need of correction or in question:

*ok* The TIV on Schedule of Locations [FM206.0.3 04 94] reads as $319,513,647. It should be $323,809,829 per our final SOV submitted and your final revised binder sent to Steve Raffo on 10/8.

*ok typo* The Boiler/Loss to Objects limit indicated on the Sub-Limits of Insurance form FM206.0.5 (1199) shows as $10mm. [It should be $1mm and is shown correctly elsewhere in the policy tho].

Re: Business Income Dec Page FM600.0.1123 - Shouldn't Agreed Valued be *Gross Earnings* indicated on this particular form?

*ok* Re: Property Dec Page FM600.0.1113 - Assume the "0%" equals Agreed Amount? *ok*

*ok* Re: EQSL sub-limit of $1mm is listed on Form FM206.0.5 (1199) but not on the Dec form FM600.0.1122. Should it be listed there as well? Also confirm the AOP deductible of $50,000 applies to EQSL?

We think modifications are needed to exclusions in the Property form:

*ok* a) Page 2. Property Not Covered para c. "Automobiles held for sale" should be removed. This is a key function of their operations

*see* (*ok*) b) Valuation for Stock - I think we need to add wording for valuations applicable to "Stock consisting of motor vehicles held for sale or resale by the insured" as per expiring policy with Royal which is:

the lessor of:
1. Actual Cash Value
2. Actual Cost to Repair
3. Appraisal Value according to ProQuote System.

*ok* c) Believe that the Electrical, Mechanical Breakdown exclusion should be removed, iro Boiler and EDP coverages.

Angelina Casey
MAY 26 2004

Per your e-mail to Steve Raffo on 9/29/03, you were going to eliminate the following sub-limits. Each are scheduled as such on Form FM206.0.5 (1199):
Stock: $13,700,000
EDP: $12,157,000
Contractors Equipment: $6,200,000
BI: $4,600,000

Thanks, please let me know if any questions or concerns.

Patrice

---

Patrice G McIntyre
Marsh Risk & Insurance Services
One California Street
San Francisco, CA 94111
Phone: (415) 743-8617
Fax: (415) 743-8080
Internet: Patrice.G.Mcintyre@marsh.com

---

UW(02-04) 190