# EXHIBIT 13

 Patrice.G.Mcintyre@marsh.com
09/01/2004 08:53 AM

To: Monica_Streacker@CFINS.com
cc:
Subject: Fw: COPART #2441854323 - Builders Risk

----- Forwarded by Patrice G Mcintyre/SFO-CA/US/Marsh/MMC on 09/01/2004 08:52 AM -----

Patrice G Mcintyre/SFO-CA/US/Marsh/MMC

08/31/2004 10:57 AM

To: Monica_Streaker@CFINS.com
cc: Mike Finigan/SFO-CA/US/Marsh/MMC@MMC, yvette.garrett@copart.com
Subject: Fw: COPART #2441854323 - Builders Risk

Monica,

I wanted to report the below new building in the course of construction at Copart Yard #36 which is located at: 31W120 W. Bartlett Road, Bartlett, IL 60103.

The estimated completed value is $750,000, all steel construction, estimated 3 week completion time.

I believe that the $1,000,000 policy limit for newly constructed real property should adequately cover this situation, but would you please confirm and let me know as soon as possible if you require any additional information for this new project.

Thanks,

Patrice McIntyre
Marsh Risk & Insurance Services
One California Street
San Francisco, CA 94110
Phone: 415-743-8617
Fax: 415-743-8080
patrice.g.mcintyre@marsh.com


----- Forwarded by Patrice G Mcintyre/SFO-CA/US/Marsh/MMC on 08/31/2004 10:44 AM -----

yvette.garrett@co


EXHIBIT 5
Rote

UW(04-05) 014

```
                    part.com@Internet                                          To
                                           Patrice G
       08/30/2004 10:07                    Mcintyre/SFO-CA/US/Marsh/MMC@MMC
       AM                                                                      cc
                                           Mike
       Please respond to                   Finigan/SFO-CA/US/Marsh/MMC@MMC
       yvette.garrett@co                                                   Subject
       part.com@Internet                   Builders Risk
```

Patrice,

We have a building going up at Yard #36 in Chicago (Bartlett) Illinois. The foundation is done. It is estimated to be a 3-week project @ $750,000 for a 80 x 160, all steel building.

What other information do I need to provide for the Builders Risk Insurance to be issued.

Please Advise,
Yvette Garrett - Insurance Certificates

Copart, Inc.
4665 Business Center Drive
Fairfield, CA 94534
707.639.5113 - Phone
707.639.5196 - Fax