# EXHIBIT 14

Tue, Aug 7, 2007  11:00 AM

**Subject: Re: Copart - Neeham Rd, N. Las Vegas**
**Date:** Friday, July 8, 2005 10:03 AM
**From:** Patrice.G.Mcintyre@marsh.com
**To:** <simon.rote@copart.com>
**Conversation:** Copart - Neeham Rd, N. Las Vegas

Simon,

#3422 Neeham Rd. is already listed on your property policy with only
$1,000,000 for Building value.   Please confirm the amount of computer
value to add there, it is not clear in your message below.

We will advise Liberty of the additional vacant parcels #3402 and #3412,
with total acreage of 1.18.

Please confirm today as I will be out of the office for the next two weeks.

Thanks,
Patrice


simon.rote@copart
.com@Internet

07/07/2005 06:44                    Patrice G                          To
PM                                  Mcintyre/SFO-CA/US/Marsh/MMC@MMC


                                                                        cc


                                                          Subject
                                    Copart


Patrice, I know I need to go through the list of locations, however I want
to make sure our disaster recovery site in Las Vegas is included.  We have
approximately $million in computer equipment there. The attached is a
contingent parcel we purchased in case we need to expand.
Thanks,
Simon
(See attached file: C.htm)
(See attached file: 2005_07_07_16_32_58.pdf)


To:     Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC



Confidential
CPT000048

cc:
From:    simon.rote@copart.com@Internet

Confidential
CPT000049