# EXHIBIT 15



 Steven.Raffo@marsh.com
09/03/2004 10:49 AM

To: monica_streacker@cfins.com
cc:
Subject: Fw: Copart, Inc - Renewal Property Specifications Submission

Monica: This is a renewal for Crum and Forster--put together by Blanchette last year. Hope you can continue on this good risk.

Copart, founded in 1982, provides vehicle suppliers, primarily insurance companies, with a full range of services to process and sell salvage vehicle through auctions, principally to licensed vehicle dismantlers, rebuilders, repair licensees and used vehicle dealers.

Attached below please find the Property Specifications Submission for Copart, Inc. effective 10-01-04.

Values have increased however, top location is still below $25,000,000 and spread of risk remains over numerous locations remains constant.

Time frame will be tight. Will need your quote by 09-10.

Please let me know if you need anything further to proceed.


(See attached file: Client Information.doc)(See attached file: Copy of General Coverage Conditions.xls)(See attached file: Copy of Named Insured Schedule.xls)


(See attached file: Copy of Property.xls)(See attached file: Copy of Stock-Inventory Valuation.xls)

(See attached file: SOV 09-04.xls)(See attached file: Equipment Schedule 09-04.xls)


(See attached file: Property Losses PY 1998-99 @ 7-12-04.pdf)(See attached file: Property Losses PYs 1999-03 @ 7-30-04.pdf)(See attached file: Property PY 2003-04 Crum.pdf)


Regards,
Steve



Steven Raffo
Marsh Risk & Insurance Services
One California Street
San Francisco, CA 94111
Marsh CA License No: 0437153
Phone:  (415) 743-7685
Fax:    (415) 743-8082
Internet: Steven.Raffo@marsh.com

UW(04-05) 249

COPART
Statement of Values
9/1/2004

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Constr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA700 | HQ | 4665 Business Center Dr. | Fairfield | CA | 94534 | $10,000,000 | $650,000 | $11,000,000 | $100,000 | | $21,750,000 | NA | NA | Conf: |
| CA001 | 1 | 282 Fifth Street | Vallejo | CA | 94590 | $864,000 | $56,000 | $220,900 | $50,000 | 3,012,408 | $4,203,308 | 1,806 | 1,668 | Me |
| CA002 | 2 | 8790 Fruitridge Road | Sacramento | CA | 95826 | $1,000,000 | $56,000 | $35,600 | $50,000 | 3,889,984 | $5,031,584 | 2,128 | 1,828 | Me |
| CA002 | 2 | New Site to be added | Sacramento | CA | 95826 | | | | | | | | | |
| CA003 | 3 | 1964 Sabre Street | Hayward | CA | 94545 | $0 | $32,000 | $30,000 | $50,000 | 1,531,864 | $1,643,864 | 838 | 1,828 | Me |
| CA004 | 4 | 1255 East Central Ave. | Fresno | CA | 93725 | $300,000 | $56,000 | $12,200 | $50,000 | 3,197,676 | $3,615,876 | 2,428 | 1,317 | Metal/ |
| CA004 | 4 | 30 acres - 4194 S. Orange Ave. | Fresno | CA | 93725 | | | | | | | | | |
| CA005 | 5 | 2216 Coy Avenue | Bakersfield | CA | 93307 | $239,000 | $56,000 | $10,900 | $50,000 | 1,953,247 | $2,309,147 | 1,151 | 1,697 | Me |
| CA006 | 6 | 13895 Llagas Avenue | San Martin | CA | 95046 | $500,000 | $56,000 | $19,000 | $50,000 | 3,294,780 | $3,919,780 | 1,851 | 1,780 | Wood/ |
| CA007 | 7 | 1203 S. Rancho Avenue | Colton | CA | 92324 | $1,500,000 | $56,000 | $12,700 | $50,000 | 6,001,365 | $7,620,065 | 3,459 | 1,735 | Metal/ |
| OR009 | 9 | 6900 N.E. Cornfoot Drive | Portland | OR | 97218 | $800,000 | $56,000 | $42,600 | $50,000 | 3,779,518 | $4,728,118 | 2,518 | 1,501 | Me |
| CA010 | 10 | 8423 South Alameda | Los Angeles | CA | 90001 | $300,000 | $56,000 | $23,300 | $50,000 | 4,338,176 | $4,767,476 | 2,368 | 1,832 | Wc |
| TX011 | 11 | 1655 Rankin Road | Houston | TX | 77073 | $1,002,800 | $56,000 | $91,300 | $50,000 | 8,504,980 | $8,705,080 | 2,948 | 2,885 | Wc |
| TX012 | 12 | 505 Idlewild Road | Grand Prairie | TX | 75051 | $1,300,000 | $56,000 | $98,400 | $50,000 | 12,551,032 | $14,055,432 | 5,954 | 2,108 | Metal/ |
| TX012 | 12 | 42 acres @ 500 Idlewild Road | Grand Prairie | TX | 75051 | | | | | | | | | |
| TX013 | 13 | 3700 Old Union Road | Lufkin | TX | 75904 | $500,000 | $56,000 | $17,900 | $50,000 | 2,322,698 | $2,946,598 | 1,211 | 1,918 | Metal/ |
| TX014 | 14 | 3046 Highway 322 South | Longview | TX | 75603 | $500,000 | $56,000 | $25,400 | $50,000 | 2,205,840 | $2,837,240 | 1,365 | 1,616 | Me |
| GA015 | 15 | 2568 Old Alabama Road | Austell | GA | 30168 | $800,000 | $56,000 | $68,700 | $50,000 | 7,320,795 | $8,295,495 | 4,533 | 1,615 | Me |
| CA016 | 16 | 8687 Weyand Avenue | Sacramento | CA | 95828 | $0 | $56,000 | $9,000 | $50,000 | 3,448,127 | $3,563,127 | 2,279 | 1,513 | Me |
| KS017 | 17 | 6211 Kansas Avenue | Kansas City | KS | 66111 | $600,000 | $56,000 | $46,800 | $50,000 | 3,203,615 | $3,956,415 | 2,245 | 1,427 | Metal/ |
| OK018 | 18 | 2929 S.E. 15th Street | Oklahoma City | OK | 73129 | $800,000 | $56,000 | $35,300 | $50,000 | 1,703,448 | $2,644,748 | 1,203 | 1,416 | Metal/ |
| OK019 | 19 | 2408 W. 21st Street | Tulsa | OK | 74107 | $600,000 | $56,000 | $34,800 | $50,000 | 1,616,364 | $2,357,164 | 1,062 | 1,522 | Me |
| MO020 | 20 | 13033 Taussig Avenue | Bridgeton | MO | 63044 | $800,000 | $56,000 | $22,900 | $50,000 | 3,697,634 | $4,626,434 | 2,797 | 1,322 | Metal/ |
| AR021 | 21 | 703 Highway 64 East | Conway | AR | 72032 | $500,000 | $56,000 | $22,200 | $50,000 | 3,828,655 | $4,456,855 | 2,635 | 1,453 | Me |
| AR022 | 22 | 280 E. James Mill Road | Crawfordsville | AR | 72327 | $500,000 | $56,000 | $15,500 | $50,000 | 1,634,015 | $2,255,515 | 1,163 | 1,405 | Metal/ |
| CT023 | 23 | 138 Christian Lane | New Briain | CT | 06051 | $1,050,000 | $56,000 | $34,000 | $50,000 | 4,546,608 | $5,736,608 | 3,597 | 1,264 | Metal/ |
| NY024 | 24 | Route 9W North | Marlboro | NY | 12542 | $300,000 | $56,000 | $31,300 | $50,000 | 3,915,672 | $4,352,972 | 2,356 | 1,662 | Wood/ |
| NY025 | 25 | 46 Zuk-Pierce Drive | Central Square | NY | 13036 | $600,000 | $32,000 | $16,600 | $50,000 | 1,089,321 | $1,787,921 | 993 | 1,097 | Wood/ |
| PA026 | 26 | 2704 Geryville Pike | Pennsburg | PA | 18073 | $1,150,000 | $56,000 | $35,000 | $50,000 | 4,291,330 | $5,582,330 | 3,379 | 1,270 | Metal/ |
| MA027 | 27 | 189 Mendon Street | Bellingham | MA | 02019 | $550,000 | $56,000 | $23,800 | $50,000 | 3,661,751 | $4,341,551 | 2,747 | 1,333 | Metal/ |
| PA028 | 28 | Route 351, 2000 River Rd | Ellwood City | PA | 16117 | $1,000,000 | $56,000 | $22,000 | $50,000 | 3,059,679 | $4,187,679 | 2,779 | 1,101 | Metal/ |
| OH029 | 29 | 1680 Williams Road | Columbus | OH | 43207 | $400,000 | $56,000 | $8,000 | $50,000 | 1,449,630 | $1,963,630 | 1,593 | 910 | Metal/ |
| NY030 | 30 | 1983 Montauk Highway | Brookhaven | NY | 1719 | $800,000 | $56,000 | $52,400 | $50,000 | 5,510,336 | $6,468,736 | 2,565 | 2,148 | Metal/ |

COPART
Statement of Values
9/1/2004

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Constr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NJ031 | 31 | 200 Grove Street | Glassboro | NJ | 08028 | $500,000 | $56,000 | $14,300 | $50,000 | 4,891,859 | $5,512,159 | 2,976 | 1,644 | |
| MD032 | 32 | 11055 Billingsley Road | Waldorf | MD | 20602 | $1,000,000 | $56,000 | $30,600 | $50,000 | 5,505,106 | $6,641,706 | 4,366 | 1,261 | Me |
| FL033 | 33 | 12850 NW 27th Avenue | Opa-Locka | FL | 33054 | $600,000 | $56,000 | $22,200 | $50,000 | 4,588,183 | $5,316,383 | 2,459 | 1,866 | Wood |
| FL034 | 34 | 12020 US Highway 301 S. | Riverview | FL | 33569 | $700,000 | $56,000 | $27,900 | $50,000 | 4,376,003 | $5,209,903 | 3,416 | 1,281 | Me |
| NY035 | 35 | 4 West Avenue | Leroy | NY | 14482 | $600,000 | $32,000 | $16,500 | $50,000 | 821,920 | $1,520,420 | 957 | 859 | Metal/ |
| IL036 | 36 | 31W120 W. Bartlett Road | Bartlett | IL | 60103 | $750,000 | $56,000 | $19,200 | $50,000 | 2,948,390 | $3,823,590 | 2,165 | 1,362 | Me |
| WI038 | 38 | 5448 Lien Road | Madison | WI | 53718 | $300,000 | $32,000 | $34,000 | $50,000 | 705,075 | $1,121,075 | 565 | 1,247 | Metal/ |
| WI039 | 39 | 4825 S. Whitnall Avenue | Cudahy | WI | 53110 | $700,000 | $56,000 | $45,000 | $50,000 | 1,274,477 | $2,125,477 | 1,076 | 1,184 | Metal/ |
| MI040 | 40 | 205 S. Rankin Industrial Dr. | Florence | MS | 39073 | $600,000 | $56,000 | $26,400 | $50,000 | 2,119,319 | $2,851,719 | 1,495 | 1,418 | Metal/ |
| NC041 | 41 | 1081 Recovery Road | China Grove | NC | 28023 | $500,000 | $56,000 | $15,700 | $50,000 | 2,026,719 | $2,648,419 | 1,603 | 1,264 | Metal/ |
| FL042 | 42 | 450 Hammond Blvd | Jacksonville | FL | 32220 | $500,000 | $56,000 | $24,130 | $50,000 | 1,679,711 | $2,309,841 | 1,271 | 1,322 | Metal/ |
| CA043 | 43 | 7519 Woodman Ave., #B | Van Nuys | CA | 91405 | $3,200,000 | $56,000 | $41,100 | $50,000 | 10,582,611 | $13,929,711 | 5,218 | 2,028 | Metal/ |
| IN044 | 44 | 4040 Office Plaza Blvd. | Indianapolis | IN | 46254 | $1,000,000 | $56,000 | $33,200 | $50,000 | 3,376,239 | $4,515,439 | 2,383 | 1,417 | Metal/ |
| TX045 | 45 | 501 Valley Chili Road | El Paso | TX | 79821 | $500,000 | $56,000 | $21,100 | $50,000 | 2,374,188 | $3,001,288 | 1,244 | 1,908 | Me |
| IN046 | 46 | 6100 Woodmar Avenue | Hammond | IN | 46320 | $450,000 | $56,000 | $13,000 | $50,000 | 2,880,897 | $3,449,897 | 1,814 | 1,588 | Metal/ |
| AZ047 | 47 | 615 S. 51st. Avenue | Phoenix | AZ | 85043 | $800,000 | $56,000 | $31,900 | $50,000 | 4,488,450 | $5,426,350 | 2,710 | 1,656 | Metal/ |
| WA048 | 48 | 16701 - 51st. Avenue N.E. | Arlington | WA | 98223 | $800,000 | $56,000 | $25,600 | $50,000 | 1,638,522 | $2,570,122 | 1,065 | 1,539 | |
| UT049 | 49 | 170 W. Center Street | N. Salt Lake | UT | 84054 | $700,000 | $56,000 | $17,500 | $50,000 | 1,760,596 | $2,584,096 | 1,326 | 1,328 | Metal/ |
| LA050 | 50 | 21595 Greenwell Springs Rd | Greenwell Springs | LA | 70739 | $750,000 | $56,000 | $32,000 | $50,000 | 4,331,475 | $5,219,475 | 3,038 | 1,426 | Me |
| IL051 | 51 | 14417 VFW Road | Pekin | IL | 61554 | $500,000 | $56,000 | $61,200 | $50,000 | 1,846,282 | $2,513,482 | 1,659 | 1,113 | |
| MN052 | 52 | 200 County Road 159 | Avon | MN | 56310 | $400,000 | $32,000 | $12,000 | $50,000 | 1,337,355 | $1,831,355 | 828 | 1,615 | Me |
| MA053 | 53 | 55R High Street | N. Billerica | MA | O1862 | $500,000 | $56,000 | $88,800 | $50,000 | 4,064,955 | $4,759,755 | 3,146 | 1,292 | Wc |
| NC054 | 54 | 310 Copart Road | Dunn | NC | 28334 | $600,000 | $56,000 | $14,800 | $50,000 | 2,500,922 | $3,221,722 | 1,804 | 1,386 | Me |
| FL055 | 55 | 307 E. Landstreet Road | Orlando | FL | 32824 | $725,000 | $56,000 | $21,200 | $50,000 | 3,062,030 | $3,914,230 | 2,374 | 1,280 | bl |
| FL055 | 55 | | | FL | | | | | | | | | | |
| SC056 | 56 | 4324 Highway 321 South | Gaston | SC | 29053 | $225,000 | $56,000 | $25,400 | $50,000 | 2,472,966 | $2,829,366 | 1,768 | 1,399 | Me |
| NV057 | 57 | 4801 N. Lamb Blvd. | N. Las Vegas | NV | 89115 | $570,000 | $56,000 | $14,800 | $50,000 | 2,838,555 | $3,529,355 | 1,886 | 1,505 | |
| AL05 | 58 | 4763 Lott Road | Eight Mile | AL | 36613 | $600,000 | $32,000 | $34,800 | $50,000 | 937,946 | $1,654,746 | 892 | 1,052 | Me |
| CA059 | 59 | 7277 Olay Mesa Road | San Diego | CA | 92154 | $500,000 | $56,000 | $24,700 | $50,000 | 4,939,526 | $5,570,226 | 2,677 | 1,845 | Mo |
| IA050 | 60 | 3300 Vandalia Road | Des Moines | IA | 50317 | $450,000 | $56,000 | $19,800 | $50,000 | 1,402,527 | $1,978,327 | 1,066 | 1,316 | Me |
| MI061 | 61 | 21000 Hayden Drive | Woodhaven | MI | 48183 | $2,000,000 | $56,000 | $20,300 | $50,000 | 5,380,317 | $7,506,617 | 3,121 | 1,724 | |
| TX062 | 62 | 8725 IH-35 N | New Braunfels | TX | 78130 | $500,000 | $56,000 | $26,800 | $50,000 | 2,853,106 | $3,485,906 | 1,419 | 2,011 | Me |

UW(04-05) 275

COPART
Statement of Values
9/1/2004

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv*Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Const |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TN063 | 63 | 865 Stumpy Lane | Lebanon | TN | 37090 | $900,000 | $56,000 | $20,600 | | 2,729,079 | $3,755,679 | 2,173 | 1,256 | Metal |
| WA064 | 64 | 21421 Meridian East | Graham | WA | 98338 | $500,000 | $56,000 | $36,500 | | 1,836,021 | $2,478,621 | 1,415 | 1,208 | Me |
| TX065 | 65 | 301 Mile 1 East | Mercedes | TX | 78570 | $500,000 | $56,000 | $35,600 | | 2,189,616 | $2,831,216 | 1,101 | 1,988 | Me |
| AL066 | 66 | 295 Dan Tibbs Road | Huntsville | AL | 35806 | $500,000 | $32,000 | $45,000 | | 1,472,120 | $2,123,120 | 1,235 | 1,192 | Me |
| KS067 | 67 | 4510 S. Madison | Wichita | KS | 67216 | $500,000 | $56,000 | $35,800 | | 1,384,684 | $2,002,484 | 970 | 1,428 | |
| CO068 | 68 | 6454 Downing Street | Denver | CO | 80229 | $1,000,000 | $56,000 | $17,700 | | 3,294,458 | $4,418,158 | 2,168 | 1,519 | |
| NJ069 | 69 | 781 Harris Avenue | Glassboro | NJ | 8028 | $500,000 | $56,000 | | | 1,821,289 | $2,377,289 | 1,153 | 1,580 | |
| FL070 | 70 | 7876 W. Belvedere | West Palm Beach | FL | 33411 | $500,000 | $56,000 | $34,100 | $50,000 | 1,571,673 | $2,211,773 | 1,051 | 1,496 | |
| WA071 | 71 | 3333 N. Railroad Avenue | Pasco | WA | 99301 | $500,000 | $32,000 | $27,500 | $50,000 | 850,521 | $1,460,021 | 629 | 1,352 | |
| ID072 | 72 | 3716 North Middleton Road | Nampa | ID | 83651 | $500,000 | $32,000 | $2,190 | $50,000 | 649,042 | $1,233,232 | 485 | 1,338 | |
| TX073 | 73 | 2630 FM Road #3034 | Abilene | TX | 79601 | $500,000 | $32,000 | $26,700 | $50,000 | 893,814 | $1,502,514 | 515 | 1,735 | |
| TX074 | 74 | 11130 Applewhite Rd | San Antonio | TX | 78224 | $500,000 | $56,000 | $22,300 | $50,000 | 2,354,041 | $2,982,341 | 1,174 | 2,006 | |
| NM075 | 75 | 7705 Broadway S.E. | Albuquerque | NM | 87105 | $700,000 | $56,000 | $47,500 | $50,000 | 2,541,445 | $3,394,945 | 1,467 | 1,733 | |
| PA076 | 76 | 8 Park Drive | Granville | PA | 17028 | $500,000 | $56,000 | $5,000 | $50,000 | 1,285,628 | $1,897,628 | 1,201 | 1,071 | |
| CA078 | 78 | 2701 Waterfront Road | Martinez | CA | 94553 | $750,000 | $56,000 | $50,000 | $50,000 | 8,171,779 | $9,077,779 | 5,054 | 1,617 | Me |
| CA078 | 78 | 1055 N. Parkside Drive | Pittsburg | CA | 94565 | $100,000 | | | | | $100,000 | | | |
| LA079 | 79 | 14600 Gentilly Highway | New Orleans | LA | 70129 | $750,000 | $56,000 | $50,000 | $50,000 | 2,349,834 | $3,255,834 | 1,894 | 1,241 | Me |
| MN080 | 80 | 1526 Bunker Lake Blvd. | Ham Lake | MN | 55304 | $750,000 | $56,000 | $50,000 | $50,000 | 2,130,469 | $3,036,469 | 1,406 | 1,515 | Con |
| IL081 | 81 | 89 E. Sauk Trail | Chicago Heights | IL | 60411 | $500,000 | $56,000 | $30,000 | $50,000 | 1,826,918 | $2,462,918 | 1,469 | 1,244 | |
| VA082 | 82 | 12360 US Highway 29 | Chatham | VA | 24531 | $500,000 | $32,000 | $30,000 | $50,000 | 1,080,635 | $1,692,635 | 928 | 1,165 | |
| KY083 | 83 | 1051 Industry Road | Lawrenceburg | KY | 40342 | $750,000 | $56,000 | $30,000 | $50,000 | 2,387,784 | $3,293,784 | 1,631 | 1,464 | |
| LA084 | 84 | 5235 Greenwood Road | Shreveport | LA | 71109 | $500,000 | $56,000 | $30,000 | $50,000 | 2,219,317 | $2,855,317 | 1,707 | 1,300 | |
| PA085 | 85 | 129 Free Soil Road | Mt. Morris | PA | 15349 | $500,000 | $32,000 | $30,000 | $50,000 | 714,120 | $1,326,120 | 676 | 1,056 | |
| FL086 | 85 | 2501 Center Road | Fort Pierce | FL | 34946 | $500,000 | $32,000 | $30,000 | $50,000 | 1,191,169 | $1,803,169 | 786 | 1,515 | |
| GA087 | 87 | 5510 Silk Hope Road | Savannah | GA | 31405 | $500,000 | $56,000 | $30,000 | $50,000 | 2,063,059 | $2,699,059 | 1,865 | 1,106 | |
| GA088 | 88 | 399 Oak Ridge Road | Tifton | GA | 31794 | $20,000 | $32,000 | $30,000 | $50,000 | 1,019,875 | $1,151,875 | 995 | 1,025 | |
| WV089 | 89 | 2481 Route 60 | Hurricane | WV | 25526 | $500,000 | $32,000 | $30,000 | $50,000 | 1,021,769 | $1,633,769 | 763 | 1,339 | Me |
| ME090 | 90 | 136 Kennebunc Pond Road | Lyman | ME | O4002 | $200,000 | $32,000 | $30,000 | $50,000 | 916,619 | $1,228,619 | 869 | 1,055 | Me |
| NJ091 | 91 | 2124 West Camplain Road | Hillsborough | NJ | 08844 | $500,000 | $56,000 | $50,000 | $50,000 | 3,736,159 | $4,392,159 | 1,488 | 2,511 | Me |
| MO092 | 92 | 2889 E. US Highway 60 | Rogersville | MO | 65742 | $500,000 | $32,000 | $50,000 | $50,000 | 1,019,853 | $1,651,853 | 607 | 1,679 | |
| AZ093 | 93 | 5600 South Arcadia Avenue | Tucson | AZ | 85708 | $500,000 | $32,000 | $50,000 | $50,000 | 703,351 | $1,335,351 | 504 | 1,396 | |
| NY094 | 94 | 1916 Central Avenue | Albany | NY | 12205 | $500,000 | $32,000 | $50,000 | $50,000 | 576,619 | $1,208,619 | 580 | 994 | |

UW(04-05) 276

COPART
Statement of Values
9/1/2004

| Yard Code | YD# | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Inv'Ave GP) | Location Total Values | Average Inventory | Average Gross Proceeds | Const |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TX095 | 95 | 3899 S. Loop 335 E. | Amarillo | TX | 79118 | $500,000 | $32,000 | $50,000 | $50,000 | 1,045,540 | $1,677,540 | 571 | 1,830 | |
| TX096 | 96 | 3200 Agnes Street | Corpus Christi | TX | 78405 | $500,000 | $32,000 | $50,000 | $50,000 | 602,968 | $1,234,968 | 334 | 1,808 | |
| CA097 | 97 | 12167 Arrow Route | Rancho Cucamonga | CA | 91739 | $2,000,000 | $56,000 | $50,000 | $50,000 | 5,382,795 | $7,538,795 | 3,333 | 1,615 | |
| TX098 | 98 | 950 Blue Mound Road West | Haslet | TX | 76052 | $500,000 | $56,000 | $50,000 | $50,000 | 5,266,442 | $5,922,442 | 2,153 | 2,446 | |
| NV100 | 100 | 1705 Marietta Way | Sparks | NV | 89431 | $500,000 | $32,000 | $50,000 | $50,000 | 1,420,419 | $2,052,419 | 918 | 1,548 | |
| NV100 | 100 | 9915 N. Virginia Street | Reno | NV | 89506 | | | | | | | | | |
| VA101 | 101 | 5701 A. Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 1,413,130 | $2,069,130 | 1,255 | 1,126 | |
| MD102 | 102 | 2239 Westminster Pike | Baltimore | MD | | | | | | | | | | |
| MI103 | 103 | | Lansing | MI | | | | | | | | | | |
| OR104 | 104 | 29815 Enid Road NE | Eugene | OR | 97402 | $275,000 | $32,000 | $30,000 | $50,000 | 1,094,279 | $1,481,279 | 895 | 1,223 | Bl |
| FL105 | 105 | 20.338 ACRES | Hialeah | FL | | | | | | | | | | |
| MT106 | 106 | 3333 Bozeman Avenue | Helena | MT | 59602 | $100,000 | $32,000 | $30,000 | | 686,000 | $848,000 | 686 | 1,000 | |
| GA107 | 107 | 97 Amlajack Blvd. | Newnan | GA | 30265 | | | | | 1,410,000 | $1,410,000 | 940 | 1,500 | |
| GA107 | 107 | 40.511 acres - Hwy 20 | Walton County | GA | | | | | | | | | | |
| FL108 | 108 | | Ocala | FL | | | | | | | | | | |
| TN109 | 109 | 565 Oakland Road | Sweetwater | TN | 37874 | | | | | | | | | |
| HI110 | 110 | 91-532 Awakumoku Street | Honolulu | HI | | | | | | | | | | |
| OH111 | 111 | 286 East Twinsburg Rd. | Northfield | OH | 44067 | $150,000 | $32,000 | $30,000 | | | $212,000 | 1,255 | | W |
| OH112 | 112 | 22635 Royalton Road | Strongsv | OH | 44149 | $25,000 | $32,000 | $10,000 | | | $67,000 | | | W |
| AK113 | 113 | 401 W. Chipperfield Drive | Anchorage | AK | 99501 | $150,000 | $32,000 | $30,000 | | | $212,000 | 310 | | |
| CANADA | 201 | 175 Osbourne Road | Courtice, Ontario | Canada | L1E | $500,000 | $56,000 | $50,000 | $50,000 | 500,000 | $1,156,000 | 500 | 1,000 | |
| VB2 | 601 | 3422 Neeham Road | Las Vegas | NV | | $1,000,000 | | | | | $1,000,000 | | | |
| MI301 | 301 | MAG PUBLIC YARDS 19865 Telegraph Road | Romulus | MI | 48174 | $525,000 | $27,800 | $34,700 | $32,596 | 1,000,000 | $1,620,096 | 665 | | |
| VA302 | 302 | 3856 S. Military Hwy | Chesapeake | VA | 23323 | $1,350,000 | $10,000 | $127,000 | $35,363 | 1,000,000 | $2,522,363 | 744 | | |
| VA302 | 302 | 30.0 ACRES | | | | | | | | | | | | |
| DE303 | 303 | 2323 N. DuPont Parkway | New Castle | DE | 19720 | $500,000 | $56,000 | $50,000 | $50,000 | 1,000,000 | $1,656,000 | 120 | | |
| PA304 | 304 | 12876 Molly Pitcher Hwy | Greencastle | PA | 17225 | $500,000 | $56,000 | $50,000 | $50,000 | 2,500,000 | $3,156,000 | 683 | | |
| PA305 | 305 | 526 Thompson Run Road | West Mifflin | PA | 15122 | $500,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,156,000 | 255 | 2,110 | |
| VA306 | 306 | 5701 Whiteside Road | Sandston | VA | 23150 | $500,000 | $56,000 | $50,000 | $50,000 | 3,000,000 | $3,656,000 | 469 | 2,512 | |
| | | | | | Totals: | $79,270,800 | $6,031,800 | $14,842,620 | $5,267,959 | $293,392,100 | $398,805,279 | | | |
| | | | | | Above TIV: | $398,805,279 | | | | | | | | |

Contractors Equipment Schedule - Total Values: $9,600,000

Grand Total TIV including Contractors Equipment: $408,405,279

9,617,000.