# EXHIBIT 16



Patrice.G.McIntyre@marsh.com

07/08/2005 05:19 PM

To: Monica_Streacker@cfins.com
cc:
Subject: Re: Copart - Policy #2441873745

Hi Monica,

Eff. today's date, please add $5 Million in Computer Values at the following location:

3422 Neeham Road, N. Las Vegas, NV 89030

Thanks,
Patrice

$$\$5,000,000 \times .08 \times \frac{P/R\ .222}{.233} = \$888\ A.P.\quad 932$$

MONICA STREACKER
JUL 1 2 2005
OK to endorse

Angelina Casey
JUL 1 3 2005



EXHIBIT 39
5-14-08

UW(04-05) 234