# EXHIBIT 17



Patrice.G.Mcintyre@marsh.com
08/19/2005 09:36 AM

To: Monica_Streacker@cfins.com
cc:
Subject: Re: Copart #2441873745

Monica,

Please see my responses in red font.  If it is still unclear let's chat.

Thanks, Patrice
743-8617


Monica_Streacker@cfins.com@Internet

08/16/2005 09:22 AM

To    Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC

cc

Subject    Re: Copart #2441873745


Patrice,
I have a few questions regarding the attached new location information:

1. For the locations with comments, should the inventory values at the previous locations be deleted?  YES - THOSE YARDS HAVE RELOCATED
Shouldn't the additional premiums for these three locations be based on the increase in values?  YES - THAT IS WHAT I WAS ATTEMPTING TO CLARIFY WITH MY COMMENTS.  THEY ARE 'RELOCATIONS' BUT WITH A HIGHER INVENTORY VALUE AT THE NEW ADDRESSES

2. Should the Bartlett, Sparks and Newnan locations be deleted in their entirety?  If not, why is there no longer any inventory at these locations?
YOU CAN DELETE THEM BECAUSE THEY HAVE RELOCATED TO ELGIN, RENO AND LOGANVILE, RESPECTIVELY

HOWEVER, FOR ELGIN & RENO, PLEASE ALSO INCLUDE THESE NON-INVENTORY PROPERTY VALUES AT THIS TIME:

|          | ELGIN   | RENO   |
|----------|---------|--------|
| BUILDING | $750K   | $500K  |
| CONTENTS | $56K    | $56K   |
| EDP      | $19.2K  | $50K   |
| BI/EE    | $50K    | $50K   |


EXHIBIT 12

UW(04-05) 216

Pls. advise.

Monica Streacker
Property Underwriting Specialist
Crum & Forster
Phone: 415-541-3285
e-mail: monica_streacker@cfins.com

|  |  |
|---|---|
| Patrice.G.Mcintyre@marsh.com<br>08/10/2005 02:21 PM | To: Monica_Streacker@cfins.com<br>cc:<br>Subject: Re: Copart #2441873745 |

Hi Monica,

There have been a few location moves and some new yards opened for business. Please see attached schedule for additional inventory values. Please endorse effective 7-31-05.

(See attached file: New Locs - Addl Inventory Values.xls)

Let me know if any questions.

Thanks,

Patrice McIntyre
Marsh Risk & Insurance Services
One California Street
San Francisco, CA 94110
Phone: 415-743-8617
Fax: 415-743-8080
patrice.g.mcintyre@marsh.com
(See attached file: New Locs - Addl Inventory Values.xls)

***********************************************************************

```
***********************************************************************
***
```

DISCLAIMER: The information transmitted is intended only for the person or
entity to which it is addressed and may contain confidential
and/or privileged material. Any review, re-transmission, dissemination or
other use of, or taking of any action in reliance upon, this
information by persons or entities other than the intended recipient is
prohibited. If you received this in error, please contact the sender
and delete the material from any computer. This email and any file attached
should be scanned for viruses. No liability is accepted for any
loss or damage resulting from a computer virus, or resulting from a defect
in transmission of this email or any attached file.
[attachment "New Locs - Addl Inventory Values.xls" deleted by Patrice G
Mcintyre/SFO-CA/US/Marsh/MMC]


To:    Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
cc:
From:  Monica_Streacker@cfins.com@Internet

UW(04-05) 218

COPART, INC.
NEW LOCATION INFORMATION FOR INSURANCE

| Yard Code # | Physical Location Address | Stock/Inventory Values | Comments |
|---|---|---|---|
| IL036 | 1475 Bluff City Blvd., Elgin, IL 60120 [yard moved from Bartlett, IL] | $3,496,847 | Bartlett's inventory was $2,948,390 representing an increase in values of $548,457 |
| NV100 | 9915 N. Virginia Street, Reno, NV 89506 [yard moved from Sparks, NV] | $2,751,292 | Sparks' inventory was $1,420,419 representing an increase in values of $1,330,873 |
| FL105 | 11858 NW 36th Ave, Miami, FL 33167 | $1,297,500 | |
| GA107 | 6089 Highway 20, Loganville, GA 30052 [yard moved from Newnan, GA] | $3,088,751 | Newnan's inventory was $1,410,000 representing an increase in values of $1,678,751 |
| FL108 | 710 NW 44th Ave., Ocala, FL 34482 | $792,797 | |
| OH111 | 286 East Twinsburg Rd., Northfield, OH 44067 | $498,896 | |
| OH112 | 22835 Royalton Rd, Strongsville, OH 44149 | $388,997 | |
| AK113 | 401 W. Chipperfield, Anchorage, AK 99501 | $284,129 | |
| TN114 | 5000 Rutledge Pike, Knoxville, TN 39714 | $884,120 | |
| KY115 | 5801 Kasp Court, Lexington, KY 40509 | $2,311,433 | |
| WA116 | 11019 West McFarlane, Airway Heights, WA 99001 | $301,200 | |
| FL117 | 1825 Commerce Blvd. Midway, FL 32343 | $429,000 | |
| MO125 | 8485 Richland Rd, Columbia, MO | $1,144,500 | |

Total Additional Values:     $11,890,653