# EXHIBIT 18



**Patrice G Mcintyre/SFO-CA/US/Marsh/MMC**
07/08/2005 10:03 AM

To  simon.rote@copart.com@Internet@MMC_CDS
cc
bcc
Subject  Re: Copart - 6464 Downing, Denver

Simon,

This location is already included on your statement of values for the following stated replacement cost values. I think I just need you to confirm if these values are still adequate or if we should advise property underwriters of any necessary adjustments to the values as a result of your purchase.

Building: $1,000,000
Contents: $56,000
Computer: $17,700
Business Income: $50,000
Inventory: $3,294,458

Please advise soonest today as I will be away from the office [and disconnected] for the next two weeks.

Thanks,
Patrice


simon.rote@copart.com@Internet



simon.rote@copart.com@Internet
07/07/2005 06:46 PM

To  Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
cc
Subject  Copart

```
Patrice, does it matter if the property was leased and now we buy it for
insurance purposes?
Thanks,
Simon
```

- C.htm

- 2005_07_07_16_21_14.pdf


All Recipients
To:      Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
cc:
From:    simon.rote@copart.com@Internet

M_01372



simon.rote@copart.com@Inte
met
07/07/2005 06:46 PM

To  Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
cc
bcc
Subject  Copart

Patrice, does it matter if the property was leased and now we buy it for insurance purposes?
Thanks,
Simon

- C.htm

- 2005_07_07_16_21_14.pdf

**All Recipients**
**To:**    Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
**cc:**
**From:**  simon.rote@copart.com@Internet

*is it already on the SOV?*

M_01373



**Copart**  Corporate Headquarters  *Auto Auctions*

MEMORANDUM

TO: Willis Johnson
James Meeks
William Franklin
Vinnie Mitz
Russ Lowy
Gayle Mooney
Simon Rote
Mike Carson
Abe Parham
Nadine Hotaling
Roxanna Johnson
Theresa Prosser

FROM: Paul A. Styer

DATE: July 7, 2005

RE: Purchase of real property located at 6464 Downing Street, Denver, CO

On July 1, 2005, Copart, Inc., a California corporation, purchased our existing Denver location of approximately 20.11 acres located at 6464 Downing Street, Denver, CO. The terms of the transaction are as follows:

## SUMMARY OF SALE

Sellers: ProLogis, a Maryland real estate investment trust

Purchaser: Copart, Inc. a California corporation

Property: Approximately 20.11 acres located at 6464 Downing Street, Denver, CO

Sale Price: $4,500,000

Close Date: July 1, 2005

- Note to Accounting: Please make arrangements for insurance and future property tax payments for property.
- Note to Legal: Please add property purchase to real estate holding spreadsheet (TP). Also prepare corporate minutes (RJ).

{S:\WDX\contract\003666\00008723.DOC:}

4665 Business Center Drive
Fairfield, CA 94534

Telephone (707) 639-5003
Fax (707) 639-5099

M_01374