# EXHIBIT 19



Cynthia.F.Marty@marsh.com  
01/03/2006 12:45 PM

To: Monica_Streacker@clins.com  
cc: Patrice.G.Mcintyre@marsh.com, Curtis.DeVera@marsh.com  
Subject: Copart

Hi Monica,

Hope you had a nice New Years and long weekend.

On Copart, we have just been advised that effective 1/1/2006 the Insured does wish to delete the inventory coverage from their program. Revised annual premium of $180,000. Will you please issue your endorsement making this change, and adjusting the premium. The deductible for the program is to remain at $100,000.

If you have any questions, please let us know.

Thanks!

Best regards,

Cyndi

****************************************************
Cynthia.F. Marty  
Senior Vice President  
Marsh Risk & Insurance Services  
Property Practice  
One California Street  
San Francisco, CA 94111  
Telephone:  (415) 743-8426  
Fax:  (415) 743-8090

****************************************************
This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer. Thank you.
****************************************************

UW(05-06) 091