# EXHIBIT 20



Patrice G.Mcintyre@marsh.com

02/01/2006 02:48 PM

To: Monica_Streacker@cnns.com
cc:
Subject: Copart - Revised Updated Values @ 1/1/06

Monica,

Attached please find an updated statement of values as of 1/1/06, with new TIV of $153,679,079. This new exhibit includes the following:

Removal of inventory values
Updated values for some of the previously reported locations
Values for newly acquired locations not previously reported
Updated COPE

(See attached file: Statement of Values Updated 1-1-06.xls)

Please advise if there are any questions.

Thanks and regards,
Patrice

*********************************************************************
This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer. Thank you.
*********************************************************************

Statement of Values Updated 1-1-06.xls

MONICA STREACKER
FEB 2 2006

OK to endorse missing TIV.

AFK
Note:
Late due to system error. Manually done.

UW(05-06) 079