# EXHIBIT 21

| | |
|---|---|
| From: | Mike.Finigan@marsh.com |
| Sent: | Tuesday, September 30, 2003 1:51 PM |
| To: | Simon.Rote@Copart.com |
| Cc: | Patrice.G.Mcintyre@marsh.com |
| Subject: | Copart: Renewal |
| Attachments: | pic24242.pcx; Property Values 9-30-03.xls |

 

pic24242.pcx (1 KB)   Property Values 9-30-03.xls (...

Simon,

This memo serves to bring you up to date as of mid-day on 9/30.

PROPERTY INSURANCE

Please find attached the amended 'Location Schedule & Statement of Values' to be used for the 10/1/03 renewal. Please review the changes that we have made per our discussions.

The change in Total Insured Values form expiring is approximately $46.5M or by 17%, and we believe it now includes all of the yards Copart has added over the last two years. We will endeavor to bind the $25M limits for the $315,000 premium as indicated, and will let you know the final outcome.

**REDACTED**

Please let me know if you have any questions or would like to discuss.

Thanks, Mike

---------------------- Forwarded by Mike Finigan/SFO-CA/US/Marsh/MMC on 30 Sep 2003, 13:31 Tuesday ---------------------- (Embedded image moved to file: pic24242.pcx) From Patrice G Mcintyre on 30 Sep 2003, 13:02 Tuesday

1

CPT001226
CONFIDENTIAL



COPART, INC.
STATEMENT OF VALUES
Effective 10/1/03

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COPART | | | | | | | | | | | | |
| 2 | Statement of Values | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | Yard | | Physical | | | | Building | | Computer | Business Interruption/ | Inventory Exposure | Location Total |
| 7 | | Code | Yard# | Street Address | City | State | Zip | Building Limit | Improvements | Contents | Equipment | Extra Expense | (Inv * Avg GP) | Values |
| 8 | | CA700 | HQ | 4665 Business Center Dr. | Fairfield | CA | 94534 | $10,000,000 | | $650,000 | $9,000,000 | $100,000 | | $19,750,000 |
| 9 | | CA001 | 1 | 282 Fifth Street | Vallejo | CA | 94590 | $864,000 | $153,700 | $133,600 | $220,900 | $130,037 | 2,365,440 | $3,867,677 |
| 10 | | CA002 | 2 | 8780 Fruitridge Road | Sacramento | CA | 95828 | $1,802,000 | $142,800 | $36,700 | $35,600 | $110,204 | 2,120,524 | $4,247,828 |
| 11 | | CA003 | 3 | 1964 Sabre Street | Hayward | CA | 94545 | $0 | $0 | $10,000 | $7,400 | $76,327 | 1,405,521 | $1,499,248 |
| 12 | | CA004 | 4 | 1255 East Central Ave. | Fresno | CA | 93725 | $300,000 | $98,000 | $23,900 | $12,200 | $92,777 | 2,074,652 | $2,501,529 |
| 13 | | CA005 | 5 | 2216 Coy Avenue | Bakersfield | CA | 93307 | $239,000 | $62,500 | $10,000 | $10,900 | $34,377 | 1,124,838 | $1,481,715 |
| 14 | | CA006 | 6 | 13895 Llagas Avenue | San Martin | CA | 95046 | $500,000 | $89,000 | $23,600 | $19,000 | $73,956 | 2,356,880 | $3,062,436 |
| 15 | | CA007 | 7 | 1203 S. Rancho Avenue | Colton | CA | 92324 | $500,000 | $74,300 | $10,000 | $12,700 | $85,327 | 4,936,300 | $5,620,627 |
| 16 | | WA008 | 8 | 8811 S. 192nd | Kent | WA | 98031 | $500,000 | $66,300 | $16,400 | $18,800 | $46,927 | 693,005 | $1,341,432 |
| 17 | | OR009 | 9 | 6900 N.E. Cornfoot Drive | Portland | OR | 97218 | $500,000 | $168,800 | $10,000 | $42,600 | $74,771 | 2,207,310 | $3,003,481 |
| 18 | | CA010 | 10 | 8423 South Alameda | Los Angeles | CA | 90001 | $1,002,800 | $88,800 | $18,200 | $23,300 | $74,375 | 3,071,562 | $3,756,237 |
| 19 | | TX011 | 11 | 2535 W. Mt. Houston Road | Houston | TX | 77038 | $810,900 | $13,769 | $85,000 | $91,300 | $84,012 | 8,824,376 | $10,101,257 |
| 20 | | TX012 | 12 | 505 Idlewild Road | Grand Prairie | TX | 75051 | $500,000 | $140,300 | $83,600 | $98,400 | $198,496 | 12,929,017 | $14,260,713 |
| 21 | | TX013 | 13 | 3700 Old Union Road | Lufkin | TX | 75904 | $500,000 | $23,200 | $10,000 | $17,900 | $55,004 | 1,572,350 | $2,178,454 |
| 22 | | TX014 | 14 | 3046 Highway 322 South | Longview | TX | 75603 | $500,000 | $86,500 | $15,400 | $25,400 | $101,688 | 1,638,168 | $2,367,156 |
| 23 | | GA015 | 15 | 2568 Old Alabama Road | Austell | GA | 30168 | $0 | $81,500 | $10,000 | $68,700 | $74,462 | 3,919,292 | $4,653,954 |
| 24 | | CA016 | 16 | 8667 Weyand Avenue | Sacramento | CA | 95828 | $250,000 | $3,200 | $10,000 | $9,000 | $63,323 | 2,554,398 | $2,659,921 |
| 25 | | KS017 | 17 | 6211 Kansas Avenue | Kansas City | KS | 66111 | $600,000 | $108,549 | $21,800 | $46,800 | $52,148 | 3,103,200 | $3,562,497 |
| 26 | | OK018 | 18 | 2929 S.E. 15th Street | Oklahoma | OK | 73129 | $1,100,000 | $157,500 | $28,500 | $35,300 | $57,779 | 1,669,500 | $2,548,579 |
| 27 | | OK019 | 19 | 2408 W. 21st Street | Tulsa | OK | 74107 | $225,000 | $113,500 | $40,100 | $34,800 | $68,723 | 1,336,466 | $2,693,611 |
| 28 | | MO020 | 20 | 13033 Taussig Avenue | Bridgeton | MO | 63044 | $215,000 | $271,000 | $20,500 | $22,800 | $74,448 | 4,346,838 | $4,960,686 |
| 29 | | AR021 | 21 | 703 Highway 64 East | Conway | AR | 72032 | $113,900 | $225,400 | $10,000 | $22,200 | $62,181 | 2,701,260 | $3,124,541 |
| 30 | | AR022 | 22 | 280 E. James Mill Road | Crawfordsville | AR | 72327 | $500,000 | $249,800 | $10,000 | $15,500 | $24,688 | 1,373,665 | $2,149,253 |
| 31 | | CT023 | 23 | 138 Christian Lane | New Britain | CT | 6051 | $1,050,000 | $52,200 | $99,600 | $34,000 | $133,194 | 2,517,790 | $4,084,384 |
| 32 | | NY024 | 24 | Route 9W North | Marlboro | NY | 12542 | $160,000 | $33,700 | $28,800 | $31,300 | $129,313 | 4,235,335 | $4,776,948 |
| 33 | | NY025 | 25 | Route 49 | Bernhards Bay | NY | 13028 | $140,000 | $52,200 | $10,500 | $16,600 | $42,931 | 950,727 | $1,194,458 |
| 34 | | PA026 | 26 | 2704 Geryville Pike | Pennsburg | PA | 18073 | $1,150,000 | $139,200 | $244,200 | $35,000 | $153,383 | 3,910,906 | $5,632,670 |
| 35 | | MA027 | 27 | 189 Mendon Street | Bellingham | MA | 02019 | $550,000 | $64,360 | $61,000 | $23,800 | $553,510 | 1,709,400 | $2,462,070 |
| 36 | | PA028 | 28 | Route 351 | Ellwood City | PA | 16117 | $225,000 | $123,500 | $26,000 | $22,000 | $52,663 | 1,560,504 | $2,009,787 |
| 37 | | OH029 | 29 | 1680 Williams Road | Columbus | OH | 43207 | $170,000 | $60,800 | $20,300 | $8,000 | $63,050 | 1,253,691 | $1,575,841 |
| 38 | | NY030 | 30 | 1983 Montauk Highway | Brookhaven | NY | 1719 | $383,000 | $235,100 | $84,700 | $52,400 | $71,298 | 5,008,080 | $5,824,578 |
| 39 | | NJ031 | 31 | 200 Grove Street | Glassboro | NJ | 08028 | $160,000 | $31,500 | $23,600 | $14,300 | $75,481 | 3,140,394 | $3,435,275 |
| 40 | | MD032 | 32 | 11055 Billingsley Road | Waldorf | MD | 20602 | $1,000,000 | $122,200 | $12,900 | $30,500 | $58,754 | 3,185,664 | $4,410,118 |
| 41 | | FL033 | 33 | 12850 NW 27th Avenue | Opa-Locka | FL | 33054 | $150,000 | $103,400 | $25,000 | $22,200 | $49,731 | 3,575,304 | $3,924,635 |
| 42 | | FL034 | 34 | 12020 US Highway 301 S. | Riverview | FL | 33569 | $150,000 | $6,400 | $12,100 | $27,900 | $34,158 | 2,762,296 | $2,992,854 |
| 43 | | NY035 | 35 | 7995 Big Tree Road | Pavillon | NY | 14525 | $260,000 | $65,700 | $10,000 | $16,500 | $32,873 | 877,230 | $1,262,303 |
| 44 | | IL036 | 36 | 31W120 W. Bartlett Road | Bartlett | IL | 60103 | $450,000 | $167,100 | $25,000 | $19,200 | $60,206 | 2,249,472 | $2,972,580 |
| 45 | | WI038 | 38 | 5448 Lien Road | Madison | WI | 53704 | $150,000 | $32,100 | $12,300 | $34,000 | $49,242 | 454,461 | $732,103 |

COPART, INC.
STATEMENT OF VALUES
Effective 10/1/03

| | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | Average | | | | | |
| 5 | Highest | Gross | | Sprinklers | Approx. | Alarm System | # of |
| 6 | Inventory | Proceeds | Construction | Yes/No | Sq. Ft. | Yes/No | Bldgs |
| 7 | NA | NA | Con/Steel | Yes | 100,000 | | 1 |
| 8 | | | | | | | |
| 9 | 1,540 | 1,536 | Metal | Yes | 11,750 | Yes | 2 |
| 10 | 1,519 | 1,396 | Metal | No | 15,000 | Yes | 2 |
| 11 | 879 | 1,599 | Metal | Yes | 350 | Yes | 1 |
| 12 | 1,726 | 1,202 | Metal/Wood | No | 3,550 | Yes | 6 |
| 13 | 897 | 1,254 | Metal | No | 3,440 | Yes | 1 |
| 14 | 1,733 | 1,360 | Wood/Other | No | 7,555 | Yes | 6 |
| 15 | 3,186 | 1,550 | Metal/Wood | No | 4,700 | Yes | 3 |
| 16 | 527 | 1,315 | Wood | No | 1,600 | Yes | 2 |
| 17 | 1,610 | 1,371 | Metal | Yes | 21,700 | Yes | 3 |
| 18 | 2,067 | 1,466 | Wood | No | 2,400 | Yes | 1 |
| 19 | 3,278 | 2,692 | Metal/Other | No | 20,000 | Yes | |
| 20 | 7,033 | 1,849 | Wood/Other | Yes | | Yes | |
| 21 | 1,025 | 1,534 | Wood | No | | Yes | |
| 22 | 1,176 | 1,393 | Metal | Yes | 4,000 | Yes | 1 |
| 23 | 3,277 | 1,196 | Metal | Yes | 6,000 | Yes | |
| 24 | 2,037 | 1,254 | Metal | No | | Yes | |
| 25 | 2,400 | 1,293 | Metal/Wood | | | Yes | |
| 26 | 1,325 | 1,260 | | Yes | 8,000 | Yes | 2 |
| 27 | 956 | 1,398 | Metal | No | 6,000 | Yes | |
| 28 | 2,727 | 1,594 | Metal/Wood | | 3,150 | Yes | 2 |
| 29 | 1,935 | 1,396 | Metal | No | 24,400 | Yes | 3 |
| 30 | 1,069 | 1,285 | Metal/Other | No | 5,500 | Yes | 3 |
| 31 | 2,435 | 1,034 | Metal/Wood | No | 3,500 | Yes | 2 |
| 32 | 2,833 | 1,495 | Wood/Other | No | 18,500 | Yes | 4 |
| 33 | 1,019 | 933 | Wood/Other | No | 29,000 | Yes | 4 |
| 34 | 3,389 | 1,154 | Metal/Wood | No | 113,000 | Yes | |
| 35 | 1,650 | 1,036 | Metal/Other | No | 7,100 | Yes | 2 |
| 36 | 2,024 | 771 | Metal/Other | No | 2,000 | Yes | 3 |
| 37 | 1,593 | 787 | Metal/Wood | No | 3,000 | Yes | 1 |
| 38 | 2,981 | 1,680 | Metal/Other | | 5,400 | Yes | |
| 39 | 2,274 | 1,381 | | | | Yes | |
| 40 | 3,264 | 976 | Metal | | | Yes | |
| 41 | 2,346 | 1,524 | Wood/Other | | | Yes | |
| 42 | 2,564 | 1,069 | Metal | | 5,500 | Yes | 2 |
| 43 | 1,083 | 810 | Metal/Other | | 20,000 | Yes | 1 |
| 44 | 1,616 | 1,392 | Metal | | 10,000 | Yes | |
| 45 | 399 | 1,139 | Metal/Wood | | | | |

P:/xls/copart/propertyvalues/2003

CPT001230
CONFIDENTIAL

COPART, INC.
STATEMENT OF VALUES
Effective 10/1/03

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | WI039 | 39 | 4825 S. Whitnall Avenue | Cudahy | WI | 53110 | $200,000 | $24,500 | $18,000 | $45,000 | $41,154 | 1,062,271 | $1,390,925 |
| 47 | MI040 | 40 | 205 S. Rankin Industrial Dr. | Florence | MS | 39073 | $40,000 | $227,900 | $58,700 | $28,400 | $63,206 | 1,248,906 | $1,663,114 |
| 48 | NC041 | 41 | 1081 Recovery Road | China Grove | NC | 28023 | $250,000 | $19,030 | $13,700 | $15,700 | $54,112 | 1,542,775 | $1,895,317 |
| 49 | FL042 | 42 | 450 Hammond Blvd. | Jacksonville | FL | 32220 | $300,000 | $19,100 | $19,500 | $24,130 | $49,138 | 1,306,040 | $1,717,908 |
| 50 | CA043 | 43 | 7519 Woodman Ave. #B | Van Nuys | CA | 91405 | $2,200,000 | $126,046 | $60,400 | $41,100 | $59,442 | 5,653,425 | $8,170,413 |
| 51 | IN044 | 44 | 4040 Office Plaza Blvd. | Indianapolis | IN | 46254 | $1,000,000 | $196,200 | $20,900 | $33,200 | $55,150 | 1,717,213 | $3,021,663 |
| 52 | TX045 | 45 | 501 Valley Chill Road | El Paso | TX | 79821 | $600,000 | $136,300 | $19,000 | $21,100 | $44,865 | 2,433,072 | $3,154,337 |
| 53 | IN046 | 46 | 6100 Woodmar Avenue | Hammond | IN | 46320 | $450,000 | $205,200 | $20,800 | $13,000 | $98,631 | 1,209,540 | $1,997,171 |
| 54 | AZ047 | 47 | 615 S. 51st Avenue | Phoenix | AZ | 85043 | $500,000 | $115,400 | $16,400 | $31,900 | $93,123 | 4,066,608 | $4,823,431 |
| 55 | WA048 | 48 | 6701 - 51st Ave. N.E. | Arlington | WA | 98223 | $100,000 | $220,300 | $13,000 | $25,600 | $33,937 | 1,035,576 | $1,428,413 |
| 56 | UT049 | 49 | 170 W. Center Street | N. Salt Lake | UT | 84054 | $700,000 | $126,800 | $12,600 | $17,500 | $75,423 | 1,558,311 | $2,490,634 |
| 57 | LA050 | 50 | 21595 Greenwell Springs | Greenwell Springs | LA | 70739 | $750,000 | $247,600 | $35,300 | $32,000 | $70,660 | 2,574,906 | $3,710,366 |
| 58 | IL051 | 51 | 14417 VFW Road | Pekin | IL | 61554 | $600,000 | $220,100 | $45,200 | $61,200 | $29,496 | 1,328,635 | $2,184,631 |
| 59 | MN052 | 52 | 200 County Road 159 | Avon | MN | 56310 | $200,000 | $50,711 | $15,800 | $12,000 | $61,785 | 1,074,609 | $1,414,905 |
| 60 | MA053 | 53 | 55R High Street | N. Billerica | MA | 01862 | $500,000 | $0 | $21,100 | $86,800 | $38,812 | 2,679,846 | $3,326,558 |
| 61 | NC054 | 54 | 310 Copart Road | Dunn | NC | 28334 | $200,000 | $147,800 | $16,700 | $14,800 | $69,062 | 1,380,840 | $1,829,202 |
| 62 | FL055 | 55 | 307 E. Landstreet Road | Orlando | FL | 32824 | $725,000 | $106,400 | $81,500 | $21,200 | $40,523 | 1,754,946 | $2,729,569 |
| 63 | SC056 | 56 | 4324 Highway 321 South | Gaston | SC | 29053 | $225,000 | $34,400 | $22,700 | $25,400 | $32,496 | 3,063,606 | $3,403,602 |
| 64 | NV057 | 57 | 4801 N. Lamb Blvd. | N. Las Vegas | NV | 89115 | $570,000 | $92,200 | $19,000 | $14,800 | $43,677 | 1,547,266 | $2,286,943 |
| 65 | AL05 | 58 | 4763 Lott Road | Eight Mile | AL | 36613 | $300,000 | $133,700 | $65,400 | $34,800 | $35,765 | 1,230,789 | $1,800,454 |
| 66 | CA059 | 59 | 7277 Clay Mesa Road | San Diego | CA | 92154 | $500,000 | $70,300 | $25,900 | $24,700 | $49,965 | 2,417,820 | $3,088,685 |
| 67 | IA060 | 60 | 3300 Vandalia Road | Des Moines | IA | 50317 | $450,000 | $92,600 | $23,500 | $19,800 | $57,254 | 1,189,184 | $1,832,338 |
| 68 | MI061 | 61 | 21000 Hayden Drive | Woodhaven | MI | 48183 | $460,000 | $50,400 | $10,000 | $20,300 | $56,296 | 4,590,712 | $5,187,708 |
| 69 | TX062 | 62 | 8725 IH-35 N. | New Braunfels | TX | 78130 | $500,000 | $88,100 | $38,700 | $26,800 | $31,385 | 1,895,484 | $2,580,469 |
| 70 | TN063 | 63 | 865 Stumpy Lane | Lebanon | TN | 37090 | $500,000 | $65,600 | $43,800 | $20,600 | $32,977 | 2,148,538 | $2,811,515 |
| 71 | WA064 | 64 | 21421 Meridian East | Graham | WA | 98338 | $500,000 | $109,700 | $40,300 | $36,600 | $18,569 | 779,520 | $1,484,689 |
| 72 | TX065 | 65 | 143 E. Frontage Road | Alamo | TX | 78516 | $500,000 | $201,400 | $42,700 | $35,600 | $31,185 | 2,152,192 | $2,963,077 |
| 73 | AL066 | 66 | 295 Dan Tibbs Road | Huntsville | AL | 35806 | $500,000 | $118,700 | $24,300 | $45,000 | $21,958 | 1,210,663 | $1,920,641 |
| 74 | KS067 | 67 | 4510 S. Madison | Wichita | KS | 67216 | $500,000 | $359,700 | $10,000 | $35,800 | $24,562 | 514,189 | $1,444,251 |
| 75 | CO068 | 68 | 6464 Downing Street | Denver | CO | 80229 | $1,000,000 | $141,300 | $13,700 | $17,700 | $13,815 | 2,409,364 | $3,595,779 |
| 76 | FL070 | 70 | 7876 W. Belvedere | West Palm Beach | FL | 33411 | $500,000 | $224,100 | $10,000 | $34,100 | $10,035 | 1,427,934 | $2,206,169 |
| 77 | WA071 | 71 | 3333 N. Railroad Avenue | Pasco | WA | 99301 | $500,000 | $76,024 | $10,000 | $27,500 | $9,165 | 354,882 | $977,571 |
| 78 | ID72 | 72 | 3716 North Middleton Road | Nampa | ID | 83661 | $500,000 | $34,300 | $10,000 | $2,190 | $12,065 | 349,852 | $908,407 |
| 79 | ID072 | 73 | 2630 FM Road #3034 | Abilene | TX | 79601 | $500,000 | $159,801 | $10,000 | $26,700 | $9,488 | 1,029,686 | $1,735,675 |
| 80 | TX074 | 74 | 11130 Applewhite | San Antonio | TX | 78221 | $500,000 | $6,820 | $10,000 | $22,300 | $11,519 | 1,730,664 | $2,281,303 |
| 81 | NM075 | 75 | 7705 Broadway S.E. | Albuquerque | NM | 87105 | $700,000 | $75,000 | $10,000 | $47,500 | $24,773 | 1,739,799 | $2,597,072 |
| 82 | PA076 | 76 | 8 Park Drive | Granville | PA | 17028 | $500,000 | $75,000 | $32,000 | $5,000 | $50,000 | 966,168 | $1,628,168 |

P:/xls/copart/propertyvalues/2003

CPT001231
CONFIDENTIAL

COPART, INC.
STATEMENT OF VALUES
Effective 10/1/03

| # | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|
| 46 | 931 | 1,141 | Metal/Wood | | 17,500 | Yes | 2 |
| 47 | 978 | 1,277 | Metal/Wood | | 3,000 | Yes | 2 |
| 48 | 1,313 | 1,175 | Metal/Wood | | 5,000 | Yes | 1 |
| 49 | 1,268 | 1,030 | Metal/Wood | | | Yes | |
| 50 | 3,225 | 1,753 | Metal/Wood | Yes | 80,000 | Yes | 5 |
| 51 | 1,637 | 1,049 | Metal/Other | Yes | 50,000 | Yes | 2 |
| 52 | 1,172 | 2,076 | Metal | | | Yes | |
| 53 | 1,061 | 1,140 | Metal/Wood | No | 8,000 | Yes | 1 |
| 54 | 2,793 | 1,456 | Metal/Wood | Yes | 18,000 | Yes | |
| 55 | 757 | 1,368 | | | 3,500 | Yes | 4 |
| 56 | 1,563 | 997 | Metal/Wood | No | 24,400 | Yes | 3 |
| 57 | 2,171 | 1,186 | Metal | | | Yes | |
| 58 | 1,595 | 833 | | | | | |
| 59 | 859 | 1,251 | Metal | | | | |
| 60 | 2,397 | 1,118 | Wood | No | 4,000 | Yes | |
| 61 | 1,110 | 1,244 | Metal | | | Yes | |
| 62 | 1,863 | 942 | block | Yes | | Yes | |
| 63 | 2,534 | 1,209 | Metal | | | Yes | |
| 64 | 1,073 | 1,442 | | | | Yes | |
| 65 | 1,247 | 987 | Metal | | 4,000 | Yes | |
| 66 | 1,366 | 1,770 | Mobile | No | | Yes | |
| 67 | 1,088 | 1,093 | Metal | | 1,800 | Yes | |
| 68 | 3,346 | 1,372 | | | 6,000 | Yes | 1 |
| 69 | 1,146 | 1,654 | | No | | Yes | |
| 70 | 1,849 | 1,162 | Metal/Wood | Yes | | Yes | |
| 71 | 696 | 1,120 | Metal | Yes | 42,400 | Yes | 3 |
| 72 | 1,201 | 1,792 | Metal | Yes | | Yes | |
| 73 | 1,163 | 1,041 | | | | Yes | |
| 74 | 481 | 1,069 | | | | Yes | |
| 75 | 1,584 | 1,521 | | | | | |
| 76 | 993 | 1,438 | | | | | |
| 77 | 283 | 1,254 | | | | | |
| 78 | 298 | 1,174 | | | | | |
| 79 | 686 | 1,501 | | | | | |
| 80 | 1,032 | 1,677 | | | | | |
| 81 | 1,269 | 1,371 | | | | | |
| 82 | 1,278 | 756 | | | | | |

P:\xls/copart/propertyvalues/2003

CPT001232
CONFIDENTIAL

COPART, INC.
STATEMENT OF VALUES
Effective 10/1/03

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | CA078 | 78 | 2701 Waterfront Road | Martinez | CA | 94553 | $750,000 | $75,000 | $56,000 | $50,000 | $50,000 | 4,128,480 | $5,109,480 |
| 84 | LA079 | 79 | 14600 Gentilly Highway | New Orleans | LA | 70129 | $750,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,434,224 | $2,415,224 |
| 85 | MN080 | 80 | 13517 Highway 65 NE | Ham Lake | MN | 55304 | $750,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,722,840 | $2,703,840 |
| 86 | IL081 | 81 | 89 E. Sauk Trail | Chicago Heights | IL | 60411 | $500,000 | $75,000 | $56,000 | $30,000 | $50,000 | 1,085,145 | $1,772,145 |
| 87 | VA082 | 82 | 12360 US Highway 29 | Chatham | VA | 24531 | $500,000 | $75,000 | $32,000 | $30,000 | $50,000 | 1,116,960 | $1,803,960 |
| 88 | KY083 | 83 | 1051 Industry Road | Lawrenceburg | KY | 40342 | $760,000 | $75,000 | $66,000 | $30,000 | $50,000 | 1,648,982 | $2,629,982 |
| 89 | LA084 | 84 | 5235 Greenwood Road | Shreveport | LA | 71109 | $500,000 | $75,000 | $66,000 | $30,000 | $50,000 | 1,972,200 | $2,659,200 |
| 90 | PA085 | 85 | 129 Free Soil Road | Mt. Morris | PA | 15349 | $600,000 | $75,000 | $32,000 | $30,000 | $50,000 | 637,621 | $1,324,621 |
| 91 | GA087 | 87 | 5510 Silk Hope Road | Savannah | GA | 31405 | $500,000 | $75,000 | $32,000 | $30,000 | $50,000 | 1,523,324 | $2,210,324 |
| 92 | GA088 | 88 | 399 Oak Ridge Road | Tifton | GA | 31794 | $20,000 | $75,000 | $32,000 | $30,000 | $50,000 | 1,232,330 | $1,439,330 |
| 93 | WV089 | 89 | 2481 Route 60 | Hurricane | WV | 25526 | $500,000 | $75,000 | $32,000 | $30,000 | $50,000 | 684,288 | $1,371,288 |
| 94 | ME090 | 90 | 136 Kennebunk Pond Road | Lyman | ME | 4002 | $500,000 | $75,000 | $32,000 | $30,000 | $50,000 | 1,500,000 | $2,187,000 |
| 95 | NJ091 | 91 | 2124 West Camplain Road | Hillsborough | NJ | 8844 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 96 | MO092 | 92 | 2889 E. US Highway 60 | Rogersville | MO | 65742 | $600,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 97 | AZ093 | 93 | 5600 South Arcadia Avenue | Tucson | AZ | 85706 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 98 | NY094 | 94 | 1916 Central Avenue | Albany | NY | 12205 | $600,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 99 | TX095 | 95 | 3999 S. Loop 335 E. | Amarillo | TX | 79118 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 100 | CA097 | 97 | 3200 Agness Street | Corpus Christi | TX | 78405 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 101 | TX098 | 98 | 12167 Arrow Route | Rancho Cucamonga | CA | 91739 | $2,000,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $3,731,000 |
| 102 | Network | 99 | 50 Blue Mound Road West | Haslet | TX | 76052 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 103 | NV100 | 100 | 90 E. Lamar Blvd., Ste. 140 | Arlington | TX | 76011 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,726,954 | $2,457,954 |
| 104 | VA101 | 101 | 1705 Marietta Way | Sparks | NV | 89431 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 105 | OR104 | 104 | 29815 Enid Road NE | Eugene | OR | 97402 | $275,000 | $75,000 | $56,000 | $50,000 | $50,000 | 445,500 | $951,500 |
| 106 | CANADA | 201 | 175 Osbourne Road | Courtice, Ontario | Canada | L1E | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 107 | | | | | | | | | | | | | |
| 108 | | | MAG PUBLIC YARDS | | | | | | | | | | |
| 109 | MI301 | 301 | 19885 Telegraph Road | Romulus | MI | 48174 | $525,000 | $41,300 | $27,800 | $34,700 | $32,596 | 1,000,000 | $1,661,396 |
| 110 | VA302 | 302 | 3856 S. Military Hwy | Chesapeake | VA | 23323 | $1,350,000 | $49,100 | $10,000 | $127,000 | $35,363 | 1,000,000 | $2,571,463 |
| 111 | DE303 | 303 | 2323 N. Dupont Highway | New Castle | DE | 19720 | $600,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,000,000 | $1,731,000 |
| 112 | PA304 | 304 | 12876 Molly Pitcher Hwy. | Greencastle | PA | 17225 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 2,500,000 | $3,231,000 |
| 113 | PA305 | 305 | 526 Thompson Run Road | West Mifflin | PA | 15122 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 1,500,000 | $2,231,000 |
| 114 | VA306 | 306 | 5701 Whiteside Road | Sandston | VA | 23150 | $500,000 | $75,000 | $56,000 | $50,000 | $50,000 | 3,000,000 | $3,731,000 |
| 115 | | | | | | | | | | | | | |
| 116 | SALT | | 3355 Enterprise Dr. | | | | | | | | $25,000 | | |
| 117 | SALT | | 540 N.E. Apolao Ave. | | | | $150,000 | | | | $25,000 | 491,432 | $666,432 |
| 118 | SALT | | 5340 Miller Tr. Hwy | | | | $100,000 | | | | $25,000 | | $125,000 |
| | | | | | | | | | | | | | |
| | | | | | | Totals: | $65,926,700 | $10,402,710 | $4,443,400 | $12,778,820 | $6,043,248 | $219,943,769 | $319,513,647 |
| | | | | | | Total - TIV: | $319,538,647 | | | | | | |

PJ.xls/copart/propertyvalues/2003

CPT001233
CONFIDENTIAL

COPART, INC.
STATEMENT OF VALUES
Effective 10/1/03

| | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|
| 83 | 2,928 | 1,410 | Aluminum | | | | |
| 84 | 1,276 | 1,124 | Metal | | | | |
| 85 | 1,470 | 1,172 | Concrete | | | | |
| 86 | 991 | 1,095 | | | | | |
| 87 | 1,248 | 895 | | | | | |
| 88 | 1,693 | 974 | | | | | |
| 89 | 1,730 | 1,140 | | | | | |
| 90 | 703 | 907 | | | | | |
| 91 | 1,556 | 979 | Metal | | | | |
| 92 | 1,318 | 935 | Metal | | | | |
| 93 | 704 | 972 | Metal | | | | |
| 94 | 77 | | | | | | |
| 95 | | | | | | | |
| 96 | | | | | | | |
| 97 | | | | | | | |
| 98 | | | | | | | |
| 99 | | | | | | | |
| 100 | | | | | | | |
| 101 | | | | | | | |
| 102 | 1,471 | 1,174 | | | | | |
| 103 | | | | | | | |
| 104 | | | | | | | |
| 105 | 330 | 1,350 | Block | | 9 Acres | Yes | |
| 106 | | | | | | | |
| 107 | | | | | | | |
| 108 | | | | | | | |
| 109 | | | | | | | |
| 110 | | | | | | | |
| 111 | | | | | | | |
| 112 | | 2,110 | | | | | |
| 113 | | 2,512 | | | 7,000 | Yes | |
| 114 | | | | | | | |
| 115 | | | | | | | |
| 116 | | | | | | | |
| 117 | | | | | | | |
| 118 | | | | | | | |
| 119 | | | | | | | |
| 120 | 188 | | | | | | |
| 121 | | 2,614 | | | | | |
| 122 | | | | | | | |
| 123 | | | | | | | |
| 124 | | | | | | | |
| 125 | | | | | | | |
| 126 | | | | | | | |
| 127 | | | | | | | |
| 128 | $144,401 | | | | | | |

P:/xls/copart/propertyvalues/2003

CPT001234
CONFIDENTIAL