# EXHIBIT 22

COPART
Statement of Values
[illegible]/2004

| Yard Code | Yard No. | Physical Street Address | City | State | Zip | Building and Impr. | Contents | Computer Equipment | Business Interruption / Extra Expense | Inventory Exposure (Gov't/Non Gov't) | Location Total Values | Average Inventory | Average Gross Proceeds | Construction | Sprinklers Yes / No | Approx. Sq. Ft. | Alarm System Yes / No | # of Bldgs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA000 | HQ | 4665 Business Center Dr. | Fairfield | CA | 94534 | $10,000,000 | $800,000 | $11,000,000 | $100,000 | | $21,750,000 | NA | NA | Conc/Steel | Yes | 100,000 | Yes | 1 |
| CA001 | 1 | [illegible] Fifth Street | Vallejo | CA | 94590 | $484,000 | $56,000 | $220,800 | $50,000 | 3,012,408 | $4,208,004 | 1,805 | 1,700 | Metal | Yes | 11,700 | Yes | 2 |
| CA002 | 2 | 4700 Fruitridge Road | Sacramento | CA | 95820 | $1,000,000 | $84,000 | $30,800 | $50,000 | 3,859,984 | $5,031,083 | 2,128 | 1,858 | Metal | No | 15,000 | Yes | 2 |
| [illegible] | 2 | New Site to be added | Sacramento | CA | [illegible] | | | | | | | | | | | | | |
| [illegible] | 3 | 1904 Sabre Street | Hayward | CA | 94545 | $0 | $50,000 | $24,000 | $50,000 | 1,681,[illegible] | $1,643,[illegible] | 833 | 1,628 | Metal | Yes | 330 | Yes | 1 |
| [illegible] | 4 | 1256 East Central Ave. | Fresno | CA | 93725 | $300,000 | $56,000 | $12,200 | $50,000 | 3,107,870 | $3,[illegible] | 2,424 | 1,317 | Metal/Wood | No | [illegible] | Yes | 6 |
| [illegible] | 4 | 20 acres - 4184 S. Orange Ave. | Fresno | CA | [illegible] | | | | | | | | | | | | | |
| [illegible] | 5 | 2018 Coy Avenue | Bakersfield | CA | 93307 | $130,000 | $68,000 | $10,[illegible] | $50,000 | 1,953,247 | $2,[illegible] | 1,[illegible] | 1,[illegible] | About | No | [illegible] | Yes | 1 |
| [illegible] | 6 | 13[illegible] Llagas Avenue | San Martin | CA | 95046 | $200,000 | $50,000 | $18,[illegible] | $50,000 | 8,294,730 | $8,[illegible] | 1,[illegible] | 1,790 | Wood/Other | No | 7,[illegible] | Yes | [illegible] |
| [illegible] | 7 | [illegible] S. Rancho Avenue | Colton | CA | 92324 | $1,500,000 | $58,000 | $12,700 | $50,000 | 6,[illegible] | $7,[illegible] | 3,459 | 1,[illegible] | Metal/Wood | No | 4,700 | Yes | 3 |
| [illegible] | 8 | [illegible] N.E. [illegible] Drive | Portland | OR | 97211 | $800,000 | $58,000 | $40,[illegible] | $50,000 | 3,779,[illegible] | $4,[illegible] | 2,013 | 1,[illegible] | Metal | No | 21,700 | Yes | 3 |
| [illegible] | 10 | [illegible] South Alameda | Los Angeles | CA | 90001 | $200,000 | $58,000 | $23,[illegible] | $50,000 | 4,[illegible] | $4,767,470 | 2,[illegible] | 1,[illegible] | Wood | Yes | 2,[illegible] | Yes | 1 |
| [illegible] | 11 | [illegible] Road | Houston | TX | 77073 | $1,000,000 | $58,000 | $51,[illegible] | $50,000 | 5,[illegible] | $6,[illegible] | 2,[illegible] | 2,[illegible] | Wood | No | | Yes | |
| [illegible] | 12 | [illegible] Road | Grand Prairie | TX | 75051 | $1,[illegible] | $58,000 | $48,[illegible] | $50,000 | 13,[illegible] | $14,[illegible] | [illegible] | 2,[illegible] | Metal/Other | No | 20,000 | Yes | [illegible] |
| [illegible] | 12 | 42 acres @ [illegible] Road | Grand Prairie | TX | 75051 | | | | | | | | | | | | | |
| [illegible] | 13 | [illegible] Road | [illegible] | TX | [illegible] | | | | | | | | | | | | | |
| [illegible] | 14 | [illegible] Highway [illegible] | Longview | TX | [illegible] | $[illegible] | $58,000 | $17,[illegible] | $50,000 | 2,[illegible] | $2,[illegible] | 1,[illegible] | 1,[illegible] | Metal/Other | Yes | 2,700 | Yes | 2 |
| [illegible] | 15 | [illegible] Road | Austin | TX | [illegible] | $[illegible] | $58,000 | $35,[illegible] | $50,000 | 2,[illegible] | $3,[illegible] | 1,[illegible] | 1,[illegible] | Metal | No | | Yes | 1 |
| [illegible] | 16 | [illegible] Avenue | Sacramento | CA | [illegible] | $[illegible] | $58,000 | $[illegible] | $50,000 | [illegible] | $[illegible] | [illegible] | 1,[illegible] | Metal | Yes | | Yes | 1 |
| [illegible] | 17 | [illegible] Avenue | Kansas City | KS | 66111 | $0 | $58,000 | $9,[illegible] | $50,000 | [illegible] | $[illegible] | 2,[illegible] | 1,[illegible] | Metal | Yes | 2,[illegible] | Yes | 1 |
| [illegible] | 18 | [illegible] Street | Oklahoma City | OK | 73129 | $[illegible] | $58,000 | $46,[illegible] | $50,000 | [illegible] | $[illegible] | [illegible] | 1,[illegible] | Metal/Wood | No | [illegible] | Yes | |
| [illegible] | 19 | [illegible] W. 21st Street | Tulsa | OK | 74107 | $[illegible] | $58,000 | $[illegible] | $50,000 | 1,[illegible] | $[illegible] | 1,[illegible] | 1,[illegible] | Metal | Yes | 15,000 | Yes | 2 |
| [illegible] | 20 | [illegible] Avenue | [illegible] | MO | [illegible] | $[illegible] | $58,000 | $34,[illegible] | $50,000 | 1,[illegible] | $2,[illegible] | 1,[illegible] | 1,[illegible] | Metal | Yes | | Yes | |
| [illegible] | 21 | [illegible] Highway [illegible] | Conway | AR | 72032 | $[illegible] | $58,000 | $22,[illegible] | $50,000 | 2,[illegible] | $[illegible] | 2,[illegible] | 1,[illegible] | Metal/Wood | No | 3,[illegible] | Yes | 2 |
| [illegible] | 22 | [illegible] Mill Road | Crawfordsville | AR | 72327 | $[illegible] | $58,000 | $15,[illegible] | $50,000 | 1,[illegible] | $2,[illegible] | 1,[illegible] | 1,[illegible] | Metal | | [illegible] | Yes | |
| [illegible] | 23 | [illegible] Lane | New Britain | CT | [illegible] | $1,[illegible] | $58,000 | $34,[illegible] | $50,000 | 1,[illegible] | $[illegible] | [illegible] | 1,[illegible] | Metal/Other | No | 3,[illegible] | Yes | [illegible] |
| [illegible] | 24 | Route [illegible] | Marlboro | NY | 12542 | $[illegible] | $58,000 | $[illegible] | $50,000 | [illegible] | $[illegible] | [illegible] | 1,[illegible] | Metal/Wood | No | [illegible] | Yes | [illegible] |
| [illegible] | 25 | [illegible] Drive | Central Square | NY | 13036 | $[illegible] | $58,000 | $18,[illegible] | $50,000 | 1,[illegible] | $1,[illegible] | [illegible] | 1,[illegible] | Wood/Other | No | [illegible] | Yes | [illegible] |
| [illegible] | 27 | [illegible] Road | Pittsburgh | PA | 15[illegible] | $1,150,000 | $58,000 | $[illegible] | $50,000 | 4,[illegible] | $[illegible] | 3,[illegible] | 1,[illegible] | Metal/Other | No | [illegible] | Yes | [illegible] |
| [illegible] | 28 | [illegible] Street | Bellingham | MA | [illegible] | $[illegible] | $58,000 | $22,[illegible] | $50,000 | [illegible] | $[illegible] | 2,[illegible] | 1,[illegible] | Metal/Wood | No | [illegible] | Yes | 4 |
| [illegible] | 29 | [illegible] Road | Grove City | OH | [illegible] | $1,000,000 | $58,000 | $22,[illegible] | $50,000 | [illegible] | $[illegible] | 2,[illegible] | 1,[illegible] | Metal/Wood | No | [illegible] | Yes | [illegible] |
| [illegible] | 29 | [illegible] Road | Columbus | OH | 43207 | $[illegible] | $58,000 | $6,[illegible] | $50,000 | 1,[illegible] | $1,[illegible] | 1,[illegible] | [illegible] | Metal/Wood | No | 110,[illegible] | Yes | |
| [illegible] | 30 | [illegible] Highway | [illegible] | NY | [illegible] | $[illegible] | $58,000 | $[illegible] | $[illegible] | [illegible] | $[illegible] | [illegible] | [illegible] | Metal/Other | No | [illegible] | Yes | [illegible] |

Patrice [illegible]
SEP - 1 2004

12:30 phone call w/ Simon - Make changes/additions:
#36 - change Bldg to $750,000
#78 Pittsburgh - add $100,000 Bldg (in temp. loc.)
#601 - add 1,000,000 for Bldg only
Other new locs that show no values - nothing there yet

RECEIVED
SEP - 1 2004
[illegible]
San Francisco