# EXHIBIT 23

Tue, Aug 7, 2007 11:01 AM

**Subject: Re: Copart SOV**
**Date:** Wednesday, September 1, 2004 5:04 PM
**From:** Patrice.G.Mcintyre@marsh.com
**To:** <simon.rote@copart.com>
**Cc:** <Mike.Finigan@marsh.com>
**Conversation:** Copart SOV

Simon,

Thanks for sending the new SOV. Per our subsequent conversation and your further instruction, I have amended your document as follows:

Yard #36 - change building value from $450,000 to $750,000
Yard # 78b [Pittsburgh] - Add $100,000 as building value
Yard #601 - Add $1,000,000 as building value

Note: All other new locations indicated that show no values, nothing there yet.

Attached please find a copy of the amended SOV in accordance with the above changes. Revised total insurable values is $405,005,279

(See attached file: Statement of Values 9-1-04.xls)

Thanks,
Patrice

```
       simon.rote@copart
       .com@Internet
                                                                    To
       09/01/2004 11:00        Patrice G
       AM                      Mcintyre/SFO-CA/US/Marsh/MMC@MMC
                                                                    cc

                                                               Subject
                          Copart SOV
```

Patrice, FINALLY here is a revised SOV.
Thanks,
Simon
----- Original Message -----
From: "Yvette M. Garrett" <yvette.garrett@copart.com>
To: "Simon.Rote@Copart.Com (E-mail)" <simon.rote@copart.com>
Sent: Wednesday, September 01, 2004 10:47 AM
Subject: Here it is if you need to print it.



Page 1 of 2

Confidential

>
(See attached file: Statement of Values as of 083004.xls)

Confidential
CPT000055