# EXHIBIT 24



# MARSH

Marsh Risk & Insurance Services
One California Street
San Francisco, CA 94111
California License # 0437153
415 743 8617  Fax 415 743 8080
Patrice.G.McIntyre@marsh.com
www.marsh.com

September 15, 2005

Simon Rote
Vice President, Finance
Copart, Inc.
4665 Business Center Drive
Fairfield, CA 94534

**Subject:** **Property – Primary $5 Million Limit**
**United States Fire Insurance Company [Crum]**
**Policy No. 2441873745**
**Term: 10/1/04-05**

Dear Simon:

Enclosed please find the following change endorsements to the subject policy:

| Endorsement No. | Description | Invoice No. | Amount |
|---|---|---|---|
| #2 | Adds a sub-limit of $500,000 for inventory offsite | 432672 | $49.88 [net of commission, $57 gross] |
| #3 | Adjustments to inventory values for new and/or relocated facilities - multiple locations – per Copart's July end inventory report, as listed below | 432671 | $1,437.18 [net of commission, $1,620 gross + $19.58 state tax] |

| Added Inventory Values [totaling $19,200,662] | Added Inventory |
|---|---|
| 1475 Bluff City Blvd, Elgin, IL | $4,372,047 |
| 9915 N. Virginia St, Reno, NV | $3,407,292 |
| 11858 NW 36th, Miami, FL | $1,297,500 |
| 6089 Highway 20, Loganville, CA | $3,088,751 |
| 710 NW 44th, Ocala, FL | $792,797 |
| 286 E Twinsburg, Northfield, OH | $498,896 |
| 22835 Royalton, Strongsville, OH | $388,997 |


Marsh & McLennan Companies

M_01342

Page 2
September 15, 2005
Simon Rote

| | |
|---|---|
| 401 W. Chipperfield, Anchorage, AK | $284,129 |
| 5000 Rutledge Pike, Knoxville, TN  37914 | $884,120 |
| 5801 Kasp, Lexington, KY | $2,311,433 |
| 11019, W. McFarlane, Airway Heights, WA | $301,200 |
| 1825 Commerce, Midway, FL | $429,000 |
| 8485 Richland, Columbia, MO | $1,144,500 |
| Deleted Location Inventory Values [totaling $7,286,009] | Deleted Inventory |
| 31W120 W. Bartlett Rd, Bartlett, IL | $3,823,590 |
| 1705 Marietta Way, Sparks, NV | $2,052,419 |
| 97 Amaljack Blvd, Newnan, GA | $1,410,000 |

Please note that only values for inventory are included in this adjustment as no information for values pertaining to buildings, contents, computers, etc. have been reported.

If after your review of these endorsements and the location changes indicated, please let me know if you have any questions or concerns.

Sincerely,

Patrice McIntyre

:pm/enclosures

M_01343