# EXHIBIT 25



**Richard Blanchette**
10/01/03 11:44 AM

To: Steven.Raffo@marsh.com@FAIRFAXEXT
cc: Marni Hansen/Western/CFI,
cc: Richard_Blanchette@cfins.com
Subject: Re: Copart: SOV sorted by state

Our quote was based on a TIV of $282.2 M at $250,000 or approx $0.0885.
The CA values were approx $70M of the $282M
The revised/updated SOV totals $319.5 M with CA values at approx $118M.
This change is a +13% increase in overall TIV.
We would like to address premium adjustment to reflect the increase and updated distribution of values.
Would you agree to a 13% increase based on TIV and no add'l for the extra CA exposure?
Based on the $250,000 original premium an AP of $32,750 would be added.($282,750 prem = .0885 x TIV). Please advise.

Richard A. Blanchette
Crum & Forster - San Francisco
415-541-3246 (Fax 415-541-3291)

Steven.Raffo@marsh.com



**Steven.Raffo@marsh.com**
10/01/03 11:11 AM

To: Richard_Blanchette@cfins.com
cc:
Subject: Copart: SOV sorted by state

(See attached file: SOV revised 10-01.xls)

- SOV revised 10-01.xls

CA   68.6
MJ   15.3
PA   ~~16.6~~ 16.0
TX   48.5

14V

EXHIBIT
4
Rate
PENGAD 800-631-6989