# EXHIBIT 26

# Crum Forster
A FAIRFAX Company

One Market – Steuart Tower, Suite #310
San Francisco, CA
United States Fire Insurance Company


EXHIBIT
Streacker
96
5/22/08

We are pleased to bind the following quotation:

**Property Renewal Binder – Primary-Revised**
**Assigned # 2441873745**

| | |
|---|---|
| DATE | September 30, 2004 |
| TO | Steven Raffo, Marsh Risk & Insurance Services |
| FROM | Monica Streacker (415-541-3285) |
| INSURED | Copart, Inc. |
| ADDRESS | 4665 Business Center Drive, Fairfield, Ca. 94534 |
| COVERAGE | Real and personal property, EDP, business interruption, extra expense and inventory. |
| TERM | October 1, 2004 to October 1, 2005 |
| PERILS | All risks of direct physical loss or damage including Earthquake and Flood. |

**LIMIT**
$5,000,000 per occurrence

**Sub-Limit**
$1,000,000 Earthquake and EQSL per occurrence and in the annual aggregate
$1,000,000 Flood per occurrence and in the annual aggregate
$1,000,000 Boiler and machinery
Other sub-limits as per expiring form FM 206.0.5(11/99)
Sub-Limits do not increase the limit of liability stated above.

**DEDUCTIBLE**
| | | | |
|---|---|---|---|
| AOP: | $50,000 per occurrence. | 24 Hour-ADV Time Element Wait | |
| Earthquake: | 5%, Minimum $100,000 | | |
| Flood: | 5%, Minimum $100,000 | Zone A, V – Excess NFIP Max limits | |
| Wind/Hail | 5%, Minimum $100,000 | | |

**PREMIUM** $325,000  Minimum earned 25%.
Less: 12.5% Brokerage Commission.

**RATE BASIS**
Values         TIV $408,404,279
Top/Key     $21,750,000     Fairfield, Ca.
Occupancy   Auto salvage & auction
Stock/inventory valuation: stock (motor vehicle held for sale or resale by the insured)-the lesser of: ACV, ACV to repair, Appraisal value according to the Copart "ProQuote" system.

**FORM:** All Risk Property Form - Crum & Forster, CP 0010 0695
Mandatory Endorsements: Policy Limit of Liability, Exclusions for Cyber Risk, Data Corruption, Mold/Fungus. No Coverage for Money and Securities. No Foreign coverage.

**OPTION:** *TRIA - Terrorism (certified) coverage option additional premium of +8%-Declined*

**CARRIER:** UNITED STATES FIRE INSURANCE COMPANY **(Admitted)**

Please review this binder carefully. The terms and conditions may be different than the specifications requested. The Binder is valid for 30 days from today, or inception date, whichever is sooner.

Page 1 of 1

UW(04-05) 009