# EXHIBIT 27

**Crum Forster**
A FAIRFAX Company

One Market – Steuart Tower, Suite #310
San Francisco, CA 9_
United States Fire Insu__ce Company

We are pleased to offer the following quotation:

## Property Renewal Quote - Primary

| | |
|---|---|
| DATE | September 21, 2005 |
| TO | John Wood, Marsh Risk and Insurance Services |
| FROM | Monica Streacker (415) 541-3285 |
| INSURED | Copart, Inc. |
| ADDRESS | 4665 Business Center Drive, Fairfield, Ca. |
| COVERAGE | Real Property, Personal Property, EDP, business interruption, extra expense & inventory. |
| TERM | October 1, 2005 to October 1, 2006 |
| PERILS | All risks of direct physical loss or damage including Earthquake, EOSL and Flood. |
| LIMIT SUBLIMITS | $2,500,000 per occurrence and in the annual aggregate<br>$1,000,000 Earthquake including EOSL<br>$1,000,000 Flood<br>$1,000,000 Boiler and Machinery<br>500,000 Inventory off site<br>Other sublimits as per expiring form FM 260 05 (1199)<br><br>Sub-Limits do not increase the limit of liability stated above |

EXHIBIT
Streacker
108
5/22/08

| DEDUCTIBLE | AOP: | $50,000 per occurrence. | 24- ADV Time Element. |
|---|---|---|---|
| | Earthquake: | 5%. Minimum $100,000 | |
| | Flood: | 5%. Minimum $100,000 | Zone A, V – Excess NFIP Max limits |
| | Wind/Hail | 5%. Minimum $100,000 | |

| | | |
|---|---|---|
| PREMIUM | $400,000. | Minimum earned 25%.<br>Less: 12.5% Brokerage Commission. |

RATE BASIS
| | | |
|---|---|---|
| | Values | TIV $424,472,311 |
| | Top/Key | $21,750,000   Fairfield, Ca. |
| | Occupancy | Auto salvage & auction |

FORM:
C&F Property Forms
Mandatory Endorsements: Policy Limit of Insurance, Exclusions for Cyber Risk, Data Corruption, Mold/Fungus. No Coverage for Money and Securities. No Foreign coverage.

OPTION:
TRIA - Terrorism (certified) coverage option: additional premium of +8%, pro-rated from effective date through 12/31/05
Terrorism Option must be selected at time of binding.

CARRIER:
UNITED STATES FIRE INSURANCE COMPANY (Admitted)

Please review this quotation carefully. The terms and conditions may be different than the specifications requested. The Quote is valid for 30 days from today, or inception date, whichever is sooner. Please advise when binding coverage