# EXHIBIT 28

# MARSH

**Patrice McIntyre**

Marsh Risk & Insurance Services
One California Street
San Francisco, CA 94111
California License # 0437153
415 743 8617  Fax  415 743 8080
Patrice.G.McIntyre@marsh.com
www.marsh.com

June 23, 2005

Simon Rote, VP - Finance
Copart, Inc.
4665 Business Center Drive
Fairfield, CA  94534



*Subject:*  INSURANCE RENEWALS - OCTOBER 1, 2005

Dear Simon:

In order for us to proceed in our renewal activity with underwriters, we will need the following updated exposure information:

- ❖ **Named Insured Schedule**
  - Please provide a current listing of all corporate entities to be included as named insureds, along with the respective FEIN numbers

- ❖ **Locations Schedule and Property Statement of Values**
  - Please provide a current, complete listing of all locations [The current schedule "on file with Insurance company" is attached]

  **For each insured location, please provide the respective current replacement cost property values for:**
  - Buildings / Structures
  - Building Improvements
  - Contents [other than stock and inventory]
  - Computer Equipment & Media
  - Stock/Inventory  (provide breakout of values for "Owned" stock held for sale)
  - Business Interruption/Extra Expense

- ❖ **Contractors Equipment Schedule & Values [Off Road Equipment Schedule]**
  - Updated schedule of the contractors equipment items and values

- ❖ **Automobile [Licensed for Public On Road Use]**
  - Current vehicle schedules for commercial trucks/vans and corporate private passenger autos
  - List of active drivers, including date of birth and drivers license number



M 00099

MMC  Marsh & McLennan Companies

# MARSH

Mr. Simon Rote
June 23, 2005
Page 2

- ❖ **General Liability**
  - Estimated Revenues for upcoming annual period of 10/1/05-06 [current estimate for 2004 is $430 Million]
  - Number of salvage vehicles you expect to process in the upcoming annual period

- ❖ **Workers Compensation**
  - Estimated Payroll by State and by Employee Classification for the 10/1/05-06 annual period
  - Employee Headcount by Location

- ❖ **Miscellaneous**
  - Latest available annual report and 10-Q

Please provide the requested information by July 25, 2005 so that we will have sufficient time to work with underwriters in the negotiation of renewal terms on a timely basis.

Thanks Simon. If you have any questions or require any assistance, please let us know.

Sincerely,

Patrice McIntyre

:pm/enclosures

cc: Mike Finigan

M 00100