# EXHIBIT 29



Patrice McIntyre

**MARSH**

Marsh Risk & Insurance Services
P.O. Box 193880
San Francisco, CA 94119-3880
Phone: 415 743 8617   Fax: 415 743 8080
California License No. 0437153

June 16, 2003

Mr. Simon Rote
VP Finance
Copart, Inc.
4665 Business Center Drive
Fairfield, CA 94534


COPY

Subject: INSURANCE RENEWALS - OCTOBER 1, 2003

Dear Simon:

In order for us to proceed in our renewal activity with underwriters, we will need the following updated exposure information:

- **Named Insured Schedule**
  - Please provide a current listing of all corporate entities to be included as named insureds, along with corresponding FEIN numbers

- **Locations Schedule and Property Statement of Values**
  - Please provide a current, complete listing of all locations [The current schedule "on file with Insurance company" is attached]

  For each location, please indicate respective current property values for:
  - Buildings / Structures
  - Building Improvements
  - Contents [Other than stock and inventory]
  - Computer Equipment & Media
  - Stock/Inventory (provide breakout of values for "Owned" stock held for sale)
  - Business Interruption/Extra Expense

- **Contractors Equipment Values [Off Road Equipment Schedule]**
  - Updated value of the contractors equipment exposure and a copy of the item schedule

- **Automobile [Licensed for Public On Road Use]**
  - Current fleet vehicle schedule, including private passenger autos, car carriers, trucks, etc.
  - Updated list of active drivers, including date of birth and drivers license number

- **General Liability**
  - Estimated Revenues for upcoming annual period of 10/1/03-04
  - Number of salvage vehicles you expect to process in the upcoming annual period

EXHIBIT 2 Rote

An **MMC** Company

S:\dep\mird-msrsdels-g\Copart\2003\Renewal Info Request.doc

M_00566

 Marsh Risk & Insurance Services 

# MARSH

Page 2
June 16, 2003
Mr. Simon Rote

- ❖ **Workers Compensation**
  - Estimated Payroll by State and by Employee Classification for 10/1/03-04 annual period
  - Employee Headcount by Yard Location
  - Please provide a currently valued loss run for the Liberty Mutual year of 10/1/99-00

- ❖ **Miscellaneous**
  - Latest available audited financial statement
  - Riviera Office Plaza Property Owners Association General Liability – Please advise if there are any exposure changes to be considered at this next renewal

A exhibit showing Copart's historical exposure base data is attached for your reference.

Please provide the requested information by June 30, 2003 so that we will have sufficient time to work with underwriters to provide renewal terms on a timely basis. It would be helpful if you could forward segments of information as you are able to compile them, rather than holding up to send all at once.

Thanks Simon. If you have any questions or require any assistance, please let us know.

Sincerely,


Patrice McIntyre

:pm/enclosures

cc: Mike Finigan

S:\dep\mrrd-mirade\a-g\Copart\2003\Renewal Info Request.doc

M_00567