# EXHIBIT 30

Patrice McIntyre

**MARSH**

Marsh Risk & Insurance Services
P O Box 193880
San Francisco, CA 94119-3880
Phone 415 743 8617   Fax 415 743 8080
California License No 0437153



June 24, 2004

Mr. Simon Rote
Vice President, Finance
Copart, Inc.
4665 Business Center Drive
Fairfield, CA 94534

Subject: INSURANCE RENEWALS - OCTOBER 1, 2004

Dear Simon:

In order for us to proceed in our renewal activity with underwriters, we will need the following updated exposure information:

- **Named Insured Schedule**
  - Please provide a current listing of all corporate entities to be included as named insureds, along with corresponding FEIN numbers

- **Locations Schedule and Property Statement of Values**
  - Please provide a current, complete listing of all locations [The current schedule "on file with Insurance company" is attached]

  **For each insured location, please provide the respective current property values for:**
  - Buildings / Structures
  - Building Improvements
  - Contents [Other than stock and inventory]
  - Computer Equipment & Media
  - Stock/Inventory (provide breakout of values for "Owned" stock held for sale)
  - Business Interruption/Extra Expense

- **Contractors Equipment Schedule & Values [Off Road Equipment Schedule]**
  - Updated value of the contractors equipment exposure and a copy of the item schedule

- **Automobile [Licensed for Public On Road Use]**
  - Current active fleet vehicle schedules for trucks and corporate private passenger autos
  - Updated list of active drivers, including date of birth and drivers license number

- **General Liability**
  - Estimated Revenues for upcoming annual period of 10/1/04-05 [current estimate is $379 Million]
  - Number of salvage vehicles you expect to process in the upcoming annual period

An **MMC** Company

S dep\mrrd-mtrsdc\a-g Copart\2004\Renewal Info Request doc

M_01098

# MARSH

Marsh Risk & Insurance Services

Page 2
June 24, 2004
Mr. Simon Rote

- ❖ **Workers Compensation**
  - Estimated Payroll by State and by Employee Classification for 10/1/04-05 annual period
  - Employee Headcount by Location

- ❖ **Miscellaneous**
  - Latest available audited financial statement
  - Riviera Office Plaza Property Owners Association General Liability – Please advise if there are any exposure changes to be considered at this next renewal

An exhibit showing Copart's historical exposure base data is attached for your reference.

Please provide the requested information by July 15, 2004 so that we will have sufficient time to work with underwriters to provide renewal terms on a timely basis. It would be helpful if you could forward segments of information as you are able to compile them, rather than holding up to send all at once.

Thanks Simon. If you have any questions or require any assistance, please let us know.

Sincerely,


Patrice McIntyre

:pm/enclosures

cc: Mike Finigan


S:\dep\nmid-nmade'a-g\Copart\2004\Renewal Info Request.doc

M_01099