# EXHIBIT 31



Patrice G Mcintyre/SFO-CA/US/Marsh/MMC
09/08/2005 05:16 PM

To  Simon.Rote@Copart.Com@Internet@MMC_CDS
cc
bcc
Subject  Re: Copart

Will do, Simon.

Also, please don't forget that we still need to do the true-up for the renewal Property values. We must update the statement of values for all locations new or relocated in the past year. Also need the current contractors equipment schedule. Here is a copy of the mockup values statement I drafted earlier, and last years off-road equip schedule for reference.


Property Statement of Values 8-8-05.xls


Property - Off Road Equipment 10-1-04.xls

Thanks!

Simon.Rote@Copart.Com@Internet



Simon.Rote@Copart.Com@Internet
09/08/2005 04:41 PM

To  Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC
cc
Subject  Copart

```
Patrice, we just acquired a new location in Nebraska and they want a
certificate of insurance;


Premise is located at 13603 238th Street, Greenwood, Cass County,
Nebraska

$1,000,000 liability

Cert Holder:

Joe Kosiski

5040 I Street

Omaha, Nebraska 68117



Thanks!
```


EXHIBIT 19 Rote

M 00056