# EXHIBIT 32



| | |
|---|---|
| Patrice G Mcintyre/SFO-CA/US/Marsh/MMC | To   simon.rote@copart.com |
| | cc   Mike Finigan/SFO-CA/US/Marsh/MMC@MMC |
| 09/14/2005 01:58 PM | bcc |
| | Subject   Property Updates Needed |

Simon,

Apparently you have 2 new yards in Nebraska. I added them to the property statement of values, attached. Please help me to fill in the values blanks for all these new locations and relocations as the case may be:


Property Statement of Values 9-14-05.xls

Also need to get your current schedule of contractors equipment items and values. This one here is a year old:


Revised Off Road Equipment 9-2-04.xls

Call if any questions or I can help somehow!

Thanks,
Patrice

All Recipients
To:       simon.rote@copart.com
cc:       Mike Finigan/SFO-CA/US/Marsh/MMC
From:   Patrice G Mcintyre/SFO-CA/US/Marsh/MMC

EXHIBIT 20 Rote

M 00038