# EXHIBIT 33

| | | |
|---|---|---|
| Mike Finigan/SFO-CA/US/Marsh/MMC<br>09/19/2005 06:10 PM | To | Will.Franklin@copart.com,<br>Simon.Rote@Copart.com |
| | cc | Patrice G Mcintyre/SFO-CA/US/Marsh/MMC@MMC |
| | bcc | |
| | Subject | Copart - Misc Data Needed |

Will & Simon,

Please see Patrice's e-mail below concerning the Property Insurance information. As you know, I will be in your offices in the morning; I would like to review how realistic the request are and what the potential timing for the information is.

Thanks, Mike

mike.finigan@marsh.com
direct   415 743 8592
mobile  415 994 9922

----- Forwarded by Mike Finigan/SFO-CA/US/Marsh/MMC on 09/19/2005 06:07 PM -----



| | | |
|---|---|---|
| Patrice G Mcintyre/SFO-CA/US/Marsh/MMC<br>09/19/2005 03:44 PM | To | Mike Finigan/SFO-CA/US/Marsh/MMC@MMC |
| | cc | |
| | Subject | Copart - Misc Data Needed |

Mike,

At this time, following I believe is the information still open and needed for 2005 renewals

1. Statement of Property Values is incomplete with regard to insurable values and COPE information:

 - Values have not been reported for certain locations and/or interests such as buildings, improvements, contents, computer, BI/EE, Inventory, contractors equipment, etc.
 - Some carriers feel some location's building values are low in relation to square footages and are asking if some of the indicated building values are actually just tenants improvements
 - Carriers now requiring complete COPE information for all locations [building construction, age, stories, square footage, sprinklering, etc.]


Property Statement of Values 9-19-05.xls

2. Need a current schedule of contractors equipment items and values. This one which included as preliminary in specs is a year old:


Property - Off Road Equipment 10-1-04.xls



EXHIBIT
21
Rote

M 00026