# EXHIBIT 34



**Patrice.G.Mcintyre@marsh.com**
05/10/2005 05:33 PM

To: Monica_Streacker@cfins.com
cc:
Subject: Fw: Copart - Property #2441873745

Monica  -  Please advise status of below requested corrections.

Thanks,
Patrice
----- Forwarded by Patrice G Mcintyre/SFO-CA/US/Marsh/MMC on 05/10/2005 05:31 PM -----

       Patrice G
       Mcintyre/SFO-CA/U
       S/Marsh/MMC                                                 To
                                    Monica_Streacker@cfins.com
       03/21/2005 01:07
       PM                                                        cc

                                                         Subject
                               Fw: Copart - Property #2441873745


       Patrice G
       Mcintyre/SFO-CA/U
       S/Marsh/MMC                                                 To
                                  monica_streacker@cfins.
       03/21/2005 12:59
       PM                                                        cc
                                  Steven
                                  Raffo/SFO-CA/US/Marsh/MMC@MMC

                                                         Subject
                               Copart - Property #2441873745


Hello Monica,

We have recently completed a review fo the subject policy and noted the following items in need of correction or clarification:

  Agreed Amount should apply for all Property and Business Income

UW(04-05) 213

coverages. I don't see this indicated in the policy. Boxes should be checked for on the supplemental declarations form FM600.0.960 [0494]

Confirm that separate sublimits of $1,000,000 apply to EQ and EQSL each, as per expiring, and not one combined limit

Named Insured is incomplete. Add "Copart of Canada, Inc." and "VB2, Inc." [American Charities and PartsUniverse can come out]

The Newly Acquired Limits are reduced from last years expiring:
- Bldgs from $1M to $250k
- BPP from $500k to $100k

Can we have our expired $1M/500k limits back at no additional premium change

Please endorse the Stock Valuation as expiring:
The Lesser of:
1. Actual Cash Value
2. Actual Cost to Repair
3. Appraisal Value according to ProQuote System

Re: Building/PP Form, Page 2. Property Not Covered, Para c. "Automobiles held for Sale" - This exclusion should be deleted as per expiring. This is the insured's key business operations.

The electrical and mechanical breakdown exclusions should be deleted in respect to EDP

Please confirm the Boiler coverage is "comprehensive".

Please advise if any questions

Thanks and regards,

Patrice McIntyre
Marsh Risk & Insurance Services
One California Street
San Francisco, CA 94110
Phone: 415-743-8617
Fax: 415-743-8080
patrice.g.mcintyre@marsh.com




To:   monica_streacker@cfins.
cc:   Steven Raffo/SFO-CA/US/Marsh/MMC
From: Patrice G Mcintyre/SFO-CA/US/Marsh/MMC



To:   Monica_Streacker@cfins.com
cc:
From: Patrice G Mcintyre/SFO-CA/US/Marsh/MMC