# EXHIBIT 35



Patrice.G.Mcintyre@marsh.com
03/07/2006 10:25 AM

To: Monica_Streacker@cfins.com
cc:
Subject: COPART #2441886561

Hi Monica,

We have recently completed a review of the subject policy and noted the following items in need of correction or clarification.

Agreed Value should apply for all Property and Business Income coverages. The Agreed Value boxes should be checked for this on the supplemental declarations form FM600.0.960 [0494]

The 'Newly Acquired or Constructed' limits in Form CP0010 should be increased to the following, and the Period of Coverage for same should be 180 Days: Buildings $1,000,000; BPP $500,000. Also 180 Days provision for 'Newly Acquired/Construced' under the BI Form CP0030

The Ordinance or Law sublimit on FM206.05 is stated as $1,000,000, but the coverage form CP0405 says $2,500,000. I think this means $1,000,000 limit applies to Coverage A, and $2,500,000 combined limit applies to Coverages B&C, but please confirm

The Protective Safeguards provision was not included in your proposal, can you remove this

Re: Property Form CP0010, Page 2. Property Not Covered. Para c. "Automobiles held for Sale" - This exclusion should be deleted. This is Copart's principal operation. Although the inventory coverage was removed for the most part, with effect on 1/1/06, applicable sublimits remain for offsite locations and owned autos held for sale.

The electrical and mechanical breakdown exclusions should be deleted in respect to EDP.

Do not see the 'coverage' language for a number of the sub-limited coverages as listed on endorsement FM206.0.5 (1199), i.e. Accounts Receivable, Leasehold Interest, Off Premises Power, Transit, etc.. There used to be an enhancement endorsement that included some of these but don't see that

The Flood coverage is included by attachment of a form/endorsement that is different from last year. Exclusions g. and m. of the Property Coverage Form CP0010 were previously removed and I don't see this accomplished with the new Flood Endt. -

Thanks, and please let me know if any questions.

Patrice McIntyre
Marsh Risk & Insurance Services
Three Embarcadero Center, 3rd Floor
San Francisco, CA 94111
Phone: 415-743-8617
Fax: 415-743-8055
patrice.g.mcintyre@marsh.com

UW(05-06) 060