# EXHIBIT 36

11/2 /11:40

Sherry, [RE-CONTACT]

Sorry I missed you. Here are the claim files I set up for
1.) KATRINA event
2.) WILMA event

Need to quickly track down the assigned adjusters - Insured says has had no contact f/o either

Re: Wilma claims - Have sensitive issue in that one of the damaged locs (#105 on 56th Ave, Miami) was a reported location per SOV, but no values given for Real or PP.

Loc acquired last year, had ex-shs bldg that was a trucking terminal & (ogict started the bldg improvements to transition it to offices & then use e May 05.

Anyway, call me and we can discuss further.

Patrice x8617



M_03730