Jess B. Millikan, SBN 095540
Samuel H. Ruby, SBN 191091
Judith A. Whitehouse, SBN 198176
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com
judith.whitehouse@bullivant.com

Attorneys for Defendant
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.: C 07 2684 CW (EDL) <br><br> **DECLARATION OF SAMUEL H. RUBY (VOLUME II—DEPOSITIONS)** <br><br> **IN SUPPORT OF USFIC'S:** <br><br> (1) **MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT; AND** <br> (2) **OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON USFIC'S COUNTERCLAIM** <br><br> Date: August 21, 2008 <br> Time: 2:00 p.m. <br><br> Action File: March 20, 2007 <br> Trial Date: November 10, 2008 |

[1] Dismissed by Order Upon Stipulation (6/15/07)

-1-
RUBY DECL. (VOL. II) IN SUPPORT OF USFIC'S MSJ – Case No.: C 07 2684 CW (EDL)

I, Samuel H. Ruby, declare under penalty of perjury under the laws of the State of California and of the United States that the following matters are true and correct, of my own personal knowledge, and that if called as a witness I would testify:

1. I am an attorney with Bullivant Houser Bailey PC, attorneys of record for United States Fire Insurance Company in this action. I have been the attorney principally responsible for the handling of this matter.

2. I attended the depositions of Richard Kruse, Michael Carson, Simon Rote, Patrice McIntyre, and Monica Streacker. I heard their testimony.

3. I received certified copies of their deposition transcripts, which accurately reflect the testimony I heard. Attached hereto are true and correct excerpts of the transcripts.

Executed this 23rd day of July, 2008 in San Francisco, California.

By _____/s/ Samuel H. Ruby_____