# EXHIBIT 42

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

--oOo--

| | | |
|---|---|---|
| COPART | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. C072684 CW |
| | ) | |
| CRUM & FORSTER INDEMNITY | ) | |
| COMPANY, UNITED STATES FIRE | ) | |
| INSURANCE COMPANY, and DOES | ) | CERTIFIED COPY |
| 1-10 | ) | |
| | ) | |
| Defendants. | ) | |
| —————————— | ) | |
| | ) | |
| AND RELATED COUNTERCLAIMS | ) | |
| —————————— | ) | |

DEPOSITION OF

MONICA STREACKER

—————————————

Thursday, May 22, 2008

REPORTED BY: COREY W. ANDERSON, CSR 4096 (409497)

MONICA STREACKER  May 22, 2008

```
 1                 A P P E A R A N C E S

 2

 3    ·FOR THE PLAINTIFF:

 4          PILLSBURY & LEVINSON, LLP

            The TransAmerica Pyramid, 600 Montgomery

 5          Street, Thirty-First Floor

            San Francisco, California  94111

 6          BY:  VEDICA PURI, ESQ.

                 415-433-8000

 7

      FOR THE DEFENDANT:

 8

            BULLIVANT, HOUSER, BAILEY, PC

 9          601 California Street, Suite 1800

            San Francisco, California  94108-2823

10          BY:  SAMUEL H. RUBY, ESQ.

                 415-352-2700

11

12                      --oOo--

13

14    ALSO PRESENT:  PORTIA BETTIS

15          PATRICK MURRAY, VIDEOGRAPHER

16

17                      --oOo--

18

19

20

21

22

23

24

25
```

6

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 13:22:26 | 1 | A.    Yes. |
| 13:22:28 | 2 | Q.    Okay.  So looking to item 4, which is |
| 13:22:34 | 3 | coverages provided, each one of those boxes, if you |
| 13:22:40 | 4 | will, that have location number and building number, |
| 13:22:43 | 5 | there are three different boxes.  Each one of those |
| 13:22:45 | 6 | is filled in.  Is that because there are three |
| 13:22:48 | 7 | different kinds of coverages being described? |
| 13:22:52 | 8 | A.    Yes. |
| 13:22:53 | 9 | Q.    And what is the first coverage being |
| 13:22:58 | 10 | described? |
| 13:22:58 | 11 | A.    Buildings. |
| 13:22:59 | 12 | Q.    Okay.  And the limit of insurance is five |
| 13:23:02 | 13 | million.  And the covered cause of loss is special. |
| 13:23:06 | 14 | And is there a form that explains what the |
| 13:23:09 | 15 | special coverage cause of loss is? |
| 13:23:11 | 16 | A.    Yes. |
| 13:23:13 | 17 | Q.    And Locations Number says "All" and |
| 13:23:16 | 18 | building number says "One."  What is that supposed |
| 13:23:20 | 19 | to reference? |
| 13:23:21 | 20 | A.    All buildings described on the statement |
| 13:23:24 | 21 | of values and which have -- also which have a limit |
| 13:23:40 | 22 | on the statement of values also. |
| 13:23:43 | 23 | Q.    Is there anywhere in the policy that |
| 13:23:46 | 24 | actually says that, in order to have coverage all |
| 13:23:50 | 25 | buildings -- |

113

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 13:23:50 | 1 | A.    Yes. |
| 13:23:54 | 2 | Q.    Tell me about that. |
| 13:23:57 | 3 | A.    On the next page.  "Coverage A.  We will |
| 13:24:02 | 4 | pay for direct physical loss of, or to damage to, |
| 13:24:05 | 5 | covered property at the premises described in the |
| 13:24:07 | 6 | declarations caused by or resulting from any covered |
| 13:24:11 | 7 | cause of loss." |
| 13:24:16 | 8 | Q.    Is there anywhere else in the policy that |
| 13:24:18 | 9 | specifically references that coverage is contingent |
| 13:24:21 | 10 | on what's set forth in the statement of values, or |
| 13:24:24 | 11 | any language like that? |
| 13:24:27 | 12 | A.    No.  Just here.  But -- no, it just says |
| 13:24:30 | 13 | it's the premises described. |
| 13:24:31 | 14 | Q.    In the declarations?  The premises |
| 13:24:35 | 15 | described in the declarations. |
| 13:24:36 | 16 | Right? |
| 13:24:37 | 17 | A.    Right.  Then it goes on to describe |
| 13:24:39 | 18 | what -- what is a building, what is personal |
| 13:24:41 | 19 | property. |
| 13:24:43 | 20 | Q.    And the premises described in the |
| 13:24:46 | 21 | declarations going back to POL 143 are what? |
| 13:24:56 | 22 | A.    I'm sorry, what's the question? |
| 13:24:57 | 23 | Q.    I'm sorry.  So linking that paragraph that |
| 13:24:59 | 24 | you just read to me which says premises described in |
| 13:25:02 | 25 | the declaration, so where are the premises described |

114

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 13:31:11 | 1 | covered? |
| 13:31:16 | 2 | A.    To get -- how do you mean? |
| 13:31:20 | 3 | Q.    I mean is -- is the premium totaled based |
| 13:31:29 | 4 | on a specific number assigned to each location? |
| 13:31:38 | 5 | A.    Yes. |
| 13:31:39 | 6 | Q.    And where would I look to find an |
| 13:31:40 | 7 | underwriting file how that premium was calculated? |
| 13:31:48 | 8 | A.    There is sore -- there is some rating, a |
| 13:31:52 | 9 | rating worksheet or some notes or using the same |
| 13:31:56 | 10 | rates as the year before, it just depends on -- on |
| 13:32:00 | 11 | how it was determined that we would proceed. |
| 13:32:05 | 12 | Q.    So is setting the premium a matter of |
| 13:32:08 | 13 | formula, or are there other factors that come into |
| 13:32:11 | 14 | it? |
| 13:32:14 | 15 | A.    The premium is rate, a rate times the |
| 13:32:16 | 16 | exposure.  And that's -- and the -- the product is |
| 13:32:21 | 17 | the premium. |
| 13:32:23 | 18 | Q.    And so I guess what I'm saying, then, is |
| 13:32:30 | 19 | when you say rate times exposure, where do you get |
| 13:32:32 | 20 | the rate from? |
| 13:32:32 | 21 | A.    It's -- it's -- it's either from |
| 13:32:37 | 22 | experience or -- of the underwriter or what's |
| 13:32:41 | 23 | standard in the industry at that time, market |
| 13:32:44 | 24 | conditions from the Insurance Services Bureau. |
| 13:32:49 | 25 | There is a number of places where you can get |

Merrill Legal Solutions
(800) 869-9132

| | | |
|---|---|---|
| 13:32:52 | 1 | information about what the rates should be for |
| 13:32:54 | 2 | certain exposure. |
| 13:32:56 | 3 | Q.    Do you remember how you obtained the rate |
| 13:32:57 | 4 | for this particular exposure? |
| 13:32:59 | 5 | A.    No. |
| 13:33:02 | 6 | Q.    But you would have been the one to obtain |
| 13:33:03 | 7 | the rate? |
| 13:33:04 | 8 | A.    Yes. |
| 13:33:04 | 9 | Q.    And then let's talk about exposure.  What |
| 13:33:06 | 10 | does that mean? |
| 13:33:08 | 11 | A.    Values at -- and at -- values at risk, |
| 13:33:13 | 12 | values at location, values in major damage areas |
| 13:33:19 | 13 | versus non-major damage areas. |
| 13:33:28 | 14 | Q.    So in other words, let's take any of the |
| 13:33:30 | 15 | yards that Copart had listed a series of numbers |
| 13:33:35 | 16 | throughout the entire statement of values for.  Are |
| 13:33:37 | 17 | you saying that in order to calculate the premium, |
| 13:33:40 | 18 | one of the things that you would have done would be |
| 13:33:42 | 19 | to have taken those numbers, the location value, and |
| 13:33:45 | 20 | put that into the formula? |
| 13:33:56 | 21 | A.    You would -- I would group together the |
| 13:33:58 | 22 | Florida locations to get a wind load, the California |
| 13:34:05 | 23 | locations for an earthquake load, the Texas |
| 13:34:07 | 24 | locations for a wind load, and then also calculate |
| 13:34:10 | 25 | the fire rates, the flood rates and then an all |

120

MONICA STREACKER    May 22, 2008

| 13:34:17 | 1 | other perils rate. |

13:34:17   1   other perils rate.

13:34:26   2       Q.   So location values played a role in

13:34:28   3   calculating the premiums to the extent that you

13:34:30   4   grouped them and assigned a particular value to

13:34:35   5   them?

13:34:37   6       A.   I grouped together the states that had a

13:34:40   7   major damage exposure.  But all the other locations,

13:34:44   8   they also were -- were -- were counted and also

13:34:48   9   rated against.

13:34:49   10      Q.   I see.  Were you the final word on what

13:34:56   11  the premium would be, or did that have to get home

13:34:59   12  office approval for this particular policy?

13:35:00   13      A.   It had to get home office approval.

13:35:02   14      Q.   And in this case, did John French approve

13:35:04   15  the numbers?

13:35:05   16      A.   It was either him or John Schlomann.

13:35:12   17      Q.   And is the premium partially even set

13:35:16   18  based on the TIVs?

13:35:21   19      A.   Is it partially set?

13:35:22   20      Q.   Yeah.  Is that one of the factors?  I know

13:35:24   21  that there is the rate times exposure.

13:35:26   22      A.   No.  That's one of the major factors.

13:35:29   23      Q.   Oh, okay.  And does that go back into our

13:35:34   24  grouping?  Is that --

13:35:35   25      A.   Grouping for major damage, locations, and

Merrill Legal Solutions
(800) 869-9132

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 13:35:37 | 1 | then also each individual location also carries a |
| 13:35:41 | 2 | rate times the exposure for that location. |
| 13:35:56 | 3 | Q.   So for the purposes of the '04-'05 policy, |
| 13:36:05 | 4 | have we seen today as one of the exhibits that I |
| 13:36:08 | 5 | have shown you the statement of values or the |
| 13:36:11 | 6 | schedule that was on file with the company? |
| 13:36:13 | 7 | A.   Yes. |
| 13:36:14 | 8 | Q.   Is that the 9/1/04 schedule that we looked |
| 13:36:17 | 9 | at?  I don't have the exhibit number handy. |
| 13:36:23 | 10 | A.   Let me see.  I don't see the total, I |
| 13:36:34 | 11 | don't see the total here.  But if it's -- if the |
| 13:36:36 | 12 | total is the same that's on POL 094, then that would |
| 13:36:46 | 13 | be it. |
| 13:36:58 | 14 | Q.   In looking at that, putting aside the |
| 13:37:00 | 15 | total issue for the moment, looking at the SOV, are |
| 13:37:04 | 16 | there any values reflected for yard 105 in that |
| 13:37:07 | 17 | particular SOV? |
| 13:37:24 | 18 | A.   No. |
| 13:37:31 | 19 | Q.   Is there a yard 108 reflected in that SOV? |
| 13:37:34 | 20 | A.   Yes. |
| 13:37:34 | 21 | Q.   Are there any values reflected for that |
| 13:37:36 | 22 | yard? |
| 13:37:37 | 23 | A.   No. |
| 13:37:40 | 24 | Q.   Did you think that was odd when you |
| 13:37:42 | 25 | received this SOV? |

122

Merrill Legal Solutions
(800) 869-9132

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 13:37:43 | 1 | A.   No.  It's fairly standard, because when |
| 13:37:48 | 2 | the insured makes, puts together a statement of |
| 13:37:51 | 3 | values, it's also put together for the liability, |
| 13:37:53 | 4 | the casualty, and they have to rate number of acres |
| 13:37:56 | 5 | or square footage. |
| 13:37:58 | 6 | So many times I'll see items where there |
| 13:38:02 | 7 | is no values.  And it's only -- it's only for |
| 13:38:05 | 8 | general liability purposes, or for some other |
| 13:38:09 | 9 | purpose. |
| 13:38:11 | 10 | Q.   But at no point in time did you say to |
| 13:38:14 | 11 | anybody at Marsh after seeing this particular SOV |
| 13:38:18 | 12 | where there were no values listed for certain yards |
| 13:38:22 | 13 | that there would be no coverage afforded for those |
| 13:38:25 | 14 | yards if there was no values listed? |
| 13:38:27 | 15 | A.   I'm sorry, can you repeat that? |
| 13:38:29 | 16 | Q.   But at no point in time did you say to |
| 13:38:31 | 17 | anybody at Marsh after seeing this particular SOV |
| 13:38:34 | 18 | where there were no values listed for certain yards |
| 13:38:37 | 19 | that there would be no coverage afforded for those |
| 13:38:39 | 20 | yards if there was no values listed? |
| 13:38:44 | 21 | A.   No.  I relied on Marsh to provide me with |
| 13:38:47 | 22 | a statement of values that was accurate. |
| 13:38:53 | 23 | Q.   And during the moving into the end of '04, |
| 13:38:58 | 24 | beginning '05, just off the top of your head -- and |
| 13:39:01 | 25 | I'll show you documents later -- do you remember |

123

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 14:16:58 | 1 | Q.   Okay.  And same question with respect to |
| 14:17:01 | 2 | the top part of that page under the coverages where |
| 14:17:04 | 3 | it talks about blanket limits.  Would you have not |
| 14:17:08 | 4 | necessarily paid attention to the description, but |
| 14:17:10 | 5 | you would have looked at some of the numbers? |
| 14:17:12 | 6 | A.   The numbers, yes. |
| 14:17:17 | 7 | Q.   Okay.  And in reviewing these |
| 14:17:18 | 8 | specifications and the equipment schedule that's |
| 14:17:22 | 9 | attached and the SOV which I don't think is attached |
| 14:17:24 | 10 | to this particular document, but we have copies of |
| 14:17:27 | 11 | it, do you recall going back to Marsh and saying |
| 14:17:33 | 12 | there is -- the SOV is incomplete in the following |
| 14:17:35 | 13 | ways? |
| 14:17:36 | 14 | A.   No.  The statement of values that I |
| 14:17:40 | 15 | received is complete as far as I know it from Marsh. |
| 14:17:49 | 16 | Q.   And would you have also taken the time to |
| 14:17:52 | 17 | look through the equipment schedule? |
| 14:17:56 | 18 | A.   I would scan it, yes. |
| 14:18:13 | 19 | Q.   Can you tell me what a policy writing |
| 14:18:14 | 20 | index is? |
| 14:18:17 | 21 | A.   I would have to see it. |
| 14:18:17 | 22 | MR. PURI:  Okay.  I'm not going to mark |
| 14:18:23 | 23 | it, I'm just going to show it to the witness.  I'm |
| 14:18:25 | 24 | going to show you a copy, too. |
| 14:18:28 | 25 | MR. RUBY:  I have seen it. |

145

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 14:22:01 | 1 | Q.   Is this the statement of values that was |
| 14:22:02 | 2 | submitted as part of the Marsh specifications for |
| 14:22:05 | 3 | the '05-'06 policy? |
| 14:22:06 | 4 | A.   Yes. |
| 14:22:09 | 5 | Q.   And when you reviewed these |
| 14:22:19 | 6 | specifications, do you remember making any notes?   I |
| 14:22:22 | 7 | see a few different handwritten notations, really |
| 14:22:25 | 8 | tiny ones on the first page on the Location Total |
| 14:22:30 | 9 | Value column.   There is an underline. |
| 14:22:36 | 10 | A.   Yeah.   Those aren't mine. |
| 14:22:37 | 11 | Q.   Those aren't yours?   So you testified |
| 14:22:41 | 12 | earlier that one thing you did was review the SOVs, |
| 14:22:45 | 13 | and that's one reason you didn't look too much to |
| 14:22:46 | 14 | the numbers in the Marsh specs because you paid more |
| 14:22:49 | 15 | attention to this. |
| 14:22:53 | 16 | What analysis did you do with respect to |
| 14:22:55 | 17 | this document? |
| 14:23:02 | 18 | A.   I evaluated the exposure, I looked at the |
| 14:23:04 | 19 | values per location, per earthquake zone, per wind |
| 14:23:12 | 20 | zone, per if there was any flood zones. |
| 14:23:19 | 21 | Q.   And depending on the zone, would you group |
| 14:23:22 | 22 | the exposures by zone, or how did -- how did that |
| 14:23:26 | 23 | matter, what zone it was at? |
| 14:23:28 | 24 | A.   Yes.   You would add up the locations |
| 14:23:30 | 25 | per -- per earthquake zone, per wind zone, and that |

148

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 14:23:37 | 1 | would be, take a different rate than the fire rate |
| 14:23:39 | 2 | on the other locations. |
| 14:23:41 | 3 | Q.    And so part of the purpose at least of |
| 14:23:43 | 4 | these calculations was to help determine the |
| 14:23:45 | 5 | premium? |
| 14:23:46 | 6 | A.    And to evaluate the risk. |
| 14:23:48 | 7 | Q.    I see. |
| 14:23:49 | 8 | A.    And the chances for loss. |
| 14:23:52 | 9 | Q.    And you know, we know obviously that the |
| 14:23:55 | 10 | policy was written for '05-'06.  But did you have |
| 14:23:59 | 11 | any kind of opinion, I don't know that I have seen a |
| 14:24:02 | 12 | specific document on point, at this point in your |
| 14:24:04 | 13 | mind, that this was a high risk policy to write, |
| 14:24:09 | 14 | this was a low risk or medium?  Or simply that it |
| 14:24:13 | 15 | was an acceptable risk? |
| 14:24:15 | 16 | A.    Yeah, it's either acceptable or |
| 14:24:17 | 17 | unacceptable. |
| 14:24:22 | 18 | Q.    And again, when you reviewed this |
| 14:24:24 | 19 | document, you didn't -- you weren't looking at it |
| 14:24:26 | 20 | with the perspective of saying this isn't here or |
| 14:24:29 | 21 | this isn't here, you simply took whatever was here |
| 14:24:31 | 22 | and assumed that that was the complete and final |
| 14:24:33 | 23 | document being submitted to you. |
| 14:24:35 | 24 | Correct? |
| 14:24:36 | 25 | A.    Correct. |

149

**Merrill Legal Solutions**
**(800) 869-9132**

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 14:24:49 | 1 | Q. So then, is it accurate to say that for |
| 14:24:51 | 2 | whatever locations, whether they be yard 105 or |
| 14:24:55 | 3 | another yard, where there were numbers not in |
| 14:24:59 | 4 | various columns, that those locations didn't become |
| 14:25:03 | 5 | a part of your calculations? |
| 14:25:05 | 6 | A. That's correct. |
| 14:25:06 | 7 | Q. And if that was the case, did you tell |
| 14:25:08 | 8 | Marsh that -- anyone at Marsh that there are certain |
| 14:25:12 | 9 | locations that are simply not being calculated? |
| 14:25:15 | 10 | MR. RUBY: Locations? |
| 14:25:16 | 11 | MR. PURI: Yards. The values for the |
| 14:25:18 | 12 | yards. |
| 14:25:19 | 13 | MR. RUBY: Okay. As opposed to columns? |
| 14:25:22 | 14 | MR. PURI: Right. |
| 14:25:24 | 15 | THE WITNESS: No. There -- it could -- |
| 14:25:26 | 16 | it's -- it's possible they are covered elsewhere, |
| 14:25:28 | 17 | it's possible that they don't want them to be |
| 14:25:30 | 18 | covered. No, it's -- no. This is -- this is the |
| 14:25:35 | 19 | complete statement of values for this insured. |
| 14:25:40 | 20 | MR. PURI: Q. Yeah. And I guess what I'm |
| 14:25:41 | 21 | saying is, is it accurate to say, then, that there |
| 14:25:43 | 22 | was no going back and forth about what was not on |
| 14:25:45 | 23 | the list? |
| 14:25:46 | 24 | A. Correct. |
| 14:25:57 | 25 | Q. Do you recall there being a point in time |

Merrill Legal Solutions
(800) 869-9132

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 14:40:20 | 1 | percent earned premium or you delete some locations. |
| 14:40:23 | 2 | We are not going to go down to less than 25 percent |
| 14:40:25 | 3 | of the 400,000 in premium. |
| 14:40:34 | 4 | Q. And is there anywhere on this particular |
| 14:40:36 | 5 | renewal quote that discusses or references the SOV |
| 14:40:39 | 6 | that was submitted with the specs from Marsh? |
| 14:40:41 | 7 | A. Where it says Total, TIV, that's the total |
| 14:40:46 | 8 | insurable values from the statement of values. |
| 14:40:54 | 9 | Q. And was it your opinion that if a |
| 14:40:58 | 10 | particular yard listed on the SOV did not contain |
| 14:41:02 | 11 | certain values in the columns that there was no |
| 14:41:06 | 12 | coverage for that particular yard? |
| 14:41:09 | 13 | A. There was no coverage for that |
| 14:41:11 | 14 | particular -- for that particular column. |
| 14:41:16 | 15 | Q. Whatever that missing number was from that |
| 14:41:18 | 16 | column, there would be no coverage. |
| 14:41:19 | 17 | Correct? |
| 14:41:20 | 18 | A. Correct. |
| 14:41:27 | 19 | Q. Is there typically a place in the renewal |
| 14:41:29 | 20 | quotes for key exclusions? I see under Form it |
| 14:41:38 | 21 | talks about exclusion for cyber risk or I don't know |
| 14:41:42 | 22 | if that's -- |
| 14:41:43 | 23 | A. Those are mandatory exclusions. |
| 14:41:49 | 24 | Q. But there is nowhere on this renewal quote |
| 14:41:53 | 25 | that makes clear that there will be no coverage for |

160

MONICA STREACKER   May 22, 2008

| | | |
|---|---|---|
| 14:43:59 | 1 | Q.    Neither the agreed value, nor the |
| 14:44:02 | 2 | replacement cost boxes are checked. |
| 14:44:04 | 3 | Right? |
| 14:44:05 | 4 | A.    Correct. |
| 14:44:05 | 5 | Q.    It's a time element -- |
| 14:44:06 | 6 | A.    Yes. |
| 14:44:07 | 7 | Q.    -- calculation?  Okay. |
| 14:44:09 | 8 | And is there anywhere in the '05-'06 |
| 14:44:13 | 9 | policy where it states that if a particular value on |
| 14:44:18 | 10 | a particular column in an SOV is omitted it will not |
| 14:44:23 | 11 | be covered? |
| 14:44:25 | 12 | A.    That's not the wording.  But if you look |
| 14:44:29 | 13 | at the description of covered property, it says |
| 14:44:32 | 14 | "Building means the building or structure described |
| 14:44:35 | 15 | in the declarations."  And then that -- it gets back |
| 14:44:44 | 16 | to the statement of values. |
| 14:44:45 | 17 | And that's the same for the personal |
| 14:44:47 | 18 | property as well. |
| 14:44:49 | 19 | Q.    And by the '05-'06 policy, we have been |
| 14:44:53 | 20 | using statement of values loosely, I think it's |
| 14:44:56 | 21 | being referred to as the schedule on file with the |
| 14:44:58 | 22 | company? |
| 14:44:58 | 23 | A.    Yes. |
| 14:44:59 | 24 | Q.    Okay.  Is there anywhere in the '05-'06 |
| 14:45:01 | 25 | policy that defines schedule? |

163

Merrill Legal Solutions
(800) 869-9132

MONICA STREACKER  May 22, 2008

| | |
|---|---|
| 14:58:53 | 1 |
| 14:58:56 | 2 |
| 14:58:58 | 3 |
| 14:59:04 | 4 |
| 14:59:07 | 5 |
| 14:59:09 | 6 |
| 14:59:11 | 7 |
| 14:59:14 | 8 |
| 14:59:15 | 9 |
| 14:59:18 | 10 |
| 14:59:21 | 11 |
| 14:59:32 | 12 |
| 14:59:35 | 13 |
| 14:59:38 | 14 |
| 14:59:41 | 15 |
| 14:59:44 | 16 |
| 14:59:50 | 17 |
| 14:59:55 | 18 |
| 14:59:58 | 19 |
| 15:00:11 | 20 |
| 15:00:13 | 21 |
| 15:00:16 | 22 |
| 15:00:28 | 23 |
| 15:00:28 | 24 |
| 15:00:31 | 25 |

           MR. PURI:  Q.  And is what's supposed to
be in the schedule listed right above that,
"Designated locations, (address, city, state, zip
code)"?

     A.    If there were a few locations, you could
list them.  But on policies that just have big
schedules, we just refer to the statement of values.

     Q.    And is there anything in the policy that
tells the insured what is supposed to be contained
in the schedule?

     A.    POL 0222, No. 2, it says "Premises
described, see schedule of locations."

     Q.    Okay.  And my question is, is there
anything more specific in the policy that says what
is supposed to be on that schedule, the particular
columns of information, aside from address, city,
state, zip code, that's listed on POL 232?

     A.    This would mirror the statement of values
since you can't list everything here.

     Q.    Is there anywhere in the policy that tells
the insured that a location will not be insured if
it doesn't have a value on the statement of values?

     A.    No.

     Q.    And do you know if anybody else from USFIC
from co -- from USFIC, excuse me, whether it be

Merrill Legal Solutions
(800) 869-9132

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 15:21:29 | 1 | Q.    What do you recall about that e-mail, or |
| 15:21:34 | 2 | e-mails? |
| 15:21:34 | 3 | A.    I believe I told him that there were no |
| 15:21:36 | 4 | values at that location. |
| 15:21:39 | 5 | Q.    Was that an e-mail that you reviewed with |
| 15:21:41 | 6 | counsel yesterday? |
| 15:21:42 | 7 | A.    No. |
| 15:21:45 | 8 | Q.    Did you undertake to review any of your |
| 15:21:47 | 9 | e-mails or documents independent of meeting with |
| 15:21:50 | 10 | counsel before today's deposition? |
| 15:21:51 | 11 | A.    No.  No. |
| 15:21:53 | 12 | Q.    So you remember that e-mail off the top of |
| 15:21:55 | 13 | your head with Mr. Clarke? |
| 15:21:57 | 14 | A.    Yes. |
| 15:22:00 | 15 | Q.    And I'm trying to find it for you so I can |
| 15:22:02 | 16 | show it to you. |
| 15:22:48 | 17 | While I'm looking for it, do you remember |
| 15:22:50 | 18 | Mr. Clarke asking you whether or not there was |
| 15:22:52 | 19 | coverage for that particular yard?  Yard 105? |
| 15:22:58 | 20 | A.    I'd have to see the e-mail.  But I -- |
| 15:22:59 | 21 | he -- I think I told him that there wasn't any |
| 15:23:02 | 22 | coverage. |
| 15:23:03 | 23 | Q.    What analysis did you do before coming to |
| 15:23:05 | 24 | that conclusion? |
| 15:23:06 | 25 | A.    I looked at the statement of values. |

183

MONICA STREACKER    May 22, 2008

| | |
|---|---|
| 15:23:08 | 1 |
| 15:23:09 | 2 |
| 15:23:09 | 3 |
| 15:23:12 | 4 |
| 15:23:14 | 5 |
| 15:23:14 | 6 |
| 15:23:16 | 7 |
| 15:23:19 | 8 |
| 15:23:24 | 9 |
| 15:23:27 | 10 |
| 15:23:29 | 11 |
| 15:23:31 | 12 |
| 15:23:33 | 13 |
| 15:23:35 | 14 |
| 15:23:35 | 15 |
| 15:23:38 | 16 |
| 15:23:41 | 17 |
| 15:23:44 | 18 |
| 15:23:49 | 19 |
| 15:23:50 | 20 |
| 15:23:57 | 21 |
| 15:24:00 | 22 |
| 15:24:01 | 23 |
| 15:24:02 | 24 |
| 15:24:03 | 25 |

Q.   Do you recall what statement of values you looked at?

A.   The one that was in effect at that time.

Q.   And is that one that we had seen here today?

A.   It would be the one that would -- that would have come in -- yes, the one that would have come in with the 10/1/05 renewal.

Q.   The specifications or the actual --

A.   The specs, the statement of values that came in with the specifications.

Q.   And is it accurate to say that the SOV that we are talking about is Exhibit 18 in front of you?

A.   Yes.

Q.   So you recall whatever the exact language was Mr. Clarke, a discussion with Mr. Clarke by e-mail about yard 105, and giving him the opinion that there was no coverage for that yard because there was no value stated for -- stated in the SOV. Did you think that there was coverage for lost inventory?

A.   No, because the inventory had been deleted.

Q.   Okay.  Aside from looking at the SOV, was

184

**Merrill Legal Solutions**
**(800) 869-9132**

MONICA STREACKER    May 22, 2008

| | | |
|---|---|---|
| 15:42:45 | 1 | misrepresentation alleged in USFIC's counterclaim |
| 15:42:49 | 2 | and USFIC's alleged reliance thereon, can you tell |
| 15:42:54 | 3 | me what misrepresentations Copart made? |
| 15:42:59 | 4 | MR. RUBY:  Objection.  She was not |
| 15:43:00 | 5 | designated -- as I explained at the outset, she was |
| 15:43:03 | 6 | designated to testify as to what representations |
| 15:43:05 | 7 | were made.  And she's testified to that. |
| 15:43:09 | 8 | But you can ask her some more questions |
| 15:43:10 | 9 | about that, if you like. |
| 15:43:12 | 10 | MR. PURI:  Oh, I see what you are saying. |
| 15:43:13 | 11 | MR. RUBY:  Whether or not Copart was |
| 15:43:15 | 12 | telling the truth is not something we have produced |
| 15:43:16 | 13 | this witness to testify to. |
| 15:43:24 | 14 | MR. PURI:  Okay. |
| 15:43:24 | 15 | Q.  So let's talk about the representations. |
| 15:43:28 | 16 | Did you consider the numbers set forth in the SOV |
| 15:43:31 | 17 | statement to be representations by Copart? |
| 15:43:34 | 18 | A.  Yes. |
| 15:43:34 | 19 | Q.  Did you consider them estimates? |
| 15:43:37 | 20 | A.  No. |
| 15:43:38 | 21 | Q.  What did you consider those numbers?  Hard |
| 15:43:41 | 22 | fact? |
| 15:43:41 | 23 | A.  To be their -- the values at risk at the |
| 15:43:44 | 24 | time that they produced the statement of values. |
| 15:43:52 | 25 | Q.  Couldn't those numbers also be considered |

199

CERTIFICATE OF REPORTER

I, Corey Anderson, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [  ] was [X] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED:  5/29/08

COREY ANDERSON, CSR No. 4096