Jess B. Millikan, SBN 095540
Samuel H. Ruby, SBN 191091
Judith A. Whitehouse, SBN 198176
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
jess.millikan@bullivant.com
samuel.ruby@bullivant.com
judith.whitehouse@bullivant.com

Attorneys for Defendant
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.: C 07 2684 CW (EDL) <br><br> [PROPOSED] <br><br> ORDER: <br><br> (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT; <br><br> (2) DISMISSING AS MOOT DEFENDANT'S COUNTERCLAIM FOR REFORMATION; AND <br><br> (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT <br><br> Date: August 21, 2008 <br> Time: 2:00 p.m. <br><br> Action File: March 20, 2007 <br> Trial Date: November 10, 2008 |

---

[1] Dismissed by Order Upon Stipulation (6/15/07).

The parties have filed cross-motions for summary judgment. Defendant's objections to plaintiff's evidence are SUSTAINED. Having considered all of the admissible evidence and argument, the Court rules as follows:

1. Defendant's motion for summary judgment on plaintiff's complaint is GRANTED. Plaintiff's complaint is hereby DISMISSED.
2. In light of the dismissal of plaintiff's complaint, defendant's counterclaim for reformation is DISMISSED as moot.
3. Plaintiff's motion for summary judgment is DENIED.

Defendant's counterclaim for negligent misrepresentation and concealment remains set for trial.

IT IS SO ORDERED.

Dated: _____                    _____