1  Philip L. Pillsbury, Jr. (SBN 72261)
   Vedica Puri (SBN 176252)
2  Eric K. Larson (SBN 142791)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
4  San Francisco, CA 94111
   Telephone:  (415) 433-8000
5  Facsimile:   (415) 433-4816
   E-mail:  ppillsbury@pillsburylevinson.com
6           vpuri@pillsburylevinson.com
            rlarson@pillsburylevinson.com
7
8
   Attorneys for Plaintiff and Counterdefendant
9  COPART INC.

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  COPART INC.,                     ) Case No.  C 07 2684 CW-EDL
                                     )
14            Plaintiff,             ) **E-FILING**
                                     )
15       vs.                         )
                                     ) **REPLY DECLARATION OF ERIC K.**
16                                   ) **LARSON IN SUPPORT OF COPART,**
    CRUM & FORSTER INDEMNITY         ) **INC.'S MOTION FOR SUMMARY**
17  COMPANY, UNITED STATES FIRE      ) **JUDGMENT AND IN OPPOSITION TO**
    INSURANCE COMPANY, and DOES 1-10,) **USFIC'S MOTION FOR SUMMARY**
18  Inclusive,                       ) **JUDGMENT**
                                     )
19            Defendants.            ) Date:   August 21, 2008
                                     ) Time:   2:00 p.m.
20  AND RELATED COUNTERCLAIM         ) Place:  Courtroom 2, 14th Floor
                                     ) Before the Hon. Claudia Wilken
21                                   )
                                     )
22                                   )
                                     )
23                                   )
                                     )
24                                   ) Action Filed:  March 20, 2007
                                     ) Trial Date:     November 10, 2008
25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-2-

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1         I, Eric K. Larson, declare as follows:

2         1.    I am an attorney at law duly admitted to practice before this Court and am an

3    associate at Pillsbury & Levinson, LLP, attorneys of record herein for plaintiff and

4    counterdefendant Copart, Inc.   I have personal knowledge of the facts set forth herein and

5    could competently testify thereto.

6         2.    Attached hereto as **Exhibit A** is a true and correct copy of portions of the

7    transcript of the deposition of Simon Rote of Copart.

8         3.    Attached hereto as **Exhibit B** is a true and correct copy of portions of the

9    transcript of the deposition of Carlton Clarke.

10        4.    Attached hereto as **Exhibit C** is a true and correct copy of portions of the

11   transcript of the deposition of Ronald Keleman.

12        5.    Attached hereto as **Exhibit D** is a true and correct copy of portions of the

13   transcript of the deposition of Orvin Wills.

14        6.    Attached hereto as **Exhibit E** is a true and correct copy of portions of the

15   transcript of the deposition of Dennis McCarthy.

16        7.    Attached hereto as **Exhibit F** is a true and correct copy of the entire claim file

17   produced by USFIC in this matter bates-stamped CLAIM 0001-0330.

18        8.    Attached hereto as **Exhibit G** is a true and correct copy of an email from

19   Carlton Clarke dated September 28, 2006 that was produced by USFIC and is Bates Stamped

20   USFIC 1040.

21        9.    Attached hereto as **Exhibit H** is a true and correct copy of the expert report of

22   Guy Kornblum, Copart's expert, which was submitted to USFIC as part of the parties' expert

23   disclosure.

24   ///

25   ///

26   ///

27   ///

28   ///

1    10.    Attached hereto as **Exhibit I** is a true and correct copy of Schedule 1 from the

2  report of USFIC expert, RGL Forensic Accountants and Consultants, which purports to

3  calculate the "lost premiums" that USFIC claims are due for the policy years 2003 through

4  2006.

5    11.    Attached hereto as **Exhibit J** is a true and correct copy of portions of the

6  transcript of the deposition of Monica Streacker.

7    I declare under penalty of perjury under the laws of the State of California, United

8  States of America that the foregoing is true and correct, and that this Declaration was executed

9  on July 31, 2008 in San Francisco, California.

10

11                                /s/  Eric K. Larson
                                   Eric K. Larson
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY DECLARATION OF ERIC K. LARSON IN SUPPORT OF                    Case No.  C 07 2684 CW-EDL
COPART'S MSJ AND IN OPPOSITION TO USFIC'S MSJ

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111