# EXHIBIT D

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

COPART, INC.,

    Plaintiff,

vs.

                              NO. C07-02684

CRUM & FORSTER
INDEMNITY COMPANY,

    Defendant.

---

VIDEOTAPED DEPOSITION OF
ORVIN WILLS

June 25, 2008
9:23 a.m.

1117 West Peachtree Street
Atlanta, Georgia

Reported By: Sharon A. Gabrielli, CCR-B-2002, RPR

1  had occasion to review a statement of values and give
2  an opinion as to whether a location was covered or not
3  based on that statement?
4      A   No.
5      Q   In your experience, is there a difference
6  between -- in your mind, between a statement of values
7  and a schedule of locations?
8      A   Yes.
9      Q   What's the difference?
10     A   A statement of values says what the values
11 are on the property.  A schedule of locations is the --
12 the actual individual properties on the policy.
13     Q   So a schedule of location lists the locations
14 that are covered?
15     A   Right.
16     Q   And how are they usually listed?  By address?
17     A   By address or by state or --
18     Q   The denial letter in this claim, you saw came
19 out in December of 2006.  And the hurricane event was
20 October 2005.  In your experience, is that an unusually
21 long time for a claim to be denied based on simply no
22 coverage for that particular location?
23     A   I don't know.
24     Q   In your experience with hurricane claims,
25 what's the usual amount of time from -- let's say where