# EXHIBIT E

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

- - - - - - - - - - - - - - - - -x
COPART INC.,                       :
                                   :
        Plaintiff,                 :
                                   :
vs.                                :
                                   : Case No.
CRUM & FORSTER INDEMNITY           : C 07 2684 CW
COMPANY, UNITED STATES FIRE        :
INSURANCE COMPANY, and DOES        :
1-10, Inclusive,                   :
                                   :
        Defendants.                :
                                   :
- - - - - - - - - - - - - - - - -x
UNITED STATES FIRE INSURANCE       :
COMPANY,                           :
                                   :
        Counterclaimant,           :
                                   :
vs.                                :
                                   :
COPART, INC.,                      :
                                   :
        Counterdefendant.          :
                                   :
- - - - - - - - - - - - - - - - -x

        VIDEOTAPED DEPOSITION of DENNIS McCARTHY, taken by the Plaintiff, at the offices of MERRILL LEGAL SOLUTIONS, 60 Park Avenue, Newark, New Jersey, on Thursday June 12, 2008 commencing at 9:47 a.m., before Jamie I. Moskowitz, CSR, RPR, CRR, a Certified Shorthand (Stenotype) Reporter and Notary Public within and for the State of New Jersey.

DENNIS McCARTHY    June 12, 2008

Page 131

```
 1                    D. McCarthy
 2   they have got the right iteration.
 3        Q    And both the policy and the right
 4   iteration of the SOV should live in the claim
 5   file, right?
 6        A    Yes.
 7        Q    And do you independently, I know we
 8   talked about some of the things you do to spot
 9   check what's happening with the volume of claims.
10             Is one of the things you do check
11   the hard copy claims files to see what's in them
12   and see if they're accurate?
13        A    If I need to.  I don't do it all the
14   time, but if it's -- if it's a complex issue, yes.
15        Q    And do your next line managers, Joe
16   Price and Michelle Best, also do that from
17   time-to-time, spot check the hard copy claims file
18   to ensure its accuracy?
19        A    I'm sure they do.
20        Q    And with respect to Claims Assure,
21   are there any kind of instructions or rules that
22   you provide to the folks, understanding that it's
23   a user-friendly system, about how it should be
24   maintained?
25             In other words, should all the
```

1                    D. McCarthy
2  entries be as accurate as possible?
3        A     Absolutely.
4        Q     And when cutting and pasting should
5  the entries also be as accurate as possible?
6        A     Absolutely.
7        Q     And what about in terms of dates?
8  The electronic claims file seems to have a date
9  and time and then the category for the entry.
10              Is it important that a claims
11 technician makes sure to enter things on the right
12 date?
13       A     The system takes care of all that.
14 If you add a note, you're not in control of any of
15 that.  If I go in today and enter a note, all that
16 comes up.
17       Q     The date automatically comes up?
18       A     As soon as I save it, it's a
19 permanent part of that claim file.
20       Q     I see.  And it's important -- let me
21 ask it this way:  Why is an electronic, or why is
22 a claims file important?
23             MS. MILLIKAN:  Objection,
24       vague and overbroad.  But again, you
25       can answer the question.

1                    D. McCarthy

2         A    Well, I mean, we are a corporation,

3   okay?  We have stockholders and shareholders.  I

4   think we have to justify why we reserve cases and

5   make payments.

6         Q    Is another reason a claims file is

7   important is to be able to reconstruct events that

8   happened a few years back?

9              Memories fade and that way you have

10  an accurate and truthful rendition of what was

11  happening realtime?

12        A    Yes.

13        Q    And is the accuracy and truthfulness

14  of the claims file something that you stress to

15  your claims personnel?

16        A    Yes.

17        Q    Let me ask about independent

18  adjuster reports.  I know you have an in-house

19  adjuster, but there are times when you also hire

20  independent firms to help you adjust claims,

21  right?

22        A    Yes.

23        Q    And let's say the independent

24  adjuster produces a written report.  How is that

25  supposed to live; in the hard copy claims file or