# EXHIBIT F-2
## CLAIM 0084-0167

Theresa Prosser

**From:** larry stripling [1billie@adelphia.net]
**Sent:** Monday, January 02, 2006 4:49 PM
**To:** Theresa Prosser
**Cc:** larry stripling
**Subject:** Need a check for 1/2 payment for new ceiling and insulation for yard # 70 Weat Palm for January 4, to start the job. $3127.00

Dec 29 05 05:12p    Alice Gold    561-746-1454    p.2

PROPOSAL

A Better Ceiling, Inc.
104 Yacht Club Drive
Jupiter, FL 33477
(561) 371-5509

PROPOSAL NO. 4412
DATE 12-29-05

PROPOSAL SUBMITTED TO Larry Stripling    WORK TO BE PERFORMED AT

NAME Co Part    ADDRESS 7876 W. Belvedere

ADDRESS 7876 W. Belvedere    WPB.

West Palm Bch Fl 33411    DATE OF PLANS

PHONE NO. Cell 352-4462  Fax 793-3750    ARCHITECT

We hereby propose to furnish the materials and perform the labor necessary for the completion of Approximately
1600 sq ft Remshing 1/4 Fiberglass with gen #300 series
with #816 Corragn Fiberboard 2x2 Regular Fil
with R-30 Kraft Batt

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of
Six Thousand Two Hundred Fifty Four Dollars ($ 6,254 .oo )
with payments to be made as follows: 50% Deposit w/ 50% upon Completion

Respectfully submitted

NOTE – This proposal may be withdrawn by us if not accepted within 30 days.

ACCEPTANCE OF PROPOSAL
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Date 1-2-06    Signature Larry Stripling
Signature CoPart, Inc

PROPOSAL

CLAIM 0084

1/3/2006

813-571-9962                                    p.1



January 4, 2006

*VIA FACSIMILE NO. 561-791-0399*

Mr. Larry Stripling
Copart Headquarters
5500 East Second St., 2nd Floor
Benicia, CA 94510

Re:   *Copart — West Palm Beach*
      *Administrative Office Building*
      *Remodel Project*

### INVOICE FOR SERVICES RENDERED & MATERIALS PROVIDED

**Partial Draw through 1/3/2006**

Labor & Material:

   Miscellaneous framing, replace insulation, rehang drywall and finish drywall

   TOTAL AMOUNT DUE THIS INVOICE          $3,860.00

Please make check payable to Jerry Hoffman Construction, Inc.  Thank you for allowing us to
provide construction services to you.

OK TO PAY

*Larry Stripling*

P.O. Box 2164 • Brandon, Florida 33509-2164 • (813) 653-2023 • Fax (813) 571-9952
Email: jhoffm10@tampabay.rr.com • CGC041943

**CLAIM 0085**



### JERRY HOFFMAN CONSTRUCTION INC.

January 4, 2006

*VIA FACSIMILE NO. 561-791-0399*

Mr. Larry Stripling
Copart Headquarters
5500 East Second St., 2nd Floor
Benicia, CA 94510

Re:    *Copart – West Palm Beach* ηο
       *Administrative Office Building*
       *Roof Replacement Project*

### INVOICE FOR SERVICES RENDERED

1.  Installed two (2) retrofit roof drains.
2.  Installed 1 ¼" thick 4'x4' IsoBoard insulation sheets screwed down with metal plates and screws.
3.  Installed .045 mil Firestone TPO – heat weld roof system.
4.  Supplied custom bent and installed 220 l.f. of heat weld metal drip edge.
5.  One-way Penske box truck rental for material pick up in Lakeland and delivery to West Palm Beach.
6.  Travel and per diem for two (2) men – two (2) weekends – Travel from Tampa to West Palm Beach

TOTAL AMOUNT DUE THIS INVOICE             $11,423.00

Please make check payable to Jerry Hoffman Construction, Inc. Thank you for allowing us to provide construction services to you.

PAY SOON

*Larry Stripling*

P.O. Box 2164 • Brandon, Florida 33509-2164 • (813) 653-2023 • Fax (813) 571-9952
Email: jhoffm10@tampabay.rr.com • CGC041943

CLAIM 0086



**JERRY HOFFMAN CONSTRUCTION INC.**

January 31, 2006

<u>*VIA FACSIMILE NO. 561-791-0399*</u>

Mr. Larry Stripling
Copart Headquarters
5500 East Second St., 2nd Floor
Benicia, CA  94510

*Combined
Invoices
$22,062.76*

Re:   *Copart – West Palm Beach
      Administrative Office Building
      Remodel Project*

<u>INVOICE FOR SERVICES RE</u>

<u>Partial Draw through 1/17/2006</u>

Labor & Material:

    Miscellaneous framing, replace insul:

    TOTAL AMOUNT DUE THIS INVOICE       $4,930.20

Please make check payable to Jerry Hoffman Construction, Inc.  Thank you for allowing us to
provide construction services to you.

*OK
Larry Stipler*

P.O. Box 2164 • Brandon, Florida 33509-2164 • (813) 653-2023 • Fax (813) 571-9962
Email: jhofim10@tampabay.rr.com • CGC041943

**CLAIM 0087**



*PG 1*    ✓

*116369*

January 31, 2006

*VIA FACSIMILE NO. 561-791-0399*

Mr. Larry Stripling
Copart Headquarters
5500 East Second St., 2nd Floor
Benicia, CA  94510

Re:    *Copart – West Palm Beach* ?O
    **I.**    *Office Building Previously Occupied by All State Insurance*
           *Roof Replacement Project from Storm Damage 2004*
    **II.**   *Tool Storage Shed*
           *Roof Replacement Project*
    **III.**  *General Manager's Office and Conference Room*
           *Roof Replacement Project*
    **IV.**  *Lunchroom*
           *Roof Replacement Project*

## INVOICE FOR SERVICES RENDERED

*Projects I and II:*

1.   Installed Owner provided insulation sheets screwed down with metal plates and screws.
2.   Furnished and installed .045 mil Firestone TPO – heat weld roof system.
3.   Supplied custom bent and installed 80 l.f. of heat weld metal drip edge and installed additional 70 l.f. of heat weld metal drip edge provided by Owner.

*Projects III and IV:*

4.   Furnished and installed approximately 35 squares of Johns Manville (JM) white Appex single-ply torch down over surface prepped with Matrix standard asphalt primer.

*Pertaining to Projects I thru IV:*

5.   One-way Penske box truck rental for material pick up in North Tampa and delivery to West Palm Beach.

P.O. Box 2164 • Brandon, Florida 33509-2164 • (813) 653-2023 • Fax (813) 571-9952
Email: jhoffm10@tampabay.rr.com • CGC041943

*[signature: Larry Stripling]*

**CLAIM 0088**

Mr. Larry Stripling
Copart
Page 2

PG 4

6.    Travel and per diem for two (2) men – two (2) weekends plus two (2) weekdays
      for a total of six (6) days for two (2) men – Travel from Tampa to West Palm
      Beach – two (2) trips.


      **TOTAL AMOUNT DUE THIS INVOICE**          $12,283.00


Please make check payable to Jerry Hoffman Construction, Inc.  Thank you for allowing us to
provide construction services to you.

*Larry Stripling*

**CLAIM 0089**



January 31, 2006

<u>VIA FACSIMILE NO. 561-791-0399</u>

Mr. Larry Stripling
Copart Headquarters
5500 East Second St., 2nd Floor
Benicia, CA 94510

Re:   *Copart – West Palm Beach*
      *Office Building Previously Occupied by All State Insurance*
      *Remodel Project*

### INVOICE FOR SERVICES RENDERED & MATERIALS PROVIDED

**Partial Draw through 1/30/2006**

Labor & Material:

   Miscellaneous framing, replace insulation, rehang drywall and finish drywall

   TOTAL AMOUNT DUE THIS INVOICE          $4,849.56

Please make check payable to Jerry Hoffman Construction, Inc.  Thank you for allowing us to
provide construction services to you.

*OK TO PAY*
*Larry Stripling*

P.O. Box 2164 • Brandon, Florida 33509-2164 • (813) 653-2023 • Fax (813) 571-9952
Email: jhoffm10@tampabay.rr.com • CGC041943

**CLAIM 0090**

/20/2005  23:27  8135719952                    HOFFMAN                        PAGE  09



**JERRY HOFFMAN CONSTRUCTION INC.**

June 9, 2005

*(handwritten:) lien release Emergency Hurricane Generators Carson*

<u>VIA FACSIMILE NO. 707-639-5063 – CALIFORNIA (KIM)</u>
<u>AND HAND DELIVERY TO MIKE CARSON</u>

Mr. Mike Carson
Copart Headquarters
5500 East Second St., 2nd Floor
Benicia, CA 94510

Re:    *West Palm Beach, Florida Facility*    70

<u>INVOICE FOR SERVICES RENDERED</u>

In preparation and response to hurricane season related requirements pertaining to emergency generator back up, the following was provided:

- 9/10/04 – Visited site and inspected facilities for arrival of generator.
- 9/10/04 & 9/11/04 – Made 100 amp feed connection from damaged building to temporary trailer. Provided wrecker service to off load generator unit.

Total for above items                                       $2,410.57
Overhead and Profit at 15%                                  $ 361.59

Total Amount Due This Invoice                               $2,772.16

Please make check payable to Jerry Hoffman Construction, Inc. Thank you for the opportunity to work with you on this project.

**CLAIM 0091**

P.O. Box 2164 • Brandon, Florida 33509-2164 • (813) 653-2023 • Fax (813) 571-9952
Email: Jhoffm10@tampabay.rr.com • CGC041943



**RESUN**
*Bringing space to you*
www.resunleasing.com
(561) 776-7037


RECEIVED
JAN 0 9 2006
By

Invoice Number:    430532
Account Number:    10896
Invoice Date:    01/03/2006
Due Date:    Payable Upon Receipt
Page:    1 of 2

**Remittance From:**
Copart Inc.
Corporate Headquarters
4665 Business Center Drive
Fairfield  CA  94534

**Current Due:**
Total Invoice Due    $ 2,993.20

RECEIVED
JAN 1 0 2006
By

**Summary of Charges:**

| | |
|---|---|
| Delivery | $ 875.00 |
| Installation | 875.00 |
| Other Service | 725.00 |
| Rental | 365.00 |
| Taxes | 153.20 |
| | |
| Total Invoice | $ 2,993.20 |

**CUSTOMER NOTICE:**

Effective January 1, 2005, Resun shall assess a late fee at the rate of 1.5% per month on any past-due amounts or $5.00, whichever is greater, in accordance with your Agreement.

A valid certificate of insurance is still pending for the lease(s) listed below. Please fax a certificate of insurance to (561) 776-7038. Failure to do so will result in a monthly insurance waiver fee.
Lease: 4528219   Liability Insurance Waiver Fee: $2.00
Lease: 4528219   Casualty Insurance Waiver Fee: $21.00
*(Please cut on dotted line and remit with payment)*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remittance From:**
Copart Inc.
Corporate Headquarters
4665 Business Center Drive
Fairfield  CA  94534

**Remit Payment To:**
Resun Leasing, Inc.
Bank of America Lockbox Services
12603 Collection Center Drive
Chicago  IL  60693

*Please make checks payable to:    Resun Leasing, Inc.*

| Invoice Number | Account Number | Invoice Date | Due Date | Invoice Due | Payment Enclosed |
|---|---|---|---|---|---|
| 430532 | 10896 | 01/03/2006 | 01/03/2006 | $ 2,993.20 | |



CLAIM 0092



## Detailed Charges (Line Item Details of Summary):

| Description | From - To/Date | Amount | Total |
|---|---|---|---|

Lease Number: 4528219    Customer Number: 16011    Job Number: 33516
7876 Belvedere Road , West Palm Beach, FL 33401
Serial Number(s): 0031422

| Asset Rental 20470  10' x 36'  Commercial | 12/20/2005 - 01/19/2006 | $ 295.00 | |
| DELIVERY | 12/20/2005 | 875.00 | |
| SET-UP/INSTALLATION | 12/20/2005 | 695.00 | |
| STEPS/DECKS/RAMPS (RENTAL) | 12/20/2005 - 01/19/2006 | 70.00 | |
| PROJECT ADMIN/ENGINEERING/FEES/PERMITS | 12/20/2005 | 725.00 | |
| STEP/DECK/RAMP SETUP | 12/20/2005 | 180.00 | |
| Property Tax | 12/20/2005 - 01/19/2006 | 14.75 | |

| | Location Sub-Total | $ 2,854.75 | |
| | Florida (6.00%) | 127.79 | |
| | PALM BEACH (.50%) | 10.66 | |

| | Location Total | | $ 2,993.20 |

| | Total Invoice | | $ 2,993.20 |

*5*

CLAIM 0093

1/14/2006  18:01   5617983750

## Lindstrom
**Since 1975**
Family Owned & Operated

6601 Lyons Road, Suite D8 • Coconut Creek, FL 33073
Phone: (954) 420-5300 • Fax: (954) 596-4448 • Toll Free: (888) 624-1800

CAC056703
CAC058971

## PROPOSAL

Contact/Customer's Name: Larry Stirling       Job address: 7876 W. Belvedere Road       Date: 1-17-05

Customer/billing address:       Apt.   City: W.P.B.   Zip: 33411

Phone: (561) 302-4162       Other phone:       Fax:

### PROPOSAL

We hereby submit specifications for:  ☐ Equipment Installation  ☐ Indoor Air Quality  ☐ Other
Lindstrom will furnish all parts, labor and equipment necessary to facilitate the service checked above in accordance with the conditions and specifications listed below in this proposal. Does not include electrical upgrade unless stated below.

### NEW EQUIPMENT

☐ Split system
☐ Package unit
☐ Water source
☐ Heat pump
☐ Straight cool
☐ Attic
☐ Other _____ SEER
Unit 1  Make _____ Model _____
         Make _____ Model _____
Unit 2  Make _____ Model _____
         Make _____ Model _____

☐ Electric heat size: _____
☐ Heat recovery unit
☐ UV systems
☐ Vertical application
☐ Horizontal application
☐ FPL on call

### INDOOR AIR QUALITY

☐ Duct cleaning and sanitizing: # ____ vents ____ # of duct systems
☐ Negative pressure source removal with brushless agitation, with 3 stage Hepa filter system $ _____
☐ Clean & sanitize air handler. Includes blower assembly $ _____
☐ Coil cleaning  ☐ Inplace  ☐ remove $ _____
☐ UV-light  ☐ Air cleaner  ☐ Air filter $ _____ Type _____
☐ High quality air filter _____ Location _____
☐ Other  Installation of a Duct
And Coils Blown

### MISCELLANEOUS

☐ Includes all required permits, liability and workman's comp for our work performed with existing codes
☐ Removal of existing equipment on premises
☐ Mounting hardware or stand for air handler
☐ Hurricane code strapping
☐ Drop cloths
☐ Extend slab
☐ Gated Community

☐ Smoke detector
☐ Crane
☐ Slab concrete
☐ Ladder needed _____ ft

### CONTROLS

☐ Humidistat       ☐ Thermidistat
☐ Zoning # _____ zones       ☐ Other _____

### DRAIN LINE & REFRIGERANT PIPING

☐ Condensate drain hook-up  ☐ Primary  ☐ Secondary
☐ New condensate pump
☐ Auxiliary drain pan
☐ Refrigerant copper liquid line, size: _____
☐ Refrigerant copper suction line with insulation, size: _____
☐ Length of run _____
☐ Refrigerant line cover  ☐ Other _____

### WARRANTIES

☐ 1 year warranty by Lindstrom on work performed, and manufacturer's warranty on equipment unless otherwise stated below
Manufacturer's Warranties
☐ Compressor _____ yrs.  ☐ Labor _____ yrs.
☐ Cond. Coil _____ yrs.  ☐ Parts _____ yrs.
☐ Evap. Coil _____ yrs.  ☐ No Lemon _____ yrs.

### AIR DISTRIBUTION

☐ Modify/New supply duct(s) _____
☐ Modify/New return duct(s) _____
☐ New return air grill, size: ___ X ___ color ___ qty. ___
☐ New supply grill, size: ___ X ___ color ___ qty. ___
☐ Seal up leaks in ducts # _____
☐ Modifications of:  ☐ Supply plenum  ☐ Return air plenum

### ELECTRICAL

☐ Replace circuit breakers
   ☐ Air handler   size _____ type _____
   ☐ Air condenser  size _____ type _____
☐ Thermostat wiring _____ conductor
☐ _____ amp electrical disconnect box

### LINDSTROM PERFORMACE PACKAGE

☐ In-line float switch       $ 1550.00
☐ Auxiliary float safety switch
☐ Lightning protection
☐ Programmable thermostat
☐ Weather resistant vibration, isolation pads
☐ Lindstrom Preventative Maintenance First Year @ 11 months
☐ Installed by Trust Certified Factory Trained Technicians

☐ Electrical upgrade required     Provided by Lindstrom  /  Customer to Coordinate
☐ Electrical supply wire
☐ Seawite to  ☐ Air handler  ☐ Condenser
           FPL LD Mgmt.

### DETAILS OF WORK PERFORMED

Disconnect Air handler and return to reconnect air handler add a supply and plenum once finished with remediation

### INVESTMENT BREAKDOWN

Subtotal  1-$ _____  2-$ _____
Rebate  $ _____
Misc. Credits  $ _____
Total Investments  1550  $ _____
Down Payment $ _____
Balance Due  $550.00  $ _____

Credit Cards: _____  DL# _____
Account Number _____  Expiration Date _____
Your Signature _____
_____ dollars

Financing ☐   COD ☐   Terms: _____

Terms: Balance due to Technicians in full upon completion of job.      This proposal is valid until _____ / _____ / _____

Lindstrom Rep. Signature: _____  Date: 1-17-05

Customer's Signature: X Larry Stirling   Date: 1-17-05

WHITE - Office Copy   YELLOW - File Copy   PINK - Customer Copy

[Handwritten right margin:]
186359
FIN?

KIM
YARD 70
FOR
CLEANING
AC UNIT
IN OLD
ALLSTATE
STORM
DAMAGED
BUILDING

SEND
CHECK TO
GARY
AT # 70
YARD 70

Gary
Dwyer

CLAIM 0094



RSC Equipment Rental    075
6575 SOUTHERN BLVD.
WEST PALM BEACH, FL  33413

561-684-0070    Store:WPB

RSC
Equipment Rental
Companies within the Atlas Copco Group

PRIME Energy

RENTAL RETURN    Page: 1

INVOICE #: 26967073-001
INVOICE DATE..01/10/06

| | |
|---|---|
| COPART - WPB YARD / 7876 BELVEDERE RD, WEST PALM | |
| COPART - WEST PALM BEACH | |
| 7876 BELVEDERE RD | |
| WEST PALM BEACH, FL 33411 | |
| Phone #: 561-798-5158 | |

31

COPART
4665 BUSINESS CENTER DR
FAIRFIELD CA  94534-1675

| | | Invoice Total |
|---|---|---|
| Customer | 8714324 | 1967.60 |
| Date Out | 12/29/05 8:00 AM | |
| Billed Thru | 01/09/06 8:05 AM | |
| Off Rent | 4526624 on 1/09/06 | |
| Confirmation # | @ 8:05 AM by LARRY | |
| PO# | COPART - WPB | |
| Ordered By | LARRY | |
| Written By | S075OPS | |
| Sales Rep | MATHEWS, TOMLYN | |
| Terms | DUE UPON RECEIPT OF INVOICE | |

Remit Payment To:

**PO Box 840514**
**DALLAS, TX 75284-0514**

Return this portion with Payment

RSCrental.com

Invoice: 26967073-001 Customer: 8714324    PO #: COPART - WPB    Job Name: COPART - WPB YARD / 7876 BELVEDERE RD, WEST PALM

| Qty | Unit / Item # / Make-Model / Description | | Day | Week | 4-Week | Amount |
|---|---|---|---|---|---|---|
| | 16916  CASE 580M | | 75.00 | 350.00 | 2070.00 | 1500.00 |
| | BACKHOE-4WD 12-15'  Ser #: JJG0311972 | | | | | |
| | Hours Out: 1831.000  Hours In: 1841.000  Total: 10.00 | | | | | |
| | Env Fee Rates Dy/Wk/Mo: 2.00/4.00/8.00 | | | | | |

SALES ITEMS:

| Qty | Item Number  Description | | EA | PRICE | Amount |
|---|---|---|---|---|---|
| 1 | ERF     ENVIRONMENTAL RECOVERY FEE | | EA | 8.000 | 8.00 |
| 1 | CL    CLEANING CHARGE | | EA | 45.000 | 45.00 |
| | DELIVERY SERVICE | | | 45.00 | 45.00 |
| | PICK UP SERVICE | | | 45.00 | 45.00 |

JAN 7 2006

| | | | |
|---|---|---|---|
| | | Sub-total: | 1643.00 |
| | LDW Assurance   14% | | 210.00 |
| | State Tax  105.78  County Tax  8.82 | Tax: | 114.60 |
| | | Total: | 1967.60 |

IF THE EQUIPMENT DOES NOT WORK,  MULTIPLE SHIFTS OR  RENTAL SERVICE CORPORATION  CUSTOMER IS RESPONSIBLE  CUSTOMER IS SOLELY RESPONSIBLE
PROPERLY, NOTIFY THE OFFICE AT  OVERTIME RATES MAY  BILLS FOR TIME OF POSSESSION  FOR REFUELING, TIRE DAMAGE  FOR THE SAFE USE, MAINTENANCE AND
ONCE, OR CALL 1-800-222-7777.  APPLY.  INCLUDING HOLIDAYS  AND REPAIR  SAFEKEEPING OF EQUIPMENT

1.  LDW Assurance will be charged absent proof of insurance listing Rental Service Corporation as the loss payee.  LDW Assurance is NOT INSURANCE
    and does not cover upset, overturned, tire or overhead damage or accessory items regardless of fault.
    Customer must call to release equipment and is responsible for released equipment until it is picked up.
3.  Customer is fully responsible for the safekeeping, maintenance, damage to or theft of items rented.
4.  All terms and Conditions of your original Rental or Sales Agreement apply to this invoice

CLAIM 0095

Terms:  Payment Due Upon Receipt of Invoice - Delinquency charges, at the maximum monthly rate allowed by law, will
        apply 30 days from the date of invoice. Collection fees for delinquent accounts, including attorney / collection
        agency fees and expenses incurred by Rental Service Corporation, are the responsibility of the customer.

RSC Equipment Rental      075
6575 SOUTHERN BLVD.
WEST PALM BEACH, FL 33413
561-684-0070    Store: WPB
Emerg #:    561-684-0070

**RSC** Equipment Rental    **PRIME**
Companies within the Atlas Copco Group

MON-FRI 7:00a-5:00p
SAT    CLOSED
SUN    CLOSED
RENTAL RETURN        Page:    1

INVOICE #    26050944-001
INVOICE DATE: 10/04/05    ◄ COPY ►

COPART - WPB YARD / 7876 BELVEDERE RD, WEST PALM
COPART - WEST PALM BEACH
7876 BELVEDERE RD

WEST PALM BEACH, FL 33411
Phone: 561-790-5158

70
103147

COPART
4665 BUSINESS CENTER DR
FAIRFIELD, CA 94534

Phone #:    707-639-5000

| | |
|---|---|
| Customer #........... | 8714324 |
| Date Out ........... | 9/30/05    5:00 PM |
| Billed Thru | 10/03/05    7:00 AM |
| Off rent<br>Confirmation #........ | 4361023 on 10/03/05 @ 9:45 AM |
| | by GARY |
| PO #........... | WEST PALM BEACH YARD |
| Ordered By........... | LARRY / GARY |
| Written By........... | SID750PS |
| Sales Rep........... | MATHEWS, TOMLYN |
| Terms........... | DUE UPON RECEIPT OF INVOICE |

Remit Payment To:
    PO Box 840514
    Dallas, TX 75284-0514
    Return this portion with Payment

RSCrental.com

Inv# 26050944-001    Cust# 8714324        PO# WEST PALM BEACH YARD    Job: COPART - WPB YARD

| Qty | Item Number | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 341063 | CASE 580L | | 275.00 | 275.00 | 750.00 | 1875.00 | -275.00 |

BACKHOE-4WD 12-15'  Ser #: JJG0304477
HR OUT: 2288.80    HR IN:    2291.20    TOTAL:    2.40
Env Fee Rates Dy/Wk/Mo: 2.00/4.00/8.00

SALES ITEMS:

| Qty | Item Number | Description | Unit | Price | |
|---|---|---|---|---|---|
| 1 | ERF | ENVIRONMENTAL RECOVERY FEE | EA | 2.000 | 2.00 |

Equipment rented has an hourmeter. Customer initials below to verify charges for overtime
usage while on rental are to be invoiced for usage on single shift rental
rates shown. Details of overtime charges explained on back of rental agreement.

Customer Initials: _____

| | |
|---|---|
| DELIVERY SERVICE | 75.00 |
| PICK UP SERVICE | 75.00 |

| | | | |
|---|---|---|---|
| | | Sub-total: | 427.00 |
| | LDW Assurance    14% | | 38.50 |
| State Tax: 18.93 | County Tax:    1.58 | Tax: | 20.51 |
| | | Total: | 486.01 |

YARD #70  WEST PALM BEACH
EQUIPMENT USED TO CLEANUP BUILDING DAMAGED BY STORM.
ONE TO BE DEMO.  Gary

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE or CALL 1-800-222-7777 | MULTIPLE SHIFTS OR OVERTIME RATES MAY APPLY | RENTAL SERVICE CORPORATION BILLS FOR TIME OF POSSESSION INCLUDING HOLIDAYS | CUSTOMER IS RESPONSIBLE FOR REFUELING, TIRE DAMAGE AND REPAIR | CUSTOMER IS SOLELY RESPONSIBLE FOR THE SAFE USE, MAINTENANCE AND SAFEKEEPING OF EQUIPMENT |
|---|---|---|---|---|

THIS AGREEMENT CONSISTS OF THIS PAGE, THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE AND WHERE APPLICABLE THE LDW ASSURANCE PLAN, WHICH IS INCORPORATED HEREIN BY REFERENCE, WHICH TOGETHER CONSTITUTE THE ENTIRE AGREEMENT OF THE PARTIES RELATING TO THE SALE AND/OR RENTAL OF THE EQUIPMENT, SERVICES OR ACCESSORIES DESCRIBED HEREIN. PLEASE READ THE TERMS ON THE FRONT AND BACK OF THIS AGREEMENT, AS WELL AS THE TERMS AND CONDITIONS OF THE LDW ASSURANCE PLAN, WHICH CAN BE FOUND AT RSCrental.com/LDWassurance OR CAN BE OBTAINED FROM ANY RENTAL SERVICE CORPORATION LOCATION. This Agreement is effective upon the earlier of Customer's signature below or acceptance of delivery of the Equipment, either of which constitute Customer's acknowledgement that all the terms and conditions of this Agreement have been read and accepted, and that the person signing or accepting delivery has full authority to do so. THE EQUIPMENT IS BEING RENTED WITH LIMITED WARRANTIES AS STATED ON THE REVERSE HEREOF AND/OR SOLD "AS IS" WITHOUT WARRANTY OF ANY KIND. The environmental fee is to defray costs relating to certain types of Equipment, it is not a direct pass through and is not imposed by any governmental agency. ALL RENTAL EQUIPMENT IS AVAILABLE FOR SALE TO ANY WILLING PURCHASER AT ALL TIMES, EVEN WHILE THE SAME IS ON RENT.

_____    _____    _____    _____    _____
CUSTOMER SIGNATURE    DATE    NAME PRINTED    DELIVERED BY    DATE
CUSTOMER ACKNOWLEDGES RECEIPT OF SAFTEY DOCUMENTS AND UNDERSTANDS ALL APPLICABLE SAFETY AND OPERATING INSTRUCTIONS.

CLAIM 0096

Central States Construction Co., Inc.
907 W 8th Avenue
Milan, IL 61264
office (309) 787-4108
fax (309) 787-4356



# Invoice

| Date | Invoice # |
|------|-----------|
| 01/25/2006 | 267 |

**Bill To**

Copart, Inc
4665 Business Center Dr
Fairfield, CA 94534
Mike Carson
W. Palm Beach #2 - Hurricane #4

**Job**

W. Palm Beach  70

| Terms |
|-------|
| Due on receipt |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Install 2285' of 8' C-Link | 2,285 | 6.85 | 15,652.25 |
| Install 1450' of 8' Wind Screen | 1,450 | 3.85 | 5,582.50 |
| Install 1478' of 8' Winged PDS Slats | 1,478 | 5.85 | 8,646.30 |
| Install 14- 6 5/8 x 7' Bollard Posts | 14 | 100.00 | 1,400.00 |
| Install 3- 24' + 1- 30' Cantilever Gates | 4 | 200.00 | 800.00 |
| Remove 460' of Existing 8' C-Link | 460 | 1.75 | 805.00 |
| Straighten and Prep 1007' of Existing 8' C-Link | 1,007 | 1.00 | 1,007.00 |
| Furnish 37- Flange Plates | 37 | 22.00 | 814.00 |
| Install 1- 24' Double Drive Cantilever Gate | 1 | 150.00 | 150.00 |

| | Total | $34,857.05 |
|-|-------|-----------|

CLAIM 0097



**~UN**
*space to you*
*~unleasing.com*
*76-7037*

| | |
|---|---|
| Invoice Number: | 432795 |
| Account Number: | 10896 |
| Invoice Date: | 01/12/2006 |
| Due Date: | 01/20/2006 |
| Page: | 1 of 2 |

RECEIVED JAN 17 2006

**Remittance From:**
Copart Inc.
Corporate Headquarters
4665 Business Center Drive
Fairfield  CA  94534

**Current Due:**
Total Invoice Due          $ 404.44

18\431

**Summary of Charges:**

| | |
|---|---|
| Rental | $ 365.00 |
| Taxes | 39.44 |
| Total Invoice | 404.44 |

**CUSTOMER NOTICE:**

Effective January 1, 2005, Resun shall assess a late fee at the rate of 1.5% per month on any past-due amounts or $5.00 whichever is greater, in accordance with your Agreement.

A valid certificate of insurance is still pending for the lease(s) listed below.  Please fax a certificate of insurance to (561) 776-7038.  Failure to do so will result in a monthly insurance waiver fee.
Lease: 4528219   Liability Insurance Waiver Fee: $2.00.
Lease: 4528219   Casualty Insurance Waiver Fee:  $21.00

*(Please cut on dotted line and remit with payment)*

---

**Remittance From:**
Copart Inc.
Corporate Headquarters
4665 Business Center Drive
Fairfield  CA  94534

**Remit Payment To:**
Resun Leasing, Inc.
Bank of America Lockbox Services
12603 Collection Center Drive
Chicago  IL  60693

*Please make checks payable to:*     Resun Leasing, Inc.

| Invoice Number | Account Number | Invoice Date | Due Date | Invoice Due | Payment Enclosed |
|---|---|---|---|---|---|
| 432795 | 10896 | 01/12/2006 | 01/20/2006 | $ 404.44 | |

**CLAIM 0098**

6

Invoice Number:   432795
Page:             2 of 2

## Charges  (Line Item Details of Summary):

| Description | From  Through | Amount | Total |
|---|---|---|---|

Lease Number: 4528219    Customer Number: 16011    Job Number: 33516
27876 Belvedere Road , West Palm Beach, FL 33401
Serial Number(s): 0031422

| | | | |
|---|---|---|---|
| Asset Rental 20470  10' x 36'  Commercial | 01/20/2006 - 02/19/2006 | $ 295.00 | |
| STEPS/DECKS/RAMPS (RENTAL) | 01/20/2006 - 02/19/2006 | 70.00 | |
| Property Tax | 01/20/2006 - 02/19/2006 | 14.75 | |

Location Sub Total        $ 379.75
Florida (6.00%)              22.79
PALM BEACH (.50%)             1.90
                         ------------
Location Total                        $ 404.44

                         ------------
Total Invoice                         $ 404.44

CLAIM 0099

TIO

NEW

**A Better Ceiling, Inc.**
**104 Yacht Club Drive**
**Jupiter, FL 33477**
**(561) 371-5509**

DATE 1-09-06

SUBMITTED TO: Larry Stripling

WORK TO BE PERFORMED AT:

ADDRESS 2878 No. Belvedere

West Palm Beach FL 33

PHONE NO. Cell 302 - 4162 Fax 798-3750

ARCHITECT n/a

2 Checks To Contr.

OK

STORM DAMAGE AT THE BUILDING

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work, and completed in a substantial workmanlike manner for the sum of

Two Thousand Ninety Three Dollar 93/100 ........ Dollars ($ 2093 93/100 )

with payments to be made as follows: 50% Deposit / 50% Completion

$ 1046.96      $ 1046.97

Respectfully submitted

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Per _____

Note - This proposal may be withdrawn
by us if not accepted within 30 days.

**ACCEPTANCE OF PROPOSAL**
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

Date _____          Signature _____

D8118
MADE IN USA

# PROPOSAL

CLAIM 0100

Fidel A Rodas

## Tile by tony
5000 lakeworth Rd # 203
lakeworth , Florida 33415
561-317-4117

Invoice No.

## INVOICE

**Customer**

Name
Address
City                    State        ZIP
Phone

| Qty | Description | Unit Price | TOTAL |
|-----|-------------|------------|-------|
| | Room ① 40 X 41. SQFL 640 | | |
| | Ofice ② 18 x 18 SQF 324 | | |
| | Ofice ③ 18 x 11 SQF 304 | | |
| | 2,268 | | |
| | X 2.65 | | |
| | 8278.20 | | |
| | 4278.20 | | |
| | Deposit 04000 1500 | | |

**Payment Details**
- ◉ Cash
- ○ Check
- ○ Credit Card

Name
CC #
Expires

SubTotal
Shipping & Handling    2,748.2
Taxes    Florida    700 — painting interior

TOTAL

**Office Use Only**
Balance due
3,478..

$ 8278.20

*Insert Fine Print Here*

*Insert Farewell Statement Here*

**CLAIM 0101**



**Tile by tony**
5000 lakeworth Rd # 203
lakeworth, Florida 33415
561-317-4117

Invoice No.

## INVOICE

**Customer**
Name: Copart Auto Auctions
Address: 1846 w Belvedere rd
City: W.P.B   State: FL   ZIP: 33411
Phone: (561) 798-5158

Date:

| Qty | Description | | Unit Price | TOTAL |
|---|---|---|---|---|
| | Remove + Replace tile   760'sq ft | | | 3000 — |
| | floor board in tile | | | |
| | Break room + 2 baths | | | |
| | materials incl | | | |
| | NEED CHECK FOR 1500.00 | | | |
| | TO PAY FOR TILE   OK Larry Stephens | | | |
| | TALKED TO WILLIS ABOUT JOB | | | |

| | |
|---|---|
| SubTotal | |
| Shipping & Handling | |
| Taxes   Florida | |
| **TOTAL** | 3000 — |

**Payment Details**
⦿ Cash
○ Check
○ Credit Card

Name: _____
CC #: _____
Expires: _____

Office Use Only

SEND TO YARD 70

Pd 1,500.00
Owe 1,500.00

*Insert Fine Print Here*

*Insert Farewell Statement Here*

**CLAIM 0102**

*Fidel A Rodas*

# Tony's Ceramic Tile Sales

7350 Lakeworth Road
At Market place center, Lakeworth, Florida  33467
561-317-4117

Invoice No.



## = INVOICE =

**Customer**

| | |
|---|---|
| Name | *CoParT* |
| Address | *Belvedere Rd* |
| City | State    ZIP |
| Phone | |

Date  *2/13/06*

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| *648* | *Tile n Labor* | *3.65* | *2,365.00* |
| | *Material inclody* | | |
| | *Paint ootside Buildin (I.)(I II Labor* → | | *3500* |

*No Tax*

**Payment Details**

● Cash
○ Check
○ Credit Card

Name _____
CC # _____
Expires _____

SubTotal
Shipping & Handling
Taxes        Florida

TOTAL  *5-865*

Office Use Only

Insert Fine Print Here

Insert Farewell Statement Here

*OK Larry Striply*

**CLAIM 0103**

JAN 16 06 04:50P

JAN 17 2006 1:41PM   HP LASERJET 3200                        P.2

From: RENTAL SERVICE CORP   To 707-0395083 RUTHANN   Msg#1250448.0.1        01/08/2005 17:17:25 Page 2 of 4

RSC Equipment Rental    075
6575 SOUTHERN BLVD.
WEST PALM BEACH, FL 33413
561-684-0070   Store: WPB
Emerg #: 561-684-0070

COPART - WPB YARD
COPART - WEST PALM BEACH
7875 BELVEDERE RD

WEST PALM BEACH, FL 33411
Phone #: 561-798-5158

COPART
4665 BUSINESS CENTER DR
FAIRFIELD, CA 94534

Phone #:   707-639-XXX

|  |  |
|---|---|
| MON-FRI | 7:00a-5:00p |
| SAT | CLOSED |
| SUN | CLOSED |

RENTAL RETURN
INVOICE #    26383106-001
INVOICE DATE:  10/31/05   * COPY *    Page:  1

| Customer #: | 8714324 |
|---|---|
| Date Out : | 10/28/05   7:27 AM |
| Billed Thru : | 10/29/05   7:27 AM |
| Off rent Confirmation #: | 4412153 on 10/31/05 @ 8:41 AM |
| PO # : | GARY 798-1106 |
| Ordered By : | GARY 561-313-5032 |
| Written By : | 8075028 |
| Sales Rep.: | MATHEWS, TOMLIN |
| Terms: | DUE UPON RECEIPT OF INVOICE |

Remit Payment To:
PO Box 840514
Dallas, TX 75284-0514

RSCrental.com

Inv#. 26383106-001 Cust# 8714324       PO# GARY 798-1106      Job: COPART - WPB YARD

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 259.00 | 251.00 | 753.00 | 2048.00 | 253.00 |
| 1 | 561T3  TRENCHER  SER #: 120035 |  |  |  |  |  |

1  561T3  TRENCHER-R/O-35 35 HP  Ser #: 120035
     HR OUT:  10.40   HR IN:   12.00   TOTAL:   1.60
     Env Fee Rates Dy/Wk/Mo: 2.00/4.00/8.00

SALES ITEMS:

| Qty | Item Number | Description | Unit | Price |  |
|---|---|---|---|---|---|
| 1 | ERF | ENVIRONMENTAL RECOVERY FEE | EA | 2.000 | 2.00 |

Equipment rented has an hourmeter. Customer initials below to verify charges for overtime
usage while on rental are to be invoiced for usage in excess of single shift rental
rates shown. Details of overtime charges explained on back of rental agreement.
Customer Initials: _____

                                                                        75.00
DELIVERY SERVICE                                                        75.00
PICK UP SERVICE

REPAIRS

                                              Sub-total:     405.00
                                                     14%:     35.42
                           LDW Assurance                    18.49
            State Tax:   17.43  County Tax:    1.46           Tax:
                                              Total:     455.32

USED TO INSTALL NEW
ELEC. TO GATE      OK [signature]

| IF THIS EQUIPMENT DOES NOT... | ...RENTAL SERVICE CORPORATION... | CUSTOMER RESPONSIBLE FOR REFLECTING TIRE DAMAGE AND REPAIR | CUSTOMER IS SOLELY RESPONSIBLE FOR THE SAFE USE, MAINTENANCE AND SAFEKEEPING OF EQUIPMENT |
|---|---|---|---|

THIS AGREEMENT CONSISTS OF THE TWO... TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE, AND WHERE APPLICABLE, THE LDW ASSURANCE PLAN, WHICH IS INCORPORATED HEREIN BY REFERENCE...

_____         _____         _____
CUSTOMER SIGNATURE                   NAME PRINTED                DELIVERED BY                DATE

CUSTOMER ACKNOWLEDGES...                                                                              2

11/26/2005  17:35   5616372774                LARRY STRIPLING                      PAGE  02
: 12/17/2005 07:54 FAX                                                             ☑0001/004



## MOLD MASTER
500 Palm Street, Suite 36
West Palm Beach, FL. 33401
Fax (561) 655-2396

(561) 655-2200          (561) 241-0858          (954) 525-7073
West Palm Beach         Boca/Deerfield          Ft. Lauderdale

December 17, 2005

COPART, INC
Mr. Lawrence Stripling
7876 West Belvedere Road
West Palm Beach, FL. 33411
Contact: (561) 302-4162
Fax: (561) 791-0399

Re: Mold Evaluation

### INSPECTION REPORT

Mold Master was retained by Mr. Stripling to investigate the above property for possible mold problems, to determine the cause and origin of any mold found, and to offer recommendations to remediate any identified mold contamination. On 12/15/05 Mr. Brian Camacho performed a walk-through inspection for any visual evidence of fungal growth within the surfaces of the residence, and also performed moisture readings using meter gauges and hydrometers to measure relative humidity levels.

Interior Walls – The interior walls are constructed of gypsum drywall

**Discussion:**

The client had noticed visible mold like substances and there had been prior water damage in the property. The floor is currently saturated.

**Visual Inspection:**
Based on our inspection, the property revealed that visible mold like substances were apparent on the studs and the ceilings. There were high amounts of moisture detected in the concrete floor, and the walls. There was a gross odor present in the air at the time of inspection.

**Recommendations: On a two part process:**

Based on the investigation, we recommend the following:

  • Have areas remediated and sanitized by a mold remediation specialist
  • Avoid disturbing the mold growth until containment and remediation can occur.
  • Contain the effected areas sealing them entirely off from the unaffected areas of the property.

1

CLAIM 0105

- Sanitize all affected areas.
- Hepa vac all affected areas of the residence, as well as all furnishings in affected areas.
- Place 4 dehumidifiers for 3 days, 4 hepa air scrubber/negative air machine for 3 days.
- Fog entire affected areas with anti-microbial midicides and sporicides.
- Total of any square footage of any affected drywall to be removed, not to exceed 138 square feet and 554 s/f of drop ceilings in all affected areas total.
- Remove and dispose of existing 554 of carpet, as well as 64 s/f of vinyl.
- Remove, bag and discard all contaminated materials in said contract.
- Sporicide heavy application into all wall cavities and hepa vac all contained areas.
- Mildicide fogging of 554 s/f entirely twice.
- This includes negative air machines, hepa scrubbers, dehumidifiers, Hepa Vacuums, and all material necessary to complete remediation.
- Price to include P.P.E. filtration changes, set up and break down of equipment.
- Severe Dehumidification entirety of all affected areas.
- Customer will need to contract a licensed HVAC contractor to evaluate the size of the HVAC units according to the square footage of the residence and have duct work inspected for mold spores, moisture and dampness. Clean and/or replace duct work at customer's expense.
- *It is the client's responsibility to hire a licensed environmental consultant to conduct air sampling prior to remediation and for clearance immediately while mold master is still on site for final clearance.

This price does not include any rip-out or remediation in any other square footage of the home not outlined in this contract. All other rooms if stated in above contract will be treated in the same fashion with equipment, mildicides, and fungicides only.

If mold is found to be colonized under any flooring and or hard surfaces i.e. carpet, tile/marble floor, tile/marble walls, and/or drywall additional fees will be assessed accordingly.

Approximated time for remediation efforts: 3-5 Days for sanitation, dehumidification is to be determined upon hygrometer and moisture readings.

Work will commence upon inception of agreement.

We will require a non refundable deposit in the amount of 50% prior to initial start of remediation and 50% upon completion.

Total Fee: $ 19,202.00   $19,000.00  LS

Mold Master will not be responsible for any of the following:  Please initial:

1) Reconstruction i.e.: Drywall Replacement/ Baseboards/Paint/Wallpaper/ Cabinets/Counters/Tile Replacement/Tile Repair/ Wood Flooring, any plumbing, electrical replacement, commode replacement and/or reinstallation, Vanity replacement and/or reinstallation, breakage of mirrors and/or replacement, etc.

2

CLAIM 0106

11/26/2005  17:35   561637   4                    LARRY STRIPLIN                        @005  04
12/17/2006 07:56 FAX

"Our remedial services exclude us from any future water damage, any moisture from any and any and all additional sources that may occur after date of initial inspection. In the event that homeowner declines the hiring of an environmental consultant as stated under recommendations, Mold Master will be held harmless for any and all services rendered.

Limitations:

Reasonable efforts have been made by Mold Master to locate the affected areas for mold amplification. Mold growth may occur in various areas where water leaks may have occurred, but were not addressed. These areas include wall cavities, ceiling cavities, behind cabinets, under hard surface flooring, behind drywall, etc. This investigation does not include areas not known to have been affected by water or moisture or were inaccessible. This evaluation was not intended to locate or address any other environmental risks such as radon gas, VOC's, etc. that may be present in the dwelling.

Mold Master states that contracting and/or consulting services to remove mold, fungus and other allergens is only valid at the time services are performed as mold, fungus and other allergens are naturally occurring.

Mold Master is not responsible for injury, illness or death that may arise out of use or occupation of the subject dwelling. This report is not intended to be used for medical or health related purposes. The recommendations made in this report are the opinion of the investigator and are based on a limited survey.

Please sign below and fax back to us at the provided fax number and or contact our office to schedule.

X _____
Master Enterprises, Inc. / Susan DeLaus

Date: 12-16-05

X _____          Total Fee agreed upon: $19,202.00
Mr. Lawrence Stippling
Date  12-16-05

                                              19,000.00
                                                 LS

Mold & Health

The scientific community has identified mold and other fungi as a possible cause of human's adverse health effects. Today, certain fungi and mold are known to the scientific and medical world to be responsible for allergies, hypersensitivity pneumonities, humidifier fever, infections, mushroom poisoning, mycotoxicoses, mucous membrane irritation, and many other ailments. A few examples of fungi/mold species that can be hazardous to the health of humans include:

✓ Penicillium
✓ Aspergilus

3

CLAIM 0107

11/26/2005  17:35    5616372704                 LARRY STRIPLING                 PAGE  05
    12/17/2005 07:55 FAX                                                        @004/004

- ✓ Stachybotrys
- ✓ Paeciomyces
- ✓ Fusarium

Mycotoxins are poisonous substances that are produced by fungi. They are one reason for the adverse health effects that molds have on humans. They occur when humans inhale or ingest fungal spores. Toxigenic spores can have a significant effect on the function of the alveolar macrophage and be a health hazard to those exposed. Dangerous mold species include Stachybotrys atra, Aspergillus versicolor, and several toxigenic species of Penicillium.

*Health Effects of Toxic Molds:*

Although mold affects individuals differently and to different degrees, the following are some of the most common adverse health effects.

- ✓ Respiratory problems – wheezing, difficulty in breathing
- ✓ Nasal and sinus congestion
- ✓ Eyes-burning, watery, reddened, blurry vision, light sensitivity
- ✓ Dry, hacking cough
- ✓ Sore throat
- ✓ Nose and throat irritation
- ✓ Shortness of breath and lung disease
- ✓ Chronic fatigue
- ✓ Skin irritation
- ✓ Central nervous system problems (constant headaches, loss of memory, and mood changes)
- ✓ Aches and pains
- ✓ Fever

At one time it was thought that bacteria or viruses were responsible for many of the health problems within buildings. Today, many home and workplace related ailments are now being properly attributed wholly or, in part, to fungi and mold. As science and medicine continue to expand our knowledge of the effects of toxic mold, individuals are becoming much more aware of indoor air quality issues.

Note: anyone who has any symptoms that they believe is related to mold exposure should seek medical attention with a qualified allergist or immunologist familiar with the diagnosis and treatment of mold related illnesses.

Limitations:

Reasonable efforts have been made by Mold Master to locate the affected areas for mold amplification. Mold growth may occur in various areas where water leaks may have occurred, but were not addressed. These areas include wall cavities, ceiling cavities, behind cabinets, etc. This investigation does not include areas not known to have been affected by water or moisture or were inaccessible. This evaluation was not intended to locate or address any other environmental risks such as radon gas, VOC's, etc. that may be present in the dwelling.

Mold Master is not responsible for injury, illness or death that may arise out of use or occupation of the subject dwelling. This report is not intended to be used for medical or health related purposes. The recommendations made in this report are the opinion of the investigator and are based on a limited survey.

4

CLAIM 0108

12-16-05

To THERESA

NEED CHECK OVERNIGHTED

FOR MONDAY

To MOLD MASTER

Amount $9,500.00

CLAIM 0109

2005  11:52    5616372734
*-03-2006  68:49  From:COPART          LARRY STRIPLING                          PAGE  01
(970-423-8727)          7076395155          To:5516372734              P.1/1



# MARKS PAVING COMPANY
Post Office Box 15023
West Palm Beach, FL 33416-5023
(561) 793-1855
Fax (561) 793-1865

# INVOICE

INVOICE NO:

INVOICE DATE: 13848       Invoice
PAGE  02/28/06

1                 MAR 0 2 2006

**SOLD TO**
COPART AUTO AUCTIONS
4665 BUSINESS CENTER DR.

FAIRFIELD, CA  94534

**SHIP TO**
COPART AUTO AUCTIONS
7876 BELVEDERE ROAD

WEST PALM BEACH, FL  33411

| Description | Order Date | Cust PO # | Sales Ord | Shipping Instructions |
| --- | --- | --- | --- | --- |
| Invoice | | | | |

| ITEM | ORDER | SHIP | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| APAVE | 1.00 | | REGRADE EXISTING PARKING AREA AND ASPHALT PAVE AREA PER CONTRACT | $9,940.00 | $9,940.00 |

OK TO
PAY

*Larry Stripling*

70

**Terms:**
DUE UPON RECEIPT

| | | |
| --- | --- | --- |
| Discount ( 0.000) | : | $0.00 |
| Subtotal | : | $9,940.00 |
| Tax (    Exempt) | : | $0.00 |
| Freight | : | $0.00 |
| Less Deposit | : | $0.00 |
| Amount Due | : | $9,940.00 |

CLAIM 0110



**NETWORK TECHNOLOGIES**
3870 Rush Mendon Road
Mendon, NY 14506
Phone: 585-624-2150
Fax: 585-624-2155

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/13/2006 | 4262 |

**Bill To:**

Copart, Inc.
4665 Business Center Drive
Fairfield, CA 94534

**Project Site:**

Copart, Inc.
7876 West Belvedere
West Palm, Fl 33411
Gary Pollard
561-798-5158

| REQUESTED BY | P.O. No. | Terms | Project |
|--------------|----------|-------|---------|
| Kevin Scott | 476675 | Net 30 | Underground Cabling |

| Description | Amount |
|-------------|--------|
| Copart, Inc. Yard #70<br>7876 West Belvedere<br>West Palm, Fl 33411<br>Gary Pollard<br>561-798-5158     JAN 2 0 2006 | |
| Labor & Materials to install 3 underground cables. | 1,748.50 |
| Replaced 3 existing underground cables that have been dug out and damaged by others. | |
| These 3 cables run between the main building and Allstate bld. | |
| New cabling Installed consist of (1) 25 pair cable for voice and (2) cat-5e cables for data.<br>All cables are outdoor rated. | |



OK TO PAY
1-30-06
PU

70.5315

| | |
|---|---|
| **Subtotal** | $1,748.50 |
| **Sales Tax (0.0%)** | $0.00 |
| **Balance Due** | $1,748.50 |

**BICSI CORPORATE MEMBER**

Thank you for your business, if you have any questions regarding this invoice please call.

WE ACCEPT VISA / MASTERCARD

248982

**CLAIM 0111**

Taurus Electric Treasure Coast, Inc.
PO Box 295.
Jupiter, FL  33468-0295

# Invoice

**Invoice Number**
05-718

Voice:   561-744-9260
Fax:     (561) 744-9262

**Invoice Date:**
11/28/05

**Page:**
1

Sold To:
   Copart Inc.
   7876 Belvedere Rd.
   West Palm Beach, FL  33411

Customer ID: Copart

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 10 Days | | 12/8/05 |

| Description | Amount |
|---|---|
| Trailer Hook-up. | 1,827.30 |

VENDOR # *186445*

PO # *478438* 00

G/L CODE *70.5315*

BATCH # *249208*

|  |  |
|---|---|
| Subtotal | 1,827.30 |
| Sales Tax | |
| Total Invoice Amount | 1,827.30 |
| Payment Received | 0.00 |
| **TOTAL** | 1,827.30 |

Check No:

**CLAIM 0112**

LOWE'S

ROYAL PALM BEACH, FL
(561)795-3808
-SALE-
SALES #: S0654BH1 775000      10-27-05

12365 24X48 CEILING PAN      276.00
        100 @    2.76
46256 ZEPHYRHILLS .5L 2      19.92  N
          4 @    4.98

              SUBTOTAL:     295.92
         TAX  32299 :        17.94
INVOICE 52289  TOTAL:       313.86


         BALANCE DUE:       313.86

            CHECK :         313.86

0654 TERMINAL: 52  10/27/05 15:34:03

THANK YOU FOR SHOPPING LOWE'S
RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.
     STORE MGR: CHRIS STAPP

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL
BEAT IT BY 10%.  SEE STORE FOR DETAILS

**CLAIM 0113**

```
                    LOWE'S

             ROYAL PALM BEACH, FL
               (561)795-3808
                   -SALE-
SALES #: S0654HL2 802406    10-28-05

  72770 1"PVC CONDUIT        279.22
        46 @    6.07
  23777 CPVC CEMENT 8 OZ       4.49
  23781 8 OZ.NSF PRIMER P      3.49
  51076 1"PVC 90 BELLED E      3.15
        3 @    1.05
  46256 ZEPHYRHILLS .5L 2      4.98  H
  10030 NON-MET 6X6X4 J/B     10.54
  72532 COP WIRE 10 THHN     120.00
        1000 @   0.12
  72529 COP WIRE 10 THHN      60.00
        500 @    0.12
  72531 COP WIRE 10 THHN      60.00
        500 @    0.12

              SUBTOTAL:      545.87
          TAX  32299 :        35.16
   INVOICE 35580  TOTAL:     581.03


          BALANCE DUE:       581.03

             CHECK :         300.00
             CHECK :         281.03

  0654 TERMINAL: 35  10/28/05 14:00:48
```



```
      THANK YOU FOR SHOPPING LOWE'S
     RECEIPT REQUIRED FOR CASH REFUND.
      CHECK PURCHASE REFUNDS REQUIRE
      15 DAY WAIT PERIOD FOR CASH BACK.
         STORE MGR: CHRIS STAPP

   WE HAVE THE LOWEST PRICES, GUARANTEED!
   IF YOU FIND A LOWER PRICE, WE WILL
   BEAT IT BY 10%.  SEE STORE FOR DETAILS
```

**CLAIM 0114**

Yard 105
Hialeah, FL

CLAIM 0115

Hialeh

# Invoice

Central States Construction Co., Inc
907 W 8th Avenue
Alikan, IL 61264
office (309) 787-4108
fax (309) 787-4356

| Date | Invoice # |
|------|-----------|
| 11/9/2005 | 234 |

| Bill To |
|---------|
| Copart, Inc<br>Mike Carson<br>4665 Business Center Dr<br>Fairfield, CA 94534 |

| Job |
|-----|
| Hialeah 105 |

| Terms |
|-------|
| Due on receipt |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Remove and Reinstall 150' of C-Channel and Sheeting | 150 | 6.00 | 900.00 |
| Reweld and Rework 1- Existing Cant Gate Temporary | 1 | 400.00 | 400.00 |
| Rehang and Repair 16' Iron Gate | 1 | 250.00 | 250.00 |
| Furnish and Install 3- New Cant Gates Install C-Channel and Sheeting on Gates | 3 | 2,480.00 | 7,440.00 |
| Freight on Cant Gates Little Rock AR to Miami FL | | 1,636.40 | 1,636.40 |

| | Total | $10,626.40 |
|--|-------|------------|

CLAIM 0116

JAN-10-2002 01:03P FROM:                              TO:12259269694        P:2/4

# Moe's Electric Inc.

16526 Bridge End Rd
Miami Lakes, FL 33014
Office (305)231-5811
Fax (305)231-5688

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/3/2005 | 943 |

| Bill To | Job Address |
|---------|-------------|
| TBT Industries<br>444 Wooddale Blvd<br>Baton Rouge, LA 70806 | Copart<br>11858 NW 36th Ave<br>Miami, FL 33167 |

| | | Terms | Salesperson |
|---|---|-------|-------------|
| | | Due on receipt | MD |

| Item | Description | Qty | Amount |
|------|-------------|-----|--------|
| 1 | Install generator for two trailers.<br>Material include 200amp main panel for protection for both trailers. 150' of 1 1/4" conduit, 526' of #4 THHN, 158' of #6 THHN, 30' of 1/0, 60' of 2/0, and 30' of #4 THHN plus fittings. | | 1,923.00 |
| 2 | Labor | | 1,980.00 |

|  | Total | $3,903.00 |
|---|-------|-----------|

| Comments | | Balance Due | $3,903.00 |
|----------|---|-------------|-----------|

CLAIM 0117



**NETWORK TECHNOLOGIES**
3870 Rush Mendon Road
Mendon, NY 14506
Phone: 585-624-2150
Fax: 585-624-2155

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/13/2006 | 4261 |

**Bill To:**

Copart, Inc.
Attn: Accounts Payable
4665 Business Center Drive
Fairfield, CA 94534

**Project Site:**

Hialeah – Yard #.105
11858 NW 36th Ave
Miami, FL 33167
(305)685-6608 Mike Fadhel

| REQUESTED BY | Eli Caganap | P.O. No. 479250 | Terms Net 30 | Project Temporary Trailer Move |
|---|---|---|---|---|

| Description | Amount |
|---|---|
| THIS QUOTE IS BASED ON LOCAL FLORIDA TECHNICIANS TO PERFORM WORK. | |
| | 1,800.00 |
| Technician Performed the following work. | |
| Move PBX from existing facility to the temporary trailer and install on the backboard. | |
| Unmount existing network rack from existing facility and mount to the temporary trailer. | |
| Extend the DEMARC from the outside of the trailer to the inside of the trailer. | |
| Move the MOH (Music on Hold) from existing facility to the temporary trailer. | |
| Terminate switch tails to 66-blocks | |
| Cross connect to station 66-blocks. | |
| Provide onsite support on opening day for any troubleshooting. | |
| Dmarc extension cable | 30.00 |

*OK TO PAY 1-30-06 RV*

*JAN 2 0 2006*

*105.5315*

| | |
|---|---|
| **Subtotal** | $1,830.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Balance Due** | $1,830.00 |

**BICSI CORPORATE MEMBER**

Thank you for your business, if you have any questions regarding this invoice please call.

WE ACCEPT VISA / MASTERCARD

248877

**CLAIM 0118**

P.C

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/15/2006 | 3050 |



**Bill To**

Copart Salvage Auto Auctions
4665 Business Center
Fairfield, CA
94534

| P.O. No. | Terms | Due Date | Project |
|----------|-------|----------|---------|
| 3050 | 10 Days | 3/25/2006 | Miami Demo 3050 |

105

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Miami, FL: Demolition of the existing structure, footings, removal and disposal of debris and materials. Leave the building area level with the existing asphalt. | 72,420.00 | 72,420.00 |

This invoice contains charges for agency fees, taxes, expenses and materials listed.

**Total**     $72,420.00

| Fax # |
|-------|
| 225-926-9694 |

**CLAIM 0119**

# Noe's Electric Inc.

16526 Bridge End Rd
Miami Lakes, FL 33014
Office (305)231-5811
Fax   (305)231-5688



# Invoice

| Date | Invoice # |
|---|---|
| 12/12/2005 | 975 |

| Bill To | Job Address |
|---|---|
| Copart<br>11858 N.W. 36th Avenue<br>Miami, FL 33167 | Copart<br>11858 N.W. 36th Avenue<br>Miami, FL 33167 |

| Terms | Salesperson |
|---|---|
| Due on receipt | MD |

| Item | Description | Qty | Amount |
|---|---|---|---|
| | Running 2" conduit for telephones from existing J/B to trailers 350' of distance, also running 2" PVC across asphalt for future electrical power to trailers. Also install 2 J/B to each trailer. | | |
| 1 | Equipment Rental | | 680.00 |
| 2 | Electrical Materials | | 1,100.34 |
| 3 | Labor | | 2,300.00 |

**Comments**

| Total | $4,080.34 |
|---|---|

| Balance Due | $4,080.34 |
|---|---|

CLAIM 0120



's Electric Inc.

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2006 | 1006 |

W 82nd Ave
17
Lakes, FL 33016
e (305)231-5811
(305)231-5688

30
105

| Bill To | Job Address |
|---------|-------------|
| Copart<br>11858 N.W. 36th Avenue<br>Miami, FL 33167 | Copart<br>11858 N.W. 36th Avenue<br>Miami, FL 33167 |

| P.O. No. | Terms | Salesperson |
|----------|-------|-------------|
|          |       |             |

| Item | Description | Qty | Amount |
|------|-------------|-----|--------|
| 1 | Run 2" conduit for telephone company from entrance line to the trailers, so they can disconnect the lines without affecting the phones in trailers Materials: 240' of 2" pvc conduits, 2- el 90, 2-45, 10 couplings 2", 10-cp 20, 2-ta 20, 2- 2" locknut, 1-12x12x4 J/box, 2-6x6x4 J/box. | | 603.81 |
| 2 | Labor 3 man | | 1,368.00 |

**Total** $1,971.81

**Comments**

**Balance Due** $1,971.81

**CLAIM 0121**



# Moe's Electric Inc.

14014 NW 82nd Ave
Suite #17
Miami Lakes. FL 33016
Office (305)231-5811
Fax    (305)231-5688



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2006 | 1038 |

| Bill To | Job Address |
|---------|-------------|
| Copart<br>11858 N.W. 36th Avenue<br>Miami, FL 33167 | Copart<br>11858 N.W. 36th Avenue<br>Miami, FL 33167 |

| P.O. No. | Terms | Salesperson |
|----------|-------|-------------|
|  | Due on receipt | MD |

| Item | Description | Qty | Amount |
|------|-------------|-----|--------|
| 1 | Furnish and Install Temporary Power Pole for trailers.<br>Run 2" conduit up to trailer.<br>Materials:80'- 2" Pvc  conduit,2-2" 90 Deg Elbow, 4 -45 Deg Elbow, 8- 2" couplings, 1-can of glue,1- Siemens 200 amp meter main combo,1- 2" hub, 1- 2" clamp, 3- 2" Cond HGR w/bolt, 20' power strut, 2- ground rod 10' cooper,2- ground rod clamp,1- 12 x 12x 6 junction boxes , 40' of # 3/0 THHN wires,1- 12x4x4 wood,1-3'x1/4" plywood and 3- 2x4 wood |  | 647.28 |
| 2 | Permit |  | 138.00 |
| 3 | 24" Walk Behind Trencher |  | 360.00 |
| 4 | Labor 2 days 2 man |  | 1,488.00 |

**Comments**

| Total | $2,633.28 |
|-------|-----------|

| Balance Due | $2,633.28 |
|-------------|-----------|

CLAIM 0122

  

**TBT**
INDUSTRIES, INC.
GENERAL CONTRACTOR
(225) 926-7847

Hialeah

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2006 | 3044 |

**Bill To**

Copart Salvage Auto Auctions
4665 Business Center
Fairfield, CA
94534

| P.O. No. | Terms | Due Date | Project |
|----------|-------|----------|---------|
| 3044 | 10 Days | 2/19/2006 | Hialeah New Job 3044 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Hialeah, FL: Material, equipment and labor expenses incurred to salvage reusable mechanical equipment, electrical equipment and fixtures doors and hardware, etc. | 6,276.00 | 6,276.00 |

This invoice contains charges for agency fees, taxes, expenses and materials listed.

| **Total** | $6,276.00 |
|-----------|-----------|

| Fax # |
|-------|
| 225-926-9694 |

CLAIM 0123

YARD 33
MIAMI

CLAIM 0124

KUM : BAY AREA EXCAVATING, INC.        FAX NO. : 631 286 7182        Dec. 02 2005 12:19PM  P2

**BAY AREA EXCAVATING, INC.**
**P.O. BOX 159**
**BROOKHAVEN, NY 11719**
**631-286-7182**

NOV 30, 2005

COPART, INC.
4665 BUSINESS CENTER DRIVE
FAIRFIELD, CA 94534

ATT: MIKE CARSON
RE: MIAMI, FL

EMERGENCY MAINTAIN

| | |
|---|---|
| ATLAS TOWING SERVICE | $1200.00 |
| CAT D6 | |
| CAT ROLLER | |
| | |
| BAY AREA EXCAVATING | |
| TRANSPORT CAT 966 PAY LOADER | $600.00 |
| TRANSPORT CAT 325 EXCAVATOR | $600.00 |
| | |
| HOTEL HOLIDAY INN 1 ROOMS 10 DAYS @ $89.99 | $900.00 |
| HOTEL HOLIDAY INN 1 ROOMS 10 DAYS @ $109.00 | $1090.00 |
| HOTEL DOUBLE TREE | $542.75 |
| (NO OTHER ROOM AVAILABLE DO TO POWER OUTAGE) | |
| | |
| NOV 4 THUR NOV 13 | |
| 10 DAYS | |
| CAT D6 DOZER @ $131.25 PER HR 10 HRS DAY | $13125.00 |
| | |
| CAT ROLLER @ $81.25 PER HRS 10 HRS  DAY | $8125.00 |
| | |
| CAT 966 PAY LOADER @ $131.25 10 HRS PER DAY | $13125.00 |
| | |
| CAT 325 EXCAVATOR @ $150.00 10 HRS PER DAY (5 DAYS) | $7500.00 |

TOTAL DUE    $46807.75

CLAIM 0125



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/12/05 | 97140 |

FROM:
AUSTIN TUPLER TRUCKING INC.
6570 S.W. 47TH COURT
DAVIE, FL 33314

| | |
|---|---|
| DADE | (305) 949-4148 |
| BROWARD | (954) 583-0801 |
| WPB | (561) 732-3402 |
| FAX | (954) 583-0844 |

TO:
COPART, INC
ATTN: ACCOUNTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD, CA 94534

INVOICES PRIOR TO THE END OF MONTH, DUE & PAYABLE 10TH OF NEXT MONTH. INTEREST OF
1 1/2% MO WILL BE CHARGED ON UNPAID BALANCE & REASONABLE ATTORNEY FEES.

FROM: FL, ROCK IND @ 25ST          JOB NAME: COPART'S YARD

TO: 12850 NW 27 AVE                JOB NUMBER: 102670/ 110569-001

CUSTOMER P.O. NO.                  TAX EXEMPT NO.

CUSTOMER JOB NO.: OPA LOCKA        MATERIAL TYPE: #4 BALLAST 1 1/2"   NTO : N

HAUL TYPE: TONS

**THIS INVOICE IS FOR HAULING ONLY**

| DELIVERY DATE | QUANTITY | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 11/07/05 | 1,019.38 | 7.00 | 7,135.66 |
| 11/08/05 | 936.73 | 7.00 | 6,557.11 |
| | 1,956.11 | | |
| | | *SUBTOTAL | 13,692.77 |
| | | *TOTAL AMOUNT DUE | 13,692.77 |

NOV 28 2005

547

3

CLAIM 0126



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/05/05 | 84938 |

...guaranteed
...bargaining
...of

Prices & deliver...
on jobs covered b...
or project agree...
work stoppages...
labor organi...
adjusted...
"THIS I...
FINAL I...

547

**FROM:**
AUSTIN TUPLER TRUCKING INC.
6570 S.W. 47TH COURT
DAVIE, FL 33314

DADE      (305) 949-4745
BROWARD   (954) 583-0801
WPB       (561) 732-3602
FAX       (954) 583-0844

NOV 21 2005

**TO:**
COPART, INC
ATTN: ACCOUNTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD, CA 94534

INVOICES PRIOR TO THE END OF MONTH, DUE & PAYABLE 10TH OF NEXT MONTH. INTEREST OF
1 1/2% MO WILL BE CHARGED ON UNPAID BALANCE & REASONABLE ATTORNEY FEES.

| FROM: FL ROCK IND @ 23ST | JOB NAME: COPART'S YARD | | |
|---|---|---|---|
| TO: 12850 NW 27 AVE | OPA LOCKA | JOB NUMBER: 1028707 /110969-00 | |
| CUSTOMER P.O. NO. | CUSTOMER JOB NO. | TAX EXEMPT NO: 172 | TAX EXEMPT NO. |
| HAUL TYPE  TONS | MATERIAL TYPE  #4 BALLAST, 1 172" | NTO : N | |

**\*\*THIS INVOICE IS FOR HAULING ONLY\*\***

| DELIVERY DATE | QUANTITY | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 11/03/05 | 7.00 | 41.50 | 290.50 |
| 11/04/05 | 7.00 | 425.54 | 2,979.78 |
| | | 467.04 | |

RECEIVED
NOV 16 2005
By_____

\# TOTAL AMOUNT DUE    3,269.28
                       3,269.28

1 of 8

**CLAIM 0127**



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/12/05 | 67141 |

**AUSTIN TUPLER TRUCKING INC.**
6570 S.W. 47TH COURT
DAVIE, FL 33314

| | | |
|---|---|---|
| DADE | (305) | 949-4148 |
| BROWARD | (954) | 583-0801 |
| WPB | (561) | 732-3602 |
| FAX | (954) | 583-0844 |

**T O:** COPART, INC
ATTN: ACCOUNTS PAYABLE DEPT 578
4665 BUSINESS CENTER DR
FAIRFIELD, CA 94534

INVOICES PRIOR TO THE END OF MONTH, DUE & PAYABLE 10TH OF NEXT MONTH. INTEREST OF
1 1/2% MO WILL BE CHARGED ON UNPAID BALANCE & REASONABLE ATTORNEY FEES.

FROM: 12850 NW 27 AVE    JOB NAME: COPART'S YARD
TO: ON SITE DUMP TRUCK RENTAL    JOB NUMBER: 102670 / 111034-001
CUSTOMER P.O.NO.    CUSTOMER JOB NO.    TAX EXEMPT NO.
HAUL TYPE HOURLY    MATERIAL TYPE    CR LIME ROCK NTO    N

**\*\*THIS INVOICE IS FOR HAULING ONLY\*\***

| DELIVERY DATE | QUANTITY | UNIT PRICE | | EXTENDED PRICE |
|---|---|---|---|---|
| 11/08/05 | 4.00 | 65.00 | | 260.00 |
| 11/09/05 | 8.00 | 65.00 | | 520.00 |
| | 12.00 | | | |
| | | | \*SUBTOTAL | 780.00 |
| | | \* TOTAL AMOUNT DUE | | 780.00 |

547

NOV 2 8 2005

CLAIM 0128

# FLORIDA ROCK INDUSTRIES, INC.

AGGREGATES GROUP
P.O. BOX 4667
JACKSONVILLE, FL 32201-4667

INVOICE

**IMPORTANT**
TO INSURE PROPER CREDIT, RETURN
REMITTANCE COPY WITH PAYMENT.
REMIT TO:

FLORIDA ROCK INDUSTRIES, INC.
PO BOX 620000 STOP 9927
ORLANDO, FL 32891-9927

FED ID #    590573002

FOR INQUIRIES PLEASE CALL:
904-355-1781

INVOICE NUMBER: 1150082734
INVOICE DATE: 11-09-2005
PAST DUE AFTER: 12-25-2005

FOB: ORIGIN
PROJECT CODE: 121112
CUSTOMER CODE: 1121209
PLANT: MIAMI QUARRY
P.O. NUMBER: 110969-001
CONTRACT NO.:
PROJECT: COPART INC
SHIP TO:
ORIG INV NO:

CUSTOMER
COPART INC
ACCTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD CA 94534

Page 2

| SHIP DATE | TICKET | HAULER | TRUCK | DESCRIPTION | PURCHASE ORDER | QTY | UM | UNIT PRICE | EXT. PRICE |
|-----------|--------|--------|-------|-------------|----------------|-----|----|-----------|-----------|
| 11-04 | 84825800 | AUSTIN TUP | TT495 | MITIGATION FEE | | 1.00 | ea | 1.47 | 1.47 |
| | | | | SUBTOTAL:# 4 STONE | | 425.54 | tn | | |

NET 25 PROX

| | | |
|--|--|--|
| Pre-Tax Subtotal | | 5,349.07 |
| Sales Tax Total at 7.00% | $ | 370.94 |

Your business is greatly appreciated

INVOICE TOTAL:    $    5,720.01

CLAIM 0129



# FLORIDA ROCK INDUSTRIES, INC.

AGGREGATES GROUP
P.O. BOX 4667
JACKSONVILLE, FL 32201-4667

**I N V O I C E**

IMPORTANT
TO INSURE PROPER CREDIT, RETURN
REMITTANCE COPY WITH PAYMENT.
REMIT TO:

FLORIDA ROCK INDUSTRIES, INC.
PO BOX 620000 STOP 9927
ORLANDO, FL 32891-9927

FED ID # 590573002

FOR INQUIRIES PLEASE CALL:
904-355-1781

| | |
|---|---|
| INVOICE NUMBER: | 1150062734 |
| INVOICE DATE: | 11-09-2005 |
| PAST DUE AFTER: | 12-25-2005 |

| | |
|---|---|
| FOB: | ORIGIN |
| PROJECT CODE: | 121112 |
| CUSTOMER CODE: | 1121209 |
| PLANT: | MIAMI QUARRY. |
| P.O. NUMBER: | 110969-001 |
| CONTRACT NO.: | |
| PROJECT: | COPART INC |
| SHIP TO: | |
| ORIG INV NO: | |

**CUSTOMER**

COPART INC
ACCTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD CA 94534

Page 1

| SHIP DATE | TICKET | HAULER | TRUCK | DESCRIPTION | PURCHASE ORDER | QTY | UM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 11-04 | 64802400 | AUSTIN TUP | TT337 | # 4 STONE | | 22.17 | tn | 12.50 | 277.13 |
| 11-04 | 64802400 | AUSTIN TUP | TT337 | MITIGATION FEE | | 1.00 | ea | 1.55 | 1.55 |
| 11-04 | 64803500 | AUSTIN TUP | TT1043 | # 4 STONE | | 21.97 | tn | 12.50 | 274.63 |
| 11-04 | 64803500 | AUSTIN TUP | TT1043 | MITIGATION FEE | | 1.00 | ea | 1.54 | 1.54 |
| 11-04 | 64804300 | AUSTIN TUP | TT20 | # 4 STONE | | 21.34 | tn | 12.50 | 266.75 |
| 11-04 | 64804300 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | ea | 1.49 | 1.49 |
| 11-04 | 64806900 | AUSTIN TUP | TT420 | # 4 STONE | | 20.70 | tn | 12.50 | 258.75 |
| 11-04 | 64806900 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | ea | 1.45 | 1.45 |
| 11-04 | 64808600 | AUSTIN TUP | TT1043 | # 4 STONE | | 21.69 | tn | 12.50 | 271.13 |
| 11-04 | 64808600 | AUSTIN TUP | TT1043 | MITIGATION FEE | | 1.00 | ea | 1.52 | 1.52 |
| 11-04 | 64809500 | AUSTIN TUP | TT20 | # 4 STONE | | 20.36 | tn | 12.50 | 254.50 |
| 11-04 | 64809500 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | ea | 1.43 | 1.43 |
| 11-04 | 64811000 | AUSTIN TUP | TT337 | # 4 STONE | | 22.17 | tn | 12.50 | 277.13 |
| 11-04 | 64811000 | AUSTIN TUP | TT337 | MITIGATION FEE | | 1.00 | ea | 1.55 | 1.55 |
| 11-04 | 64813000 | AUSTIN TUP | TT420 | # 4 STONE | | 20.89 | tn | 12.50 | 261.13 |
| 11-04 | 64813000 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | ea | 1.46 | 1.46 |
| 11-04 | 64813500 | AUSTIN TUP | TT1043 | # 4 STONE | | 22.00 | tn | 12.50 | 275.00 |
| 11-04 | 64813500 | AUSTIN TUP | TT1043 | MITIGATION FEE | | 1.00 | ea | 1.54 | 1.54 |
| 11-04 | 64815500 | AUSTIN TUP | TT20 | # 4 STONE | | 19.78 | tn | 12.50 | 247.25 |
| 11-04 | 64815500 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | ea | 1.38 | 1.38 |
| 11-04 | 64817000 | AUSTIN TUP | TT337 | # 4 STONE | | 21.82 | tn | 12.50 | 272.75 |
| 11-04 | 64817000 | AUSTIN TUP | TT337 | MITIGATION FEE | | 1.00 | ea | 1.53 | 1.53 |
| 11-04 | 64817600 | AUSTIN TUP | TT420 | # 4 STONE | | 20.62 | tn | 12.50 | 257.75 |
| 11-04 | 64817600 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | ea | 1.44 | 1.44 |
| 11-04 | 64818000 | AUSTIN TUP | TT1043 | # 4 STONE | | 22.05 | tn | 12.50 | 275.63 |
| 11-04 | 64818000 | AUSTIN TUP | TT1043 | MITIGATION FEE | | 1.00 | ea | 1.54 | 1.54 |
| 11-04 | 64820400 | AUSTIN TUP | TT20 | # 4 STONE | | 20.43 | tn | 12.50 | 255.38 |
| 11-04 | 64820400 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | ea | 1.43 | 1.43 |
| 11-04 | 64821000 | AUSTIN TUP | TT337 | # 4 STONE | | 21.60 | tn | 12.50 | 270.00 |
| 11-04 | 64821100 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | ea | 1.51 | 1.51 |
| 11-04 | 64821100 | AUSTIN TUP | TT420 | # 4 STONE | | 20.83 | tn | 12.50 | 260.38 |
| 11-04 | 64822900 | AUSTIN TUP | TT586 | MITIGATION FEE | | 1.00 | ea | 1.46 | 1.46 |
| 11-04 | 64822900 | AUSTIN TUP | TT586 | # 4 STONE | | 21.58 | tn | 12.50 | 269.75 |
| 11-04 | 64823000 | AUSTIN TUP | TT495 | MITIGATION FEE | | 1.00 | ea | 1.51 | 1.51 |
| 11-04 | 64823000 | AUSTIN TUP | TT495 | # 4 STONE | | 21.49 | tn | 12.50 | 268.63 |
| 11-04 | 64824800 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | ea | 1.50 | 1.50 |
| 11-04 | 64824800 | AUSTIN TUP | TT420 | # 4 STONE | | 20.99 | tn | 12.50 | 262.38 |
| 11-04 | 64825800 | AUSTIN TUP | TT495 | MITIGATION FEE | | 1.00 | ea | 1.47 | 1.47 |
| | | | | | | 21.06 | tn | 12.50 | 263.25 |

Pre-Tax Subtotal

Sales Tax Total at %

INVOICE TOTAL:

RECEIVED NOV 1 4 2005 By

Your business is greatly appreciated



CLAIM 0130



# FLORIDA ROCK INDUSTRIES, INC.

AGGREGATES GROUP
P.O. BOX 4667
JACKSONVILLE, FL  32201-4667

## INVOICE

**IMPORTANT**
TO INSURE PROPER CREDIT, RETURN
REMITTANCE COPY WITH PAYMENT.
REMIT TO:

FLORIDA ROCK INDUSTRIES, INC.
PO BOX 620000 STOP 9927
ORLANDO, FL 32891-9927

FED ID #    590573002

*FOR INQUIRIES PLEASE CALL:*
904-355-1781

| | |
|---|---|
| INVOICE NUMBER: | 1150062735 |
| INVOICE DATE: | 11-09-2005 |
| PAST DUE AFTER: | 12-25-2005 |
| FOB: | ORIGIN |
| PROJECT CODE: | 121112 |
| CUSTOMER CODE: | 1121209 |
| PLANT: | MIAMI QUARRY |
| P.O. NUMBER: | 110969-001 |
| CONTRACT NO.: | |
| PROJECT: | COPART INC |
| SHIP TO: | COPART INC |
| ORIG INV NO: | |

**C
U
S
T
O
M
E
R**

COPART INC
ACCTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD CA 94534

Page
3

| SHIP DATE | TICKET | HAULER | TRUCK | DESCRIPTION | PURCHASE ORDER | QTY | UM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 11-07 | 64859900 | AUSTIN TUP | TT20 | # 4 STONE | | 20.28 | tn | 12.50 | 253.60 |
| 11-07 | 64859900 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | ea | 1.42 | 1.42 |
| 11-07 | 64860000 | AUSTIN TUP | TT420 | # 4 STONE | | 21.23 | tn | 12.50 | 265.38 |
| 11-07 | 64860000 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | ea | 1.49 | 1.49 |
| 11-07 | 64860400 | AUSTIN TUP | TT136 | # 4 STONE | | 21.94 | tn | 12.50 | 274.25 |
| 11-07 | 64860400 | AUSTIN TUP | TT136 | MITIGATION FEE | | 1.00 | ea | 1.54 | 1.54 |
| 11-07 | 64861000 | AUSTIN TUP | TT338 | # 4 STONE | | 20.59 | tn | 12.50 | 267.38 |
| 11-07 | 64861000 | AUSTIN TUP | TT338 | MITIGATION FEE | | 1.00 | ea | 1.44 | 1.44 |
| 11-07 | 64861100 | AUSTIN TUP | TT378 | # 4 STONE | | 20.86 | tn | 12.50 | 260.75 |
| 11-07 | 64861100 | AUSTIN TUP | TT379 | MITIGATION FEE | | 1.00 | ea | 1.46 | 1.46 |
| 11-07 | 64861500 | AUSTIN TUP | TT466 | # 4 STONE | | 22.06 | tn | 12.50 | 275.75 |
| 11-07 | 64861500 | AUSTIN TUP | TT466 | MITIGATION FEE | | 1.00 | ea | 1.54 | 1.54 |
| 11-07 | 64863800 | AUSTIN TUP | TT298 | # 4 STONE | | 22.56 | tn | 12.50 | 282.00 |
| 11-07 | 64863800 | AUSTIN TUP | TT298 | MITIGATION FEE | | 1.00 | ea | 1.58 | 1.58 |
| 11-07 | 64863900 | AUSTIN TUP | TT423 | # 4 STONE | | 21.76 | tn | 12.50 | 271.88 |
| 11-07 | 64863900 | AUSTIN TUP | TT423 | MITIGATION FEE | | 1.00 | ea | 1.52 | 1.52 |
| | | | | SUBTOTAL:# 4 STONE | | 1,019.38 | tn | | |

NET 25 PROX

| | |
|---|---|
| Pre-Tax Subtotal | 12,813.74 |
| Sales Tax Total at 7.00% | $   818.82 |

Your business is greatly appreciated

INVOICE TOTAL:    $  13,632.56

**CLAIM 0131**



# FLORIDA ROCK INDUSTRIES, INC.

**AGGREGATES GROUP**
P.O. BOX 4667
JACKSONVILLE, FL 32201-4667

**IMPORTANT**
TO INSURE PROPER CREDIT, RETURN
REMITTANCE COPY WITH PAYMENT.
REMIT TO:

FLORIDA ROCK INDUSTRIES, INC.
PO BOX 620000 STOP 9927
ORLANDO, FL 32891-9927

FED ID #    590573002

FOR INQUIRIES PLEASE CALL:
904-355-1781

INVOICE NUMBER: 1150064926
INVOICE DATE:   01-23-2006
PAST DUE AFTER: 02-25-2006

FOB:            ORIGIN
PROJECT CODE:   121112
CUSTOMER CODE:  1121209
PLANT:          MIAMI QUARRY
P.O. NUMBER:    110969-001
CONTRACT NO.:
PROJECT:        COPART INC
SHIP TO:        COPART INC
ORIG INV NO:

**CUSTOMER**

COPART INC
ACCTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD CA 94534

Page
1

| SHIP DATE | TICKET | HAULER | TRUCK | DESCRIPTION | PURCHASE ORDER | QTY | UM | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 11-03 | 64789500 | AUSTIN TUP | TT20 | # 4 STONE | | 19.96 | tn | 12.50 | 249.50 |
| 11-03 | 64789500 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | ea | 1.40 | 1.40 |
| 11-03 | 64796700 | AUSTIN TUP | TT20 | # 4 STONE | | 21.54 | tn | 12.50 | 269.25 |
| 11-03 | 64796700 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | ea | 1.51 | 1.51 |
| | | | | SUBTOTAL:# 4 STONE | | 41.50 | tn | | |

**CLAIM 0132**

NET 25 PROX

Pre-Tax Subtotal    521.66

Sales Tax Total at 7.00%    $    36.52

INVOICE TOTAL:    $    558.18

Your business is greatly appreciated

# PURCHASE ORDER

No. 464810 *

*This number must appear on all Invoices & Packing Slips*

Facility # _33_

DATE: 12, 1, 05

PAGE 1 of 1

Miami

Hurricane

Please Bill : Facility [ ]    Corporate Office [ ]

Regular PO [X]    Subhaul PO [ ]

Recurring PO [ ]    Exp DT: _____

Contact _____    Phone _____

Recurring Frequency _____

To Vendor: Bay Contracting Firm
1685 Westwood Drive
Miami Springs, FL
(786) 277-6415    33166

Ship to: *Overnight*
to yard 33
Attn. General Manager

| Vendor's Order/ Invoice # | Expected Delivery Date | Terms | Ship Via |
|---|---|---|---|
| | | | |

| Line | Description (Lot # , Item # , Etc) | Qty | Price | Total | GL # |
|---|---|---|---|---|---|
| | Re-roof | | | 5,000.- | 33.208 |
| | | | | | |
| | Pay deposit before | | | | |
| | start project | | | | |

TOTALS FORWARD

| G.M. | | Emp # | Date | Approv'd | Subtotal: _____ |
|---|---|---|---|---|---|
| Reg Mngr | | Emp # | Date | Approv'd | Tax : _____ |
| V.P. | Canopy | Emp # | Date | Appr'd M Cao | Shipping: _____ |
| COO/ E.V.P. | | Emp # | Date | Appr'v | TOTALS: 5,000.00 |

*Corporate Office:* Copart, Inc.    4665 Business Center Drive    Fairfield. CA 94534    707-639-5000

White (Vendor/Facility)    Yellow (Accounting)

CLAIM 0133

# FLORIDA ROCK INDUSTRIES, INC.

**AGGREGATES GROUP**
P.O. BOX 4667
JACKSONVILLE, FL 32201-4667

## INVOICE

**IMPORTANT**
TO INSURE PROPER CREDIT, RETURN
REMITTANCE COPY WITH PAYMENT.
REMIT TO:

FLORIDA ROCK INDUSTRIES, INC.
PO BOX 620000 STOP 9927
ORLANDO, FL 32891-9927

**FED ID #** 590573002

**FOR INQUIRIES PLEASE CALL:**
904-355-1781

| | |
|---|---|
| INVOICE NUMBER: | 1150062768 |
| INVOICE DATE: | 11-10-2005 |
| PAST DUE AFTER: | 12-25-2005 |
| FOB: | ORIGIN |
| PROJECT CODE: | 121112 |
| CUSTOMER CODE: | 1121209 |
| PLANT: | MIAMI QUARRY |
| P.O. NUMBER: | 110969-001 |
| CONTRACT NO.: | |
| PROJECT: | COPART INC |
| SHIP TO: | COPART INC |
| ORIG INV NO: | |

**CUSTOMER**
COPART INC
ACCTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD CA 94534

Page 3

| SHIP DATE | TICKET | HAULER | TRUCK | DESCRIPTION | PURCHASE ORDER | QTY | UM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 22.24 | tn | 12.50 | 278.00 |
| 11-08 | 64888600 | AUSTIN TUP | TT295 | # 4 STONE | | 1.00 | ea | 1.56 | 1.56 |
| 11-08 | 64888600 | AUSTIN TUP | TT295 | MITIGATION FEE | | 22.26 | tn | 12.50 | 278.25 |
| 11-08 | 64888700 | AUSTIN TUP | TT423 | # 4 STONE | | 1.00 | ea | 1.56 | 1.56 |
| 11-08 | 64888700 | AUSTIN TUP | TT423 | MITIGATION FEE | | 22.11 | tn | 12.50 | 276.38 |
| 11-08 | 64891600 | AUSTIN TUP | TT601 | # 4 STONE | | 1.00 | ea | 1.55 | 1.56 |
| 11-08 | 64891600 | AUSTIN TUP | TT601 | MITIGATION FEE | | 21.43 | tn | 12.50 | 267.88 |
| 11-08 | 64892100 | AUSTIN TUP | TT20 | # 4 STONE | | 1.00 | ea | 1.50 | 1.50 |
| 11-08 | 64892100 | AUSTIN TUP | TT20 | MITIGATION FEE | | 936.73 | tn | | |
| | | | | SUBTOTAL # 4 STONE | | | | | |

NET 25 PROX

| | |
|---|---|
| Pre-Tax Subtotal | 11,774.84 |
| Sales Tax Total at 7.00% | $ 756.49 |
| INVOICE TOTAL: |  |

Your business is greatly appreciated

CLAIM 0134

# INVOICE

**FLORIDA ROCK INDUSTRIES, INC.**
AGGREGATES GROUP
P.O. BOX 4667
JACKSONVILLE, FL 32201-4667

**IMPORTANT**
TO INSURE PROPER CREDIT, RETURN
REMITTANCE COPY WITH PAYMENT.
REMIT TO:

FLORIDA ROCK INDUSTRIES, INC.
PO BOX 620000 STOP 9927
ORLANDO, FL 32891-9927

FED ID # 590573002

FOR INQUIRIES PLEASE CALL:
904-355-1781

INVOICE NUMBER: 1150062758
INVOICE DATE: 11-10-2005
PAST DUE AFTER: 12-25-2005

FOB: ORIGIN
PROJECT CODE: 121112
CUSTOMER CODE: 1121209
PLANT: MIAMI QUARRY
P.O. NUMBER: 110969-001
CONTRACT NO.:
PROJECT: COPART INC
SHIP TO: COPART INC
ORIG INV NO:

**CUSTOMER**
COPART INC
ACCTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD CA 94534

Page 1

| SHIP DATE | TICKET | HAULER | TRUCK | DESCRIPTION | PURCHASE ORDER# | QTY | UM | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 11-08 | 64865300 | AUSTIN TUP | TT423 | # 4 STONE | | 22.43 | tn | 12.50 | 280.38 |
| 11-08 | 64865300 | AUSTIN TUP | TT423 | MITIGATION FEE | | 1.00 | es | 1.57 | 1.57 |
| 11-08 | 64865400 | AUSTIN TUP | TT159 | # 4 STONE | | 22.55 | tn | 12.60 | 281.88 |
| 11-08 | 64865400 | AUSTIN TUP | TT159 | MITIGATION FEE | | 1.00 | es | 1.58 | 1.58 |
| 11-08 | 64865500 | AUSTIN TUP | TT295 | # 4 STONE | | 22.65 | tn | 12.50 | 283.13 |
| 11-08 | 64865500 | AUSTIN TUP | TT295 | MITIGATION FEE | | 1.00 | ea | 1.59 | 1.59 |
| 11-08 | 64865600 | AUSTIN TUP | TT1043 | # 4 STONE | | 22.24 | tn | 12.50 | 278.00 |
| 11-08 | 64865600 | AUSTIN TUP | TT1043 | MITIGATION FEE | | 1.00 | es | 1.56 | 1.56 |
| 11-08 | 64865900 | AUSTIN TUP | TT379 | # 4 STONE | | 21.81 | tn | 12.50 | 270.13 |
| 11-08 | 64865900 | AUSTIN TUP | TT379 | MITIGATION FEE | | 1.00 | es | 1.51 | 1.51 |
| 11-08 | 64866200 | AUSTIN TUP | TT338 | # 4 STONE | | 21.06 | tn | 12.60 | 263.25 |
| 11-08 | 64866200 | AUSTIN TUP | TT338 | MITIGATION FEE | | 1.00 | es | 1.47 | 1.47 |
| 11-08 | 64867000 | AUSTIN TUP | TT337 | # 4 STONE | | 22.23 | tn | 12.50 | 277.88 |
| 11-08 | 64867000 | AUSTIN TUP | TT337 | MITIGATION FEE | | 1.00 | es | 1.56 | 1.56 |
| 11-08 | 64867200 | AUSTIN TUP | TT468 | # 4 STONE | | 21.62 | tn | 12.50 | 270.25 |
| 11-08 | 64867200 | AUSTIN TUP | TT468 | MITIGATION FEE | | 1.00 | ea | 1.51 | 1.51 |
| 11-08 | 64867400 | AUSTIN TUP | TT601 | # 4 STONE | | 22.39 | tn | 12.50 | 279.88 |
| 11-08 | 64867400 | AUSTIN TUP | TT601 | MITIGATION FEE | | 1.00 | es | 1.57 | 1.57 |
| 11-08 | 64867700 | AUSTIN TUP | TT20 | # 4 STONE | | 21.29 | tn | 12.50 | 266.13 |
| 11-08 | 64867700 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | es | 1.49 | 1.49 |
| 11-08 | 64868200 | AUSTIN TUP | TT298 | # 4 STONE | | 22.52 | tn | 12.50 | 281.50 |
| 11-08 | 64868200 | AUSTIN TUP | TT298 | MITIGATION FEE | | 1.00 | ca | 1.58 | 1.58 |
| 11-08 | 64869900 | AUSTIN TUP | TT420 | # 4 STONE | | 21.43 | tn | 12.50 | 267.88 |
| 11-08 | 64869900 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | es | 1.50 | 1.50 |
| 11-08 | 64870800 | AUSTIN TUP | TT1043 | # 4 STONE | | 22.01 | tn | 12.50 | 275.13 |
| 11-08 | 64870800 | AUSTIN TUP | TT1043 | MITIGATION FEE | | 1.00 | es | 1.54 | 1.54 |
| 11-08 | 64871600 | AUSTIN TUP | TT338 | # 4 STONE | | 21.27 | tn | 12.50 | 265.88 |
| 11-08 | 64871600 | AUSTIN TUP | TT338 | MITIGATION FEE | | 1.00 | es | 1.49 | 1.49 |
| 11-08 | 64871700 | AUSTIN TUP | TT159 | # 4 STONE | | 22.43 | tn | 12.50 | 280.38 |
| 11-08 | 64871700 | AUSTIN TUP | TT159 | MITIGATION FEE | | 1.00 | es | 1.57 | 1.57 |
| 11-08 | 64871800 | AUSTIN TUP | TT379 | # 4 STONE | | 20.85 | tn | 12.50 | 260.63 |
| 11-08 | 64871800 | AUSTIN TUP | TT379 | MITIGATION FEE | | 1.00 | es | 1.46 | 1.46 |
| 11-08 | 64872400 | AUSTIN TUP | TT423 | # 4 STONE | | 21.87 | tn | 12.50 | 273.38 |
| 11-08 | 64872400 | AUSTIN TUP | TT423 | MITIGATION FEE | | 1.00 | es | 1.53 | 1.53 |
| 11-08 | 64872600 | AUSTIN TUP | TT295 | # 4 STONE | | 22.28 | tn | 12.50 | 278.50 |
| 11-08 | 64872600 | AUSTIN TUP | TT295 | MITIGATION FEE | | 1.00 | es | 1.56 | 1.56 |
| 11-08 | 64873100 | AUSTIN TUP | TT337 | # 4 STONE | | 22.16 | tn | 12.50 | 277.00 |
| 11-08 | 64873100 | AUSTIN TUP | TT337 | MITIGATION FEE | | 1.00 | es | 1.55 | 1.55 |
| 11-08 | 64874000 | AUSTIN TUP | TT298 | # 4 STONE | | 21.50 | tn | 12.50 | 268.75 |

RECEIVED NOV 14 2005 By

Pre-Tax Subtotal

Sales Tax Total at  %

Your business is greatly appreciated

INVOICE TOTAL: 

# FLORIDA ROCK INDUSTRIES, INC.

**AGGREGATES GROUP**
P.O. BOX 4667
JACKSONVILLE, FL 32201-4667

# INVOICE

**IMPORTANT**
*TO INSURE PROPER CREDIT, RETURN
REMITTANCE COPY WITH PAYMENT.
REMIT TO:*

FLORIDA ROCK INDUSTRIES, INC.
PO BOX 620000 STOP 9927
ORLANDO, FL 32891-9927

FED ID #    590573002

*FOR INQUIRIES PLEASE CALL:*
904-355-1781

| | |
|---|---|
| INVOICE NUMBER: | 1150062758 |
| INVOICE DATE: | 11-10-2005 |
| PAST DUE AFTER: | 12-26-2005 |

**CUSTOMER**

COPART INC
ACCTS PAYABLE DEPT 598
4665 BUSINESS CENTER DR
FAIRFIELD CA 94534

| | |
|---|---|
| FOB: | ORIGIN |
| PROJECT CODE: | 121112 |
| CUSTOMER CODE: | 1121209 |
| PLANT: | MIAMI QUARRY |
| P.O. NUMBER: | 110969-001 |
| CONTRACT NO.: | |
| PROJECT: | COPART INC |
| SHIP TO: | COPART INC |
| ORIG INV NO: | |

Page
2

| SHIP DATE | TICKET | HAULER | TRUCK | DESCRIPTION | PURCHASE ORDER | QTY | UM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 11-08 | 64874000 | AUSTIN TUP | TT298 | MITIGATION FEE | | 1.00 | ea | 1.51 | 1.51 |
| 11-08 | 64876300 | AUSTIN TUP | TT458 | # 4 STONE | | 21.28 | tn | 12.50 | 266.00 |
| 11-08 | 64876300 | AUSTIN TUP | TT458 | MITIGATION FEE | | 1.00 | ea | 1.49 | 1.49 |
| 11-08 | 64876600 | AUSTIN TUP | TT601 | # 4 STONE | | 21.70 | tn | 12.50 | 271.25 |
| 11-08 | 64876600 | AUSTIN TUP | TT601 | MITIGATION FEE | | 1.00 | ea | 1.52 | 1.52 |
| 11-08 | 64876400 | AUSTIN TUP | TT20 | # 4 STONE | | 20.70 | tn | 12.50 | 258.75 |
| 11-08 | 64876400 | AUSTIN TUP | TT20 | MITIGATION FEE | | 1.00 | ea | 1.45 | 1.45 |
| 11-08 | 64877900 | AUSTIN TUP | TT420 | # 4 STONE | | 20.86 | tn | 12.50 | 260.75 |
| 11-08 | 64877900 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | ea | 1.46 | 1.46 |
| 11-08 | 64879300 | AUSTIN TUP | TT379 | # 4 STONE | | 21.26 | tn | 12.50 | 265.75 |
| 11-08 | 64879300 | AUSTIN TUP | TT379 | MITIGATION FEE | | 1.00 | ea | 1.49 | 1.49 |
| 11-08 | 64879700 | AUSTIN TUP | TT1043 | # 4 STONE | | 21.48 | tn | 12.50 | 268.50 |
| 11-08 | 64879700 | AUSTIN TUP | TT1043 | MITIGATION FEE | | 1.00 | ea | 1.50 | 1.50 |
| 11-08 | 64879800 | AUSTIN TUP | TT338 | # 4 STONE | | 21.41 | tn | 12.50 | 267.63 |
| 11-08 | 64879800 | AUSTIN TUP | TT338 | MITIGATION FEE | | 1.00 | ea | 1.50 | 1.50 |
| 11-08 | 64881200 | AUSTIN TUP | TT298 | # 4 STONE | | 22.23 | tn | 12.50 | 277.88 |
| 11-08 | 64881200 | AUSTIN TUP | TT298 | MITIGATION FEE | | 1.00 | ea | 1.56 | 1.56 |
| 11-08 | 64881300 | AUSTIN TUP | TT337 | # 4 STONE | | 21.87 | tn | 12.50 | 273.38 |
| 11-08 | 64881300 | AUSTIN TUP | TT337 | MITIGATION FEE | | 1.00 | ea | 1.53 | 1.53 |
| 11-08 | 64881500 | AUSTIN TUP | TT295 | # 4 STONE | | 22.78 | tn | 12.50 | 284.75 |
| 11-08 | 64881500 | AUSTIN TUP | TT295 | MITIGATION FEE | | 1.00 | ea | 1.59 | 1.59 |
| 11-08 | 64881600 | AUSTIN TUP | TT423 | # 4 STONE | | 21.87 | tn | 12.50 | 273.38 |
| 11-08 | 64881600 | AUSTIN TUP | TT423 | MITIGATION FEE | | 1.00 | ea | 1.53 | 1.53 |
| 11-08 | 64882700 | AUSTIN TUP | TT159 | # 4 STONE | | 22.02 | tn | 12.50 | 275.25 |
| 11-08 | 64882700 | AUSTIN TUP | TT159 | MITIGATION FEE | | 1.00 | ea | 1.54 | 1.54 |
| 11-08 | 64884100 | AUSTIN TUP | TT458 | # 4 STONE | | 21.51 | tn | 12.50 | 268.88 |
| 11-08 | 64884500 | AUSTIN TUP | TT420 | MITIGATION FEE | | 1.00 | ea | 1.51 | 1.51 |
| 11-08 | 64884500 | AUSTIN TUP | TT420 | # 4 STONE | | 21.29 | tn | 12.50 | 266.13 |
| 11-08 | 64886000 | AUSTIN TUP | TT379 | MITIGATION FEE | | 1.00 | ea | 1.49 | 1.49 |
| 11-08 | 64886000 | AUSTIN TUP | TT379 | # 4 STONE | | 20.98 | tn | 12.50 | 262.25 |
| 11-08 | 64886200 | AUSTIN TUP | TT338 | MITIGATION FEE | | 1.00 | ea | 1.47 | 1.47 |
| 11-08 | 64886200 | AUSTIN TUP | TT338 | # 4 STONE | | 20.88 | tn | 12.50 | 261.00 |
| 11-08 | 64887000 | AUSTIN TUP | TT1043 | MITIGATION FEE | | 1.00 | ea | 1.46 | 1.46 |
| 11-08 | 64887000 | AUSTIN TUP | TT1043 | # 4 STONE | | 21.93 | tn | 12.50 | 274.13 |
| 11-08 | 64887100 | AUSTIN TUP | TT337 | MITIGATION FEE | | 1.00 | ea | 1.54 | 1.54 |
| 11-08 | 64887100 | AUSTIN TUP | TT337 | # 4 STONE | | 22.23 | tn | 12.50 | 277.88 |
| 11-08 | 64888000 | AUSTIN TUP | TT298 | MITIGATION FEE | | 1.00 | ea | 1.56 | 1.56 |
| 11-08 | 64888000 | AUSTIN TUP | TT298 | # 4 STONE | | 22.02 | tn | 12.50 | 275.25 |
| | | | | MITIGATION FEE | | 1.00 | ea | 1.54 | 1.54 |

Pre-Tax Subtotal

Sales Tax Total at  %

Your business is greatly appreciated

INVOICE TOTAL:



CLAIM 0136

Jan 26 06 01:23p                                                    P.2


**TBT**
INDUSTRIES, INC.
GENERAL CONTRACTORS
(504) 924-7647

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/3/2005 | 3032 |

**Bill To**

Copart Salvage Auto Auctions
4665 Business Center
Fairfield, CA
94534

COPY

| P.O. No. | Terms | Due Date | Project |
|----------|-------|----------|---------|
| 3032 | 10 Days | 11/13/2005 | Miami Fence Materi... |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Miami, FL Yard: 100 - 26 GA white panels needed to repair fence damage due to Hurricane Wilma | 2,150.00 | 2,150.00 |
| 1 | Freight | 1,750.00 | 1,750.00 |
| 1 | Sales Tax | 120.40 | 120.40 |

This invoice contains charges for agency fees, taxes, expenses and materials listed.

**Total**                                          $4,020.40

| Fax # |
|-------|
| 225-926-9694 |

**CLAIM 0137**

Walt Lewis          (239) 481-6124          P.1

*J. Walter Lewis, P.E.*
*Consulting Engineer*
*PO Box 08478*
*Fort Myers, FL 33908*

TX ID# 433-64-087,

Binky
727-639-5063

## INVOKE

⑤

November 30, 2005

Michael Carson
Copart Auto Auctions
4665 Business Center Drive
Fairfield, CA 94534

Subject:  Invoice for services rendered for COPART, Miami, FL

| | | |
|---|---|---|
| November 2005 | Visit job site, evaluate hurricane damage, write report | $1,175.00 |
| November 1, 2005 | Mileage to jobsite 308 mi @ $0.50 | $154.00 |
| | Total | $1,329.00 |

I appreciate the opportunity to assist you with your buildings.

Thanks

*J Walter Lewis*

J. Walter Lewis, P.E.

Phone: (239) 481-6123          Fax: (239) 481-6124          E-mail: walt.lewis@att.net

**CLAIM 0138**



PRECAST
dEPOT

P.O. Box 771765 • Miami, FL 33177
Off: (305) 259-5956
Fax: (786) 544-0165



# Invoice

| | Invoice Date |
|---|---|
| | 11/0/2005 |

**Bill To**
Copart Inc.
Attn: Accounts Payable Dept.
598
4665 Business Center Drive
Fairfield, California 94534

**SHIP TO**          **Invoice # 4056**
Copart Inc.
12850 NW 27 Ave.
Miami, Florida

| | Ticket # |
|---|---|
| | 4856 |

| Delivery Date | Job Name | | Rep. | Invoice Due Date |
|---|---|---|---|---|
| 11/0/2005 | Auction Unit 12850 NW 27 Ave. | Will Call N/A | | 12/15/2005 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| P42 72" | 1 | P425 (42"-24") 3 @ 72" height with top slab | 540.00 | 540.00 T |
| P42 60" | 1 | P42 (60") each 60" height with top slab | 470.00 | 470.00 T |
| FUEL | 1 | Fuel Surcharge | 14.50 | 14.50 T |

Terms: All invoices are due and payable on or before the 15th day of the month following the date of purchase. Accounts are past due on the 16th. Purchaser agrees to pay the maximum legal interest rate on past due amounts. If it becomes necessary to enforce payment (even if settlement is subsequently made before any court action becomes final) the purchaser also agrees to pay reasonable attorney fees and court costs.

| | |
|---|---|
| Subtotal | $1,024.50 |
| Sales Tax | $71.72 |
| **Total** | $1,096.22 |

www.precastdepot.com                        3382

CUSTOMER COPY

CLAIM 0139

 **PRECAST dEPot**

P.O. Box 771765 · Miami, FL 33177
Off. (305) 259-5956
Fax. (786) 544-0165




# Invoice

| Bill To | | SHIP TO: | Invoice # 4633 | Invoice Date |
|---|---|---|---|---|
| | | | | 11/4/2005 |

**Bill To**

Copart, Inc.
Attn: Accounts Payable Dept.
598 #
4665 Business Center Drive
Fairfield, California 94534

**SHIP TO:**

Copart Inc.
12850 NW 17 Ave.
Miami, Florida

Invoice # 4633

| | Invoice Date |
|---|---|
| | 11/4/2005 |
| | Ticket # |
| | 4633 |

| Delivery Date | Job Name | | Rep | Invoice Due Date |
|---|---|---|---|---|
| | | | | 12/15/2005 |

**Will Call: N/A**

| | Quantity | Description | | Rate | Amount |
|---|---|---|---|---|---|
| C-15P | 70 | Quality Culvert Pipe 15" diameter perforated (70 f.f.) | | 142.00 | 1,770.00 T |
| C-15 | 70 | Quality Culvert Pipe 15" diameter solid (70 f.f.) | | 142.00 | 1,770.00 T |
| FUEL | 1 | Fuel Surcharge | | 24.50 | 24.50 T |

| | Subtotal | $3,564.50 |
|---|---|---|
| Terms: All invoices are due and payable on or before the 15th day of the month following the date of purchase. Accounts are past due on the 16th. Purchaser agrees to pay the maximum legal interest rate on past due amounts. If it becomes necessary to enforce payment (even if settlement is subsequently made before any court action becomes final) the purchaser also agrees to pay reasonable attorney fees and court costs. | Sales Tax | $249.51 |
| | **Total** | $3,814.01 |

CUSTOMER COPY

CLAIM.0140





**PRECAST DEPOT**

Box 771765 • Miami, FL 33177
Off. (305) 259-5956
Fax: (786) 544-0165

## Invoice

| Bill To | | | SHIP TO: | Invoice # 4632 | | Invoice Date | |
|---|---|---|---|---|---|---|---|
| | | | | | | 11/4/2005 | |
| Copart Inc. | | | | | | Ticket # | |
| Attn: Accounts Payable Dept. | | | Copart Inc. | | | | |
| 598* | | | 12650 NW 27 Ave. | | | 4632 | |
| 4665 Business Center Drive | | | Miami, Florida | | | | |
| Fairfield, California 94534 | | | | | | | |

| Delivery Date | | Job Name | | | Rep | Invoice Due Date | |
|---|---|---|---|---|---|---|---|
| 11/4/2005 | | Auction for 12650 west 27 Ave | | Will Call. N/A | | 11/15/2005 | |

| Item | Quantity | Description | | | Rate | Amount |
|---|---|---|---|---|---|---|
| D42 60" | 8 | T42 (42" round) 60' height | | | 475.00 | 3,800.00T |
| FUEL C | 1 | Fuel Surcharge | | | 14.50 | 14.50T |

|  | |
|---|---|
| Subtotal | $3,814.50 |
| Sales Tax | $267.02 |
| **Total** | $4,081.52 |

Terms: All invoices are due and payable on or before the 15th day of the month following the date of purchase. Accounts are past due on the 16th. Purchaser agrees to pay the maximum legal interest rate on past due amounts. If it becomes necessary to enforce payment (even if settlement is subsequently made before any court action becomes final) the purchaser also agrees to pay reasonable attorney fees and court costs.

CUSTOMER COPY

CLAIM 0141

# PRECAST DEPOT

Primevo

Box 771765 • Miami, FL 33177
Off: (305) 259-5956
Fax: (786) 544-0165

## Invoice



**Bill To**
Copart Inc.
Attn: Accounts Payable Dept.
398
4665 Business Center Drive
Fairfield, California 94534

**SHIP TO**
Copart Inc.
13650 NW 27 Ave.
Miami, Florida

**Invoice # 4621**

| | Invoice Date |
|---|---|
| | 11/8/2005 |

| | Ticket # |
|---|---|

| Date | | | Will Call: N/A | | Rep | Invoice # |
|---|---|---|---|---|---|---|

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| D42 60" | 8 | D42" (42" round) 60" height with top slab | 475.00 | 3,800.00T |
| FG4160 | 8 | FRAME & GRATE (4160-6110) | 230.00 | 4,140.00T |
| FUEL C | 1 | Fuel Surcharge | 14.50 | 14.50T |

| | | |
|---|---|---|
| | 7,954.50 | |

| Subtotal | $556.80 |
|---|---|
| Sales Tax | $8,511.32 |
| **Total** | |

Terms: All invoices are due and payable on or before the 15th day of the month following the date of purchase. Accounts are past due on the 16th. Purchaser agrees to pay the maximum legal interest rate on past due amounts. If it becomes necessary to enforce payment (even if settlement is subsequently made before any court action becomes final) the purchaser also agrees to pay reasonable attorney fees and court costs.

w w w . p r e c a s t d e p o t . c o m

3350

CUSTOMER COPY

CLAIM 0142

JAN-10-2002 01:03P FROM:                    TO:12259269694        P:3'4

# Moe's Electric Inc.

16536 Bridge End Rd
Miami Lakes, FL 33014
Office (305)231-5811
Fax   (305)231-5688

## Invoice

| Date | Invoice # |
|------|-----------|
| 11/3/2005 | 944 |

**Bill To**

TBT Industries
444 Wooddale Blvd
Baton Rouge, LA 70806

**Job Address**

Copart
12850 NW 27th Ave
Opa Locka, FL 33054

*33*

| Terms | Salesperson |
|-------|-------------|
| Due on receipt | MD |

| Item | | Qty | Amount |
|------|--|-----|--------|
| 1 | Install generator fo | | 480.00 |
|   | Material include:2( | | 960.00 |
|   | THHN. | | |
| 2 | Labor | | |

*27th Ave*

*135*

| | Total | $1,440.00 |
|--|-------|-----------|

**Comments**

| Balance Due | $1,440.00 |
|-------------|-----------|

Nov 04 05 12:16p

**CLAIM 0143**

JAN-10-2002 01:04P FROM:

TO: 12259269694          P:4:4

# Invoice

## Mee's Electric Inc.

16526 Bridge End Rd
Miami Lakes, FL 33014
Office (305)231-5811
Fax   (305)231-5688

| Date | Invoice # |
|------|-----------|
| 11/3/2005 | 945 |

| Bill To |
|---------|
| TBT Industries<br>444 Wooddale Blvd<br>Baton Rouge, LA 70806 |

| Job Address |
|-------------|
| Copart<br>12850 NW 27th Ave<br>Opa Locka, FL 33054 |

33.

| Terms | Salesperson |
|-------|-------------|
| Due on receipt | MD |

| Item | Description | Qty | Amount |
|------|-------------|-----|--------|
| 1 | Service Call on 11/1/05 two hours to check generator. | | 117.00 |

| Comments |
|----------|
| |

| **Total** | **$117.00** |
|-----------|-------------|

| **Balance Due** | **$117.00** |
|-----------------|-------------|

**CLAIM 0144**

## FACSIMILE TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| **To :** | Orvin Wills | **From:** | Carlton Clarke |
| **FAX Number:** | 770-458-2673 | **Date:** | December 6, 2006 |
| **Company:** | G.A.B.-Robins | **Pages Incl. Cover:** | 3 |
| **Phone Number:** | | | |

**Re:**   Our Insd:  COPART AUTO AUCTIONS

Our File:  BDU00309382

Your File:  22907-28823

**NOTES/COMMENTS:**
Orvin,

Attached is a copy of a letter from the corporate counsel of the insured, and my response.



**Crum&Forster**
EARNING YOUR TRUST

Address line 1 • address line 2 • city, state  zip
Phone: phone number • Fax: fax number

CLAIM 0145

Confirmation Report—Memory Send

```
                                        Time    : Dec-06-06  03:47pm
                                        Tel line 1 : 8776226167
                                        Name    : CRUM & FOSTER NEW JERSEY
```

| | | |
|---|---|---|
| Job number | : | 710 |
| Date | : | Dec-06 03:47pm |
| To | : | 917076395099 |
| Document Pages | : | 01 |
| Start time | : | Dec-06 03:47pm |
| End time | : | Dec-06 03:47pm |
| Pages sent | : | 01 |
| Job number | : 710 | *** SEND SUCCESSFUL *** |

---

**Crum&Forster**
A FAIRFAX Company

United States Fire Insurance Company
The North River Insurance Company

305 Madison Avenue
P.O. Box 1973
Morristown, NJ 07962-1973
973-490-6900

December 6, 2006

COPART AUTO AUCTIONS                          SENT VIA FAX
4665 BUSINESS CENTER DRIVE                    707-639-5099
FAIRFIELD, CA. 94534                          ONE PAGE
ATTN: GREG ADLER

RE:    OUR INSD:    COPART AUTO AUCTIONS
       OUR FILE:    BDU00309382
       D/L:         10/24/2005

Dear Mr. Adler:

Thank you for your letter of December 5, 2006. Please accept this correspondence in response.

I have discussed this matter with our field representative, Orvin Wills, on Monday, December 4, 2006. I am advised that there have been a number of conference calls regarding this matter. (I believe Mr. Franklin of your firm was involved in these conference calls) Mr. Wills indicates that he has a report prepared on this loss, and will have it in my office shortly. I anticipate that, upon receipt of his report, we should be in a position to bring this matter to a conclusion.

Any information necessary to bring this matter to a conclusion should be submitted to Mr. Wills for review. He will then forward that information to me with his thoughts and recommendations. It is my assumption that any required documentation outstanding has been discussed in the aforementioned conference calls.

When time allows, please advise the undersigned of the appropriate contact person with which to discuss settlement of this claim. Thank you for your attention to this matter.

Very truly yours,

Carlton C. Clarke
Claims Specialist

Cc:    Orvin Wills, GAB-Robins
       Michael I. Finnigan, Marsh, Inc.

**CLAIM 0146**



| | |
|---|---|
| **Crum&Forster**<br>A <u>FAIRFAX</u> Company | United States Fire Insurance Company<br>The North River Insurance Company |

305 Madison Avenue
P.O. Box 1973
Morristown, NJ 07962-1973
973-490-6600

December 6, 2006

COPART AUTO AUCTIONS
4665 BUSINESS CENTER DRIVE
FAIRFIELD, CA. 94534
ATTN: GREG ADLER

SENT VIA FAX
707-639-5099
ONE PAGE

RE:  OUR INSD:    COPART AUTO AUCTIONS
     OUR FILE:    BDU00309382
     D/L:         10/24/2005

Dear Mr. Adler:

Thank you for your letter of December 5, 2006. Please accept this correspondence in response.

I have discussed this matter with our field representative, Orvin Wills, on Monday, December 4, 2006. I am advised that there have been a number of conference calls regarding this matter. (I believe Mr. Franklin of your firm was involved in these conference calls) Mr. Wills indicates that he has a report prepared on this loss, and will have it in my office shortly. I anticipate that, upon receipt of his report, we should be in a position to bring this matter to a conclusion.

Any information necessary to bring this matter to a conclusion should be submitted to Mr. Wills for review. He will then forward that information to me with his thoughts and recommendations. It is my assumption that any required documentation outstanding has been discussed in the aforementioned conference calls.

When time allows, please advise the undersigned of the appropriate contact person with which to discuss settlement of this claim. Thank you for your attention to this matter.

Very truly yours,

Carlton C. Clarke
Claims Specialist

Cc:  Orvin Wills, GAB-Robins
     Michael I. Finnigan, Marsh, Inc.

**CLAIM 0147**



**Copart**            Corporate Headquarters                                          *Auto Auctions*

December 5, 2006

*via Overnight Delivery*

Mr. Carlton C. Clarke
CRUM & FORSTER
305 Madison Avenue
Morristown, NJ 07962
Phone: (973) 490-6490
Fax: (877) 622-6425

RE:    Policy No. 2441886561
       Term: Oct. 1, 2005-2006

Dear Mr. Clarke:

This letter is intended to formally request a resolution of Copart's claim under the above-referenced policy for the damage caused by Hurricane Wilma. We apparently agree that this is a covered loss, however we are unsure as to why the process of getting this matter resolved has been moving at a snail's pace. Copart is ready and willing to provide you with any additional information you may need from us. We would appreciate a response no later than Friday, December 22, 2006.

Best regards,

Greg Adler
Corporate Counsel

GLA:sm

cc:    Willis J. Johnson – Chief Executive Officer
       William E. Franklin – Chief Financial Officer
       Gregory R. DePasquale – Vice President, Assistant General Counsel
       Simon Rote – Vice President Finance, Controller
       Michael I. Finigan – Senior Vice President, Marsh, Inc.

**CLAIM 0148**

{S:\WDX\y105\misc\00016448.DOC:}

4665 Business Center Drive                              Telephone (707) 639-5003
Fairfield, CA 94534                                           Fax (707) 639-5099



**Monica Streacker**
12/06/2006 02:06 PM

To: Carlton Clarke/CFIServices/CFI@CFI
cc:
Subject: Re: Copart, Inc. Policy #244187374  Claim # BDU00309382

Carlton,
This location at 11858 NW 36th Avenue, Miami, Fl. is **not** covered for Building or Time Element at the time of the loss.
M.S.

Monica Streacker
Property Underwriting Specialist
Crum & Forster
Phone:  415-541-3285
e-mail:  monica_streacker@cfins.com

Carlton Clarke



**Carlton Clarke**
12/06/2006 05:34 AM

To: Monica Streacker/SanFrancisco/CFI@CFI
cc:
Subject: Copart, Inc. Policy #244187374  Claim # BDU00309382

Good morning Monica,

I am in the Property Claims unit in Morristown. I have a Hurricane Wilma claim for the captioned account. There are four locations involved in the loss.

One of the locations is Yard Code FL105 in Hialeah, Florida. The damage is a total loss to the building. I see from the Statement of Values that this location has a line drawn though it, and there are no values listed. I am assuming that this indicates that this is not a "covered" location. When you have a moment, please confirm if this is correct.

The loss is in the area of $300,000 depending on the status of the Hialeah location.

Thanks for your help.

Carl

Carlton C. Clarke
Crum & Forster
305 Madison Avenue
Morristown, N.J. 07962

**CLAIM 0149**

Phone:  973-490-6490
Fax:    877-622-6425

CLAIM 0150

 **Carlton Clarke**
12/02/2006 04:12 PM

To: willso@gabrobins.com@INTERNET
cc:
Subject: Re: Copart Loss.

Orvin,

Thanks for the update. I am concerned about this $1 million building.
1. Do you have any photos of the building? (either pre-loss or at the time of the loss)
2. Who "condemned" the building? Can we get a copy of the red tag? Does the insured have a letter?
3. How does the insured document his $1 million claim?
4. If the building is a total loss, is he making a claim for business personal property as well? If so, what can we expect on this item?
5. Do we have an age on this building?
6. Has the insured established a temporary facility? If so, can we expect a claim for that as well (extra expense)?

There is a $1 million limit for debris removal, and a $1 million limit for Law & Ordinance coverage. There is a line drawn through the Hialeah location on my copy of the statement of values, and there are no values listed. This would seem to indicate that this location was deleted, however there is no endorsement on the policy taking it off. I will have to follow up with the underwriter on this.

Before you approach the insured, let's talk about this. My thought is that we should have a reservation of rights letter out, however we are a year post loss. Give me a call on Monday, or Tuesday afternoon.

Thanks and regards,

Carl

Carlton C. Clarke
Crum & Forster
305 Madison Avenue
Morristown, N.J. 07962
Phone: 973-490-6490
Fax:    877-622-6425

willso@gabrobins.com

 **willso@gabrobins.com**
11/30/2006 09:17 AM

To: Carlton_Clarke@cfins.com
cc:
Subject: Copart Loss.

Carl,

As promised here is a breakdown on the claim as I see at this time. The total of everything is $446,182.23. I have noted coverage issues which the insured is making a claim for. These items are related to the grounds and land which are not covered property. All of the items where there is a coverage problem I have highlighted. With the deductions for the highlighted items of ($116,507.62) Leaves a claim of $329,674.61.

The issues we have is a building which damaged and condemned was completely dismantled by the insured. The cost for the debris removal was $72,420.00.

**CLAIM 0151**

There may be a limitation of debris removal where we will need to check the policy. The actual building that was dismantled is not going to be rebuilt. The insured has claimed $1,000,000.00 for replacement of this building. The building is basically a metal butler type of building which loading docks and offices on the interior. Since the insured is not going to rebuild we would only owe the ACV. I have a contractor who will prepared a value for the building which I am waiting on at this time. Can you look in the statement of values and give me a value for this building. The location is Yard 105 in Hialeah, FL.

I can have you a formal report with authorization to concluded early next week. Before I put the report together a few things I will need from you.

1. Review of your policy on limits for Debris Removal
2. Statement of Values for Hialeah location.

If you have any questions call my cell phone I will be out of the office for a bit this morning.

Thanks,

   (See attached file: Copart damages.xls)

Orvin R. Wills
National General Adjuster
GAB Robins North America
4360 Chamblee Dunwoody Rd.
Atlanta, GA 30341
E-Mail: willso@gabrobins.com
P (770) 457-9555 Ext 223
F (770) 458-2673

C (404) 401-1423 Copart damages.xls

CLAIM 0152



**GAB Robins**

GAB Robins North America, Inc.

510 Plaza Square Building,
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341
☎: 770-457-9555
800-766-9550
📠: 770-458-2673

Report: **SEVENTH**

November 6, 2006

CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ   07962

Attn: Carlton Clarke

| | |
|---|---|
| Policy No. | 24418865561 |
| Policy Period | 10-01-05/06 |
| Claim No. | BDU00309382 |
| GAB File No. | **22907-28823** |
| Insured | COPART OF FLORIDA |
| Claimant | |
| Loss Location | VARIOUS - FLORIDA |
| Type of Claim | WIND/ HURRICANE WILMA |
| Date of Claim | 10-24-05 |

## SUMMARY

As indicated in our last report, we advised you that we did receive information from the insured on their claimed loss. We have discussed the insured's claimed loss with them on several occasions and noted many of the items being claimed had no documentation. We also noted coverage issues on the claims submission which we discussed with the insured in detail. We did not make any commitments to the insured on coverage, which we will leave to your discretion.

At this juncture of the claim the insured will be providing us additional documentation to support the claimed loss for our review. Upon our receipt of the documentation it will be analyzed and we will prepare schedules for your review and request your authorization to conclude this loss by obtaining a Proof of Loss.

## ENCLOSURES

None.

## SUGGESTED RESERVES

| | |
|---|---|
| Building | $ 300,000.00 |
| Personal Property | 50,000.00 |
| Gross | $ 350,000.00 |
| Deductible | 50,000.00 |
| Net | $ 300,000.00 |

## CAUSE OF LOSS

This loss involves damages associated with Hurricane Wilma that made landfall as a category II Hurricane in the State of Florida. The heavy winds caused damage to three (3) facilities owned by Copart where repairs are necessary.

**CLAIM 0153**

Page 2
Copart of Florida
22907-28823

## ADJUSTMENT

We are continuing our efforts to bring this claim to a conclusion upon receipt of additional documentation from the insured.

## FUTURE HANDLING

We suggest you maintain your file on a thirty (30) day diary pending our next report.

ORVIN R. WILLS
National General Adjuster
770-457-9555, Ext. 223
willso@gabrobins.com

OW:mk

s\common\wills\22907\28823-7

CLAIM 0154



**GAB Robins**
GAB Robins North America, Inc.

510 Plaza Square Building,
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341
☎: 770·457·9555
    800·766·9550
✉: 770·458·2673

Report: **SIXTH**

September 2, 2006

CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ  07962

Attn: Carlton Clarke

| | |
|---|---|
| Policy No. | 24418865561 |
| Policy Period | 10-01-05/06 |
| Claim No. | BDU00309382 |
| GAB File No. | **22907-28823** |
| Insured | COPART OF FLORIDA |
| Claimant | |
| Loss Location | VARIOUS · FLORIDA |
| Type of Claim | WIND/ HURRICANE WILMA |
| Date of Claim | 10·24·05 |

## SUMMARY

We have recently received information from the insured on their claimed damages. We are in the process of reviewing this information. Upon completion of review and audit we will be in position to make recommendations to you.

## ENCLOSURES

1. GAB Robins Interim Service Invoice

## SUGGESTED RESERVES

| | |
|---|---|
| Building | $ 300,000.00 |
| Personal Property | 50,000.00 |
| Gross | $ 350,000.00 |
| Deductible | 50,000.00 |
| Net | $ 300,000.00 |

## CAUSE OF LOSS

This loss involves damages associated with Hurricane Wilma that made landfall as a category II Hurricane in the State of Florida. The heavy winds caused damage to three (3) facilities owned by Copart where repairs are necessary.

GAB N172(5/95)          (ACIS Copyright(c) 1995 GAB Robins North America, Inc.,All Rights Reserved)

**CLAIM 0155**

 **GAB**

**Page 2**
**Copart of Florida**
**22907-28823**

## ADJUSTMENT

We are continuing our efforts to obtain information regarding this loss to bring this claim to a conclusion.

## FUTURE HANDLING

We suggest you maintain your file on a thirty (30) day diary pending our next report.

**ORVIN R. WILLS**
National General Adjuster
770-457-9555, Ext. 223
willso@gabrobins.com

OW:mk

s\common\wills\22907\28823-4

GAB - N172

(ACIS Copyright (c) 1994 GAB Business Services, Inc. All Rights Reserved)

**CLAIM 0156**



**GAB Robins**
GAB Robins North America, Inc.

510 Plaza Square Building,
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341
☎: 770-457-9555
    800-766-9550
🖷: 770-458-2673

Report: **FOURTH**

April 17, 2006

CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ  07962

Attn: Carlton Clarke

| | |
|---|---|
| Policy No. | 24418865561 |
| Policy Period | 10-01-05/06 |
| Claim No. | BDU00309382 |
| GAB File No. | **22907-28823** |
| Insured | COPART OF FLORIDA |
| Claimant | |
| Loss Location | VARIOUS - FLORIDA |
| Type of Claim | WIND/ HURRICANE WILMA |
| Date of Claim | 10-24-05 |

---

## SUMMARY

This report will summarize the current status of this loss at present. We have discussed this loss on several occasions with the insured and documentation necessary to support the claimed damages. At this juncture we have not received this information from the insured. We have taken the liberty to prepare another letter to the insured again requesting this documentation.

We will continue our efforts to bring this claim to a conclusion in the next few weeks.

## ENCLOSURES

1. Letter sent to the insured (Second Request)

## SUGGESTED RESERVES

**RECEIVED**

APR 2 4 2006

TERESA MOBLEY
SUPPORT DEPARTMENT

| | |
|---|---|
| Building | $ 300,000.00 |
| Personal Property | 50,000.00 |
| Gross | $ 350,000.00 |
| Deductible | 50,000.00 |
| Net | $ 300,000.00 |

## CAUSE OF LOSS

This loss involves damages associated with Hurricane Wilma that made landfall as a category II Hurricane in the State of Florida. The heavy winds caused damage to three (3) facilities owned by Copart where repairs are necessary.

(ACIS Copyright(c) 1995 GAB Robins North America, Inc.,All Rights Reserved)

GAB N172(5/95)

CLAIM 0157



Page 2
Copart of Florida
22907-28823

## ADJUSTMENT

We are continuing our efforts to obtain information regarding this loss to bring this claim to ao conclusion.

## FUTURE HANDLING

We suggest you maintain your file on a thirty (30) day diary pending our next report.

ORVIN R. WILLS
National General Adjuster
770-457-9555, Ext. 223
willso@gabrobins.com

OW:mk

s\common\wills\22907\28823-4

GAB - N172

(ACIS Copyright (c) 1994 GAB Business Services, Inc. All Rights Reserved)

**CLAIM 0158**



**GAB Robins North America, Inc.**
4360 Chamblee Dunwoody Road
Suite 510
Atlanta, Georgia 30341
Phone: 770-457-9555
Fax: 770-458-5474

April 17, 2006

## SECOND REQUEST

Copart of Florida, Inc.
4665 Business Center Drive
Fairfield, CA. 94534

Attn: Mr. Simon Rote

| Re: | GAB Robins File No: | 22907-28823 |
| | Insured: | Copart of Florida, Inc. |
| | Date of Loss: | 10-24-05 |
| | Claim No: | BDU00309382 |

Dear Mr. Rote:

We are independent insurance adjusters who have been engaged by your Insurance Company, The United States Insurance Company to investigate and adjust the claim for damages at several locations in the State of Florida relating to Hurricane Wilma.

We have inspected all locations and requested claim documentation in the form of repairs to the building and replacement of personal property which we have not received to date. Please forward this information for our review so that we may bring this claim to a conclusion. If you have any further questions or would like to discuss this matter further, please do not hesitate to contact the undersigned.

Very truly yours,

**Orvin R. Wills**
National General Adjuster
770-457-9555, Ext. 223
willso@gabrobins.com

cc:    Marsh Risk & Insurance Services
       3 Embarcadero Center
       San Francisco, CA. 94111

s\common\wills\22907\28823-L2

GAB N167(5/95)

(ACIS Copyright (c) 1995 GAB Robins North America, Inc.,All Rights Reserved)

**CLAIM 0159**



**GAB Robins**
GAB Robins North America, Inc.

510 Plaza Square Building,
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341
☎: 770-457-9555
    800-766-9550
🖷: 770-458-2673

RECEIVED
MAR 2 3 2006
VIRINDER SARDAR
SUPPORT DEPARTMENT

Report: **THIRD**

March 17, 2006

CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ  07962

Attn:  Carlton Clarke

| | |
|---|---|
| Policy No. | 24418865561 |
| Policy Period | 10-01-05/06 |
| Claim No. | BDU00309382 |
| GAB File No. | **22907-28823** |
| Insured | COPART OF FLORIDA |
| Claimant | |
| Loss Location | VARIOUS - FLORIDA |
| Type of Claim | WIND/ HURRICANE WILMA |
| Date of Claim | 10-24-05 |

## SUMMARY

This report will summarize the ongoing investigation and necessary documentation to conclude this loss.  In our initial meetings with the insured, we requested that they submit documentation in the form of repairs to all of the involved locations.  At this juncture of the claim we have not received this information from the insured.  We have prepared a letter to the insured requesting this documentation so that we may bring this claim to a conclusion.

## ENCLOSURES

1.  Letter sent to the insured

## SUGGESTED RESERVES

Building
Personal Property
Gross
Deductible
Net

REDACTED

## CAUSE OF LOSS

This loss involves damages associated with Hurricane Wilma that made landfall as a category II Hurricane in the State of Florida.  The heavy winds caused damage to three (3) facilities owned by Copart where repairs are necessary.

(ACIS Copyright(c) 1995 GAB Robins North America, Inc.,All Rights Reserved)

GAB N172(5/95)

CLAIM 0160



**GAB Robins**

GAB Robins North America, Inc.

510 Plaza Square Building,
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341
☎: 770-457-9555
800-766-9550
✉: 770-458-2673



RECEIVED

MAR 2 3 2006

VRINDER SARDAR
SUPPORT DEPARTMENT

Report: **THIRD**

March 17, 2006

CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ  07962

Attn: Carlton Clarke

| | |
|---|---|
| Policy No. | 24418865561 |
| Policy Period | 10-01-05/06 |
| Claim No. | BDU00309382 |
| GAB File No. | **22907-28823** |
| Insured | COPART OF FLORIDA |
| Claimant | |
| Loss Location | VARIOUS - FLORIDA |
| Type of Claim | WIND/ HURRICANE WILMA |
| Date of Claim | 10-24-05 |

## SUMMARY

This report will summarize the ongoing investigation and necessary documentation to conclude this loss. In our initial meetings with the insured, we requested that they submit documentation in the form of repairs to all of the involved locations. At this juncture of the claim we have not received this information from the insured. We have prepared a letter to the insured requesting this documentation so that we may bring this claim to a conclusion.

## ENCLOSURES

1. Letter sent to the insured

## SUGGESTED RESERVES

| | |
|---|---|
| Building | $ 300,000.00 |
| Personal Property | 50,000.00 |
| Gross | $ 350,000.00 |
| Deductible | 50,000.00 |
| Net | $ 300,000.00 |

## CAUSE OF LOSS

This loss involves damages associated with Hurricane Wilma that made landfall as a category II Hurricane in the State of Florida. The heavy winds caused damage to three (3) facilities owned by Copart where repairs are necessary.

GAB N172(5/95)

(ACIS Copyright(c) 1995 GAB Robins North America, Inc.,All Rights Reserved)

**CLAIM 0160**



Page 2
Copart of Florida
22907-28823

## ADJUSTMENT

Upon receipt of claim documentation from the insured in the form of building repairs and personal property associated with the damages, we will be in a position to make settlement recommendations to you.

## FUTURE HANDLING

We suggest you maintain your file on a thirty (30) day diary pending our next report.

ORVIN R. WILLS
National General Adjuster
770-457-9555, Ext. 223
willso@gabrobins.com

OW:mk

s\common\wills\22907\28823-3

GAB – N172

(ACIS Copyright (c) 1994 GAB Business Services, Inc. All Rights Reserved)

CLAIM 0161



**GAB Robins**

GAB Robins North America, Inc.
4360 Chamblee Dunwoody Road
Suite 510
Atlanta, Georgia 30341
Phone: 770-457-9555
Fax: 770-458-5474

*MARSH*
*SHERRY MEYERS*
*415 - 743 - 8090*
*1 PAGE*

March 17, 2006

Copart of Florida, Inc.
4665 Business Center Drive
Fairfield, CA. 94534

<u>Attn: Mr. Simon Rote</u>

Re:    GAB Robins File No:    22907-28823
       Insured:             Copart of Florida, Inc.
       Date of Loss:        10-24-05
       Claim No:            BDU00309382

Dear Mr. Rote:

We are independent insurance adjusters who have been engaged by your Insurance Company, The United States Insurance Company to investigate and adjust the claim for damages at several locations in the State of Florida relating to Hurricane Wilma.

We have inspected all locations and requested claim documentation in the form of repairs to the building and replacement of personal property which we have not received to date. Please forward this information for our review so that we may bring this claim to a conclusion. If you have any further questions or would like to discuss this matter further, please do not hesitate to contact the undersigned.

Very truly yours,

**Orvin R. Wills**
National General Adjuster
770-457-9555, Ext. 223
willso@gabrobins.com

s\common\wills\22907\28823-L1

GAB  N167(5/95)         (ACIS Copyright (c) 1995 GAB Robins North America, Inc., All Rights Reserved)

**CLAIM 0162**

| Loc # | Address | FIV | DIA |
|---|---|---|---|
| 26 | 12850 N.W. 27 | 5,162,698 | 258,132 |
| 30 | 7686 W. Belvedere | 3,424,603 | 171,230 |
| 32 | 1158 N.W. 36 | 1,297,500 | 64,875 |

CLAIM 0163



**GAB Robins North America, Inc.**

510 Plaza Square Building,
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341
☎: 770-457-9555
   800-766-9550
📠: 770-458-2673

Report: **SECOND**

February 8, 2006

CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ  07962

Attn: Carlton Clarke

| | |
|---|---|
| Policy No. | 24418865561 |
| Policy Period | 10-01-05/06 |
| Claim No. | BDU00309382 |
| GAB File No. | **22907-28823** |
| Insured | COPART OF FLORIDA |
| Claimant | |
| Loss Location | VARIOUS - FLORIDA |
| Type of Claim | WIND/ HURRICANE WILMA |
| Date of Claim | 10-24-05 |

## SUMMARY

This report will summarize the ongoing investigation into this loss and discussions with the insured regarding cost and scope.

## ENCLOSURES

None

## SUGGESTED RESERVES

| | |
|---|---|
| Building | $ 300,000.00 |
| Personal Property | 50,000.00 |
| Gross | $ 350,000.00 |
| Deductible | 50,000.00 |
| Net | $ 300,000.00 |

## CAUSE OF LOSS

This loss involves damages associated with Hurricane Wilma that made landfall as a category II Hurricane in the State of Florida.  The heavy winds caused damage to three (3) facilities owned by Copart where repairs are necessary.

## ADJUSTMENT

We are currently waiting information from the insured on supporting their building and personal property loss for our review an audit. We have held several conversations with the insured on this information and we understand it is forthcoming for our review and audit.


**GAB Robins**
GAB Robins North America, Inc.

510 Plaza Square Building,
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341
☎: 770-457-9555
   800-766-9550
🖷: 770-458-2673

Report: **SECOND**

February 8, 2006

CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ  07962

Attn: Carlton Clarke

| | |
|---|---|
| Policy No. | 24418865561 |
| Policy Period | 10-01-05/06 |
| Claim No. | BDU00309382 |
| GAB File No. | **22907-28823** |
| Insured | COPART OF FLORIDA |
| Claimant | |
| Loss Location | VARIOUS - FLORIDA |
| Type of Claim | WIND/ HURRICANE WILMA |
| Date of Claim | 10-24-05 |

## SUMMARY

This report will summarize the ongoing investigation into this loss and discussions with the insured regarding cost and scope.

## ENCLOSURES

None

## SUGGESTED RESERVES

Building
Personal Property
Gross
Deductible
Net

REDACTED

## CAUSE OF LOSS

This loss involves damages associated with Hurricane Wilma that made landfall as a category II Hurricane in the State of Florida.  The heavy winds caused damage to three (3) facilities owned by Copart where repairs are necessary.

## ADJUSTMENT

We are currently waiting information from the insured on supporting their building and personal property loss for our review an audit.  We have held several conversations with the insured on this information and we understand it is forthcoming for our review and audit.

GAB N172(5/95)          (ACIS Copyright(c) 1995 GAB Robins North America, Inc.,All Rights Reserved)

CLAIM 0164

 **GAB**

Page Two
Copart of Florida
22907-28823

## FUTURE HANDLING

1.  Review insured's claim for damages
2.  Prepare estimate of damages
3.  Await Copy of Insured's Policy
4.  Propose settlement of the loss

We suggest you maintain your file on a thirty (30) day diary pending our next report.

ORVIN R. WILLS
National General Adjuster
770-457-9555, Ext. 223
willso@gabrobins.com

OW:mk

s\common\wills\22907\28823-1

GAB – N172

(ACIS Copyright (c) 1994 GAB Business Services, Inc. All Rights Reserved)

CLAIM 0165



**GAB Robins**
GAB Robins North America, Inc.

510 Plaza Square Building,
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341
☎: 770-457-9555
      800-766-9550
🖷: 770-458-2673

Report: **FIRST**

December 12, 2006

CRUM & FORSTER
305 MADISON AVENUE
MORRISTOWN, NJ   07962

Attn:  Carlton Clarke

| | |
|---|---|
| Policy No. | 24418865561 |
| Policy Period | 10-01-05/06 |
| Claim No. | BDU00309382 |
| GAB File No. | **22907-28823** |
| Insured | COPART OF FLORIDA |
| Claimant | |
| Loss Location | VARIOUS - FLORIDA |
| Type of Claim | WIND/ HURRICANE WILMA |
| Date of Claim | 10-24-05 |

## SUMMARY

The insured reported significant damage to their facilities in three (3) locations in South Florida as a result of Hurricane Wilma, occurring on October 24, 2005.  It was determined, however, that the loss was the result of wind only and flood would not be the proper peril involved in this claim.

We have inspected the three (3) involved locations in South Florida damaged as a result of Hurricane Wilma.  This report will summarize our initial findings and preliminary estimates of loss in our inspections.

## ASSIGNMENT

We received first notice of this assignment on November 29, 2005.  We were to contact the insured, schedule a visual inspection and investigate the circumstances behind this loss.

## ENCLOSURES

1.  Photographs

## SUGGESTED RESERVES

| | |
|---|---|
| Building | $ 300,000.00 |
| Personal Property | 50,000.00 |
| Gross | $ 350,000.00 |
| Deductible | 50,000.00 |
| Net | $ 300,000.00 |

  (ACIS Copyright(c) 1995 GAB Robins North America, Inc.,All Rights Reserved)

**CLAIM 0166**

 **GAB**

Page Two
Copart of Florida
22907-28823

We will update the reserves if necessary, if additional information becomes available.

## ABSTRACT OF COVERAGE

The insured, Copart of North Florida is insured under policy number 2441886561 with effective dates of October 1, 2005 and expires on October 1, 2006. The insured's coverage is an All Risk Policy covering building, personal property and earthquake with a limit of $5,000.000.00 for all locations.

Valuation at the time of loss will be adjusted at replacement cost subject to withheld depreciation. The policy loss deductible is $50,000.00 or a 5% of the total insured value, deductible is for both flood and named windstorms with a minimum of $100,000.00.

We have not been advised of any co-insurance percentage indicated in the Declarations page of the insured's policy, however, upon receipt of said policy from you we will advise if a co-insurance percentage is indicated in the policy.

Please forward us a copy of the insured's policy as soon as possible.

## RISK

The involved locations are all car salvage yards and their offices at the respective locations. Each location is surrounded by an electronic security fence around the entire perimeter of the property. All locations have buildings that are protected with protective safeguards such as sprinkler systems and smoke detectors. The involved locations are as follows.

|  |  |  |
|---|---|---|
| 12850 N. W. 27th Avenue<br>Miami, Florida | Loc # 26 | TIV<br>5,162,648 |
| 1158 N.W. 36th Avenue<br>Miami, Florida | Loc # 32 | 1,297,500<br>3,424,603 |
| 7686 W. Belvedere Road<br>West Palm Beach, Florida | Loc # 30 | 3,424,603 |

## OWNERSHIP/LEGAL INTEREST

Copart, Inc. was founded in 1992 and provides vehicle suppliers, primarily insurance companies, with a full range of services that process and sell salvage vehicles, principally to licensed

GAB – N172

(ACIS Copyright (c) 1994 GAB Business Services, Inc. All Rights Reserved)

CLAIM 0167