1  Jess B. Millikan, SBN 095540
   E-Mail: jess.millikan@bullivant.com
2  Samuel H. Ruby, SBN 191091
   E-Mail: samuel.ruby@bullivant.com
3  Judith A. Whitehouse, SBN 198176
   E-Mail: judith.whitehouse@bullivant.com
4  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
5  San Francisco, California  94108
   Telephone: 415.352.2700
6  Facsimile: 415.352.2701

7  Attorneys for Defendant
   United States Fire Insurance Company

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12  COPART INC.,                          Case No.: C 07 02684 CW (EDL)

13           Plaintiff,                   **DECLARATION OF JUDITH A.**
                                          **WHITEHOUSE IN SUPPORT OF U.S.**
14       vs.                              **FIRE'S MOTION TO COMPEL COURT**
                                          **APPROVED SITE INSPECTIONS**
15  CRUM & FORSTER INDEMNITY
    COMPANY[1], UNITED STATES FIRE        Date:       September 16, 2008
16  INSURANCE COMPANY, and DOES 1-10,     Time:       2:00 p.m.
                                          Location: Courtroom E, 15th Flr.
17           Defendants.                  Magistrate Judge Elizabeth D. Laporte

18  AND RELATED COUNTERCLAIM.

19

20          I, Judith A. Whitehouse, declare under penalty of perjury under the laws of the State of

21  California and of the United States that the following matters are true and correct of my own

22  personal knowledge:

23          1.      I am an associate at Bullivant Houser Bailey PC, attorneys of record for

24  defendant U.S. Fire Insurance Company in the above-entitled action.

25          2.      On June 25, 2008, Judge Elizabeth D. Laporte signed the Order Granting in Part

26  Plaintiff Copart, Inc.'s Motion for Protective Order.  That Order approved three site inspections

27  as requested by U.S. Fire.  The Order set no deadline for completion of the inspections.  A true

28
    ---
    [1] Dismissed by Order Upon Stipulation (6/15/07)
    10708139.1                                    – 1 –

1    and correct copy of Judge Laporte's Order is attached hereto as Exhibit A.

2    3.    On June 27, 2008, Judge Claudia Wilken signed the Order Granting Stipulation

3    Re Extension of Discovery Deadline for Completion of Depositions. That Order acknowledged

4    the approval of three site inspections, but set no deadline for the completion of the inspections.

5    A true and correct copy of Judge Wilken's Order is attached hereto as Exhibit B.

6    4.    On June 19, 2008, I conferred with Copart's counsel regarding choice of the

7    yards to be inspected and designation of U.S. Fire's construction consultant. A true and correct

8    copy of the email exchange between counsel is attached hereto as Exhibit C.

9    5.    Copart's counsel specifically requested that no site inspections be scheduled

10   prior to Copart's filing of its motion for summary judgment on July 10, 2008.

11   6.    On July 11, 2008 I attended the inspection of Yard 6 in San Martin, California.

12   7.    Further scheduling of the Florida site inspections was delayed to accommodate

13   U.S. Fire's construction consultant's schedule.

14   8.    On July 30, 2008 I consulted Copart's counsel regarding scheduling for the

15   remaining site inspections in Florida. Copart's counsel declined to cooperate in scheduling the

16   Florida site inspections, claiming that the deadline for completing those inspections had passed.

17   A true and correct copy of the email exchange between counsel is attached hereto as Exhibit D.

18        I declare under penalty of perjury that the foregoing is true and correct.

19        Executed on the 7th day of August, 2008 at San Francisco, California.

20

21

22                                    _____/s/ Judith A. Whitehouse_____
                                      Judith A. Whitehouse
23

24

25

26

27

28

10708139.1                                    – 2 –

# EXHIBIT A

Case 4:07-cv-02684-CW    Document 63    Filed 06/25/2008    Page 1 of 2

1    Philip L. Pillsbury, Jr. (SBN 72261)
     Vedica Puri (SBN 176252)
2    Eric K. Larson (SBN 142791)
3    PILLSBURY & LEVINSON, LLP
     The Transamerica Pyramid
4    600 Montgomery Street, 31st Floor
     San Francisco, CA 94111
5    Telephone:  (415) 433-8000
     Facsimile:  (415) 433-4816
6    ppillsbury@pillsburylevinson.com
7    vpuri@pillsburylevinson.com
     rlarson@pillsburylevinson.com
8
     Attorneys for Plaintiff
9    COPART INC.

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13   COPART INC.,                          )   Case No.  C 07 2684 CW-EDL
                                           )
14              Plaintiff,                  )   **E-FILING**
                                           )
15        vs.                               )   **ORDER GRANTING IN PART**
                                           )   **PLAINTIFF COPART, INC.'S**
16   CRUM & FORSTER INDEMNITY              )   **MOTION FOR PROTECTIVE ORDER**
17   COMPANY, UNITED STATES FIRE           )
     INSURANCE COMPANY, and DOES 1-10,     )
18   Inclusive,                            )
                                           )
19              Defendants.                 )
                                           )
20   AND RELATED COUNTERCLAIM              )
                                           )
21                                         )
                                           )
22                                         )   Action Filed:  March 20, 2007
23   _____ )   Trial Date:     November 10, 2008

24

25        Plaintiff Copart Inc.'s ("Copart") Motion for a Protective Order prohibiting defendant

26   United States Fire Insurance Company ("USFIC") from making site inspections pursuant to its

27   First Set of Entry (Site Inspection) Requests served on March 26, 2008 and a Second Set of

28   Entry (Site Inspection) Requests served on April 28, 2008 came on regularly for hearing on

                                            -1-
ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER          Case No.  C 07 2684 CW-EDL

1    June 17, 2008 in Courtroom E of the above-captioned Court, the Honorable Elizabeth D.

2    LaPorte presiding. Eric K. Larson, Pillsbury & Levinson LLP appeared on behalf of Copart.

3    Judith Whitehouse, Bullivant Houser Bailey PC appeared on behalf of USFIC.  After

4    consideration of Plaintiff Copart, Inc.'s Motion For Protective Order, the papers filed in

5    support of and in opposition to the motion, and the arguments of counsel, the Court has

6    determined that, good cause appearing, the motion is GRANTED in part as follows.

7        1.    The Second Set of Entry (Site Inspections) Requests are barred in their entirety

8    by the Court's April 14, 2008 Order Re Extension of Discovery and Dispositive Motion

9    Deadlines, and Copart's motion is granted with respect to that Second Set.

10        2.    With regard to the First Set of Entry Requests, USFIC may choose three of the

11    ten yard locations listed in that request and conduct inspections of those three locations only.

12    Copart's motion is granted with respect to the remaining seven locations.

13        3.    By June 20, 2008, USFIC shall notify Copart of the three locations from its

14    First Set that it chooses to inspect and the identity of the consultants who will be performing

15    the inspections.  By June 25, 2008, the parties will meet and confer regarding a schedule for

16    and scope of the inspections.

17

18

19    Dated:  June 25, 2008



20    JUDGE                          Judge Elizabeth D. Laporte    TE
      UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

# EXHIBIT B

1  Philip L. Pillsbury, Jr. (SBN 72261)
   Vedica Puri (SBN 176252)
2  Eric K. Larson (SBN 142791)
3  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
4  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
5  Telephone:  (415) 433-8000
6  Facsimile:  (415) 433-4816
   E-mail:  ppillsbury@pillsburylevinson.com
7           vpuri@pillsburylevinson.com
           rlarson@pillsburylevinson.com
8
9  Attorneys for Plaintiff and Counterdefendant
   COPART INC.
10
                UNITED STATES DISTRICT COURT
11
               NORTHERN DISTRICT OF CALIFORNIA
12
                      OAKLAND DIVISION
13
14  COPART INC.,                          )  Case No.  C 07 2684 CW
                                          )
15            Plaintiff,                   )  **E-FILING**
                                          )
16      vs.                               )  **STIPULATION AND ORDER RE**
                                          )  **EXTENSION OF DISCOVERY**
17  CRUM & FORSTER INDEMNITY              )  **DEADLINE FOR COMPLETION OF**
    COMPANY, UNITED STATES FIRE          )  **DEPOSITIONS**
18  INSURANCE COMPANY, and DOES 1-10,    )
    Inclusive,                            )  **(TRIAL DATE UNAFFECTED)**
19                                        )
20            Defendants.                 )
    _____)
21  AND RELATED CROSS-ACTION              )  Action Filed:   March 20, 2007
                                          )  Trial Date:     November 10, 2008
22  _____)

23        Plaintiff Copart, Inc. and Defendant United States Fire Insurance Company, by and

24  through their respective counsel herein, stipulate to the following extension of the deadline for

25  close of fact discovery solely for purpose of completing depositions necessitated by scheduling

26  conflicts of counsel and witnesses. *This extension will not affect the trial date or any other*

27  *dates currently calendared.*

28  / / /

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-1-

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1    Despite considerable efforts, the parties to this action were unable to schedule and

2    complete all depositions (including depositions of non-party witnesses and out-of-state

3    depositions) by the fact discovery completion deadline of May 30, 2008.

4    Site inspections requested by defendant have not yet occurred due to plaintiff's filing of

5    a motion for a protective order, which was set for hearing before Magistrate Judge LaPorte on

6    June 17, 2008.  Judge LaPorte granted the motion for protective order in part and allowed

7    USFIC to make site inspections of three of the locations designated in its first request.

8    The parties, therefore, agree to the following deadlines:

9    Completion of fact discovery for depositions only:  July 18, 2008.

10    Deadline for expert witness disclosure:  July 18, 2008.

11    Deadlines for three site inspections requested by USFIC to be determined by agreement

12    of the parties.

13    The dates for the status conference and hearings on dispositive motions (August 21,

14    2008) pretrial conference (October 26, 2008) and trial (November 10, 2008) will remain the

15    same.

16    Specifically, the deposition of Marni Hansen shall take place on June 12, 2008 at 9:30

17    a.m. at plaintiff's counsel's offices in San Francisco.

18    The deposition of Dennis McCarthy, individually and as a Rule 30(b)(6) witness, shall

19    take place on June 12, 2008 at 9:30 a.m. in Newark, New Jersey.

20    The deposition of Carlton Clarke shall begin on June 13, 2008 at 9:30 a.m. in New

21    York, New York, and shall be completed on a date on or before July 18, 2008 in Newark, New

22    Jersey or New York, New York.

23    The deposition of Orvin Wills shall take place on June 25, 2008 at 9:30 a.m. in Atlanta,

24    Georgia.

25    The deposition of Sherry Myers shall take place on July 2, 2008 at defendant's

26    counsel's office.

27    The deposition of John Petrillo shall take place no later than July 18, 2008 in Newark,

28    New Jersey or New York, New York.

-2-

1    The deposition of Ronald Keleman shall take place no later than July 18, 2008 in

2    Newark, New Jersey or New York, New York.

3        On June 27, 2008 plaintiff shall produce a qualified witness or witnesses to testify on

4    Subjects #5 and #10 of defendant's Rule 30(b)(6) deposition notice.  Said deposition shall take

5    place at defendant's counsel's office in San Francisco.

6        No later than July 18, 2008, defendant shall produce a qualified witness or witnesses to

7    testify on Subject #2, "retention of emails" of plaintiff's Rule 30(b)(6) deposition notice.  Said

8    deposition shall take place in Newark, New Jersey or New York, New York.

9        The fact discovery completion deadline shall be extended to accommodate the

10   foregoing  matters and only the foregoing matters.

11       Any discovery motion concerning any of the foregoing depositions shall be filed within

12   10 days of the last date upon which the deposition was to take place, as set forth above.

13       Any further discovery motion concerning site inspections shall be filed within 10 days

14   of the dates agreed to by the parties for completion of the three site inspections.

15       All other deadlines and hearing dates (including the August 21, 2008 hearing on

16   dispositive motions and status conference, the October 26, 2008 pretrial conference), and the

17   trial (November 10, 2008) will remain unchanged.

18   Dated: June 23, 2008                    PILLSBURY & LEVINSON, LLP

19

20                                   By:  /s/ Vedica Puri

21                                       Vedica Puri
                                         Attorneys for Plaintiff and Counterdefendant
22                                       COPART INC.

23

24   Dated:  June 23, 2008                   BULLIVANT HOUSER BAILEY PC

25

26

27                                   By:  /s/ Samuel H. Ruby
                                         Samuel H. Ruby
28                                       Attorneys for Defendant and Counterclaimant
                                         UNITED STATES FIRE INSURANCE
                                         COMPANY

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-3-

1  IT IS SO ORDERED.

2

3  Dated:   6/27/08

4  _____

5                              CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-4-

STIPULATION AND PROPOSED ORDER RE EXTENSION OF
DISCOVERY DEADLINE FOR COMPLETION OF DEPOSITIONS                    Case No.  C 07 2684 CW

# EXHIBIT C

**Whitehouse, Judith**

| | |
|---|---|
| **From:** | Whitehouse, Judith |
| **Sent:** | Thursday, June 19, 2008 4:37 PM |
| **To:** | 'Rick Larson' |
| **Cc:** | Ruby, Samuel |
| **Subject:** | RE: Yard inspections |

Rick-Comments to order attached.  Per our earlier conversation, we designate Yards 34 (FL), 86 (FL) and 6 (CA) for site inspections.  If you are not agreeable to Yard 6, we will substitute another yard, most probably one in Southern California.  Our construction consultant is: Chitester Management Systems, Inc.-Judith

---

**From:** Rick Larson [mailto:rlarson@pillsburylevinson.com]
**Sent:** Thursday, June 19, 2008 3:29 PM
**To:** Whitehouse, Judith
**Subject:** Yard inspections

Judith--

I won't be able to get back to you today regarding your request to inspect Yard 6. That shouldn't hold up approval of the form of order, which accurately reflects Judge LaPorte's ruling. If we were to nevertheless agree that you could inspect yard 6, I don't think that needs to be part of the order.

I'm in meetings the rest of the day, but around tomorrow (I know you aren't--I'll let Sam know our decision if I know tomorrow.)

Rick Larson
Pillsbury & Levinson, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel: 415.433.8000
Fax: 415.433.4816
rlarson@pillsburylevinson.com

# EXHIBIT D

**Whitehouse, Judith**

| | |
|---|---|
| From: | Rick Larson [rlarson@pillsburylevinson.com] |
| Sent: | Thursday, July 31, 2008 3:41 PM |
| To: | Whitehouse, Judith |
| Cc: | Ruby, Samuel; Vedica Puri |
| Subject: | Re: Copart inspections |

Judith--

We were prepared to arrange for inspections, but you never attempted those arrangements. These are inspections by experts for the purpose of making expert reports. Obviously they had to be completed by the expert disclosure deadline and we specifically discussed that--that's why we extended the disclosure date to July 25 to give your expert adequate time to do the Florida inspections the week of July 14 and prepare a report by July 25. That deadline has passed.

RGL Forensic Accountants did not conduct the inspection of Yard 6, and would not be conducting the inspections of the other yards either. Those inspections are hardly "supplemental" to its report. Even if RGL were conducting the inspections, it would be for the purpose of formulating "new opinions" and would be improper.

You will have to bring a motion.

Rick
On Jul 31, 2008, at 3:05 PM, Whitehouse, Judith wrote:

Rick-The Stipulation and Proposed Order Re Extension of Discovery Deadline for Completion of Depositions signed by Judge Wilken explicitly states that "Deadlines for three site inspections requested by USFIC to be determined by agreement of the parties." The deadline for the site inspections was not tied to the expert witness disclosure deadline, or any other deadline, for that matter, but was to be determined by agreement of the parties. I do not believe any agreement was reached, other than for the date of the San Martin inspection, and there is no reason why the Florida inspections cannot go forward now. Moreover, the results of the yard inspections are supplemental to the analysis and conclusions included in the report by RGL regarding damages, rather than supplemental to the report of Chitester Mangement regarding Yard 105, and as such, are proper. Having myself attended the inspection in San Martin, I did not observe any disruption to the activity at the yard during the inspection, and would not expect anything different at the already approved inspections in Florida. Please let me know when we can schedule the two remaining inspections in Florida during the week of August 11.

**From:** Rick Larson [mailto:rlarson@pillsburylevinson.com]
**Sent:** Thursday, July 31, 2008 10:16 AM
**To:** Whitehouse, Judith
**Cc:** Ruby, Samuel; Vedica Puri
**Subject:** Re: Copart inspections

Judith--

You well know that we moved the expert disclosure date to July 25 specifically at your request so that you could complete the two Florida inspections and related reports. Of course, we made the extension mutual. Th fact remains that you did not complete the inspections and, indeed, made no effort to do so before this deadline.

Supplemental expert reports that add new opinions after the disclosure deadline are improper. The report of Chitester Management that we did receive with your disclosures is a "damage assessment" of Yard 105. It has nothing to say even about Yard 6, although that inspection was allowed on July 11 and completed two weeks before the report. A report now regarding opinions as to replacement cost value of Yards 6, 34 and 86 would be an entirely new report with new opinions and would be improper. Accordingly, there is no purpose for the inspections of Yards 34 and 86 at this point and we will not allow the disruption of activity at those yards for inspections that can no longer serve any purpose in this litigation.

Rick

On Jul 30, 2008, at 4:38 PM, Whitehouse, Judith wrote:

Rick-We delayed the first site inspection until after July 10 specifically at your request, and arranged for it to be in California so you could attend. We moved the expert disclosure date to July 25 to accommodate everyone's schedule. I believe a supplemental report dealing with the site inspections would be proper, given that one of the inspections has already taken place. Please let me know what days during the week of August 11 are workable for the inspections in Florida. -Judith

**From:** Rick Larson [mailto:rlarson@pillsburylevinson.com]
**Sent:** Wednesday, July 30, 2008 9:08 AM
**To:** Whitehouse, Judith
**Cc:** Vedica Puri
**Subject:** Re: Copart inspections

Judith--

Any export report at this point would be late and improper, so I don't see the point of the inspections. We moved the expert disclosure date to July 25 specifically so you could complete the inspections and reports. At the inspection of Yard 6 on July 11, you told me you would call me on Monday July 14 to arrange the Florida yard inspections. I never heard from you until now, after the deadline has passed.

Rick

On Jul 30, 2008, at 8:59 AM, Whitehouse, Judith wrote:

Rick-We'd like to schedule the remaining two site inspections in Florida for the week of August 11. As you may recall, we agreed to inspect yard 34 (Riverview, Florida) and yard 86 (Ft. Pierce, Florida). Please let me know which day works for each location. Thanks-Judith

**From:** Rick Larson [mailto:rlarson@pillsburylevinson.com]
**Sent:** Tuesday, July 08, 2008 2:40 PM
**To:** Whitehouse, Judith

**Cc:** Vedica Puri
**Subject:** Copart inspections

Judith--

Prior to the inspections, your consultant will need to sign the Addendum A to the Confidentiality Agreement and Protective Order in this action. Copart considers all information obtained by such consultants and photographs taken to be confidential under the terms of that agreement.

Rick Larson
Pillsbury & Levinson, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel: 415.433.8000
Fax: 415.433.4816
rlarson@pillsburylevinson.com

mail.bullivant.com made the following annotations
--------------------------------------------------------------
Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
*******************************************************
This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.
If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.
--------------------------------------------------------------

Rick Larson
Pillsbury & Levinson, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Tel: 415.433.8000
Fax: 415.433.4816
rlarson@pillsburylevinson.com

mail.bullivant.com made the following annotations
--------------------------------------------------------------
Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
*******************************************************
This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant

Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.

If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.

-------------------------------------------------------------------

mail.bullivant.com made the following annotations

-------------------------------------------------------------------

Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

************************************************************

This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.

If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.

-------------------------------------------------------------------