Jess B. Millikan, SBN 095540
E-Mail: jess.millikan@bullivant.com
Samuel H. Ruby, SBN 191091
E-Mail: samuel.ruby@bullivant.com
Judith A. Whitehouse, SBN 198176
E-Mail: judith.whitehouse@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C 07 02684 CW (EDL)<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING MOTION TO COMPEL COURT APPROVED SITE INSPECTIONS**<br><br>Date:　　September 16, 2008<br>Time:　　2:00 p.m.<br>Location: Courtroom E, 15th Flr.<br>Magistrate Judge Elizabeth D. Laporte |

　　　　Defendant United State Fire Insurance Company's motion to compel site inspections as previously approved by the Court came on for hearing before this Court on September 16, 2008. Both parties were represented by their respective counsel. Having reviewed the pleadings and papers submitted in support of and in opposition to said motion, and the arguments of counsel, and good cause appearing therefor, it is hereby ORDERED that the motion is GRANTED.

///

///

---

[1] Dismissed by Order Upon Stipulation (6/15/07)

10708084.1　　　　　　　　　　　　　　　　　　　　– 1 –
[PROPOSED] ORDER GRANTING MOTION TO COMPEL ADDITIONAL SITE INSPECTIONS
Case No.: C 07 02684 CW (EDL)

1  The site inspections for Yard No. 34 in Riverview, Florida, and Yard No. 86 in Fort
2  Pierce, Florida shall take place on two successive days during the week of September 22, 2008,
3  specifically September 22, and 23, or September 23 and 24, or September 24 or 25, or
4  September 25 and 26. The site inspection shall be completed no later than September 26, 2008.
5  IT IS SO ORDERED.

DATED: _____, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge