Jess B. Millikan, SBN 095540
E-Mail: jess.millikan@bullivant.com
Samuel H. Ruby, SBN 191091
E-Mail: samuel.ruby@bullivant.com
Judith A. Whitehouse, SBN 198176
E-Mail: judith.whitehouse@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant
United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART INC., | Case No.: C 07 02684 CW (EDL) |
| Plaintiff, | JOINT CASE MANAGEMENT STATEMENT FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE |
| vs. | |
| CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, | Date: August 21, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Fl.<br>Judge: Honorable Claudia Wilken |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

The parties hereby submit the following statement pursuant to L.R. 16-10(d) in anticipation of the Subsequent Case Management Conference set for August 21, 2008.

1. Motions for summary judgment have been filed and briefed. Hearing on the motions is set for August 21, 2008.

2. Fact discovery has been completed, except for one issue that remains to be determined by Judge Laporte.

3. Expert disclosure has been completed. Rebuttal disclosure is set for late August 2008. The parties are currently scheduling expert depositions.

---

[1] Dismissed by Order Upon Stipulation (6/15/07)

4.  Mediation with The Hon. Robert L. Dossee (Ret.) took place on January 30, 2008 but was not successful in resolving the matter. The parties are scheduled to meet directly prior to the subsequent case management conference. If the meeting is not successful in resolving the matter, the parties will report at the conference whether additional ADR efforts, either with or without a neutral, would be appropriate.

DATED: August 8, 2008

BULLIVANT HOUSER BAILEY PC

By  /s/ Judith A. Whitehouse
Jess B. Millikan
Samuel H. Ruby
Judith A. Whitehouse

Attorneys for Defendant
United States Fire Insurance Company

DATED: August 8, 2008

PILLSBURY & LEVINSON, LLP

By  /s/ Eric K. Larson
Philip L. Pillsbury, Jr.
Vedica Puri
Eric K. Larson

Attorneys for Plaintiff
Copart Inc.

10712687.1                                      -2-
JOINT CASE MANAGEMENT STATEMENT FOR CONFERENCE ON AUGUST 21, 2008
Case No.: C 07 02684 CW (EDL)