|   |   |
|---|---|
| 1 | Philip L. Pillsbury, Jr. (SBN 72261) |
| 2 | Vedica Puri (SBN 176252)<br>Eric K. Larson (SBN 142791) |
| 3 | PILLSBURY & LEVINSON, LLP<br>The Transamerica Pyramid |
| 4 | 600 Montgomery Street, 31st Floor<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 433-8000 |
| 6 | Facsimile: (415) 433-4816<br>E-mail: ppillsbury@pillsburylevinson.com |
| 7 | vpuri@pillsburylevinson.com<br>rlarson@pillsburylevinson.com |
| 8 |   |
| 9 | Attorneys for Plaintiff and Counterdefendant<br>COPART INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| COPART INC., | ) Case No. C 07 2684 CW-EDL |
|---|---|
| Plaintiff, | ) **E-FILING** |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND FURTHER CASE MANAGEMENT CONFERENCE** |
| CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | ) Action Filed: March 20, 2007<br>) Trial Date: November 10, 2008 |

Plaintiff and Counterdefendant Copart Inc. ("Copart") and Defendant and Counterclaimant United States Fire Insurance Company ("USFIC") hereby stipulate, by and through their respective counsel, as follows:

The parties have reached a tentative settlement of this matter. To allow the parties to document that settlement and, ultimately, file a dismissal, Copart and USFIC hereby agree that the hearing on the parties' cross-motions for summary adjudication/summary judgment and the

-2-

1  further Case Management Conference set for August 21, 2008 at 2:00 p.m. be continued to
2  September 18, 2008 at 2:00 p.m.
3       SO STIPULATED.
4
5  Dated: August 20, 2008                                PILLSBURY & LEVINSON, LLP
6
7                                              By: /s/ Eric K. Larson
8                                                  Vedica Puri
                                                   Attorneys for Plaintiff and Counterdefendant
9                                                  COPART INC.
10
11 Dated: August 20, 2008                                BULLIVANT HOUSER BAILEY PC
12
13                                             By: /s/ Samuel H. Ruby
                                                   Samuel H. Ruby
14                                                 Attorneys for Defendant and Counterclaimant
                                                   UNITED STATES FIRE INSURANCE
15                                                 COMPANY
16
17 IT IS SO ORDERED.
18
19 Dated: _____                        _____
                                                 CLAUDIA WILKEN
20                                               UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111