Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:  (415) 433-8000
Facsimile:   (415) 433-4816
E-mail:  ppillsbury@pillsburylevinson.com
            vpuri@pillsburylevinson.com
            rlarson@pillsburylevinson.com

Attorneys for Plaintiff and Counterdefendant
COPART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COPART INC., | Case No.  C 07 2684 CW-EDL |
| Plaintiff, | **E-FILING** |
| vs. | **STIPULATION AND ORDER RE CONTINUANCE OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND FURTHER CASE MANAGEMENT CONFERENCE** |
| CRUM & FORSTER INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, Inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | Action Filed: March 20, 2007<br>Trial Date:    November 10. 2008 |

Plaintiff and Counterdefendant Copart Inc. ("Copart") and Defendant and Counterclaimant United States Fire Insurance Company ("USFIC") hereby stipulate, by and through their respective counsel, as follows:

The parties have reached a tentative settlement of this matter.  To allow the parties to document that settlement and, ultimately, file a dismissal, Copart and USFIC hereby agree that the hearing on the parties' cross-motions for summary adjudication/summary judgment and the

1  further Case Management Conference set for August 21, 2008 at 2:00 p.m. be continued to

2  September 18, 2008 at 2:00 p.m.

3      SO STIPULATED.

5  Dated: August 20, 2008             PILLSBURY & LEVINSON, LLP

7                       By: /s/ Eric K. Larson
8                              Vedica Puri
                            Attorneys for Plaintiff and Counterdefendant
9                              COPART INC.

11  Dated: August 20, 2008             BULLIVANT HOUSER BAILEY PC

13                        By: /s/ Samuel H. Ruby
14                              Samuel H. Ruby
                            Attorneys for Defendant and Counterclaimant
15                              UNITED STATES FIRE INSURANCE
                            COMPANY

17  IT IS SO ORDERED.

18      8/21/08

19  Dated: _____          _____
20                          CLAUDIA WILKEN
                        UNITED STATES DISTRICT JUDGE

*PILLSBURY & LEVINSON, LLP*
*The Transamerica Pyramid*
*600 Montgomery Street, 31st Floor · San Francisco, CA 94111*