Jess B. Millikan, SBN 095540
E-Mail: jess.millikan@bullivant.com
Samuel H. Ruby, SBN 191091
E-Mail: samuel.ruby@bullivant.com
Judith A. Whitehouse, SBN 198176
E-Mail: judith.whitehouse@bullivant.com
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant United States Fire Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No.: C 07 2684 CW (EDL) <br><br> **STIPULATION AND [PROPOSED] ODER RE CONTINUANCE OF HEARING ON MOTION TO COMPEL COURT APPROVED SITE INSPECTIONS** |

Plaintiff Copart Inc. and Defendant United States Fire Insurance Company hereby stipulate, by and through their respective counsel, as follows:

The parties have reached a tentative settlement of this matter. To allow the parties to document the settlement and to file a dismissal, Copart and U.S. Fire hereby agree that the hearing on U.S., Fire's motion to compel court approved site inspections set for September 16, 2008 at 2:00 p.m. be continued to October 14, 2008 at 9:00 a.m.

///

///

---

[1] Dismissed by Order Upon Stipulation (6/15/07)

10736005.1 –1–

STIPULATION AND [PROPOSED] ODER RE CONTINUANCE OF HEARING ON MOTION TO COMPEL
COURT APPROVED SITE INSPECTIONS
Case No.: C 07 2684 CW (EDL)

1  SO STIPULATED.

2  DATED: August 25, 2008

3                                              BULLIVANT HOUSER BAILEY PC

5                                              By     /s/ Judith A. Whitehouse
6                                                     Jess B. Millikan
                                                      Samuel H. Ruby
7                                                     Judith A. Whitehouse

8                                              Attorneys for Defendant
                                               United States Fire Insurance Company

10 DATED:  August 25, 2008

11                                             PILLSBURY & LEVINSON, LLP

13                                             By     /s/ Eric K. Larson
14                                                    Philip L. Pillsbury, Jr.
                                                      Vedica Puri
15                                                    Eric K. Larson

16                                             Attorneys for Plaintiff
                                               Copart Inc.

19 IT IS SO ORDERED.

22 DATED: _____, 2008

25                                             ELIZABETH D. LAPORTE
                                               United States Magistrate Judge

STIPULATION AND [PROPOSED] ODER RE CONTINUANCE OF HEARING ON MOTION TO COMPEL
COURT APPROVED SITE INSPECTIONS
Case No.: C 07 2684 CW (EDL)