```
1  Jess B. Millikan, SBN 095540
   E-Mail: jess.millikan@bullivant.com
2  Samuel H. Ruby, SBN 191091
   E-Mail: samuel.ruby@bullivant.com
3  Judith A. Whitehouse, SBN 198176
   E-Mail: judith.whitehouse@bullivant.com
4  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
5  San Francisco, California 94108
   Telephone: 415.352.2700
6  Facsimile: 415.352.2701

7  Attorneys for Defendant United States Fire
   Insurance Company
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART INC., | Case No.: C 07 2684 CW (EDL) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ODER RE CONTINUANCE OF HEARING ON MOTION TO COMPEL COURT APPROVED SITE INSPECTIONS   AS MODIFIED |
| vs. | |
| CRUM & FORSTER INDEMNITY COMPANY[1], UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-10, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

Plaintiff Copart Inc. and Defendant United States Fire Insurance Company hereby stipulate, by and through their respective counsel, as follows:

The parties have reached a tentative settlement of this matter. To allow the parties to document the settlement and to file a dismissal, Copart and U.S. Fire hereby agree that the hearing on U.S., Fire's motion to compel court approved site inspections set for September 16, 2008 at 2:00 p.m. be continued to October ~~14, 2008 at 9:00 a.m.~~ 17, 2008 at 10:00 a.m. due to the Court's upcoming trial.

///

///

---

[1] Dismissed by Order Upon Stipulation (6/15/07)

10736005.1                              – 1 –

STIPULATION AND [PROPOSED] ODER RE CONTINUANCE OF HEARING ON MOTION TO COMPEL
COURT APPROVED SITE INSPECTIONS
Case No.: C 07 2684 CW (EDL)

1  SO STIPULATED.

2  DATED: August 25, 2008

3                                           BULLIVANT HOUSER BAILEY PC

5                                           By    /s/ Judith A. Whitehouse
6                                             Jess B. Millikan
                                              Samuel H. Ruby
7                                             Judith A. Whitehouse

8                                           Attorneys for Defendant
                                            United States Fire Insurance Company

10 DATED: August 25, 2008

11                                          PILLSBURY & LEVINSON, LLP

13                                          By    /s/ Eric K. Larson
14                                            Philip L. Pillsbury, Jr.
                                              Vedica Puri
15                                            Eric K. Larson

16                                          Attorneys for Plaintiff
                                            Copart Inc.

19 IT IS SO ORDERED.

22 DATED:  August 27, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Elizabeth D. Laporte