1  Jess B. Millikan (CSB#095540)
   Samuel H. Ruby (CSB#191091)
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   jess.millikan@bullivant.com
5  samuel.ruby@bullivant.com

6  *Attorneys for Defendants*
   Crum & Forster Indemnity Company
7  United States Fire Insurance Company

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12
   COPART INC.,                          Case No.: C 07-02684 CW
13
              Plaintiff,                 [PROPOSED]
14
       vs.                               ORDER UPON STIPULATION
15                                       DISMISSING ENTIRE ACTION WITH
   CRUM & FORSTER INDEMNITY              PREJUDICE
16 COMPANY, UNITED STATES FIRE
   INSURANCE COMPANY, and DOES 1-10,
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

— 1 —

## STIPULATION

Having reached a settlement, and having fully executed a written settlement agreement, all parties to this action stipulate to and request an order dismissing the entire action (including plaintiff's complaint and defendant's cross-complaint), with prejudice, and with each party to bear its own costs and attorneys' fees.

DATED: September 9, 2008

                                     PILLSBURY & LEVINSON, LLP

                                     By _____
                                             Vedica Puri

                                     Attorneys for Plaintiff
                                     COPART INC.

DATED: September 9, 2008

                                     BULLIVANT HOUSER BAILEY PC

                                     By _____
                                             Samuel H. Ruby

                                     Attorneys for Defendants
                                     CRUM & FORSTER INDEMNITY COMPANY
                                     UNITED STATES FIRE INSURANCE COMPANY

## ORDER

Based upon the foregoing stipulations of the parties, the Court hereby DISMISSES the entire action, with prejudice, and with each party to bear its own costs and attorneys' fees.

Dated: _____    _____

                                     United States District Court

10771318.1