1  Jess B. Millikan (CSB#095540)
   Samuel H. Ruby (CSB#191091)
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   jess.millikan@bullivant.com
5  samuel.ruby@bullivant.com

6  *Attorneys for Defendants*
   Crum & Forster Indemnity Company
7  United States Fire Insurance Company

8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13 COPART INC.,                          Case No.: C 07-02684 CW

14              Plaintiff,
                                          **ORDER UPON STIPULATION**
15     vs.                                **DISMISSING ENTIRE ACTION WITH**
                                          **PREJUDICE**
16 CRUM & FORSTER INDEMNITY
   COMPANY, UNITED STATES FIRE
17 INSURANCE COMPANY, and DOES 1-10,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

– 1 –

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

Having reached a settlement, and having fully executed a written settlement agreement, all parties to this action stipulate to and request an order dismissing the entire action (including plaintiff's complaint and defendant's cross-complaint), with prejudice, and with each party to bear its own costs and attorneys' fees.

DATED:  September 9, 2008

PILLSBURY & LEVINSON, LLP

By _____
      Vedica Puri

Attorneys for Plaintiff
COPART INC.

DATED:  September 9, 2008

BULLIVANT HOUSER BAILEY PC

By _____
      Samuel H. Ruby

Attorneys for Defendants
CRUM & FORSTER INDEMNITY COMPANY
UNITED STATES FIRE INSURANCE COMPANY

## ORDER

Based upon the foregoing stipulations of the parties, the Court hereby DISMISSES the entire action, with prejudice, and with each party to bear its own costs and attorneys' fees.

9/11/08

Dated: _____    _____

United States District Court

10771318.1